```
 1                    UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF NEW YORK

 3

 4    - - - - - - - - - - - - - - X
      UNITED STATES OF AMERICA    )      23mr168
 5                                )
      vs.
 6                                    Buffalo, New York
      MICHAEL RONCONE,           )  December 18, 2023
 7                Defendants.          10:30 a.m.
      - - - - - - - - - - - - - - X
 8    DETENTION HEARING
      Transcribed from an Electronic Recording Device
 9

10                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE H. KENNETH SCHROEDER, JR.
11               UNITED STATES MAGISTRATE JUDGE

12
                       TRINI E. ROSS, ESQ.
13                     United States Attorney
                       BY: JOSEPH TRIPI, ESQ.
14                         CASEY CHALBECK, ESQ.
                       Assistant United States Attorneys
15                     138 Delaware Avenue
                       Buffalo, New York 14202
16
                       BRIAN TOWEY, ESQ.
17                     Of Counsel for Paul Dell

18
                       A. MCCRAY - USPO
19

20

21

22

23
      COURT REPORTER: Karen J. Clark, Official Court Reporter
24                     Karenclark1013@AOL.com
                       100 State Street
25                     Rochester, New York 14614
```

```
 1                    USA V. M. RONCONE

 2               P R O C E E D I N G

 3           *              *              *

 4

 5           THE CLERK:  United States versus Michael

 6  Roncone, docket 23MJ168.  This is the date set for a

 7  detention hearing Assistant United States Attorneys

 8  Joseph Tripi and Casey Chalbeck appearing on behalf of

 9  the government; Brian Towey appearing with the

10  defendant; and United States Probation Officer Brian

11  Mamizuka.

12           MAGISTRATE JUDGE SCHROEDER:  Good morning.

13           MR. TRIPI:  Good morning.

14           MAGISTRATE JUDGE SCHROEDER:  We're here for

15  a detention hearing.  Are we ready to proceed?

16           MR. TRIPI:  Yes, your Honor.

17           MR. TOWEY:  Yes, your Honor.

18           MAGISTRATE JUDGE SCHROEDER:  All right.

19           MR. TRIPI:  Good morning, your Honor.

20           MAGISTRATE JUDGE SCHROEDER:  Good morning.

21           MR. TRIPI:  I would like to start by

22  proffering the allegations set forth in the amended

23  complaint filed under case No. 23MJ168.  That charges

24  the defendant with possessing firearms while being an

25  unlawful user of controlled substances in violation of
```

```
1                     USA V. M. RONCONE
2   Title 18 U.S.C. Section 922(g)(3).  As a result of that
3   charge, there are several bases for detention, although
4   admittedly, the presumption of detention does not apply
5   to that charge.  The bases for detention include Title
6   18 U.S.C. Section 3142(f)(1)(E) relating to possession
7   of a firearm; 18 U.S. Code Section 3142(f)(2)(A)
8   regarding flight risk; and 18 U.S.C. Section
9   3142(f)(2)(B) the risk of obstruction of justice.  The
10  factors that this Court considers, as the Court well
11  knows, include the nature and circumstances of the
12  offense, including whether the crime involves a firearm
13  which this one does; two, the weight of the evidence;
14  three, the history and characteristics of the offender;
15  and four, the nature and seriousness of the danger the
16  defendant would pose to any person or the community.
17          Your Honor, this case comes before you in a
18  very particularized context.  That context is that this
19  defendant is a leader of a local motorcycle club known
20  as the Rare Breed Motorcycle Club.  He was the
21  Wellsville chapter president as well as recently moved
22  to the Buffalo chapter vice presidency, and that is only
23  because of recent law enforcement actions.  As I'll
24  proffer a little bit later, caused the Rare Breed in on
25  or about November 8th, 2023, so about a month or so
```

```
 1                    USA V. M. RONCONE
 2   before the recent round of search warrants, they were
 3   monitoring law enforcement's investigative activities in
 4   Wellsville, and in some of their meeting minutes, they
 5   decided to suspend that chapter and move it over to
 6   Buffalo.  We would argue that was a move designed to
 7   obscure some of the criminality that was occurring down
 8   in Wellsville.
 9             In the context, looking to Wellsville, as
10   this Court also knows, relates to the death of a federal
11   witness that occurred in Wellsville, New York.  And this
12   court authorized agents to search various premises
13   connects with both that motorcycle club and as well as
14   Mr. Roncone individually, to search for evidence of that
15   young lady's death.  Her name is Crystal Quinn, who was
16   set to be a witness in a federal trial that was
17   scheduled for January 8th, 2024 in case No. 19CR227 and
18   case No. 23CR37.  Those cases charge an individual named
19   Peter Gerace and Joseph Bongiovanni in connection with,
20   among other things, narcotics conspiracy, maintaining
21   Pharos Gentlemen's Club as a drug-involved premises, sex
22   trafficking through forced and coerce.  There is
23   evidence linking both the Rare Breed to Pharos.
24             For example, when Pharos was searched back
25   in 2019, there was a plaque, an appreciative plaque in
```

USA V. M. RONCONE

the office area thanking Pharos for its support for
their Blues Cruz event, which is a motorcycle event
hosted by the Rare Breed.  That type of plaque indicates
there is a relationship between Pharos, Gerace and its
manager, Ermin, and the Rare Breed motorcycle club.
You'll also see, and I'll proffer photographs, as that
Pharos investigation progressed, the Rare Breed were
holding meetings monitoring that case and making
notations about how they should act at Pharos.  In other
words, there were directives over time, all right?
Don't wear your colors to Pharos.  Colors mean your
motorcycle vests, things that can identify you as Rare
Breed.  And as time went on, eventually the internal
direction was not go to Pharos.  Obviously, there was a
federal investigation that ramped up that resulted in
charges and very public -- very public trial ramp up.
So, they were monitoring that closely and those things
should concern the Court because it provides a nexus
between the Rare Breed and the activities that were
occurring at Pharos.  And that nexus is also going to be
made between the association between the Rare Breed and
Outlaws Motorcycle Club, vis-a-vis, John Ermin, and
others who are member the of the Outlaws who were
employed at Pharos and essentially ran the place along

```
  1                    USA V. M. RONCONE
  2    with Mr. Gerace.
  3              So as it relates to what the defendant now
  4    knows based upon the search warrant, they now know they
  5    where under investigation in connection with the death
  6    of a federal witness.  That should concern this Court in
  7    regards to Mr. Roncone when assessing him as a flight
  8    risk.  Doesn't get more serious as a potential specter
  9    of a charge than death of a federal witness.
 10              Obviously a number of devices were seized
 11    that belonged to Mr. Roncone in connection with his
 12    motorcycle club in three locations that were searched on
 13    or about December 7th to include his individual
 14    residence, the Buffalo Riverview clubhouse, which I
 15    think is about a mile or so from the Outlaws clubhouse,
 16    as well as the Rare Breed motorcycle club campus down in
 17    Alma, New York, which is technically their Wellsville
 18    clubhouse, and it moved there from a location in
 19    Wellsville after a fire that broke out.  And Mr.
 20    Roncone, I believe, would spend a lot of time in
 21    Wellsville before that fire that caused him to move to
 22    that location.
 23              The Rare Breed, by history, started in 1981.
 24    I think that was the year that Mr. Roncone was born.
 25    His father is the President of Buffalo, who is in the
```

USA V. M. RONCONE

1

2    courtroom watching these proceedings right now.  And

3    initially they were joined with another club called

4    Coven in about 2008.  The Coven did what is called

5    "patched over" to the Rare Breed.  This is information

6    gleaned from their internal records that were obtained

7    during the search authorized by this Court.

8                It's clear that going all the way back to

9    1992, there has been a relationship between the Rare

10   Breed and the Outlaws.  There was a public reporting in

11   the Buffalo News resulting from round ups back in 1991

12   that linked the members of the Rare Breed and the

13   Outlaws to cocaine trafficking charges here in Federal

14   Court.  The federal prosecutor was Assistant United

15   States attorney Duskawitcz at the time.  So that

16   provides you decades of nexus between the Rare Breed and

17   the Outlaws.

18                THE COURT:  Were there convictions?

19                MR. TRIPI:  I didn't take that step in my

20   research.  I believe there were.  But I can certainly

21   come back and provide you that information, Judge.  I

22   was more looking at more through the lens of how long

23   they had been associated and allegations that were

24   similar to what we have here, drug related.  And so

25   other things that were authorized in the search warrant

```
                              USA V. M. RONCONE
 1
 2   related to racketeering offenses, narcotic offenses,
 3   firearm offenses, we found all of those things in the
 4   search warrant.  In other words, we found evidence of
 5   drug activity, we found firearms, we found ammunition,
 6   we found evidence of association between the Rare Breed
 7   and the Outlaws, Christmas party between the clubs,
 8   things of that nature, references in their meetings
 9   minutes to attending Outlaws events, Outlaws' functions
10   to include reference to the funeral of Taco, Taco
11   Bowman, the former national president of the Outlaws,
12   who was convicted of federal racketeering, murder, who
13   died in federal prison and had a huge funeral in the
14   Ohio area.  This club led by this defendant and his
15   father were making reference to that funeral.  And that
16   is consistent with their role locally as a support club,
17   club that is a supporter of the Outlaws.  There are
18   T-shirts, they have been captured on video going to
19   Outlaws events with people wearing shirts that say "FU
20   Support Your Local Outlaws."  So this club is in lock
21   step with the Outlaws, and that should be very
22   concerning to this Court because of the one percenter
23   nature of the Outlaws.
24              Turning to just the charges in the Complaint
25   for a moment.  This defendant was linked to
```

USA V. M. RONCONE

1
2  approximately 29 firearms, cocaine and marijuana.  And
3  as of today, we've charged just what was located in the
4  house.  But there is information going all the way back
5  to 2019 that when this defendant ascended to a
6  leadership position in the Rare Breed in Wellsville, the
7  amount of cocaine distribution in that chapter increased
8  under his leadership.  So it went from a certain level
9  of cocaine to a higher level of cocaine under his
10 leadership.  We have information that just within the
11 last month, he was supplying cocaine.  So there is
12 certainly more than meets the eye as to the Complaint.
13 And the Bail Reform Act certainly allows this Court to
14 look beyond the four corners of the Complaint, as your
15 Honor well knows.
16            I'm going to use the computer monitor to
17 display some of what we found, your Honor, and I'm going
18 to just kind of go through some photos and I'll kind of
19 make some comments.  This is toward the individual
20 before you.
21            Ms. Champoux, if you could pull up
22 Government Exhibit A-1.  So the date that the FBI
23 searched Mr. Roncone's residence, he lives there with
24 his father, he was initially not in custody before the
25 search commenced, he was detained for a brief period of

USA V. M. RONCONE

1
2  time, agents spoke with him, specifically FBI Special
3  Agent Brian Burns had a discussion with Mr. Roncone,
4  plus a discussion, and let him know the basic nature of
5  what was happening that day and explained to Mr. Roncone
6  asking questions, is there going to be anything in there
7  that is going to hurt us.  Are there going to be any
8  drugs.  Mr. Roncone told him there was no drugs and that
9  was a lie and a false statement.  That should concern
10 this Court when assessing his potential flight risk and
11 his ability to comply with conditions of special
12 release.  He lied to a special agent, then it's going to
13 be no skin off his back to lie to this Court and claim
14 that he is going to comply with conditions.
15         During the search, agents found certainly
16 evidence of white powder straws, that is paraphernalia
17 consistent with cocaine usage.  And I've already talked
18 to you about information from other sources that talk
19 about him being involved in cocaine distribution.
20         We're going to go to A-2.  And just for
21 record purposes, so the record is complete, I'm going to
22 be proffering Government's Exhibits A-1 through 5, B-1
23 through 25, C-1 through 4, D-1 through 8, E-1 through
24 13, F-1, G-1 through 3, H-1 through 5, I-1 through 23,
25 J-1 through 12, K-1 and 2, and L-1, 2, and 3.

```
1                    USA V. M. RONCONE
2              So going to A-1 is just a closer view.  You
3    can see the white powder believed to be cocaine, however
4    it's not been tested yet, your Honor.  In this day and
5    age of Fentanyl, the days of sort of doing field tests
6    when you come across white powder, from an agent
7    perspective, are over.  So we are waiting on that.  But
8    based on the training and experience of the agents as
9    well as the known history of Mr. Roncone from
10   information provided to law enforcement, we'll believe
11   this will come back as cocaine.
12              Obviously, you've been doing this a long
13   time.  If you go to A-3, you know what straws are used
14   for, your Honor, in the context of white powdery
15   substances.
16              If you go to A-4, you see more suspected
17   narcotics in a tied corner.  Obviously, Judge, you've
18   sat on the bench a long time.  You're familiar with how
19   that type of packaging plays out.  A-5 is marijuana in a
20   Ziplock bag.  Now that is an amount that could be smoked
21   by someone but it's an amount that also could be
22   distributed by someone.  We know an associate of this
23   Defendant's named Howard Hinkle, who is detained, had a
24   massive marijuana grow at Hinkle's residence.  He was
25   drying marijuana, had over 100-plant operation, and we
```

```
 1                    USA V. M. RONCONE
 2  know that Mr. Hinkle had supplied plants to the Rare
 3  Breed at their Wellsville property to include under this
 4  Defendant's leadership.  So no surprise that there was
 5  marijuana located in Mr. Roncone's residence.  So he
 6  said there wasn't going to be drugs, there were drugs in
 7  the residence.
 8             I'm going to move on now to the B series of
 9  photos.  We're going to show the guns that were located
10  in his residence.  First B-1 is a handgun.  Your Honor,
11  he does have a pistol permit, but as this Court well
12  knows, that this requirement is not a defense to being
13  either a user in possession of firearms and it certainly
14  is not a defense to charges that may be brought in the
15  future relating to possession of firearms in furtherance
16  of drug trafficking.  As I indicated, I think, as this
17  Court can easily discern, this Complaint is the tip of
18  the iceberg as it relates to this defendant, so this
19  Court should be looking at all aspects of this
20  defendant, not just the four corners of this Complaint.
21             B-2 is another firearm that was in his
22  residence.  B-3 depicts some long guns, several.  I
23  think one is a shotgun and two rifles or shotgun and a
24  rifle, pardon me.  B-4 depicts another rifle.  B-5, two
25  more long guns.  B-6, multiple shotguns in his
```

USA V. M. RONCONE

residence, several of them with scopes.  B-77 is another

rifle.  B-88 is another rifle, shotgun maybe.  B-9,

another rifle.  B-10 depicts yet another.  B-11 yet

another.  B-12, another long gun.  B-13, we can rotate

that so it's easier for the Court to view.  Positioned

in the house, a lot of these firearms.  Some were in the

cases, but some were positioned around the house where

there is ready access to them, your Honor.  B-14,

multiple rifles.  And this is in a safe that also had

ammunition.  And a portion of the safe, I think, was

also depicted in the Complaint on page 5 where there was

also cocaine, suspected cocaine paraphernalia.  B-15,

yet another long gun with a scope.  B-16, yet another

one.  B-17, another long gun.  B-18.  B-19.  B-20.

B-21.  B-22, we get into some views of the ammunition

for these guns.  B-23, we see various firearm parts.

B-24, we're focusing in on the serial number there of

this particular gun.  There is going to be an analysis

done.  There is a preliminary assessment that there has

been some tampering with the serial number of that gun,

but it's going to be sent for further expert analysis

regarding that.  And B-25 shows more rifles in a case.

         I would note that in or about 2020,

Wellsville Police Department provided information that

```
                        USA V. M. RONCONE
 1
 2   they had arrested an individual who was in their area
 3   who was manufacturing firearms, and it was a
 4   multi-agency effort.  And they had found what has been
 5   described to the FBI as a ledger.  And they assessed
 6   that the ledger were individuals to whom this person who
 7   they arrested was selling firearms to.  And they recall
 8   Mr. Roncone's name as being one of the people in that
 9   ledger.
10               And I will tell you, from three-plus years
11   ago, I've not been able to track down the ledger, but
12   that is the information we have from the Wellsville
13   Police Department at that point in time.
14               I'd like to go to the C series.
15               MAGISTRATE JUDGE SCHROEDER:  Was that
16   individual arrested?
17               MR. TRIPI:  That individual was arrested and
18   prosecuted federally for felon in possession of a
19   firearm and sentenced.
20               THE COURT:  But the ledger was never
21   provided?
22               MR. TRIPI:  I can't track down the ledger at
23   this point.  So you have the Wellsville police saying
24   the ATF took it.  And the ATF agent that was involved is
25   now retired, so I'm going to back to other agents who
```

USA V. M. RONCONE

1   were not involved trying to track down this ledger.

2           MAGISTRATE JUDGE SCHROEDER:  Doesn't ATF

3   keep some kind of log of evidence?

4           MR. TRIPI:  We're looking into it.  They

5   haven't been able to find.  They do, they haven't been

6   able to find a reference to that level.  The Wellsville

7   paper has reference to a "notebook," and the State

8   Police were also involved.  That is where I'm at right

9   now.  Sometimes it's a game of "Go Fish."  That is the

10  best I can give you right now, your Honor, whatever

11  weight you want to give it.  Certainly not for lack of

12  trying to track it down.

13          C-1, I'm going to take you now to the

14  Buffalo clubhouse, which is about a mile or so, it's a

15  dark photo, but there is a long gun, a rifle on that

16  countertop there.  A second rifle in that clubhouse as

17  well.  That is C-2.  In C-3, this is a rifle that was

18  hidden between mattresses.  There was a mattress in the

19  clubhouse.  And then C-4 demonstrates that there is

20  ammunition for the firearms in the clubhouse.  So you

21  have guns both in his private residence, guns in the

22  Buffalo clubhouse.  We'll get to the Wellsville

23  clubhouse that was supposed to be suspended and shut

24  down and there are more firearms there and more firearms

```
                      USA V. M. RONCONE
 1
 2    of the type that I think, in a prior proffer, you had
 3    made a distinction between the types of firearms.
 4    You'll see some of that are more along the AR-15 type as
 5    it relates to Wellsville.
 6              MAGISTRATE JUDGE SCHROEDER:  Up to this
 7    point, were any of the firearms that have been depicted
 8    in the photographs deemed to be illegal per se, that is,
 9    the nature of the firearm itself?
10              MR. TRIPI:  With the exception of -- I have
11    to have a couple of caveats.  I'll answer you first no,
12    but there are a couple of caveats.  There is one firearm
13    with the belief that there was --
14              MAGISTRATE JUDGE SCHROEDER:  That is the one
15    with the serial number?
16              MR. TRIPI:  The serial number that is going
17    no go for further analysis.  As for all of these
18    firearms, they have to be submitted for a couple of
19    things.  That hasn't happened because we're dealing with
20    real time they all have to be traced by the ATF.
21              MAGISTRATE JUDGE SCHROEDER:  My question is
22    solely limited to whether each firearm per se was
23    illegal.  For example, we know statutorily machine guns
24    are illegal.
25              MR. TRIPI:  Right.  None of those were
```

                    USA V. M. RONCONE

1
2   machine guns.  I have not been informed, as I stand here

3   today, that any of the firearms had, independent of

4   themselves, features that would make them unlawful.

5   The, again, the caveat being traces are being done, each

6   firearm will be submitted for test firing that could go

7   into the NIBIN system to see if they have been used in

8   any shootings.  Those things just take time.

9               I'd like to bring you to some non-firearm

10  /non-drug evidence, but things the Court needs to take a

11  look at, I think.

12              So we're going to go to D-1.  This is,

13  again, Mr. Roncone's residence.  And these are a series

14  of rings they wear on their hands, your Honor.  This is

15  not uncommon in the biker world.  We all know brass

16  knuckles are unlawful under New York law, but what is

17  not unlawful is wearing rings.  But what they do, these

18  rings, I've looked at them in person, and I've decided

19  to show you in the photo, all very heavy, all very

20  bulky.  And what happens, they put each one on each

21  finger and it becomes a de facto brass knuckle.  Now,

22  like some of the other weapons, I've showed you in other

23  proffers, there is nothing inherently unlawful about any

24  of those rings, but when one puts them on each hand, you

25  have a serious weapon.  And I would ask the Court to

USA V. M. RONCONE

1

2  infer that for purpose here, when you're looking at

3  those types of rings, one that would fit a thumb and all

4  other fingers of a hand.

5          Looking at D-2, this is a photo that was in

6  his residence.  And I'd like to just clue your Honor in,

7  it's a very brief photo.  You can see a couple of things

8  in the upper right-hand corner.  "Absolutely no cell

9  phone usage," we believe that type of evidence is

10 consistent with what you saw in the Outlaws' clubhouse

11 is a consciousness of guilt that they are involved in

12 criminal activity.  The consciousness of guilty, we all

13 know things cell phones are things that can be tapped.

14 We all know cell phones are things that can take

15 pictures.  They don't want those types of things inside

16 their clubhouse.  They don't want photographs,

17 videotapes being taken by people in their clubhouse.

18 And if a cell phone were used freely in there, one might

19 be able to say, well, law enforcement could put an

20 informant in there with a phone that is going to be

21 taking pictures of real time criminality.  So they are

22 very conscious of those types of things.  It's very

23 common in all of these motorcycle clubs locally, whether

24 it be the Kingsmen, the Chosen Few, the Rare Breed, and

25 certainly the Outlaws, to have that type of signage on

USA V. M. RONCONE

2  the walls.

3            Another thing you can see in the top left

4  that there is an ode to the Coven, which is another club

5  that patched over to them.  That is how these clubs

6  become more powerful.  They acquire other clubs, they

7  have more membership and cover more territory.  And that

8  is all because they operate under a system of rank, a

9  system that is quasi paramilitary.  They are always

10  gearing up as though they are in or on the verge of some

11  type of war.  It's a very bizarre sub-culture, your

12  Honor, but that is the mind-set and that is a dangerous

13  mind-set, and that should concern this Court regarding

14  the dangerousness that this defendant poses as a leader

15  of that type of organization.

16            And I also would like to note, there are

17  individual reference as themselves to pose as an

18  attorney and may well have a law license, but that

19  individual who showed up, that one David Todaro was at

20  one point a member of the Rare Breed and the FBI

21  assesses now that that individual is a full-patched

22  member of the Outlaws, who poses as this defendant's

23  lawyer, I would submit that this was a fraud perpetrated

24  on this Court right in front of it in real time.  And

25  that should concern you.

```
 1                    USA V. M. RONCONE
 2              D-3 is just an example of some pictures on
 3    the wall that were in the clubhouse or available in the
 4    clubhouse shows the commitment that they have.  Now,
 5    this was a member of the Coven.  I told you that is a
 6    club that has been patched over to the Rare Breed.  You
 7    can see in the background, there is another Rare Breed
 8    member, it says "RBMC Blues Cruz," that is their big
 9    event.  That is the event that Pharos, apparently,
10    sponsored or provided services at.  We're not sure of
11    the exact things that Pharos and Gerace did to earn a
12    plaque that was featured prominently in the Pharos
13    Gentlemen's Club.  You see they have the Blues Cruz and
14    aligned with the Coven, and they are very committed to
15    this life style.  That is D-3.  D-4 is going to show you
16    more relationship between the Coven and the Rare Breed,
17    they had a patch created that shows the mergers of those
18    two clubs.  The Coven has a skull with a hatchet going
19    into the skull and the Rare Breed logo is on the left,
20    which is a skull with the blue hood.  I'll take you --
21    and that was in their clubhouse in Buffalo.
22              I'll take you to D-5, just to show you what
23    the vest looks like from the front.  This is the
24    Wellsville vest.  Sorry, your Honor, one second.
25              We're going to go back to D-4 just for a
```

```
 1                    USA V. M. RONCONE
 2   moment, your Honor.  Something I missed.  In the lower
 3   left-hand side, you see part of the signs there or part
 4   of the documents that say "Support your Local Outlaws,"
 5   you can see the back half of it, "Local Outlaws AOA"
 6   meaning only Aryans apply or American Outlaws
 7   Association.
 8            Moving back now to D-5.  You can see the
 9   vest, the patch on the upper left-hand side of our
10   screen, your Honor, says it stands for "Once a Rare
11   Breed, always a Rare Breed."  And I told you that these
12   other -- these other -- these clubs operate very
13   similarly.  Just one sort of anecdote, your Honor.  I
14   tried a RICO case regarding the Kingsmen, very similar
15   club to the Rare Breed here, their motto was "Live a
16   Kingsman, die a Kingsman, "and that is something when
17   they have somebody leave the club or betray the club,
18   that was, that motto, that dedication to that motto was
19   the motive for the murders in that case.
20            This is a patch.  It might just be a patch
21   to you.  But this is a motto they live by.  So betrayal
22   of these clubs has very grave consequences.  He is a
23   leader of this club, so the court needs to assess that
24   very carefully when assessing dangerousness we would
25   submit.  On the back, it shows you that they, you know,
```

USA V. M. RONCONE

their logo "Rare Breed, New York."  Now, if you wear
that lower rocker for the State of New York, the Rare
Breed, by virtue of the Outlaws, dominates in the
Buffalo area, would have had to, at some point in their
history, consulted with the Outlaws for permission to do
that.  Other clubs around the country, they have a
probationary period.  So they go to the Outlaws and say,
"We want to start a club and we want to wear patches."
The Outlaws, if they agree to it at all, usually start
them with a county rocker.  So, in other words, until
the club proves itself to be worthy, you would say "Erie
County" it would say "Rare Breed Erie" or "Rare Breed
Allegany" until they prove themselves.  And they don't
prove themselves by being choir boys or doing toy drives
or fundraisers.  They prove themselves by not snitching.
They prove themselves by their willingness to engage in
criminality.  That is what, by just looking at the
vests, tell motorcycle gang experts and prosecutors who
work these cases.

        Moving on to D-7.  This is a Buffalo Rare
Breed rocker.  Same kind.  So this appears to be
Roncone's, maybe, father's vest, because you see that
lifetime patch now a lifetime member, that signifies
someone with even more time in the club.  Once a Rare

                            USA V. M. RONCONE

1   Breed always a Rare Breed.  And then on the left-hand

2   side, you see the patch with the cross and the skull,

3   that is an ode to their prior history as part of the

4   Coven that merger between those two gangs.

5               D-8 is just another photo that shows you the

6   Coven and Rare Breed part of their history.  I'm going

7   to go to E-1 now, your Honor.

8               E-1, you know, we took a picture of E-1, and

9   it shows a bunch of poker chips.  You know, one of the

10  places that Crystal Quinn was before she died in

11  Wellsville was at a poker game that was attended by Rare

12  Breed associates.  So we took a picture of these poker

13  chips.  This is a big thing for them.  They host these

14  games and they make money through these poker games.

15  This is, again, in the Buffalo clubhouse, to be clear.

16  And E-2 is a poster of somebody talked and you see the

17  signage there that person is sinking in either water or

18  concrete.  In other words, somebody talked and they are

19  dying in the water.  Again, when you're assessing

20  dangerousness, these are not just words, these are words

21  coupled with the fact that they are now under

22  investigation as part of the death of a federal witness.

23              E-3 shows you their view on firearms and

24  their willingness to use them posted prominently in the

```
 1                    USA V. M. RONCONE
 2    club due to the rising cost of ammunition.  I'm no
 3    longer able to provide a warning shot.  This defendant
 4    had 29 guns to include long guns and handguns.
 5              E-4 is another ode to the disgusting and
 6    racist history of Nazi racism, and I think I'm going to
 7    ask my colleague here to explain just a little more, Ms.
 8    Chalbeck to explain a little bit more about the history
 9    of this symbolism.  Can you do that?
10              MS. CHALBECK:  Yes, of course.  Your Honor,
11    as you can see at the top banner of this flag are the
12    letters NSKK, I'm not going to attempt to pronounce it
13    in German, it stands for the National Social List Biker
14    Paramilitary Organization that was organized under the
15    SS.  So this flag, we believe, goes to the mentality
16    that members of this group and this group at large has.
17    They fashion themselves to be a paramilitary like biker
18    organization.  And in the same vein as individuals in
19    organizations that perpetrated atrocities during World
20    War II.
21              MR. TRIPI:  In this same photograph, your
22    Honor, E-4, you can see in the bottom right there is a
23    sign that says "Big Brother is Watching You."  Again, I
24    would argue that that goes to the organizational
25    consciousness of guilt, law enforcement consciousness.
```

USA V. M. RONCONE

Organizations that are not involved in criminal activity
are not having that type of signage in their clubhouses.
I don't think you'll see that at your local Elks Lodge.
E-5 is just another close-up that shows you that they
have these parties.  E-6 just generally shows you they
keep photographs of some of their history.  Same with
E-7.  As of 2021, they had been around in this area for
40 years.  E-8 is advertisement for their annual Blues
Cruz.  And featured on the upper left-hand side on our
screen is one of the events sponsors was Pharos
Gentlemen's Club.

Nine shows you more about their law
enforcement consciousness.  They are not just concerned
about who might be cooperating against their club, they
are concerned about and monitoring other motorcycle
clubs.  You might recall, although I don't believe you
were the magistrate judge, E-9 depicts the indictment
back in 2009 of the Chosen Few motorcycle club, and that
prosecution ended up being dismissed for a host of legal
reasons.  But what is important here is that they've
kept that documentation for over a decade in their
clubhouse.  They know who was charged, and that is,
again, not something that an organization that is not
engaged in criminal activity would be, I would submit,

USA V. M. RONCONE

1
2  worried about.  If you go to E-10, it's going to show
3  you some meeting minutes.  And I started by referencing
4  their link to the Outlaws and their also tracking when
5  Taco Bowman's funeral, which was in March of 2019.  So
6  if we look at entry number nine, if you could highlight
7  that for the Court.  So that is not a Taco party, that
8  is Taco Bowman's funeral planned for that sat in March.
9  So it's another way they are going to honor the most
10 notorious motorcycle club leader of the 21st century.
11             E-11 is another section of their meeting
12 minutes.  And in the Kingsmen case, we entered a lot of
13 these into evidence.  Taco's funeral in Dayton.  Again,
14 furthering this link between this support club of the
15 Outlaws, the Rare Breed and the Outlaws.  E-12 shows you
16 the nexus to Pharos Gentlemen's Club.  They have
17 mandatory meetings every week, and going to Pharos for
18 their annual party makes the to-do list.  That was E-12.
19 E-13 is going to show you another reference to an
20 Outlaws party.  Let's go to the second set of numbering
21 under one, "OL party in Olean, Saturday, three or four
22 from Buffalo going."  So they are very big on
23 essentially reinforcing and forcing their members to
24 make sure they go and support the Outlaws.  You live in
25 Buffalo, you live around Buffalo, doesn't matter, three

                         USA V. M. RONCONE

1

2  or four people from Buffalo are going to Saturday to

3  Olean to support the Outlaws.

4          F-1 just shows you more of the poker chips.

5  I've already sort of proffered the importance of the

6  poker chips.

7          We'll go to G.  I referenced this at our

8  initial appearance, your Honor.  G-1 depicts a human

9  skull that was found in the clubhouse.  We've confirmed

10 it's a real human skull and it's likely of native

11 American origin.  We're waiting for the formal report.

12 If that proves accurate and even if we can't connect

13 this skull to a person given that we see there is no

14 teeth there, your Honor, teeth are missing, that is a

15 way that we often link back a skull fragment or a skull

16 to an actual person, there is likely no DNA because of

17 the age of it, so you have a real skull with no teeth

18 confirmed to be real, likely native American origin.

19 Even if for argument sake this person wasn't murdered,

20 it is unlawful to possess a native American skull off of

21 native American soil.  It was on the floor in the

22 Buffalo RBMC clubhouse.

23         G -2 is another view of the skull.  You can

24 see there are no teeth left in the upper jaw portion.

25 G-3 shows how it was.  So you would think, okay, it's in

```
 1                    USA V. M. RONCONE
 2   some display case, it's an artifact.  No, it's on the
 3   floor in the corner of a room.
 4            When we move onto the H series, I'm going to
 5   go relatively quickly to that.  They had a reference to
 6   certain people or certain organizations that are law
 7   enforcement assigned.  H-1, H-2, H-3, they had a
 8   Complaint regarding an individual, we have not yet
 9   looked into why they had this Complaint in Mr. Roncone's
10   home where these last three items were located.  We'll
11   go to H-4, that is a continuation of that Complaint.
12   And then H-5, this should be concerning as it relates to
13   potential risk, your Honor.  Mr. Roncone had a driver's
14   license and social security card of a person who is not
15   his name based out of Florida.  So that is another thing
16   that agents will have to follow up.  We just don't have
17   more for the Court at this time.  But I don't have
18   anybody else's Social Security card and license in my
19   wallet.  I assume the Court doesn't have it in its house
20   either, so it's another factor that is concerning
21   vis-a-vis flight risk and what is really going on here,
22   what are they using different social security numbers to
23   engage in certain activity.  Certainly something we need
24   to look into.  Certainly part of this defendant's
25   history and characteristics, now that we proffered them.
```

```
 1                        USA V. M. RONCONE
 2              I-1, this is more information that was in
 3    the clubhouse, the Chosen Few indictment.  I-2 appears
 4    to be a press release regarding that raid of the Chosen
 5    Few.  I-3, more meeting minutes from the clubhouse.  So
 6    now we're at the point in time where the investigation
 7    of Pharos has ramped up, and now at a meeting, you can
 8    see the shift.  Before we're going to the Pharos annual
 9    party.  Now, I believe this is 2019 or maybe early 2020,
10    I have to double check, Pharos is now been raided and
11    now there is a shift.  No patches.  They are still going
12    to go there now, don't wear your patches or club shirts.
13    Blend in with the normal people.
14              I-4, it's another entry looking, yeah,
15    eleven, no patches, club shirts at Pharos.  Again, not
16    go there, just don't wear your stuff to identify you as
17    Rare Breed.  I-5, going back to I-5.  Now Pharos is
18    under investigation, there was a lot of media attention.
19              MAGISTRATE JUDGE SCHROEDER:  You have I-4.
20              MR. TRIPI:  We're removing it.  I was ahead
21    of my paralegal on that one.  I'm moving quickly.
22              I-5 is, you see number four, "tighten your
23    shit up."  So federal investigations are progressing
24    now, federal investigations are hitting the media.  I
25    submit to your Honor, this is an official directive in
```

USA V. M. RONCONE

1

2  the RBMC meeting to be aware and to keep tight.  In

3  other words, keep close your criminal activity, make

4  sure it's not being easily discerned.

5           I-6 entry No. 7 indicates they are going to

6  an event "Roar on the Shore," but they are not going to

7  wear their colors there because there is possible

8  issues.  I would submit possible issues represents

9  potential conflict with another biker gang.  When there

10 is -- just stepping back for a moment.  When there are

11 potential issues or potential violence that may occur or

12 criminal acts of violence, one of the big things these

13 clubs do, your Honor, is they don't wear their vests.

14 They don't wear their patch.  They don't wear colors

15 that would readily signify that this was our group that

16 perpetrated this event.  It's a law enforcement

17 consciousness, it's dangerousness.  In my prior

18 prosecution of a very similar club, when they did

19 shootings, they did not wear their vests.  When they

20 were being sent to do acts of violence, they did not

21 wear their vests.

22           I-7, yet another entry in another meeting to

23 "keep your shit tight," now this time with four

24 explanation points.  Again, this is along the same time

25 where the Pharos investigation is progressing.  "Keep

```
                          USA V. M. RONCONE
```

your shit tight!!!!"

        I-8, in that same vein, now we have a
quarterly summary meeting note from May 28, 2022.  So by
this point in time, Mr. Gerace is indicted, that case is
progressing, but Mr. Gerace is not yet detained, but
that case is progressing to trial.  There has been a lot
of media coverage, so now you see they are mandating
attend a meeting every two months for lifetime members
to retain their status.  So lifetime members, usually
older, they can go to less events.  Number three, I
would like you focus in on "be mindful of who is around
you when talking."  Again, law enforcement
consciousness, cooperator consciousness, a consciousness
of guilt of their own criminal activity as a group such
that they have to broadcast this to their whole
organization during a meeting.  I-9, you're going to see
an entry, I just have to find it, entry number 6.
Again, another reminder, still no patches at Pharos, so
still don't wear your stuff, identifying yourself as
Rare Breed when you go to Pharos.  I-10, another entry
to "keep your shit tight."  It's entry number 11.

        I-11, if you look at 10 and 11, they are
talking about getting more serious about their security
and being aware of their surroundings at all times.  And

USA V. M. RONCONE

being aware of their security goes back to the mind-set
of they always think this is a paramilitary group who
always thinks they are on the verge of some conflict and
may well be.  I-12, now there is a shift.  Now entry No.
16 is "stay away from Pharos."  Now more information has
come out regarding Pharos, things are progressing and so
now the shift is made.  Let's stay away from that place,
too hot.

I-13 shows that they monitor activity and
press regarding other motorcycle clubs.  I-13 relates to
a fight between motorcycle groups.  I-14 talks about in
the middle of melee of cracking baseball bats, flicking
switch blades between rival biker gangs, the Hell's
Angels shot and killed a member of the Pagans in Nassau
County, Long Island.  If they weren't involved in a
larger criminal syndicate that was worried about these
types of things on a national level, why would they care
about a melee lay between Hell's Angels and Pagans in
Long Island?  That is I-14.

I-15, they are worried about what is going
on with the Hell's Angels in California.  That is what
that news article is about.  I-16, Hell's Angels
wounded.  Hell's Angels are a rival of the Outlaws.
Hell's Angels wounded.  And this is a story from Concord

                        USA V. M. RONCONE

1
2    New Hampshire.  I-17, we're back to meeting minutes and
3    there is a directive to spend more time in Wellsville.
4    And also to "clean up your shit."  I would submit "clean
5    up your shit" means don't leave evidence behind in the
6    clubhouse.  Clean it up when you're done partying, using
7    drugs, whatever.  That is I-17.
8              I-18 has a reference to Roncone getting a
9    local scrap guy.  You see at the top, "Cone" is one of
10   the people at this meeting so that is his nickname,
11   "Cone."  And then four says, "Talking to local scrap
12   guy, Cone will have answers.  He is in charge of getting
13   a local scrap guy in relation to clean up at their
14   Wellsville clubhouse," it looks like.  And then on I-19,
15   I-19, you're going to see who that scrap guy was.  Entry
16   four "talked with Howie to get rid of scrap."  So,
17   again, Howie Hinkle is the person who is charged
18   separately with having over 100 plant marijuana grow
19   I've indicated to you our information is that Hinkle has
20   supplied Roncone with marijuana and these are some of
21   the same people who were involved in the constellation
22   of events that surround the 48, 72 hours where Ms. Quinn
23   died, part of the search that this Court authorized.  So
24   it shows you that Howie has a nexus to Rare Breed and
25   has a nexus to Roncone and a nexus to the Wellsville

                         USA V. M. RONCONE

chapter.

          I-20, there is a reminder to only support
those who support us.  Also says, "The Olean party was a
good time, Cone went."  We know from prior meeting
minutes that the Outlaws have parties in Olean.  I-21,
yet another meeting minute reminder "keep your shit
extra tight."  I would, again, argue that is
consciousness of guilt of larger more complex criminal
activity.  I-22, you can see this is November 8th, so
we've now done search warrants in Wellsville area in
August, October; October 24th, I believe, was the last
set of warrants in Wellsville.  By November 8th, this
defendant Cone is at a meeting with others and now they
are suspending the Wellsville chapter clubhouse for the
time being.  That is entry number 10.  And then entry
number 11 tells us Cone is moving to be the VP of the
Buffalo clubhouse until they resume operations,
essentially, in Wellsville.  And if we go to I-22, we
see another reference to suspending the Wellsville
chapter.  That is entry 10.  And on nine, you can see
the BBs, how they use the racist white supremacist SS in
the way they use to write that name.  Again, that is an
ideology, your Honor, I'm sure it's First Amendment
protected, but that ideology also means something

                    USA V. M. RONCONE

 1  hateful.  And that ideology also is something this Court
 2  should consider when it assesses the group and this
 3  individual's dangerousness.
 4
 5          I-23, there is an individual, Damon, voted
 6  out bad.  That means Damon is going to be in some
 7  trouble.  Damon could be in trouble, particularly if
 8  people in RBMC not talk to Damon or associate with
 9  Damon, members of the RBMC could be beat or worse.  The
10  people who were murdered in the Kingsmen case were
11  Kingsmen members who violated an order that other people
12  were out bad, they were executed.
13          Now I'd like to take you to the J series, so
14  now we're going to be in the Wellsville clubhouse and
15  these guns and ammunition were found in a trailer with
16  other of Mr. Roncone's personal effects to include, I
17  don't know if I pulled a photo of it, but his Covid
18  vaccination card was in there and his credit card with
19  his name was on there.  So these firearms are under his
20  control.  These are his firearms.  And you see it's made
21  safe for the purposes of the photo, but you see an
22  assault-style looking weapon capable of high capacity
23  magazines under J-1.  We have a different one,
24  similarly, again, these have not been analyzed by a
25  firearms expert yet, so your question to me earlier,

                        USA V. M. RONCONE

1

2    your Honor, I don't know if these have been modified to

3    become fully automatic at this point as I stand here in

4    front of you today.  But certainly, even if they haven't

5    been modified to be fully automatic, a semi-automatic

6    firearm capable of having high capacity rounds can do a

7    lot of damage.  Many of these mass shootings you see

8    around the country, they are not fully automatic.

9                MAGISTRATE JUDGE SCHROEDER:  They are not

10   illegal.

11               MR. TRIPI:  Sure, sure, I understand that.

12   But I was sort of harkening back to a prior court

13   appearance where you made reference to these style of

14   firearms and we do have some of those.  You see there is

15   plenty of magazines that can be filled with a whole

16   bunch of ammunition.  If you go to J-3.  A whole bunch

17   of magazines that can fit these guns.  And then J-4 will

18   show you there are plenty of ammunition to go in the

19   magazines.  And I'm going to focus in on in the 612

20   canister.  There are three white boxes there.  I'll show

21   you that in more detail.  We'll pull one out.  That is

22   federal law enforcement ammunition that is not for

23   resale.  In other words, somehow, some way, Mr. Roncone

24   acquired federal ammunition from Homeland Security that

25   he is not supposed to have.  I had Homeland Security

```
 1                    USA V. M. RONCONE
 2   look into this exact batch.  And that organization sold
 3   it to another federal agency, the United States Marshal
 4   Service.  That is as far as we've made it.  This federal
 5   ammunition should not be in civilian's hands.  He
 6   shouldn't have it.
 7              MAGISTRATE JUDGE SCHROEDER:  Is that a
 8   crime?
 9              MR. TRIPI:  It's a crime for whoever got it
10   to him.
11              MAGISTRATE JUDGE SCHROEDER:  No, a crime for
12   him to have it, its possession, per se.
13              MR. TRIPI:  I'm not focused on that.
14              MAGISTRATE JUDGE SCHROEDER:  No, I
15   understand.
16              MR. TRIPI:  The import of that is access to
17   people or entities that could disadvantage others.  And
18   if he is getting federal ammunition, that should concern
19   all of us.  That is dangerous and that is the problem.
20              MAGISTRATE JUDGE SCHROEDER:  But the concern
21   would be do we have somebody in the federal agency that
22   is doing this.
23              MR. TRIPI:  It takes two to tango, correct.
24              MAGISTRATE JUDGE SCHROEDER:  It would seem
25   to me, the main concern is if there is someone in the
```

                    USA V. M. RONCONE

1

2    federal agency that is doing it, that is really

3    disconcerting.

4            MR. TRIPI:  Of course.  And we've charged a

5    DEA agent in a companion case, right?

6            MAGISTRATE JUDGE SCHROEDER:  Mr.

7    Bongiovanni.

8            MR. TRIPI:  Right.  This is the whole

9    context.  We're following the facts to the logical

10   conclusion.  Like this tampering down stream, let's go

11   back to the beginning.  It started with a corrupt

12   federal agent helping allegedly organized crime groups

13   and now here we are today in 2023 with federal

14   ammunition in a gang member's RV.

15           J-6six shows you that there is a number of

16   rounds that are still in one of the boxes that were

17   sampled.  J-7 is a close-up of serial numbers for one of

18   those guns.  J-8, same thing.  J-9, again, focusing on

19   the serial numbers, are traces that need to be done on

20   the guns and an analysis of those serial numbers.  I'm

21   going to breeze through these.

22           J-10, J-11, different types of ammunition.

23   It's showing you the head stamps there.  K-1, again,

24   shows you that there is, despite all of the references

25   to "keep your shit tight, keep your shit tight, clean

USA V. M. RONCONE

1

2  up," still there was evidence of use of marijuana and

3  paraphernalia at that clubhouse.  Imagine what it was

4  like before it was cleaned up and before operations were

5  suspended.

6            K-2 is another photo of those items.  And

7  L-1, we did pull some of the photos related to Mr.

8  Roncone's personal effects linking him to those firearms

9  and ammunition.  One of them is going to be his

10 vaccination card, DMV documents.  If we go to L-2, it's

11 a close-up of his New York State DMV interim license,

12 paper license, in the name of Michael Roncone.  L -3 has

13 a debit card, a credit union card, and his vaccination

14 card, so linking him to the unmistakable conclusion that

15 he has control of the firearms and ammunition in that

16 location.  And I just would like to put a caveat out

17 there, Judge, it's been linked to the United States

18 Marshal Service.  I don't know if that is in Buffalo, we

19 don't know yet.  I don't want to disparage my friends at

20 the United States Marshal Service in Buffalo, New York.

21 But it is important to know it is federal law

22 enforcement ammunition that shouldn't be, as far as I

23 understand it, in Mr. Roncone's possession.  So if you

24 go back and you look at the history and characteristics

25 of the offender, the nature and circumstances of the

```
 1                    USA V. M. RONCONE
 2   danger he poses, and particularly not only his
 3   individualized access to firearms, individual use of
 4   rings, that ability as a de facto brass knuckle,
 5   monitoring of other cases in other clubs, as well as the
 6   nexus to Pharos Gentlemen's Club, as well as the
 7   information I've proffered about his own cocaine
 8   distribution, as well as to the volume of firearms that
 9   we recovered and his long-standing tenure as a key
10   figure in this organization that is under, now they
11   know, an investigation related to the events surrounding
12   the death of a federal witness, his flight risk is high,
13   his danger to the community is high, the risk of further
14   obstruction if he were to be out and about with his
15   colleagues while we're conducting this serious
16   investigation is very high.  For all of these reasons,
17   we ask this Court to detain him until further
18   proceedings on this case.  Thank you.
19                    MAGISTRATE JUDGE SCHROEDER:  Mr. Towey.
20                    MR. TOWEY:  Good morning, your Honor.  Brian
21   Towey on behalf of Mr. Roncone.  I'm standing in of
22   counsel this morning for Paul Dell, who Mr. Roncone
23   retained.  Your Honor, the government did just put forth
24   quite a proffer.
25                    MR. TRIPI:  Judge, I'm sorry to interrupt.
```

                    USA V. M. RONCONE

1  One housekeeping, I'm really sorry, for one housekeeping

2  purpose.  Can you have Mr. Roncone acknowledge that he

3  would like to go forward.  Mr. Dell is not here.  Mr.

4  Dell is who he has retained, just to have confirmation

5  on the record from Mr. Roncone.

6              MAGISTRATE JUDGE SCHROEDER:  Mr. Roncone?

7              THE DEFENDANT:  I'd like to go forward, your

8  Honor.

9              MR. TRIPI:  Thank you, your Honor.  Sorry to

10 interrupt.

11             MAGISTRATE JUDGE SCHROEDER:  And that is

12 with Mr. Towey?

13             THE DEFENDANT:  Yes, your Honor.

14             MAGISTRATE JUDGE SCHROEDER:  All right.

15             MR. TRIPI:  Thank you, I'm sorry.

16             MR. TOWEY:  Thank you, Judge.  But, that

17 story is what it is, it's a story.  Most of the

18 allegations that we've talked about here this morning

19 haven't resulted in criminal charges.  Most of the

20 proffer isn't related to the charges that have been

21 brought here today and that have been filed.  It appears

22 Mr. Roncone allegedly possessed a number of firearms.

23 As your Honor pointed out and asked, none of these

24 firearms are per se illegal to possess.  It's my

```
 1                    USA V. M. RONCONE
 2   understanding that the possession of these firearms is
 3   not a crime but for the allegation that he is a drug
 4   user.  And this allegation is based on this trace amount
 5   of cocaine, a small amount of marijuana that your Honor
 6   saw in some of those photographs.  As your Honor knows,
 7   the possession of marijuana in New York State is not
 8   even illegal.
 9                    MAGISTRATE JUDGE SCHROEDER:  But it's still
10   a federal crime.
11                    MR. TOWEY:  Understood, your Honor.  Just
12   pointing that out.  But as far as all of the other
13   uncharged allegations, your Honor knows more about this
14   case than I do, more about this case than probably Mr.
15   Dell does.  You sat through many of the detention
16   hearings, signed the search warrants, but your Honor has
17   also reviewed the search warrants or the search warrant
18   inventories in this case.  It doesn't appear that the
19   government found any evidence that they were really
20   looking for.  They didn't -- essentially what we have
21   here is a 42-year-old individual, no criminal record,
22   has lived in Western New York for his entire life.  He
23   is employed as a construction worker.  He went out, he
24   retained his own attorney.  And, your Honor, if he is
25   even convicted, he doesn't face a significant period of
```

USA V. M. RONCONE

1  incarceration relative to most defendants in this -- in

2  this building.  As a matter of fact, there is no

3  mandatory minimum on the charges that he is facing.  It

4  isn't a reason that the United States, the Assistant

5  United States Attorney wants Mr. Roncone to remain in

6  while they continue to investigate these uncharged

7  allegations.  That is not a reason to remand Mr.

8  Roncone.

9          As was pointed out, Mr. Roncone's father is

10  here.  He does live with his father.  His father is

11  willing to put up property with respect to Mr. Roncone's

12  release.  I don't know if your Honor is aware, but I'm

13  sure you have, there was a pretrial services report.

14  The Pretrial Services Report recommended Mr. Roncone's

15  release.  And, your Honor, we'd respectfully request

16  that you adhere to the recommendation of probation and

17  release Mr. Roncone with conditions as set forth in the

18  report.  Otherwise, I have nothing further, your Honor.

19          MAGISTRATE JUDGE SCHROEDER:  Mr. Tripi,

20  considering the criminal history of the defendant or

21  lack thereof, at least as reflected in the Pretrial

22  Services Report, and with specific focus on the charge

23  that he is presently facing in the amended Complaint,

24  namely a violation of Title 18 of the U.S.C. Section

```
 1                    USA V. M. RONCONE
 2    922(g)(3), and the application of the Federal Sentencing
 3    Guidelines, what type of sentence would he be looking at
 4    if convicted.
 5              MR. TRIPI:  Your Honor, I believe as to a
 6    related defendant who had 16 firearms, we calculated 41
 7    to 51 months.  This defendant had 29 firearms, so
 8    without having the Guidelines Manual in front of me, and
 9    I should have calculated, Judge, anticipating this
10    question, I am going to say, ballpark, 41 to 51 months,
11    could be a little bit higher, three years or more
12    wouldn't be beyond the realm of realistic in terms of a
13    sentence.
14              MAGISTRATE JUDGE SCHROEDER:  It's been a
15    while, but help me out, in the back of my mind, I recall
16    reading case law from the Second Circuit Court of
17    Appeals about it's not the quantity of weapons in
18    determining the charge and the end result of the charge
19    and the sentence if it's a continuing act of possession
20    of a number of weapons.  The charge being, you're just
21    not entitled to possess one weapon or 10 weapons if you
22    are a drug user.
23              MR. TRIPI:  And that is correct, your Honor.
24    That is my --
25              MAGISTRATE JUDGE SCHROEDER:  So the focus of
```

                    USA V. M. RONCONE
1
2    the charge being a drug user.
3             MR. TRIPI:  Yes.  The number of guns, if
4    this were charged, there would not be 29 counts, it
5    would be one count listing 29 firearms.  The number of
6    firearms comes into play when you're doing the
7    Guidelines calculations as to what the potential federal
8    sentence or recommended federal sentence should be, but
9    it does not impact the charge if that makes sense.
10            THE COURT:  Once again, my focus in
11   determining the government's motion is on the charge
12   that the defendant presently faces.  And that is the
13   charge in the amended Criminal Complaint that the
14   defendant did knowingly possess firearms while being an
15   unlawful user of controlled substances in violation of
16   Title 18 U.S.C. Section 922(g)(3).  Now I've heard a
17   great deal of representations and submission of
18   materials in the government's proffer about motorcycle
19   clubs, patches, signs and other materials, but I heard
20   very little about this so-called drug usage of this
21   defendant.  And I don't know if it's drug usage of
22   marijuana and what quantity, drug usage of cocaine and
23   what quantity, how long ago was there drug usage, which,
24   to me, is what directly relates to the charge that he
25   faces.  I've also heard about and seen exhibits

```
  1                USA V. M. RONCONE
  2   indicating how well aware, according to the government,
  3   these motorcycle organizations are and the members of
  4   those motorcycle organizations are of federal
  5   involvement and federal observations and investigation
  6   of these motorcycle clubs and these individuals.  So
  7   much so that there were numerous references to minutes
  8   or notes kept by the motorcycle clubs about keeping
  9   their stuff tight or being careful when talking, et
 10   cetera.  Well, the other side of that coin is if these
 11   people are so aware of it and this is the way they are
 12   conducting themselves, they know they are under
 13   observation and investigation.  That works to limit any
 14   further type of alleged criminal activity at least while
 15   things are pending.  The other common sense concern that
 16   I have is that all of this has now been presented out in
 17   the open, these relationships, and these activities and
 18   these possession of weapons and different clubs and
 19   patches, et cetera, locking up one individual, namely
 20   the defendant, doesn't in any way eliminate the
 21   so-called risk that the government is advocating exists,
 22   especially since it's a military-type organization or
 23   multiple organizations who live by these different codes
 24   that the government has put forth.  And in viewing that,
 25   I have to view it in the context of the constitutional
```

USA V. M. RONCONE

1
2  right of this defendant, like any criminal defendant to

3  be considered bailable, not only in the Bail Reform Act,

4  but in the Constitution of the United States.

5          This defendant apparently does not have what

6  I would call a shocking criminal record.  And I'm

7  referring once again to the Pretrial Services Report

8  wherein it is stated, quote, "New York State and FBI

9  criminal record checks were conducted which revealed no

10  prior criminal history for this defendant."  I've also

11  heard nothing to indicate that this defendant is a

12  person that would be personally involved in the

13  committing of violent acts if he is out on bail.

14  Especially based on the examination and investigation

15  that has been conducted to this point, as to all of the

16  activities of the defendant, including the searches of

17  his home, his place in Wellsville and the evidence that

18  has been reflected in the photographs.  And in viewing

19  everything in their totality with particular emphasis on

20  what I've iterated in the form of the exposure that has

21  been brought about by the government, it appears to me

22  that it would be intellectually contradictory, if not

23  intellectually improper for me to conclude there are no

24  terms and conditions that I could impose that would

25  reasonably assure the appearance of the defendant at any

                        USA V. M. RONCONE

1

2    proceedings, once again, in the context of the charge he

3    presently faces and in the context of the lack of a

4    criminal record and what he might face with the

5    application of the Federal Sentencing Guidelines if he

6    were convicted of this charge to conclude he is a flight

7    risk.  We have electronic monitoring using GPS and all

8    kinds of other high tech today that is available to the

9    U.S. Probation office that certainly will be able to

10   track the whereabouts of this defendant.  We can have

11   the defendant surrender any passports, enhanced driver's

12   licenses or any other type of documentation that would

13   authorize international travel.  I can impose a bail in

14   a monetary amount that it's been represented that his

15   father would be willing to co-sign for using real

16   property.  And I'm assuming that the government is going

17   to continue to observe and investigate this entire

18   matter, this entire motorcycle organization or

19   organizations so that the risk of flight and the risk of

20   somebody doing something that is going to constitute

21   danger is substantially reduced, at least as to this

22   defendant, and that is all I'm concerned with, the

23   defendant Michael Roncone, are there terms and

24   conditions that I can impose that will reasonably assure

25   his appearance at any or continuing proceedings and

```
 1                    USA V. M. RONCONE
 2    minimize his ability to be a danger to other persons or
 3    members of the community.  If I'm going to be honest, I
 4    conclude there are.
 5            The final concern that I have is, I'm not
 6    minimizing, by any means, the concern the government has
 7    expressed as far as what is happening out there in this
 8    society of motorcycle gangs.  The violence that we know
 9    does occur.  I think back to a few years back, and I was
10    assuming that the prosecutor was referring to when there
11    was an outbreak of the shootout at the Lancaster
12    Speedway between two different motorcycle clubs.  I also
13    can take judicial notice of the trials that occurred
14    with the killing of members of different motorcycle
15    clubs, I think it was the Kingsmen in Tonawanda or North
16    Tonawanda.  So we know these things happen.
17            And I also understand the concern, even
18    though it might be first amendment protected material,
19    the seed of dangerousness that some of that stuff has
20    Swastikas Nazi ideology, and the history that we've
21    learned back in the 30s and the 40s as to what the
22    ideology does and what it results in.  But, once again,
23    that is something that has been proffered on behalf of
24    an organization and members of an organization, but
25    doesn't relate directly to this defendant in the sense
```

```
 1                    USA V. M. RONCONE
 2  of flight and dangerousness.  Is it a crime to belong to
 3  an organization?  I know of no finding of guilt as to
 4  this motorcycle club as an organization.  I suspect that
 5  maybe they are even incorporated.  I'm not sure, but if
 6  they have a clubhouse and have parties and alcohol is
 7  perhaps sold, they may even be state licensing things
 8  that are in existence, which would, once again, indicate
 9  a legitimacy of an organization as opposed to a criminal
10  conclusion.
11           Lastly, I don't like the concept, and I
12  think we have an obligation to always see that the
13  concept does not become adopted under our Constitution
14  and that is guilt by association.  Just because someone
15  belongs to an organization that goes to a particular
16  place of business for either partying or meetings or
17  whatever and has insignias or patches or whatever, we
18  have organizations throughout our country beginning with
19  the Boy Scouts, beginning with church organizations,
20  beginning with educational institutions, beginning with
21  professional sports, everybody has a banner or a patch
22  or a symbol that displays their organization and what
23  their organization stands for and what their principles
24  are, et cetera.  And if you're going to say somebody
25  belongs to an organization that not only has these
```

                          USA V. M. RONCONE

1

2    identifying patches but they are bad people.  And,

3    therefore, you're a bad person, I think we're in big

4    trouble if we adopt that.

5             So I come back to the very limited, and I

6    emphasize limited, focus of the defendant being charged

7    with a violation of Title 18 U.S.C. Section 922(g)(3),

8    and take into account everything that has been proffered

9    by the government, all that has been proffered on behalf

10   of the defendant, all that is set forth in the Pretrial

11   Services Report, and conclude that there are terms and

12   conditions that I can impose that will assure reasonably

13   the appearance of the defendant at future proceedings,

14   and that will assure the members of the public will be

15   reasonably protected.  And those conditions are as

16   follows.

17            The defendant will be made subject to the

18   supervision and authority of the United States Probation

19   Office.  And what that means, Mr. Roncone, that you must

20   obey and carry out and follow through with every

21   reasonable directive given to you by a representative of

22   that office.  Should you fail to do that, that can

23   result in your bail being revoked and your being locked

24   up and kept locked up until this matter is concluded.

25            The defendant will also be required to

```
 1                    USA V. M. RONCONE
 2   submit to electronic monitoring.  And the form of that
 3   monitoring will be left at the discretion of the
 4   probation, such as, but not limited to, GPS monitoring
 5   or whatever will give the broadest type of coverage and
 6   the defendant will be subjected to that monitoring on
 7   the 24-hour basis.  The defendant will also be required
 8   to post bail either by way of a bail bond, cash or real
 9   property having an unencumbered value of $100,000.
10             The defendant's travel is hereby restricted
11   or limited to the Western District of New York.  That
12   means no traveling outside of the Western District of
13   New York.  If, however, there is a request to undertake
14   such travel, that request must be made to the United
15   States Probation Office.  And as part of that request,
16   you must submit a complete itinerary showing the purpose
17   of the trip, when it is to take place, where it is to
18   be, with whom you are going to meet, when you expect to
19   return and any other information the probation office
20   asks of you in that regard or context before such travel
21   can be undertaken.  And there must be approval for such
22   travel once that information has been obtained.
23             I don't know whether the government seized
24   all of those weapons that have been described, but if
25   you have possession of or access to any other weapons, I
```

```
 1                    USA V. M. RONCONE
 2    direct you to disclose that to your attorney.
 3              And, Mr. Towey, I direct you as an officer
 4    of the court and Mr. Dell as an officer of the court to
 5    then make arrangements with the government's attorney
 6    for the surrender of those weapons and their safe
 7    keeping until this matter has been completed.
 8              MR. TOWEY:  Understood, your Honor.
 9              THE COURT:  You will also be required to
10    submit, to report any contact that you have with any law
11    enforcement personnel for any reason whatsoever, be it
12    something as minor as a vehicle and traffic violation or
13    for any other reason.  And that report must be made to
14    the United States Probation Office within 72 hours of
15    when that contact occurred.  You are hereby prohibited
16    from having in your possession and you are hereby
17    prohibited from using any narcotic drug or substance
18    even if it's considered legal under the laws of the
19    United States unless that legal drug or substance is in
20    the form of medicine that has been prescribed for you
21    personally by a dually licensed physician, licensed by
22    the State of New York, to treat you personally for a
23    medical condition.  So even though it might be a legal
24    drug or substance, if it's not in the form of medicine
25    prescribed to you by a doctor, you're not to have it in
```

```
                          USA V. M. RONCONE
 1
 2     your possession.  And you're not to use it.  Do you
 3     understand?
 4               THE DEFENDANT:  Yes, your Honor.
 5               MAGISTRATE JUDGE SCHROEDER:  Needless to
 6     say, but, nevertheless necessary to say, you're not to
 7     have in your possession and you're not to use any
 8     illegal drug or substance under the laws of the United
 9     States.  So even though it's been referenced, the State
10     of New York allows for the use of personal use of
11     marijuana, federal law does not.  So no possession of or
12     use of any illegal drug or substance under the laws of
13     the United States.
14               You will also be required to submit to drug
15     and/or alcohol testing because I'm also prohibiting any
16     drinking.  And as part of that, you will be required to
17     submit to drug and/or alcohol testing and to contribute
18     toward the cost of that testing as determined and
19     directed by the United States Probation Office, and you
20     are prohibited from interfering with or obstructing in
21     any way the accuracy of any testing carried out.
22               You are to surrender any passport or
23     enhanced driver's license or any other form of
24     documentation that allows you to travel internationally.
25     And while this matter is pending, you are not to seek
```

```
 1                    USA V. M. RONCONE
 2   renewal of any passports, enhanced driver's license or
 3   any other form of documentation.  And you are not to
 4   apply for any new passports or driver's licenses,
 5   enhanced driver's licenses or other forms of travel
 6   documentation.
 7              Mr. Probation Officer?
 8              PROBATION:  Judge, in addition to those
 9   conditions, we would just respectfully request that he
10   surrender any pistol permits to the appropriate
11   authorities.
12              THE COURT:  Surrender what?
13              PROBATION:  Surrender any pistol permits.
14              MAGISTRATE JUDGE SCHROEDER:  Yes, it had
15   been represented that you have a pistol permit that is
16   to be surrendered to the appropriate authorities.  And
17   while this matter is pending, you're not to apply for or
18   seek removal for any pistol permits or any other type of
19   permits for weapons.
20              PROBATION:  Judge, we also ask that he
21   remain at a verifiable address as approved by pretrial
22   services.
23              MAGISTRATE JUDGE SCHROEDER:  Yes, I'll make
24   that a condition as well.
25              PROBATION:  That he avoid all contact with
```

                        USA V. M. RONCONE

1

2    co-defendants and defendants in related cases unless

3    approved by pretrial services.

4               MAGISTRATE JUDGE SCHROEDER:  Yes, I make

5    that a condition.  And if there is something that you

6    think needs to be done in the way of contacting those

7    people, you do that through your attorney.  Your

8    attorney will address those things.

9               PROBATION:  Judge, we would also ask that he

10   be subject to a curfew just based on his -- what he

11   reported.

12              MAGISTRATE JUDGE SCHROEDER:  You can do that

13   because I made him subject to the supervision of the

14   U.S. Probation office, you have that discretion.

15              PROBATION:  Thank you, Judge.  We would also

16   ask that he refrain from obstructing or attempting to

17   obstruct or tamper with the efficiency and accuracy of

18   the electronic monitoring.

19              MAGISTRATE JUDGE SCHROEDER:  Yes.  I make

20   that a condition.  And also, you are to contribute

21   toward the cost of that service in the form of a

22   co-payment in the amount of which will be determined and

23   directed by the U.S. Probation office.

24              PROBATION:  I believe that's it, Judge.

25   Thank you.

```
 1                      USA V. M. RONCONE

 2              MAGISTRATE JUDGE SCHROEDER:  All right.

 3              MR. TRIPI:  Judge, if I may, just following

 4   up on probation.

 5              MAGISTRATE JUDGE SCHROEDER:  Certainly.

 6              MR. TRIPI:  There is two conditions that you

 7   ordered.  One is a bail bond unencumbered with a value

 8   of $100,000.  There has been an offer or indication that

 9   that will be secured by property put up by his father.

10   I ask the Court direct that the appropriate information

11   be submitted to the U.S. Attorney's Office.  We

12   typically conduct that and we'll do it forthwith and in

13   good faith to do it quickly, but I ask you to direct

14   that defense provides that information, the appropriate

15   section of our office, will do a check into whether that

16   property has sufficient value and is unencumbered.

17              MAGISTRATE JUDGE SCHROEDER:  Right.  And I

18   was going to direct that at the end.

19              MR. TRIPI:  And the second thing, in terms

20   of the electronic monitoring, by curfew, will probation,

21   much like with several other defendants who had similar

22   condition ordered, need time to inspect the site and

23   make sure it's set up for electronic monitoring?

24              MAGISTRATE JUDGE SCHROEDER:  Right.  I was

25   going to add that at the end.
```

```
 1                    USA V. M. RONCONE
 2           MR. TRIPI:  And I have one thing, I'll wait
 3    until the end.
 4           MAGISTRATE JUDGE SCHROEDER:  You have one
 5    more thing but what?
 6           MR. TRIPI:  I'll wait until you're done.
 7           MAGISTRATE JUDGE SCHROEDER:  Upon the
 8    completion of any inspection by the U.S. Probation
 9    Office in verifying the residence that you will be
10    staying at and the approval of the probation office for
11    that residence and verification by the probation office
12    of the feasibility of that residence to effectuate the
13    electronic monitoring, and upon completion of, if real
14    property is to be posted to provide for the $100,000
15    security, that property and the indicia of ownership
16    must first be supplied to the U.S. Attorney's Office so
17    as to allow that office to evaluate the true value of
18    the property free and clear of any encumbrances as
19    having a value of at least $100,000.
20           And upon the surrender of that, any
21    passports or travel documents, as I previously
22    indicated.  And upon the completion of any additional
23    processing by the U.S. Marshal Service and/or the
24    probation office, the defendant is then to be released
25    on bail subject to all of the terms and conditions as
```

                         USA V. M. RONCONE

1    I've indicated, but the release will not take place

2    until the U.S. Attorney's Office has been provided with

3    the appropriate information to satisfy the $100,000

4    value of the property, if property is what is used.

5              MR. TOWEY:  Judge, just for clarity, that is

6    with respect to property if property is being posted, is

7    that correct, Joe?

8              MR. TRIPI:  That's correct.

9              MAGISTRATE JUDGE SCHROEDER:  As I

10   understand, the father's residence or home.

11             MR. TOWEY:  I believe so.

12             MAGISTRATE JUDGE SCHROEDER:  And so what

13   would be provided normally would be something that would

14   indicate ownership of that property, a deed.  If there

15   is a mortgage, what the amount of the mortgage is and so

16   that can be deducted from the value of the premises.

17             MR. TOWEY:  Understood.

18             MAGISTRATE JUDGE SCHROEDER:  Because the

19   bottom line, value of the premises has to be an

20   unencumbered $100,000 or more.

21             MR. TRIPI:  And, your Honor, I assume he'll

22   also remain in custody while probation checks the --

23             MAGISTRATE JUDGE SCHROEDER:  Yes, he will

24   not be released until these matters have been completed.

```
 1                    USA V. M. RONCONE
 2              MR. TRIPI:  And then, Judge, I think this is
 3    largely mooted by the conditions and the steps that need
 4    to take place before the defendant can satisfy the
 5    conditions, but, respectfully, given the proffer here, I
 6    would ask for a 24-hour stay and I would like to, if I
 7    may, just do a better job of articulating my reasons for
 8    doing that than perhaps I did on the prior appearance.
 9              MAGISTRATE JUDGE SCHROEDER:  I'm not
10    criticizing how you did it at the prior appearance.  And
11    I would anticipate the production of the real property
12    bail posting is going to take some time and the
13    probation office inspection is going to take some time,
14    so I'll grant that application.
15              MR. TRIPI:  Okay.  Thank you.
16              MAGISTRATE JUDGE SCHROEDER:  Anything else?
17              MR. TRIPI:  Nothing from me, your Honor.
18              MR. TOWEY:  Nothing your Honor.
19              MAGISTRATE JUDGE SCHROEDER:  Thank you
20    everyone.
21              MR. TOWEY:  Thank you.
22
23
24
25
```

```
 1
 2
 3                          *     *     *
 4                   CERTIFICATE OF REPORTER
 5
 6     I certify that the foregoing is a correct transcript
 7  of the record to the best of my ability of proceedings
 8  transcribed from the audio in the above-entitled matter.
 9  S/ Karen J. Clark,  RPR
10  Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```