```
11:27:38   1              UNITED STATES DISTRICT COURT

           2              WESTERN DISTRICT OF NEW YORK

           3

           4    - - - - - - - - - - - - - - X
                UNITED STATES OF AMERICA    )      23CR551
           5                                )      23CR552
                vs.
           6                                   Rochester, New York
                JOHN ERMIN AND SCOTT BARNES )  December 27, 2023
           7              Defendants.          11:00  a.m.
                - - - - - - - - - - - - - - X
           8    CONTINUATION OF DETENTION HEARING

           9

          10              TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE ELIZABETH A. WOLFORD
          11              UNITED STATES DISTRICT JUDGE

          12
                              TRINI E. ROSS, ESQ.
          13                  United States Attorney
                              BY: JOSEPH TRIPI, ESQ.
          14                  Assistant United States Attorneys
                              138 Delaware Avenue
          15                  Buffalo, New York 14202

          16
                              GEORGE V.C. MUSCATO, ESQ.
          17                  Muscato, DiMillo & Vona, LLP
                              107 East Avenue
          18                  Lockport, New York 14094
                              (Appearing on behalf of J. Ermin)
          19

          20                  DAVID B. COTTER, ESQ.
                              380 Cleveland Drive
          21                  Buffalo, NY 14215
                              (Appearing on behalf of S. Barnes)
          22

          23                  A. McCray, USPO

          24    COURT REPORTER: Karen J. Clark, Official Court Reporter
                              Karenclark1013@AOL.com
          25                  100 State Street
                              Rochester, New York 14614
```

```
  1                    P R O C E E D I N G
  2              *                *              *
  3
```

11:27:40  4          THE CLERK:  On the record, United States

11:27:40  5   versus Barnes 23MR551, and United States versus Ermin,

11:27:40  6   23MR552.  We're here for oral argument.

11:27:40  7   Counsel, please state your name and who you represent.

11:27:40  8          MR. TRIPI:  Joseph Tripi and paralegal Karen

11:27:40  9   Champoux for the United States.

11:27:40  10         MR. COTTER:  David P. Cotter appearing with

11:27:40  11  Scott Barnes.

11:27:40  12         THE COURT:  Good morning.

11:27:41  13         MR. MUSCATO:  Good morning, your Honor.

11:27:41  14  George Muscato, and I have John Ermin with me.

11:27:41  15         THE COURT:  And we have Officer McCray here

11:27:41  16  from probation.

11:27:41  17         So we're here for the continuation of the

11:27:41  18  appeal of Judge Schroeder's orders that the two

11:27:41  19  defendants be released.  We have both defendants here

11:27:41  20  and present because I understand there is some video

11:27:41  21  evidence that the government started to play during Mr.

11:27:41  22  Ermin's appearance, and it's also relevant to Mr.

11:27:41  23  Barnes.

11:27:41  24         MR. TRIPI:  Yes.  And I believe during Mr.

11:27:41  25  Barnes' initial hearing in front of you, so his second

```
 1                   USA V. J. ERMIN & S. BARNES
 2    portion of detention hearings that he has had, the first
 3    one would be in front of the Magistrate, we referenced
 4    that video and would obtain it and provide it.  The
 5    Ermin hearing was the next day, obviously, by that time
 6    we had obtained that video, and Mr. Barnes was not
 7    present, so at the conclusion of some of the proffering
 8    of Mr. Ermin's hearing, we thought it would be good to
 9    have them here today together and that brings us here
10    today.  I don't anticipate Mr. -- I'm going to handle
11    both proffers.  I would propose I proffer to both at
12    once and each if that is the best way to do this.
13                   MR. COTTER:  I have no objection.
14                   THE COURT:  And Mr. Muscato?
15                   MR. MUSCATO:  No.
16                   THE COURT:  All right.  Go ahead, Mr. Tripi.
17                   MR. TRIPI:  Thank you, your Honor.  Your
18    Honor, very briefly, before I get into the videos, I
19    wanted to circle back to something I think applies to
20    each defendant, and it's to give the Court one more
21    example of the national reach of the Outlaws
22    headquartered in Buffalo to include Mr. Ermin.  Just by
23    way of background, on or about April 29th, 2017, in
24    Leesburg, Florida, there was a Kingsmen motorcycle
25    member that was killed.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2            THE COURT:  2017?
 3            MR. COTTER:  So while your RICO case is
 4   still going, there were four Outlaws charged with the
 5   shooting death of a Kingsmen member at a gas station and
 6   several other Kingsmen that were there.  And in sum and
 7   substance, it related to Outlaws wanting Kingsmen to
 8   surrender their patches.  And I think the Court is well
 9   versed in the importance of patches.  There was some
10   resistance to that and an Outlaw shot and killed a
11   Kingsmen while another Kingsmen retreated into the gas
12   station and returned fire towards the Outlaws.  Stemming
13   from there, the attorney general in Florida charged four
14   Outlaws in connection with the murder of the Kingsman.
15   The Kingsman's name was Gutter Donovan.  Nickname
16   "Gutter" and last name Donovan.  And this is all readily
17   available and publically reported information at this
18   point.
19            Now, stemming from there, on August 11,
20   2019, fast forward after the Kingsmen trial that you
21   conducted in 2018, August 11 in 2019, there were five
22   Kingsmen who were stopped attempting to enter Canada and
23   returned to the United States at the Niagara Falls
24   Bridge, Rainbow Bridge, I believe it was.  And those
25   five Kingsmen have ascended to leadership positions in
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   the wake or absence of Mr. Pirk and Mr. Enix.  If I had
 3   the photos of them, you probably would recognize some of
 4   them among the dozens at the national party.  In any
 5   event, that was August 11, 2019.  Now, in addition to
 6   the Outlaws Buffalo clubhouse, there is a Niagara Falls
 7   chapter clubhouse.  And so during the search of,
 8   ultimately, what happens to that case down in Florida is
 9   the Kingsmen, who were witness to the crime, to the
10   murder of their fellow member, start giving different
11   statements.  Ultimately, on December 20th, 2019, the
12   state attorney, and this is publically reported out of
13   Leesburg, Florida, the state attorney dismissed the
14   charges against those four Outlaws and stated, in sum
15   and substance, it was a result of the witnesses not
16   being credible, changing their story, et cetera.  That
17   is the background.
18              That dismissal happens a little over a month
19   after these high-ranking Kingsmen are known to be in the
20   Niagara Falls area.
21              THE COURT:  These aren't local Kingsmen?
22              MR. TRIPI:  Correct.
23              THE COURT:  And these are from -- Leesburg
24   is where Mr. Pirk resided?
25              MR. TRIPI:  Right.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2              THE COURT:  And with that context, in
 3    searching, I believe, Mr. Ermin's residence, law
 4    enforcement -- sorry, this was in the clubhouse.  It
 5    appears law enforcement found what on the surface
 6    appears to be a Christmas card, but when you read the
 7    Christmas card.  It has reference to this case that I'm
 8    talking about.  So I'm going to ask Ms. Champoux to pull
 9    that up for the Court.  It's going to be for counsel's
10    reference, exhibit 15.  So on the face of it it is a
11    Christmas card found in the Buffalo chapter clubhouse.
12    The next shown, the Court will be able to read that, for
13    record purposes, I'll read the printed portion, not the
14    pre-printed holiday portion.  Addressed to Tommy O, 1
15    percent.  "What's up my brother?  I hope you're well.
16    As for me, I'm just peachy, hahaha.  We are all standing
17    strong.  Depos just finished of the three Kingsmen
18    members.  So things look good for us, we believe.  I
19    understand some folks want to run my name through the
20    mud.  I'm telling you my brother, Miquel played us all
21    in Florida, most important me.  He playing one and
22    dutch."
23              I want to focus on "depos finished in the
24    three Kingsmen, so things look good for us, we believe,"
25    and assess that relates to obtaining statements that
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   results in the changed stories.  So it says "We are all
 3   standing strong.  Depos just finished of the three
 4   Kingsmen members, so things look good for us, we
 5   believe."  So that is an update as to that case, we
 6   believe.  And it is just another thing that shows the
 7   Court that what happens in one state is directly
 8   impacted by and reported to Mr. Ermin as national as a
 9   leader of the organization.
10                    THE COURT:  Is this exhibit in this binder?
11                    MR. TRIPI:  It should be under the 15
12   series, your Honor.  Law enforcement didn't find an
13   envelope that I'm aware of, at this point, to see where
14   it was mailed from, et cetera.  But that is that
15   sequence of events related to a murder that happened
16   while your case was pending here, there was a murder
17   down in Florida, so those hostilities between those
18   Kingsmen and Outlaws that you were hearing about during
19   the trial conducted before your Honor were certainly
20   known and they had nationwide ramifications.
21                    Now that is a good segue into --
22                    THE COURT:  Are you going to get to the
23   relevance of the stop in Canada?
24                    MR. TRIPI:  We know that was documented they
25   were stopped, had weapons and returned to the United
```

```
                    USA V. J. ERMIN & S. BARNES
 1
 2   States, and all identified.  And that is how I'm able to
 3   proffer to your Honor they were Kingsmen from Florida.
 4   Jack Gallagher, for example, you would recognize a photo
 5   of, he was under the baseball team of Mr. Enix at the
 6   time.  Mr. Jenkins was a member of the baseball team, we
 7   he ascended.
 8                 THE COURT:  Is your point there were
 9   Kingsmen from out of the area who were in this area
10   shortly before the charges were dismissed in Florida?
11                 MR. TRIPI:  Yes.
12                 THE COURT:  Okay.  And that is a good segue
13   into the video we are about to see, your Honor, which is
14   going to be exhibit 21, which we began to play and so we
15   will get that queued up.
16                 Now, in part, stemming from your trial, what
17   you need to a to know to assess this video, you're a
18   well aware that the Kingsmen had a number of chapters.
19   In part after the trial that was conducted before your
20   Honor which concluded in May of 2018, the Kingsmen
21   factioned, right?  So the original Lockport chapter
22   remained, you know, Kingsmen with the emblem you're
23   familiar with.  The rest of the local chapters began to
24   have sort of yellow embroidery on their patches, so now
25   they are referred to as yellow jacket Kingsmen.  And
```

                    USA V. J. ERMIN & S. BARNES

1

2    that group is now a supporter of the Outlaws.  So the

3    video you're about to see involves about 16 Outlaws

4    going into Hilltop Bar, Halligan's Tavern in Lockport,

5    which is now closed.  Now, you'll remember, Lockport is

6    that one chapter that is not an Outlaws supporter, they

7    are not the yellow jackets Kingsmen.  And so to set this

8    video up, you're going to see about 16 Outlaws enter the

9    bar where an employee of the bar, a cook, is a Lockport

10   chapter Kingsmen member who has been wearing patches

11   unauthorized by the Outlaws.  So this is a show of force

12   led by Mr. Barnes who has come in from out of town as a

13   B.B.T. member whose job it is to protect the patch and

14   the territory of the Outlaws.  And you're going to see

15   how they spread out, this is on camera one, November 25,

16   2022.  And what is with all of the angles, you'll see

17   how Mr. Barnes is last out.  So clear, in our view, that

18   he is the highest ranking Outlaw in this scenario.

19   Others that are on the video, so there is going to be

20   four different video angles of the incident involving

21   about 16 members of the Outlaws, each video ranges from

22   approximately eight to nine minutes, and they show, if

23   we just keep it paused for a moment, there is four

24   people in the establishment, these were identified by

25   individuals working on this investigation.  There is a

```
 1                    USA V. J. ERMIN & S. BARNES
 2    female owner bartending, that is the daughter of the
 3    owner, a cook who is the Kingsmen Sergeant-at-Arms of
 4    that Lockport chapter, the owner of the establishment
 5    and his wife.  And the different Outlaws have been
 6    identified as Keith Elsaesser, he has been one of the
 7    Outlaws watching these detention proceedings who you
 8    recognized from sitting in your Kingsmen trial.  There
 9    is a Joshua Bockman.  There is a Eugene Gino Badalato,
10    who is a former Kingsman, who is now an Outlaw.  Ryan
11    Selk, former Kingsmen who is now an Outlaw.  Joseph
12    "Snowball" Fisher, Corey Benson, who you see is holding
13    a cane.  And if you look closely at the bottom of the
14    cane, the bottom of it is a baseball bat.  Those types
15    of canes, and I'm air quoting the word "cane," are
16    weapons available on the internet.  It's basically a
17    Louisville Slugger with a hooked end at the top making
18    it look like a cane.  Eugene Mike Marcacchio, which you
19    will see him prominently in the video, and when I say
20    law enforcement, Homeland Security and FBI assess that
21    he would be the next ranking under Mr. Barnes.  His job
22    is he is the one who sits down the Kingsman and gives
23    him a talking to.
24                    THE COURT:  And that is who?
25                    MR. TRIPI:  Eugene, goes by Mike, Marcaccio.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2    Who also has been watching proceedings.
 3                 COURT REPORTER:  Can you spell that for me?
 4                 MR. TRIPI:  M-a-r-c-a-c-c-i-o.
 5                 THE COURT:  You indicated he was present at
 6    Mr. Ermin's hearing the other day.
 7                 MR. TRIPI:  He was.  David "Spider" Bergman,
 8    who is also an individual who frequents Pharaoh's
 9    gentlemen's club and his wife works there.  Mr. Barnes.
10    Mark Mioducki, M-i-o-d-u-c-k-i, Justin "Dirty Bird"
11    Humphries.  And you'll see these Outlaws take various
12    positions in locations all over the establishment.  When
13    Marcaccio enters, he walks up to the bar, close to the
14    Kingsman, and shortly thereafter, agents have listened
15    to this over and over again, it might be hard to hear,
16    but Marcaccio states, "What you nervous about?"  At that
17    point, around that time, Barnes moves to a position by
18    the entrance to Marcaccio's right standing at a table in
19    proximity watching the interaction between Marcaccio and
20    that Kingsman, Elsaesser, Benson, the individual with
21    the club, move behind Marcaccio, closer to the Kingsman.
22    The Kingsman member walks away from Marcaccio into the
23    kitchen away from the bar.  Eventually they go in and
24    grab him out of the kitchen.  And then Barnes and Benson
25    are seen standing at the table near the kitchen.  After
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   a short time, Marcaccio says something to Barnes and one
 3   of the unidentified Outlaws, the ones I've named are
 4   only the ones that are identified thus far.
 5             After that, Marcaccio and Benson, they enter
 6   the kitchen.  Benson will be seen standing in the
 7   doorway of the kitchen with Burgman, Badalato and two
 8   other Outlaws behind him.  At one point, the younger
 9   Bachman takes the phone out of the female owner's hand
10   and throws it down on the bar.  So in other words he
11   takes her cell phone away.  And you'll see that on one
12   of the video clips.  Marcaccio points to the Kingsman
13   and tells him to sit at a table.  The Kingsman sits
14   against the wall with his back again the wall, while
15   Benson walks up to Marcaccio and Benson sort of hovers
16   around there while Marcaccio is speaking to the
17   Kingsman.  At one point, the Kingsman stands up, keeping
18   his back against the wall, and pointed to Benson, seems
19   to be indicating concern about Benson because he has
20   that cane.  And Marcaccio claims to the Kingsman that,
21   oh, he just has a bad leg or words to that effect.
22             At that point, Marcaccio moves closer to
23   this Kingsman and puts his finger in the Kingsman's
24   chest or near the Kingsman's chest.  Benson also closes
25   the space and moved close to Marcaccio.  Essentially,
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2   the Kingsman is trapped against the wall for that moment
 3   in time.  And Benson moves in closer and appears to
 4   touch or say something to the Kingsman, and then the
 5   Kingsman, you'll see, I believe, sort of put his arms
 6   up, raising his hands, which law enforcement assesses is
 7   consistent with him showing he is not a threat, not
 8   trying to escalate things.  There is some conversation.
 9   At one point, I think the Court will hear Marcaccio say
10   words to the effect, "you're barking up the wrong tree.
11   I want you to know we're not coming after you.  I'm
12   giving you a fucking break."
13             During the exchange, the male owner who will
14   be a bald individual with sort of glasses on top of his
15   head, is in proximity, and he is surrounded by Badalato,
16   Elsaesser, Burgman and three other Outlaws.  During this
17   time frame, the other Bachman and Mr. Barnes have the
18   exits blocked.  In other words, in a position where if
19   anyone wanted to leave, they were in a position to stop
20   that activity.
21             Marcaccio then approaches the owner and
22   tells him to relax, everything is fine, they were just
23   passing the Kingsman a message.  Marcaccio then assures
24   the owner that it had nothing to do with him or the bar.
25   Then there is an exchange regarding females.  Marcaccio
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   apologizes to the female owner whose phone was taken.
 3   And Barnes walks over when everyone is leaving and
 4   apologizes to the owners.  That is consistent with their
 5   focus was the Kingsman, and now that activity is to help
 6   ensure that law enforcement is not notified of their
 7   show of force.  We believe you'll see that on video.
 8                    THE COURT:  Was law enforcement ever
 9   notified about this?
10                    MR. TRIPI:  No.  There was no 911 call or
11   anything like that.
12                    THE COURT:  But, obviously, this came to law
13   enforcement's attention.
14                    MR. TRIPI:  Eventually, yes.
15                    THE COURT:  Okay.  Where on this screen shot
16   is the cook?
17                    MR. TRIPI:  So we're looking off screen sort
18   of if you are look towards me, bottom of the screen,
19   there is a bar there and the cook is sitting sort of in
20   the vicinity of where "camera one" is stated on your
21   screen.  So there is a doorway to the left, far
22   left-hand side.  You'll see a different angle of this
23   that will depict this.  There are going to be four
24   different angles.  We'll try and show you each of those
25   angles, Judge.
```

```
 1                    USA V. J. ERMIN & S. BARNES

 2              I think with that, it's a good point to

 3    start playing the video.

 4              Ms. Champoux, if you could let this run.

 5              (Video played.)

 6              MR. TRIPI:  Those three individuals at the

 7    top, your Honor, are Outlaws already kind of

 8    pre-positioned at this point.

 9              For the record, this is camera one and the

10    clip is eight minutes approximately.

11              About the minute 40 second mark, you see Mr.

12    Barnes enter the screen.  He is posted up at a table

13    toward the bottom of the screen.

14              The individual with the black hat on at the

15    bottom of the screen, that is Corey Benson.  He will be

16    the one with the cane or the club.

17              Now speaking to Mr. Barnes or walking there

18    momentarily is Marcaccio about the three minute mark of

19    the video.

20              At this point, off screen, the Kingsman is

21    in the kitchen, so they are all moving toward the area

22    of the kitchen where he has gone back to.

23              At the 3:40 mark, Marcaccio is now directing

24    the Kingsman where to sit in the bar area.

25              Now Marcaccio is moving and interacting with
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    the owner.
 3              Can we play camera two now, Ms. Champoux?
 4              You can play that angle, I'm sorry.
 5              (Video played.)
 6              This is a 12:33 second clip, also labeled
 7    "camera one."
 8              The owner just shut the door.
 9              Around 3:10 mark, Mr. Barnes entered, the
10    last one.
11              THE COURT:  That is the owner there?
12              MR. TRIPI:  Yes, and his wife.
13              Notice the Outlaws making sure she is not
14    making a call to the police.
15              I'll pause that.  We played to the 10:22
16    mark.  Mr. Barnes, last in, last out.  Law enforcement
17    assesses that is consistent with his highest rank of
18    those among there and the purpose of the visit.
19              Looks like there were maybe two Pepsis, one
20    beer and a water ordered during that time among 16
21    Outlaws as a prop to fill the bar in.  My count could be
22    off, but that was what was transpiring around there.
23              If we could play the next angle.
24              I believe this one will show, you'll see the
25    interaction from this different angle.  Actually we're
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   going to save a little bit of time.  This is going to be
 3   pretty duplicative of what you saw in the prior video.
 4   We'll go to the next angle and you'll be able to see the
 5   Kingsman.
 6              (Video played.)
 7              Can we stop it there.  So this is before the
 8   bulk of the Outlaws have entered.  This is the other
 9   angle.  The Kingsman is seated at the bar.  You see how
10   it sort of wraps around.  You see where, the bottom
11   right-hand corner, is there and where the wife is seated
12   there and so there is an entrance off screen to the
13   right where they enter, fill the bar and circle.  And
14   behind the -- over the left shoulder of the Kingsman,
15   who is sitting there, there is an entrance to the
16   kitchen.  So you'll see him sort of, my word, retreat
17   into there to try and avoid the confrontation that is
18   about to occur.  And you'll see on this view, they go in
19   and bring him out and seat him in the location, which is
20   the first location that you saw.
21              We'll play this one, this is a 8:57 second
22   video.
23              (Video played.)
24              I'm fairly certain he is wearing a Kingsmen
25   hat, your Honor.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2              Can we pause it there a second?
 3              You'll notice before they started to lineup
 4    to go in the kitchen, Marcaccio had an exchange with
 5    Barnes, before the stack starts up.  If you want to
 6    rewind it, we'll rewind it about 30 seconds.
 7              THE COURT:  Yeah, would you?
 8              MR. TRIPI:  Would you rewind it, Ms.
 9    Champoux, and we'll play it back from the 2:34 mark.
10              (Video played.)
11              I believe you can see a slight head nod
12    during that exchange by Mr. Barnes.
13              Pause is, please.  Pause at the 3:50 mark.
14    I believe that video depicts two exchanges between
15    Marcaccio and Barnes before Marcaccio goes back and
16    retrieves the Kingsman.
17              Please continue the video.
18              (Video continued.)
19              Now at this point in the video, Mr. Barnes
20    goes back by the exit door and there are three Outlaws
21    blocking that exit door.  So at this point, all exits
22    are covered.
23              I'm updating my count, four beers, two
24    Pepsis or Coke and a water.  And so that is a show of
25    force, we believe, demonstrated for you, Mr. Barnes'
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   position in the enterprise and that could have gone a
 3   very different way.  You heard on the video Marcaccio
 4   tell the Kingsman, you're barking up the wrong f'ing
 5   tree.  We're giving you an f'ing break at various points
 6   in the video, as I said in my initial remarks.
 7                We have another video, it is going to be
 8   exhibit 22, where Mr. Barnes is assaulting someone at a
 9   bar in New Hampshire.
10                THE COURT:  And this is related to the
11   misdemeanor charges that are reflected in the bail
12   report.
13                MR. TRIPI:  He was charged with simple
14   assault.
15                THE COURT:  And disorderly conduct.
16                MR. TRIPI:  And disorderly conduct.  Yes,
17   the police report is reflected in Government Exhibit
18   22-A.  Then we'll work through some photos, which is
19   marked as Government Exhibit 22-B, but I'll start with
20   the video.  And if I could, I'll tee it up a little bit
21   regarding what the video depicts.  And this is based
22   upon the investigation conducted by the Eddington Police
23   Department, if I'm pronouncing that correctly, in New
24   Hampshire.
25                There is civilian approached by two Outlaws
```

1                     USA V. J. ERMIN & S. BARNES

2    initially and advised that he was disrespecting their

3    territory.  Law enforcement observed that person was

4    wearing or determined that person had been wearing a

5    shirt that said "Big Red Machine Frosty Balls" and the

6    number "81" on it, which indicated to law enforcement

7    that the person was a Hell's Angel supporter, that would

8    be consistent with disrespecting their turf.

9             The first individual who wasn't assaulted

10   agreed to take off the shirt.  The victim who was with

11   the individual wearing the shirt goes outside at one

12   point, and you'll see Mr. Barnes punch that guy in the

13   face.  That person was wearing, the victim is wearing a

14   Sin City Cycle shirt, which is also indicating to law

15   enforcement that the victim was a Hell's Angel

16   supporter.  So this would be another example consistent

17   with Mr. Barnes' position in the B.B.T., he is defending

18   the patch.  I would argue you saw that in the Hilltop

19   Bar video at Lockport.  And you'll see that in the video

20   I'm about to play.

21            This appears to be video shot from the DVR

22   system.  It's not like they seized the DVR, it's video

23   of video.

24            Go ahead and play it, Ms. Champoux.

25            (Video played.)

```
 1                    USA V. J. ERMIN & S. BARNES
 2              For the record, this video 22 is a 5:50
 3   video.
 4              About the 35 second mark, you see Mr. Barnes
 5   walking in.  Mr. Barnes walks around the bar, doesn't
 6   appear to order anything.  Appears other Outlaws made
 7   the initial approach and now Mr. Barnes is following
 8   walking up towards the table.
 9              Pause it for just a moment.  Paused at 3:42
10   mark.  Just to orient the Court, the victim who had been
11   with the first individual at the table that I referenced
12   who was approached on screen, the victim is outside, I
13   believe, smoking or something like that, so that is
14   where you're seeing Mr. Barnes walk now and he goes
15   outside and that is where you'll see the assault occur.
16              Please continue the video.
17              And that was Mr. Barnes punching the
18   individual in the face at about the 3:50 mark.  You'll
19   see the individual run back into the bar.
20              Now I'd like to pull up some photos that
21   were also obtained through that police investigation.
22   You'll see photos of Mr. Barnes' knuckles, the victim's
23   injury, as well as some patches that are on Mr. Barnes'
24   vest at that time.  If we could zoom into the photos.
25   Consistent with the video you saw, you saw on the right
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2    hand there is an injury to Mr. Barnes' hand.  It seems
 3    the skin has been broken inn two locations, which would
 4    be around his middle finger knuckle, consistent with the
 5    placement of an individual's front teeth.
 6              If we go to the bottom right hand corner
 7    photo, the injuries to the victim are consistent with
 8    the injuries to Mr. Barnes' hand.  And you see that the
 9    victim's lip was broken open and there is blood there.
10    And then if we can have go to the middle row patches on
11    the right-hand side.  You can see clearly he is wearing
12    his Outlaws patches.  If we could zoom in on first this
13    Outlaws patch around the stomach area.  That says
14    "Outlaws North."
15              You can exit out of that.  Go to the patch
16    that is on the left-hand side of the screen in white
17    lettering, lower.  It says "blood and honor."  And do
18    you see that white sort of that S sort of the white
19    supremacist emblem there.  According to an expert
20    familiar with the Outlaws, that when you see that type
21    of patch, that is an indicator of violence.  On the
22    other side, you're going to see a bottom right-hand side
23    of our screen, there is going to be a First Blood
24    Northeast patch, again, with that same type of symbolism
25    in the middle of the patch.  That is a patch that,
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   according to experts and investigators working on
 3   Outlaws cases, that one gets for defending the club or
 4   the patch, fighting against an adversary or
 5   non-conforming civilian.  That patch is believed to be
 6   originated in Boston or Brockton Massachusetts.  Law
 7   enforcement has not seen that many patches on Outlaws,
 8   that is my understanding.  And what is interesting here
 9   is he already has the patch on before this assault.  So
10   it wouldn't be a patch that he got as a result of this
11   event, it would be something he earned prior to this
12   event.
13                 And, again, for the record, this video was
14   from September 22, 2018.
15                 THE COURT:  There is no B.B.T. patch?
16                 MR. TRIPI:  I don't see it on that one.  But
17   you have seen it on other photos, particularly the
18   photos from the clubhouse where he was staying on that
19   vest.
20                 THE COURT:  Which, obviously, was in 2023?
21                 MR. TRIPI:  Correct.
22                 THE COURT:  So in 2018, at least, there is
23   no B.B.T. patch.
24                 MR. TRIPI:  I don't see it on that one.
25                 Let's look at the bottom left-hand screen,
```

```
1                    USA V. J. ERMIN & S. BARNES
2    Ms. Champoux, bottom left.  That one has the "snitches
3    are a dying breed" patch near the arm pit area.  You can
4    make that out.  At least in these photos, I don't see it
5    on the vest.
6              Sticking with Mr. Barnes for a moment, we
7    also, at this point, were able to trace the firearm as
8    well as check NCIC, which is a law enforcement database
9    where --
10             THE COURT:  The firearm that was found at
11   the clubhouse?
12             MR. TRIPI:  Yes.  So this would be the
13   firearm that we've been talking about during Mr. Barnes'
14   prior detention appearances that was seized near his
15   personal effects in a sleeping area that had couches and
16   a bed among and other of Mr. Barnes' personal effects.
17   That firearm is a Glock 40 caliber, serial number
18   GPU157.  That is a stolen firearm, according to the NCIC
19   database, which is the database where that type of
20   information gets entered.  So the gun is a stolen
21   firearm.
22             THE COURT:  Any information as to when it
23   was reported stolen?
24             MR. TRIPI:  I'm not an expert at reading
25   these reports, Judge, but I see a date here that appears
```

```
1                USA V. J. ERMIN & S. BARNES
2    to be November 3rd, 2019.
3                The original purchase date of the firearm
4    was January 13, 2010.  The dealer information is a gun
5    shop called Howell's Gun Shop, 81 West Gray Road in
6    Gray, Maine.  That would be consistent with his "First
7    Blood Northeast" patch.  Maine is in the northeast of
8    the United States as is New Hampshire, the area that
9    we've seen Mr. Barnes traversing.  Another indicator of
10   Mr. Barnes' high rank, we believe consistent with his
11   enforcer position, is first to travel, he is in the
12   northeast, and now he is in New York.  And I'll get into
13   the timing of when he came to New York.  Then, you know,
14   he had a motorcycle accident in Florida.  It doesn't
15   seem like he is doing any actual working.  I know there
16   was proffering of him being an electrician, not a lot
17   working going on when you're an enforcer for the
18   Outlaws, I would submit.
19               But if we pull up exhibit 8 D, we do our
20   best, just zoom in on the writing on the letter to make
21   it a little bigger from Big Scott down, there you go.
22   See if we can make it a little bigger.
23               All right.  So, right off the bat, Judge,
24   what is important is this is a letter from Milwaukee
25   Jack one percenter B.B.T. to Big Scott.  Milwaukee Jack
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    is Jack Rosga, former president of the Outlaws.  And he
 3    writes Mr. Barnes directly, "Hey, brother, I just got
 4    two letters from you last night, September 13, 2023.
 5    One was dated August 26th, the other one September 7th.
 6    I don't know why it took so long for the one to get to
 7    me.  I think they are playing with my mail.  Glad you
 8    like the stuff I made.  If you like more, let me know.
 9    Just let Joey know.  Well, brother, it should start to
10    cool off up there in Buffalo."
11                    Now at that point in time, in September of
12    2023, we're on the verge of trial in that Pharaoh's case
13    at that point.
14                    "You got that hurricane lead coming up to
15    the Northeast, you may get a lot of rain over by you.  I
16    hope you got to spend time with you girl.  I talked to
17    Joe One Percenter, he told me he enjoy having you.  And
18    Mike One Percenter, stay by him.  You're hanging with a
19    true one percenter brother.  Mike One Percenter is one
20    true brother.  You guys are lucky to have him up there
21    by you.  I can't wait to see you and Tommy O One
22    Percenter, reference to Mr. Ermin.  Well, brother, you
23    take care of yourself, ride safe, much love and respect,
24    Milwaukee Jack One Percenter, B.B.T., Outlaws forever,
25    forever Outlaws, all the way."
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2               Again, it's a letter to Mr. Barnes
 3    referencing he can't wait to see Mr. Ermin.  This
 4    individual gets out sometime in, I believe, 2027.
 5    Separately there was another letter from this individual
 6    addressed to the clubhouse found in the clubhouse
 7    complaining about having compassionate release denied.
 8    So Jack One Percenter is writing the Buffalo club.
 9               Exhibit 8-G, I would like to go to, this is
10    another letter found in the clubhouse, if you go to page
11    one, sorry, Ms. Champoux.
12               You can see it's again addressed, Hey, Big
13    Scott, One Percenter, November 8th, which is a
14    Wednesday.  A lot of white pride and Nazi symbolism on
15    the letter.  It's talking about some of the same people,
16    Mike One Percenter.  If we go to page two, you'll see
17    the reference that about midway down, Ms. Champoux, if
18    we could sort of highlight this area.  Zoom in on it.
19    And if I can figure out a way to clear that.
20               You can see this individual writing, "I see
21    you're a B.B.T. I also wear the B.B.T. patch.  A brother
22    from Indianapolis cut it off his colors and gave it to
23    me before I was even an Outlaw.  He told me to put this
24    on the day you become an Outlaw One Percenter and it's
25    still on my colors.  I have my original patch.  The feds
```

                    USA V. J. ERMIN & S. BARNES

1    never got it.  So I have a part of Outlaws history."

2              Again, it's an acknowledgement that Mr.

3    Barnes is a B.B.T. member, consistent with his patch,

4    and that is like an important patch.

5              THE COURT:  Do we know who this letter is

6    from?

7              MR. TRIPI:  As I stand here right now, other

8    than the context of it being someone who is in prison

9    and an Outlaw, I don't know the identity as I stand here

10   today, your Honor.

11             I would like to pull up 12-C and 12-D.  Pull

12   up 12-C, this was acquired by law enforcement.  I think

13   you've seen this before, but this is Mr. Barnes on his

14   motorcycle around the time he came into this area.  And

15   what is significant about the patch on the back is it's

16   a United States bottom rocker, again, indicating a

17   national level position in the organization.  And, of

18   course, the helmet says "Outlaws."

19             And then if we go to 12-D, when he came into

20   town around October 8, 2021, he rode his motorcycle to

21   this location Pharaoh's, where Mr. Ermin is the manager

22   and where Peter Gerace is under indictment.

23             THE COURT:  And it is your understanding

24   it's the same motorcycle?

1                    USA V. J. ERMIN & S. BARNES

2                    MR. TRIPI:  Yes, it's the same license plate

3       from the prior.

4                    Can we side by side them, Ms. Champoux, 12-C

5       and 12-D.

6                    One moment, please, your Honor.  Sorry, your

7       Honor.  And this -- these are screen shots.  There was a

8       detective who was following Mr. Barnes, according to the

9       FBI TFO that I just spoke with in court, and he was

10      followed to Pharaoh's.  So --

11                   THE COURT:  Well, you said you were going to

12      address the timing of when he came into town and you

13      said October 2021 about when he came into town.  And I

14      guess that is one of my questions.

15                   MR. TRIPI:  Thank you for the reminder, your

16      Honor.  I'll get to that right now.  So October of 2021,

17      I think the timing is significant because that is within

18      six months of the owner of Pharaoh's Gentlemen's Club

19      where Mr. Ermin is the manager and where at least three

20      other Outlaws hold significant positions at a location

21      where the government has alleged drug trafficking and

22      sex trafficking occur.  Within six months of Mr. Gerace,

23      the owner of that premises, indictment becoming public,

24      and after the government made certain filings

25      referencing Mr. Ermin as the national, I think,

```
 1                    USA V. J. ERMIN & S. BARNES
 2    international president of the Outlaws, because he
 3    had -- Mr. Ermin had submitted an affidavit in support
 4    of reduced bail conditions.  One of the conditions
 5    regarding Mr. Gerace was that he not work at Pharaoh's,
 6    essentially.  So the day of the initial search warrant
 7    at Pharaoh's, which was December 12th, 2019, Mr. Ermin
 8    gave a brief interview to the FBI and he indicated that
 9    him and Mr. Gerace do the banking, essentially.  And
10    then in an affidavit to Federal Court in support of the
11    notion that Mr. Gerace needed to be able to work because
12    he was responsible for all of the banking, Mr. Ermin put
13    in that type of affidavit.  As part of the Government's
14    response --
15                    THE COURT:  Saying that Mr. Gerace needed to
16    be present at Pharaoh's because he was responsible for
17    all of the banking.
18                    MR. TRIPI:  In sum and substance, yes, your
19    Honor.  And I laid out sort of Mr. Ermin's position in
20    the Outlaws as understood by the government in the
21    filing and I laid out, essentially, enough to make out
22    a, like a false statement as to Mr. Ermin in my
23    response, and I'm just trying to find it.  And I
24    apologize I'm fumbling through my pages here.
25                    THE COURT:  That's okay, take your time.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2                    MR. TRIPI:  I'll get it for you in one
 3       second.
 4                    THE COURT:  Ms. Champoux might be able to
 5       help you.
 6                    MR. TRIPI:  Okay.  Yes.  She did help me.
 7       1-AK is sort of the overall, and these are documents,
 8       it's my filing that is recovered from Mr. Ermin's
 9       residence during the recent search warrants.  So you can
10       see someone highlighted all of the references that I had
11       written in that filing regarding Mr. Ermin.  And so if
12       we go to 1-AL, you can see the date that I filed, it's
13       docket 110, was April 8th, 2021, so not too long after
14       Mr. Gerace's indictment was public and there were some
15       bail-related motions.  There was the government
16       response.
17                    THE COURT:  And correct me if I'm wrong, but
18       didn't you reference last week that in March of 2021,
19       there was a search warrant executed at a residence that
20       I think has been represented as one that Mr. Barnes had
21       lived at at some point?
22                    MR. TRIPI:  Yes, so there is a constellation
23       of events.  In March of 2021 early, Mr. Gerace's
24       indictment becomes public.  He is arrested.  There is a
25       lot of media coverage about that.  That same month, law
```

1                    USA V. J. ERMIN & S. BARNES

2    enforcement executes a search warrant at 19 Gratton

3    Street, Buffalo, New York, the home of PJ Raslawski, who

4    is separately under Complaint.  His Complaint is

5    pending, I think, before Judge McCarthy.  A number of

6    firearms were seized in connection with that.  The

7    underlying information relating to drug trafficking in

8    that location.  Firearms were seized there.  So that is

9    all happening in March.

10                   April 8th, I write this filing.  And if you

11   look at 1-AM, I lay out, sort of in footnotes, the

12   understanding that he is the international president of

13   the Outlaws Motorcycle Club.  I lay out some cases where

14   they've historically been involved in crimes of violence

15   and racketeering type activity.  If we go to 1-AN, I

16   took screen shots from the FBI interview which basically

17   laid out Mr. Ermin saying they both did the banking.

18   And then the rest of the filing indicates that now in

19   this recent affidavit submitted in support of Mr.

20   Gerace, Mr. Ermin is claiming that Mr. Gerace handles

21   all of the banking transactions.  You see that at

22   footnote 8 at the bottom of page 11.  And that argument

23   was just against his veracity so the Court wouldn't put

24   much stock in his representations as to Mr. Gerace

25   needing to work there.  But these were found in his

                    USA V. J. ERMIN & S. BARNES

1

2   house December 7th.  And so March, April, within six

3   months of that, Mr. Barnes comes into town.

4           THE COURT:  Is that the government's

5   position, in other words, that Mr. Barnes came into town

6   in or around October of 2021?

7           MR. TRIPI:  Yes.

8           THE COURT:  Okay.  Because I think what --

9   and that was one of the questions I had, which is that,

10  according to what Mr. Cotter stated, Mr. Barnes

11  relocated to Western New York in 2022.  And then if you

12  look at the bail report, though, that was prepared by

13  probation, it states Mr. Barnes reported that he

14  relocated to Western New York approximately three years

15  ago, which would be 2020.

16          MR. TRIPI:  Right.

17          THE COURT:  So I think we've got three

18  different --

19          MR. TRIPI:  Dates.

20          THE COURT:  -- dates.

21          MR. TRIPI:  Now --

22          THE COURT:  So I guess --

23          MR. TRIPI:  I suppose the day that law

24  enforcement surveilled him, your Honor, for all we know

25  may not have been the first time he came into this area.

```
 1                    USA V. J. ERMIN & S. BARNES
 2              THE COURT:  So would it be more accurate to
 3    say that October of 2021 is the time period at which law
 4    enforcement became aware that Mr. Barnes was in the
 5    area.
 6              MR. TRIPI:  Yeah, and surveilled him going
 7    to Pharaoh's after the activities that I just sort of
 8    laid out regarding investigation of Pharaoh's and the
 9    Outlaws.
10              One moment, your Honor.
11              THE COURT:  Sure.
12              Let me ask Officer McCray, you're the one
13    that prepared the bail report.  Mr. Barnes reported to
14    you that he relocated to Western New York approximately
15    three years ago?
16              PROBATION:  Yes, Judge, that's correct.
17              MR. TRIPI:  That surveillance is October 8,
18    2021, I just spoke with the task force officer.
19              Now, one of the other things, your Honor,
20    that pivoting a little bit to Mr. Ermin, but goes along
21    the lines of sort of the national, the national scope of
22    his position, this will bring us back to exhibit 21,
23    which contains other footage from a different time and
24    location, in particular on February 11th, 2023,
25    approximately 30 Outlaws arrived at the Hilton Garden
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    Inn from multiple states.  Hilton Garden Inn is
 3    essentially located across from the Buffalo
 4    International Airport.  You'll see two videos, enter and
 5    exit videos.  You'll see back rocker patches on each of
 6    them.  We're going to let it play now.  And this is from
 7    February 11, 2023.
 8                    (Video played.)
 9                    Through investigation, we know that they had
10    a four hour meeting there that day.  And that part of
11    getting the meeting room, they had to purchase drinks
12    through the hotel, yet you'll see a cooler be brought
13    in, and you'll see, like, looks like almost a money bag
14    be brought in, and then different person leaving with
15    the money bag at the end.
16                    The first person walking in -- pause it,
17    please.  These are both Outlaws.  The name of the first
18    individual escapes me, but I've been informed that that
19    is a national-level Outlaw leading in in the forefront
20    of the camera position at 38 seconds.  Please keep it
21    playing.
22                    (Video continued.)
23                    MR. TRIPI:  This truck is where I believe
24    Mr. Ermin will walk out and the others will get out with
25    him in sort of a lead position.  Mr. Ermin has the
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2   checkered jacket on followed by Mr. Barnes walking right
 3   behind him.  As I understand it, they had the meeting
 4   room at the hotel for about four hours.  And you're
 5   continuing to see Outlaws trickle in now.  As I further
 6   understand it, some non-patch wearing individuals, maybe
 7   prospects, I'm not quite sure, they had others sort of
 8   posted outside in the parking lot area.
 9                  Let me pause it there for a second.  Paused
10   at 2:47 mark.  Far left individual, tall and thin, that
11   is an Outlaw from Florida, who formerly had a
12   national-level position.  And I read a letter recovered
13   from the Buffalo clubhouse, he has put in for medical
14   retirement, but that is Hillbilly from the Florida
15   Outlaws.
16                  THE COURT:  That is right there?
17                  MR. TRIPI:  Yes.
18                  THE COURT:  I thought you indicated he was
19   the president at one point.
20                  MR. TRIPI:  At one point.  At this point,
21   maybe the Florida regional president.
22                  THE COURT:  You mean at this point being in
23   February of 2023?
24                  MR. TRIPI:  That's correct, your Honor.  By
25   this point, Mr. Ermin, law enforcement assesses, is the
```

                    USA V. J. ERMIN & S. BARNES

1   president.  The understanding is that individual is very

2   sick and is much thinner.  There are other photos, he is

3   much bigger.  And we can keep playing the video.

4            You see the white supremacies on the winter

5   hat as he walked in.

6            Stop it there.  That is Mr. Marcaccio who is

7   prominently featured in the Hilltop Bar video that you

8   saw earlier.  This is the 3:21 mark.  Please continue

9   it.

10            (Video continued.)

11            THE COURT:  Law enforcement's assessment is

12   that prior to the person you're referring to as

13   Hillbilly, Hillbilly, it was this Jack Rosga who was the

14   president?

15            MR. TRIPI:  If we could stop this.  I missed

16   one.  So there was, at some point in the history, Taco

17   Bowman, who maybe is the sort of famous former president

18   who was convicted of racketeering.

19            THE COURT:  Who has died and the funeral.

20            MR. TRIPI:  Correct.  And then Milwaukee

21   Jack, Jack Rosga.  And then a guy named James Lee Big

22   Frank Wheeler.

23            THE COURT:  That is all one person?

24            MR. TRIPI:  Yes.  James Lee Big Frank

```
 1                  USA V. J. ERMIN & S. BARNES
 2   Wheeler.  He was the former national president.  He
 3   succeeded Taco Bowman.  After Bowman's 2001 conviction,
 4   Wheeler himself was convicted of racketeering in 2004
 5   and died in prison in 2020.
 6             THE COURT:  And so then Milwaukee Jack
 7   became president after Wheeler?
 8             MR. TRIPI:  Yeah, I believe that timeline is
 9   Milwaukee Jack follows in or around 2006 because in or
10   around 2004, Wheeler himself is convicted of
11   racketeering and he dies in prison in 2020.  So, Taco
12   Bowman, then Big Frank, then Milwaukee Jack, then maybe
13   Hillbilly, then Mr. Ermin.
14             THE COURT:  Okay.
15             MR. TRIPI:  That is to the best of my
16   ability.  If we can keep playing this video.
17             (Video continued.)
18             Next you'll see the cooler get wheeled in
19   the meeting room.  Okay, your Honor.
20             I'm going to stop this video here at 5:18
21   second mark and ask Ms. Champoux to play the next clip,
22   which you're going to see a lot of them exiting now and
23   you'll be able to see a lot of the bottom rockers.
24             THE COURT:  What was the date on the first
25   video?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              MR. TRIPI:  This date is February 11, 2023.
 3              THE COURT:  And the second video is the same
 4    date?
 5              MR. TRIPI:  Yes, it's in and out.
 6              THE COURT:  Okay.
 7              (Video played.)
 8              MR. TRIPI:  So you see New York.  Okay.
 9    Pause it.  We're at the almost the 6 minute mark, 5:58
10    seconds, you'll see a number of them walking out and
11    you'll see different bottom rockers representing
12    different parts of the country.  Law enforcement
13    determined a lot of them flew in that day and had a
14    meeting and immediately departed town.  And so in this
15    clip you'll see Indiana and Louisville.  You can play it
16    from there.  Savannah, reference to Savannah, Georgia,
17    potentially.  United States bottom rocker.
18              Please continue.  Pause it.
19              Notice the carrying of the cooler back out.
20    It's very heavy.  Two Outlaws are carrying it, so,
21    again, law enforcement doesn't know what was in the
22    cooler, but we've determined that drinks had to be paid
23    for through the hotel.  It came in being wheeled in and
24    came out, this large cooler, being carried, doesn't seem
25    like if one were to posit they had drinks in there,
```

```
1                    USA V. J. ERMIN & S. BARNES
2    nothing was removed from it.
3                    THE COURT:  So what is your theory?
4                    MR. TRIPI:  There is a national meeting, a
5    large cooler is brought in, different Outlaws bring it
6    out.  It seems to be just as heavy when it came in and
7    went out.  That is all I had.  I thought it was
8    something worth pointing out.  Please continue.
9                    THE COURT:  You don't think they brought
10   drinks and then realized they had to buy them from the
11   hotel so?
12                   MR. TRIPI:  You're asking me a direct
13   question?  No, I don't think that.  No.
14                   Please continue.
15                   I'd like to direct your attention now to
16   exhibit 23 that was handed up today and was provided to
17   counsel.  It's a report by a Homeland Security agent who
18   is working on this investigation and it summarizes a
19   search of certain phone during an order search.  And it
20   has information further indicating that Mr. Ermin is the
21   national president based upon the phone search that was
22   conducted at an international border.  So I'll read it
23   into the record, your Honor.
24                   "On August 10, 2021, several members of the
25   Outlaws Motorcycle Club returned to the United States
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2      from Spain via J.F.K. Airport.  During primary
 3      inspection by U.S. Customs and Border Protection,
 4      several members of the group were referred for secondary
 5      inspection.  One of the individuals identified is Keith
 6      bikes.  Subsequent to the inspection, Bikes' cellular
 7      phone was detained and a Border search of his phone was
 8      completed.  A document titled "USCH Check 2-5 PDF was
 9      located on the phone.  Some of the information in that
10      document were each of the Outlaws' chapters of the
11      United States, the chapter point of contact, and the
12      region each chapter belonged to.  The document
13      identified nine colored coded regions of the United
14      States.  Black for Indiana, Michigan and western Ohio,
15      so in that video you just saw, the black region was
16      represented.  You saw several, you saw at least one
17      Indiana bottom rocker.
18                    Blue, which is New York, Eastern Ohio and
19      Pennsylvania, you saw the blue region was represented,
20      there were New York patches.  Gray, Tennessee and
21      Kentucky.  Admittedly in the video, I didn't see any of
22      those, but you did see a Louisville patch, so I would
23      argue that Louisville, that region was represented.
24      White, Illinois; you saw Illinois patches.  Platinum,
25      Arkansas, Colorado, Missouri and Oklahoma.  I didn't see
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    any of those patches.  Silver, North Carolina, Alabama
 3    and Georgia; there was a Savannah patch on a vest.
 4    Savannah is a city in Georgia.  Orange, Florida, we saw
 5    Hillbilly on that tape, he is from the orange region.
 6    Red, Connecticut, Massachusetts and Maine, well, Mr.
 7    Barnes is from the Massachusetts area, and I think one
 8    of his vests in the Buffalo clubhouse had a
 9    Massachusetts patch on it.  And gold for Wisconsin.  I
10    didn't personally see a Wisconsin patch.
11                    Getting back to the border search, though,
12    within the I message text message communication on the
13    phone, there was a conversation among 10 Outlaws MC
14    members, one from each of the regions, and John Ermin,
15    AK "Tommy O."  The agent, the Department of Homeland
16    Security, assesses that the group chat is consistent
17    with Ermin being in a leadership forum with the regional
18    presidents.  There is a note there that indicates that a
19    prior president was James Lee "Big Frank Wheeler."
20    In addition to the conversation which are attached to
21    the report, there are several photographs that were
22    obtained where you could see Mr. Ermin front and center
23    in a large Outlaws group photo.  And we would submit
24    that is consistent with his leadership position in the
25    organization.  The first was obtained from the Outlaws
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   Canada website captioned Caribbean 2020.  The second was
 3   recovered from a search of Mr. Ermin's phone during a
 4   border search October 10th, 2021 returning from Spain.
 5   He was among the group returning from Spain.
 6                THE COURT:  Which is not consistent with
 7   what was reported --
 8                MR. TRIPI:  For international travel, that's
 9   correct.  He has a lot of international travel, I
10   haven't nailed it all down, your Honor.
11                THE COURT:  That is one of the questions
12   because I think last week you indicated that he was
13   involved in setting up the chapter in Brazil.
14                MR. TRIPI:  You could see references to that
15   in his phone.  And then in his house, there is a big
16   Brazil flag on the wall.  That biker club where you saw
17   the photo of the blue arrows, that is a different biker
18   club in Brazil.  From a constellation of different
19   sources.
20                THE COURT:  When you represented that he was
21   involved in setting up that chapter, does that mean that
22   you had information that he traveled to Brazil?
23                MR. TRIPI:  I'll have to double check that.
24   I received a spreadsheet.  I tried to look into all of
25   the travel.  I received a spreadsheet, but I haven't
```

1                    USA V. J. ERMIN & S. BARNES

2      decoded all of the airports.

3                    THE COURT:  Do you have some information on

4      his international travel?

5                    MR. TRIPI:  I'll get that, if we're going to

6      take a little break.

7                    THE COURT:  We'll take a break.

8                    MR. TRIPI:  But the Brazil chapter, we know

9      that the Brazil expansion happened under his tenure of

10     president, so that is why I said he is responsible

11     because as the leader of the organization, he is going

12     to be responsible for closing or opening new chapters.

13     So if you go to the attachments for that report, you'll

14     see "OL Tommy O" with a phone number, and then

15     "received."  And that is because these are text messages

16     coming into the other Outlaws' phones.  Bikes, who I

17     referenced this, these are the text messages that the

18     agent assessed are to the regional leaders from Tommy O.

19     You see the first one says "AOA 2020 has been one hell

20     of a ride.  Our world was turned upside down.  We're

21     still bigger than ever.  The strong survive.  We've

22     welcomed new brothers, chapters and countries.  2021

23     we're going to continue to grow and expand our great

24     nation with true brotherhood.  Myself personally, I

25     would like to thank everyone for standing by my side

```
 1                 USA V. J. ERMIN & S. BARNES
 2   through one of the roughest times of my life.  To the
 3   crew that made and is still making history in South
 4   America" -- we believe that to be the reference to
 5   Brazil -- "right on.  I love my true one percenter
 6   brothers.  Happy F'ing New Year, Tommy O, One Percenter,
 7   B.B.T."
 8                 THE COURT:  Let me make sure I'm following,
 9   it's your proffer this was a message from Mr. Ermin to
10   Bikes, whose phone was searched?
11                 MR. TRIPI:  That's correct.  They were in
12   the group traveling from Spain.  This is Keith Bikes'
13   phone where these text messages were recovered from.
14                 The next one, you can see that was a text on
15   New Year's in 2021, on New Year's day.  The next one is
16   April 4th, 2021, Happy Easter, I hope you eat like kings
17   and enjoy the day with your families.  Always remember
18   our members in jail and JBNF, gone but not forgotten,
19   and make sure all the brothers have a seat at somebody's
20   table.  I love my true one percenter brothers.
21                 I submit, Judge, these are text messages
22   that sound like a leader talking to your group.
23                 THE COURT:  That phone number, that is
24   identified there, is that consistent with information
25   that the government has about a number used by Mr.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2      Ermin?
 3                 MR. TRIPI:  He has had several numbers, but
 4      I believe that to be accurate, your Honor.
 5                 THE COURT:  I mean do you know, or can you
 6      find out?
 7                 MR. TRIPI:  I can find that out.
 8                 THE COURT:  Okay.
 9                 MR. TRIPI:  The next one, it references a
10      funeral, March 9, 2021, this is a funeral that is to be
11      attended by everyone.
12                 THE COURT:  Do you know what funeral that is
13      referred to?
14                 MR. TRIPI:  I don't.  I do know that -- well
15      I'll withdraw that.  I'm not sure what funeral it is.
16                 March 6, 2021, all Charlie embroidered
17      shirts, that is their center patch, reference to
18      "Charlie," that is the center patch.  "All Charlie
19      shirts are only to be done in Milwaukee since Frank was
20      on the street.  It will be an issue."  "The next time
21      they are be bootlegged, it will be an issue for the
22      region doing so."  So the reference to Frank is the
23      prior national president.
24                 December 13, 2020, under the heading "social
25      media posts," "nobody is to post on or like posts of
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   other clubs that are not Outlaws support and/or
 3   affiliated.  Stop supporting anyone but us.  Two, I do
 4   not care about posts with our patches and parties as
 5   long in everybody in the picture is cool with it.
 6   Three, do not ban anyone from use LHR, Tommy O One
 7   Percenter."
 8                 Next one is July 29, 2021, "Warlocks will be
 9   traveling to Akron, Ohio for a funeral of a member's
10   son."  And so that is going out to a number of leaders
11   and that is -- that indicates, your Honor, that the
12   Warlocks are clearing, essentially, their travel with
13   Ermin, who is okaying them to go through Outlaws
14   territory to go to a funeral of a member's son.
15                 June 7th, 2021, "It was a great weekend, my
16   brothers.  The old timers of our club seem to have a
17   hard time with new perspectives.  Seems to be their
18   sidebar focus and are claiming that they were never told
19   of it.  It is not going away.  They need to drop it.
20   And the majority of these nay sayers went patch for
21   patch coming in.  The stupid shit I hear about after
22   Nationals that Philly passed out say and do, maybe the
23   nay sayers should have done a better job with them so
24   they knew more than how to carry a garbage bag and pour
25   beers.  I love you and proud to stand beside you my true
```

1                USA V. J. ERMIN & S. BARNES

2    one percenter brothers."

3                What follows are photos that show Mr. Ermin

4    front and center, he has the black tank top on and the

5    gold chain and sort of a black hat.  And we would submit

6    just the position where he is standing in those photos

7    is another indicator of leadership.

8                THE COURT:  Just so I'm clear here, is this

9    first photo that is at the top, what's referenced in the

10   report as "Caribbean 2020"?

11               MR. TRIPI:  Yes.  And the second is an image

12   recovered from Mr. Ermin's phone.  And we will look

13   at --

14               THE COURT:  So Mr. Ermin's phone was

15   searched at the same time as this Bikes' phone?

16               MR. TRIPI:  Yes.

17               THE COURT:  In other words, they were

18   traveling together?

19               MR. TRIPI:  Yes.

20               THE COURT:  Okay.  And they were both

21   traveling both back from Spain, and during Customs, the

22   phones were searched, but it sounds like Bikes was

23   seized or --

24               MR. TRIPI:  His was seized and extracted.  I

25   believe Ermin's was also extracted, your Honor.  It may

```
1                USA V. J. ERMIN & S. BARNES
2    well be that the text messages were not in Mr. Ermin's
3    phone, deletions, things like that, but were located in
4    Bikes' phone.
5               THE COURT:  Do you know?
6               MR. TRIPI:  I'm just giving an explanation.
7    This is a very specific assignment I gave an agent over
8    Christmas weekend to pull information from those
9    searches.  I don't have those extractions that would be
10   an additional indicator to the Court to assess his
11   leadership position.  I don't have the whole Ermin
12   phone.  I don't know what's in it or not in it as I
13   stand here today.  So the tasking was pull what you can
14   from the phones that you have that, further, beyond what
15   I've already proffered, can help this Court determine
16   his position in the organization.  So that was the
17   tasking and that is what we came up with for that.
18               But I'd like to follow that up with on
19   January 24, 2023, something that Crystal Quinn told the
20   FBI.  Crystal Quinn said, in part, her main concern is
21   the Outlaws.  She knows Tommy O is the president of the
22   Outlaws and manager at Pharaoh's.  She is one of several
23   witnesses who have reported him being the president.  So
24   that is not singular even from civilian witnesses, your
25   Honor.  I never previously proffered what Ms. Quinn said
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    that.  I proffered previously about her cocaine usage
 3    and overdosing in the clubhouse, but not that she said
 4    he was the president.  That is consistent with.
 5              THE COURT:  I asked you that and you said
 6    you were pretty sure she said that.
 7              MR. TRIPI:  You have a better memory than
 8    me, your Honor, because I didn't remember that part, but
 9    if I said that now, I've gone back and checked.  That is
10    consistent with assessments by the FBI, HSI and ATF
11    expert who we anticipate will be our trial expert
12    regarding the Outlaws, Jeremy Sheetz.  It's consistent,
13    we believe, from the prior national president Milwaukee
14    Jack.  And it's consistent with exhibit 21, the video at
15    the Garden Hilton in where there is a national
16    leadership meeting and consistent with the international
17    travel to and from Spain.  It's also consistent with
18    exhibit 1-O, if we could pull that up.  So this is not a
19    letter that is directed towards Mr. Ermin, it's directed
20    towards to any one percenter, but it's a time frame back
21    when Mr. Ermin was a regional president.  So think time
22    frame who he was arrested with, special Ed in Ohio.
23              THE COURT:  And this was found where and
24    when?
25              MR. TRIPI:  This was found in Mr. Ermin's
```

```
 1                USA V. J. ERMIN & S. BARNES
 2    residence -- let me double check that.  Yes, in Mr.
 3    Ermin's residence along with some of the other
 4    documents.  The whole "1" series are until you get to 15
 5    U, everything up to 1-AU was seized from his house.
 6                THE COURT:  Okay.
 7                MR. TRIPI:  This is an individual who had
 8    pled guilty, and, essentially, is pleading with other
 9    ranking Outlaws back in 2013, it says, "I have attached
10    a copy of the information and documentation that I've
11    sent out to Richard One Percenter in Louisville,
12    Kentucky, and I also sent a copy to Larry Mack One
13    Percenter and Tommy O One Percenter, Collin One
14    Percenter, et cetera.  Hopefully somebody would read
15    this.  I would like to you read it.  I am a good brother
16    and have not done anything wrong.  I just went to
17    prison, that was for the club.  Not stealing, drugs, et
18    cetera, just for being an Outlaw and in a leadership
19    role.  Also I took a plea and please read the letters
20    from attorney from document five."
21                There were several attachments from this I
22    won't get into.
23                "It clearly states your plea agreement
24    cannot be used as proof against any other members of the
25    Outlaws' organization.  That Outlaws organization is a
```

1               USA V. J. ERMIN & S. BARNES
2    criminal organization.  Also your plea does not affect
3    the larger Outlaws organization nor does it affect any
4    current member of the Outlaws who is not otherwise
5    subject to the indictment to which you are pleading
6    guilty.  Furthermore, your plea did not impact the case
7    of any co-defendants.  My plea agreement affects only
8    me.  I've always done what is right.  I'm a good brother
9    and would help anytime needed.  I would not let my
10   brothers s go to prison.  Please understand.  Also I
11   just wanted you to know what I am doing, I'm not going
12   over your head."
13               So this is a person named Ivan reporting to
14   Tony One Percenter that he sent it to higher ranking
15   Outlaws to try and prove that he was not, essentially, a
16   snitch.  So even back in 2014, this supports that Mr.
17   Ermin had a leadership position in the larger
18   organization, which, mat that time, he was the blue
19   regional president.  That is back at the time frame when
20   he stopped with Mr. Decay in Ohio.
21               THE COURT:  I'm going to take a break at
22   some point.  You've been going about two hours.
23               MR. TRIPI:  I'm sorry.
24               THE COURT:  Don't apologize.  But is now an
25   okay time to stop?

```
 1                  USA V. J. ERMIN & S. BARNES
 2                  MR. TRIPI:  Yes, your Honor.  Thank you,
 3      Judge.
 4                  THE COURT:  Why don't we plan on taking a
 5      break until about 1:30.  Okay.  See everybody back here
 6      shortly.
 7                  MR. TRIPI:  Thank you, your Honor.
 8                  (Whereupon, there was a break in the
 9      proceeding.)
10                  THE COURT:  All right.  We are back on the
11      record, note the presence of all counsel, Mr. Barnes,
12      Mr. Ermin, Officer McCray.  Are you ready to continue,
13      Mr. Tripi?
14                  MR. TRIPI:  Yes, your Honor.  I was, next, I
15      was going to pull up Government's Exhibit 20-F, and this
16      was along the lines of just sort of circling back on his
17      national leadership.  Again 20-F, United States bottom
18      rocker.
19                  THE COURT:  This is whose vest?
20                  MR. TRIPI:  This is recovered from Mr.
21      Ermin's residence.  It's a photo of it.  Again, law
22      enforcement indicates to me that that is indicative of
23      national leadership position.  Next we have 20-G, and I
24      know I showed you this one before, your Honor.  But 20-G
25      --
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              MR. MUSCATO:  Judge, I hate to interrupt.  I
 3    apologize for interrupting you and Mr. Tripi.  I thought
 4    we went through 24 on Tuesday in Rochester already.  It
 5    seems to me this is a just a repeat of what your Honor
 6    has already heard.
 7              THE COURT:  It may be you're right, but if
 8    you're objecting, I'm going to overrule it.
 9              MR. MUSCATO:  It was an objection.  Thank
10    you, your Honor.
11              THE COURT:  Go ahead.
12              MR. TRIPI:  Ms. Champoux, if we could zoom
13    in on the national pin, that part.  Again, I just wanted
14    to indicate, this is a pin, I likened it to having like
15    a five-star general on your lapel.  This is his national
16    pin on his vest.  Again, another indicator of his
17    national-level position.
18              I think when I go through the travel
19    document at the end, I'll point out a couple more things
20    regarding his international travel as well as some of
21    the significance of the location of travel.
22              THE COURT:  Let me interrupt you for a
23    second.  Mr. McCray, you completed, I believe, the bail
24    report for Mr. Ermin as well, correct?
25              PROBATION:  Yes, that's correct.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              THE COURT:  And it indicates in there the
 3   defendant reported that he possesses a United States
 4   passport.  He indicated that he has not traveled
 5   internationally.  Mr. Ermin stated that -- it probably
 6   should be Mrs. Ermin.
 7              PROBATION:  That's correct.
 8              THE COURT:  Mrs. Ermin stated that the
 9   defendant has not traveled in many years.  Did the
10   defendant tell you that he had not traveled
11   internationally?
12              PROBATION:  That's correct.
13              THE COURT:  What?
14              PROBATION:  That's correct.
15              THE COURT:  And his wife told you he had not
16   traveled in many years?
17              PROBATION:  Yes, not recently.
18              THE COURT:  Traveled or traveled
19   internationally?
20              PROBATION:  International, that is the
21   question.  Any international travel.
22              THE COURT:  And the words used to, according
23   to your report, on the part of Mr. Ermin's wife was
24   "many years."
25              PROBATION:  Yes, Judge.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2               THE COURT:  Okay.
 3               MR. TRIPI:  Sandy, could you switch me to
 4     the projection screen?
 5               THE CLERK:  Sure.
 6               MR. TRIPI:  With that, I'll segue into what
 7     I've now marked as exhibit 24.  I've handed it up.  And
 8     I've provided copies to counsel.
 9               What this document is is Homeland Security
10     has the ability to search the systems of Customs and
11     Border Protection, and this will document Mr. Ermin's
12     international travel; obviously not his domestic travel.
13     And so just to jump off of what Mr. McCray just
14     reported, you see the very top entry, you see that he
15     had travel from -- to Mexico City, going across the top
16     looks like a Delta flight inbound and out bound.  ATL is
17     Atlanta, MEX is Mexico City.  And that encounter date --
18     and so OBD means he was on board.  And that encounter
19     dates when he is going in bound and out bound is January
20     of 2023.  So he traveled earlier this year.
21               Now, next one down, there is a flight,
22     American Airlines, flight inbound, coming from Madrid
23     Spain to J.F.K.  He is on board, so I'm looking at the
24     third row down, August 10, 2021.  He was scheduled to be
25     on an inbound flight from Madrid to J.F.K., looks like a
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2      day earlier.  NBD means not on board.  Maybe he changed
 3      his flight, but he comes in from Madrid in August,
 4      August 10th, 2021.
 5                    Next one down, that is his outbound from
 6      J.F.K. to Madrid, August 4th, 2021.  Appears he was in
 7      Spain from August 4th, 2021 to August 10th, 2021.  And
 8      if you go back to exhibit No. 23, that is when he is
 9      encountered coming back from Spain.
10                    Then we have travel coming inbound to the
11      United States from A and U, which is Antigua.  Came into
12      Miami, outbound was Miami to Antigua, January 2nd, 2020
13      returning January 6th, 2020.  Our expert advises us that
14      every year in January, the Outlaws have a, essentially,
15      a leadership meeting in Antigua.  And it's attended by
16      national leadership as well as B.B.T. leadership.  And
17      so you see, Mr. Ermin has travel in January to and from
18      Antigua where those meetings occur.
19                    Further down, I'm going now to 2019, Judge,
20      if you see that.  There is inbound, again, the Antigua
21      trip in January 2019.  He is on board from Miami to
22      Antigua and on board from the inbound from Antigua back
23      to Miami, six-day trip, January 21st, 2019 to January
24      27th, 2019.
25                    I'm going to skip two rows there that says
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2     he is was not on board and we get to 2017.  Again, he is
 3     at the Antigua trip where --
 4                  THE COURT:  Must have been cancelled during
 5     the pandemic because you got it in 2019, 2020, but there
 6     is no travel after to Antigua, at least after 2020.
 7                  MR. TRIPI:  That would be consistent with
 8     the timing of the pandemic, your Honor.
 9                  THE COURT:  So your 2017, January, another
10     trip to Antigua.
11                  MR. TRIPI:  That's correct.  And then we get
12     to 2015, he is coming into the country from Antigua in
13     May and then are other airports where we're talking
14     about EWR coming into Newark, SNN, that is Shanon,
15     Ireland.
16                  THE COURT:  This is 2014, right?
17                  MR. TRIPI:  Yes.  TXL, just going back up to
18     2018, TXL, that was he is not on board, but that is
19     Berlin.  So apparently there was travel scheduled to go
20     to Germany, but he didn't get on board.  If you go to
21     July 30, 2014, he is coming back into the country from
22     Shanon, Ireland and he left the country about a week
23     earlier from Boston to Dublin Ireland.  And you see
24     there is international travel apparently going back to
25     2005, looks like that is the beginning of his Antigua
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2   involvement, which would indicate his B.B.T. involvement
 3   and/or his national level leadership.  So, we believe
 4   that the reporting that he hasn't traveled
 5   internationally in a long time is characterized,
 6   charitably, it's inaccurate.
 7              THE COURT:  I think he said, according to
 8   the report, Officer McCray, you correct me if I'm wrong,
 9   according to the report, the defendant indicated that he
10   has not traveled internationally, period, right?
11              PROBATION:  Correct.
12              THE COURT:  So I think his wife said it's
13   been many years, but it seems as though Mr. Ermin told
14   Officer McCray that he has not traveled internationally.
15              MR. TRIPI:  And that would be, I would say,
16   consistent with his false statements to another judicial
17   officer at an earlier point in time where he submits an
18   affidavit in support of Mr. Gerace.  In other words, Mr.
19   Ermin is not a reliable person and even his wife, if you
20   characterize it charitably, she is woefully inaccurate.
21              THE COURT:  Not to get too far afield,
22   though, I would like to bring you back and show you some
23   of the weapons he had in his house.  So if we can go to
24   exhibit 18-A, if we can switch back, if you would be so
25   kind, to the computer.
```

1              USA V. J. ERMIN & S. BARNES

2              So these are recovered from Mr. Ermin's

3    residence.  This is item 37, appears to be a machete.

4              We can go to 18-B, Ms. Champoux.

5              This image shows a variety of ammunition,

6    daggers, firearms, number of knives, straight razor,

7    all, many of the cutting instruments easily concealable

8    on an individual's person, excuse me.

9              If we go to 18-C.  Showing various calibers

10   and what you see is a couple fired cases.  18-D, what

11   you see in the box there, 62, is a set of brass

12   knuckles.  Significantly, if you go back to the arrest

13   in Ohio when he was with Mr. Decay in 2015, seized

14   during that vehicle stop, in addition to the firearms

15   and the methamphetamine, were brass knuckles.  So fast

16   forward to 2023, brass knuckles are unlawful under New

17   York law, that is a state violation, you're not allowed

18   to have brass knuckles.  Unless the law has changed

19   since I've been a state prosecutor, I don't think it

20   has, he could be charged state side just with the brass

21   knuckles.

22             If we go to 18-E, it's just a better

23   close-up image of the brass knuckles.  If we can go to

24   18-F, again more knives, one of which appears to be a

25   dagger.  18-G, more knives.  18-H, please.  More knives.

```
 1                USA V. J. ERMIN & S. BARNES
 2   Different knives.  We see a different item number.  A
 3   lot of knives.
 4               THE COURT:  Do you have an estimate as to
 5   how many knives.
 6               MR. TRIPI:  I didn't on the knives.  I
 7   didn't tally them.  I think the firearms totaled 16.
 8               18-I is like a crossbow.
 9               Now, I will show you some of the drugs
10   consistent with his admissions that they recreationally
11   used marijuana for the purposes of the strength of the
12   charges on the Complaint.  So those are THC edibles.
13   That is exhibit 19-A.  Go to 19-B, item 82, marijuana.
14   19-D, please, that is C.  19-D are various different
15   edibles with THC.  Obviously it's still a scheduled one
16   controlled substance.  That is item No. 83.  You can see
17   this is different sets of drugs.  Go to 19-E, more
18   marijuana.  And 19-F.  And I did go back, and it's about
19   $40,000 in the residence.
20               THE COURT:  That was seized from the home.
21               MR. TRIPI:  Correct.
22               THE COURT:  And about 10,000 from the
23   clubhouse.
24               MR. TRIPI:  That's correct.  Your Honor,
25   preliminarily, just on the charges in the Complaint,
```

                     USA V. J. ERMIN & S. BARNES

1
2   we're looking at around three years on a Guideline

3   sentence.

4               And the last thing I'd like to leave off

5   with, I'm just going to read it into the record.  If we

6   could show 4-A.  I'm sorry, Judge.  4-A shows a number

7   of the firearms laid out on his bed.  Some are not

8   pictured because I believe there were about 16.

9               THE COURT:  Were they all shotguns?

10              MR. TRIPI:  They were all long guns, rifles

11  and shotguns.

12              If the Court will indulge me for two more

13  minutes.

14              THE COURT:  I have a number of questions for

15  you.

16              MR. TRIPI:  Okay.  The last thing I'm going

17  to do is read into the record the assault where we do

18  have evidence of Mr. Ermin back in 2010, you know, being

19  involved in a hands-on assault of an individual.

20              THE COURT:  And that was one of the

21  questions that I had for you, because I don't think you

22  talked about that last week.

23              MR. TRIPI:  I did not.

24              THE COURT:  And these were documents that

25  were found in Mr. Ermin's residence?

                        USA V. J. ERMIN & S. BARNES

1

2        MR. TRIPI:  That's correct.  So in New York

3  state, your Honor, it's been a while since I've been an

4  ADA, but to make the information sufficient, you would

5  attach, for example, the charging document prepared by

6  the police officer and the supporting affidavit of a

7  victim.  So right out of the gate, even when I was a

8  state prosecutor, victims would get outed right from the

9  inception of a case.  So I know New York law has changed

10  since then and it's becoming even more broad in terms of

11  the discovery laws.  But even back in the 2010 time

12  frame, he would have been provided the charging document

13  and a supporting deposition and clearly he kept it.  But

14  what that gives an individual is the name of the person,

15  whose the witness, and so I'm not going to read that

16  person's name into the record.  But according to the

17  deposition that they signed, this goes April 15, 2010 at

18  approximately 12:45 a.m., "I was at the Fireside Inn

19  with my girlfriend and her friend.  And we went outside

20  to smoke on the front patio.  Two guys that the two

21  women knew followed us out front.  I later learned their

22  names were Corey Benson."

23        He was the individual in the video that you

24  saw with the baseball cane in the Hilltop Bar video.

25  That is Corey Benson.

```
 1                    USA V. J. ERMIN & S. BARNES
 2              "And J Tommy Ermin.  The one woman's friend
 3    wanted to take a ride on Tommy's motorcycle and the
 4    other women objected.  I watched Corey Benson then say
 5    to the one female that the other female is a big girl
 6    and she can make her own decisions.  I then could tell
 7    that Corey was angry with the one female.  And I tried
 8    to calm the situation by introducing myself to Corey.
 9    At that time, Corey called me an asshole and then he and
10    Tommy pushed me back and began punching me in the face
11    and body.  And also another male who was with them in
12    the bar came out of the bar and began punching and
13    kicking me.  I later learned his name to be Dennis
14    Fault.  I finally was able to get up and retreat to the
15    parking lot.  While in the parking lot, I watched Tommy,
16    whose name I later learned to be John T Ermin, push and
17    slap one of the females across the face, she fell to the
18    ground.  The I tried to help her and the other female
19    leave, but then Dennis Fault, Chris Marchewak and Corey
20    Benson began to punch and kick me and beat me again.
21    One of them grabbed the back of my neck and were
22    slamming my head off of the curve and pavement.  I could
23    feel blood streaming from my face and nose.  I heard
24    Tommy yell, "Come on, the cops are going to come.
25    You're taking too long."  At that time, I looked up and
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    a police officer pulled up and I heard him yell to the
 3    guys beating me, "Don't move, shut off your bikes."  I
 4    did notice that each of the guys that beat me, Tommy
 5    Ermin, Dennis Falk, Corey Benson, and Chris Marchewak,
 6    M-a-r-c-h-e-w-a-k, were all wearing Outlaws motorcycle
 7    gang jackets and vests.
 8                    And there is a statement from another
 9    witness.  It's included in the packet, your Honor, as
10    7-A.  I say it's substantially similar to that and so I
11    think there is a couple of things there.  One, obviously
12    willing to assault someone over next to nothing.  Two,
13    his position even back in 2010, other people are doing
14    the beating and he is now standing back and giving
15    directives.  Not directives to stop, because you're
16    hurting someone, directives to stop because you're
17    taking too long and the cops are going to come.
18                    And just another thing I would like to point
19    out that I neglected in my proffer last time, you may
20    have heard it from Mr. Cooper.  In the clubhouse itself,
21    there was an envelope recovered that said "Burn."  In
22    other words, despite the documentation that we recovered
23    --
24                    THE COURT:  No, I haven't heard this.
25                    MR. TRIPI:  You haven't heard this?
```

1                    USA V. J. ERMIN & S. BARNES

2              THE COURT:  No.

3              MR. TRIPI:  So there is an envelope that

4     indicates "Burn," and I'm going to look for the exhibit

5     number.  It's 15-H, that is their "burn" bag that was

6     found in the Buffalo clubhouse.  What I would argue to

7     you and what I would argue later on to a jury,

8     notwithstanding the incriminating and information that

9     was located, there is additional things that they

10    acquire that they burn.  For example, we didn't find the

11    notes that were taken during the trial that you sat

12    through.  That was something that I thought might be

13    found.  We found, clearly, other source reports through

14    the years and other references to cases, and I've

15    covered that already.  But we found a witness list from

16    Milwaukee Jack's case with notations written next to it.

17    I have the FBI looking into, you know, what may or may

18    not have happened to any of those witnesses, I just

19    don't know.  But this indicates to law enforcement and

20    to me that there is even more serious items that they

21    acquire that they then burn.

22              THE COURT:  Was there anything in the

23    envelope?

24              MR. TRIPI:  No, I looked at that envelope,

25    at least when it came back after being seized, and I

```
 1                    USA V. J. ERMIN & S. BARNES
 2    don't recall seeing anything in that particular bag.
 3    But I thought it was important.  I believe that was
 4    located sort of in the bar area, behind the bar.
 5              With that, your Honor, I do have some checks
 6    being made into that phone number before I sit and see
 7    if I can find that out.  I just spoke with a special
 8    agent with Homeland Security who is present in the
 9    courtroom and they ran some checks on that number, it
10    does come back in one of the databases as being
11    associated with Mr. Ermin in Accurint database.
12              THE COURT:  What database?
13              MR. TRIPI:  Accurint, A-C-C-U-R-I-N-T.  And,
14    Judge, I would just note that not all of the devices
15    that we've seized have been fully analyzed yet.  That is
16    going to be a lengthier process.  I do know and can
17    proffer that there was an additional phone number that
18    was located in Michael Roncone's phone for Tommy O, and
19    does not appear that we have seized or located that
20    phone.  So it would appear, in other words, what I would
21    argue to this Court and what I would argue to a jury,
22    consistent with the items we found about their law
23    enforcement consciousness and their posting of roving
24    wiretaps, that Mr. Ermin is well versed in what the
25    utility of using burner phones.
```

```
1                    USA V. J. ERMIN & S. BARNES
2               THE COURT:  How many phones, if any, were
3    seized from his residence?
4               MR. TRIPI:  There were two that I can think
5    of.  A lot of other devices, but the number two is
6    popping in my head.  I don't know that we marked all of
7    the device images for you.  Probably should have done
8    that.
9               THE COURT:  Anything that you would
10   characterize as a burner phone?
11              MR. TRIPI:  I don't think I can answer that
12   question.  We do have the photos, more than we have
13   marked.  If you would like to give me a minute, I can
14   look through it; Ms. Champoux has them.
15              THE COURT:  I have questions.
16              MR. TRIPI:  I can answer those, and in the
17   mean time, Ms. Champoux, can you look for the device
18   photos?
19              THE COURT:  Okay.  One of, and I may be
20   jumping to Officer McCray as well, one of the questions
21   I had for Officer McCray was with Mr. Ermin's bail
22   report, there is no reports of any bank account
23   disclosures.  So, in other words, for assets, and I just
24   want to confirm that, I guess Mr. Ermin, at least what
25   he reported to you, is that he has no bank accounts?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              PROBATION:  That's correct, Judge.
 3              MR. TRIPI:  Judge, if I could chime in.  I
 4    don't have it marked or anything like that, but, again,
 5    I have at least cursory reviewed all of the physical
 6    items, I do have some notes.  I noted in the items
 7    recovered from his house that there is an Alden State
 8    Bank Account No. 7030, and I won't do the rest of it
 9    publically, in Mr. Ermin's name.
10              THE COURT:  Alden State?
11              MR. TRIPI:  Alden State Bank.
12              THE COURT:  So Mr. McCray just so I'm clear
13    on how the interview goes, did Mr. Ermin just not
14    disclose any bank account or was he asked affirmatively?
15    I mean, how did that play out?  Do you understand my
16    question?
17              PROBATION:  Yes.
18              THE COURT:  Make sure you're speaking in
19    into the microphone.  Your microphone is on?
20              PROBATION:  Yes.  We generally ask, do you
21    have any cash, checking or savings accounts.  The only
22    assets he listed was his vehicle and his residence.
23              THE COURT:  But so in response to a question
24    do you have any cash or bank accounts, he disclosed
25    neither cash nor bank accounts?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              PROBATION:  That's correct.
 3              THE COURT:  One question I had for you, Mr.
 4   Tripi, is, obviously, you've been prosecuting the case
 5   involving Mr. Gerace for some time now.
 6              MR. TRIPI:  Yes, Judge.
 7              THE COURT:  And there are counts, if I
 8   understand correctly, in the indictment, I can't tell
 9   you that I've looked at the indictment, but there are
10   counts alleging that the Pharaoh's entity, number one,
11   was a drug trafficking premises?
12              MR. TRIPI:  Drug involved premises, yes.
13              THE COURT:  And then two, that sex
14   trafficking was occurring at that premises?
15              MR. TRIPI:  Yes, your Honor.
16              THE COURT:  So Mr. Ermin is the manager of
17   the premises, you obviously have been for some time
18   gearing up for that trial, do you have any evidence
19   supporting either Mr. Ermin personally involved in drug
20   trafficking at Pharaoh's or involved in sex trafficking?
21              MR. TRIPI:  Yes.  We have information that
22   he has supplied pills, Lortabs.
23              THE COURT:  That is what Mr. Pirk supplied.
24              MR. TRIPI:  Yes, under similar
25   circumstances.  Drug addicted young women who then
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   engage in sex acts.
 3             THE COURT:  So you have information that Mr.
 4   Ermin supplied Lortabs to dancers at Pharaoh's.  Is that
 5   a fair statement?
 6             MR. TRIPI:  To at least one.
 7             THE COURT:  Anything else?
 8             Because I guess my point is, you obviously
 9   have an indictment that the grand jury determined that
10   there was probable cause to believe that sex trafficking
11   and drug trafficking were occurring in the premises.
12   You have various members of the Outlaws Motorcycle Club
13   that work at the premises.  You have Mr. Ermin who has
14   been the manager for some period of time.
15             MR. TRIPI:  That's correct, your Honor.  So,
16   all correct observations.  The initial assessment that
17   was made when that indictment was returned was to focus
18   on -- you got to remember, that superseded the Special
19   Agent Bongiovanni's indictment and so not having a
20   crystal ball, I guess, in terms of how long that
21   litigation would take.  Frame of reference, Kingsmen
22   case had been tried within two years.  And now we're
23   several years down the road past that in that case.  So
24   I can tell you as the person whose point on that, the
25   assessment was made to focus on the allegedly corrupt
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    agent and that person first, and then get to others that
 3    may be involved in the criminality there to keep the
 4    focus, keep at that point what was perceived to be the
 5    main thing, the main things, in other words.  Not that
 6    this is not a sob story.  Obviously the government has
 7    its resources, but we lost some AUSAs during that time
 8    period.  One who I know you're familiar with who had
 9    been with me on those investigations and so that took
10    some adjusting to.
11              That doesn't change the facts that your
12    Honor correctly pointed out.  I can tell you that, you
13    know, there has been information reported and I think I
14    said this last time, so if I'm repeating, I do
15    apologize.  I'm trying to be responsive to your Honor
16    that women who are on the outs or in trouble have been
17    punished by being sent to the Outlaws clubhouse to
18    dance.  Additionally, there have been other witnesses
19    that have reported using cocaine in the clubhouse.
20    Similar to what you heard at the Kingsmen trial, they
21    host dancers and strippers at their clubhouse.  There is
22    a report of one woman who I have yet to identify who had
23    a pool cue utilized on her.
24              THE COURT:  At the clubhouse?
25              MR. TRIPI:  At the clubhouse.  And I
```

1                    USA V. J. ERMIN & S. BARNES
2      hesitated to proffer it because I can't give you more
3      specifics that was reported.  Part of the challenge,
4      though, is these young ladies, these dancers, some of
5      them come in from other outside of the country from
6      other states and they have dancer names as opposed to
7      government names.  So, there is a challenge in tracking
8      back to whom that occurred.  But the report that we had
9      was that a young lady had a pool cue used on her at the
10     Outlaws Buffalo clubhouse, and although we didn't see a
11     pool table there, I didn't mark it, but there is
12     evidence that a pool table used to be there.  In other
13     words, the chalk that you use to use, you know, I don't
14     know the terminology, I don't play pool.
15                    THE COURT:  I know what you mean.
16                    MR. TRIPI:  So they do have photos, they did
17     photograph that because law enforcement was aware of
18     that reporting and it's interesting to me that you have
19     that type of thing reported and now no pool table
20     exists, but evidence that a pool table used to be there.
21                    There is information about overdoses at
22     Pharaoh's, a number of dancers overdosing over time and
23     there is information that at least one of those resulted
24     in a death, and that the Outlaws helped get rid of the
25     body.  Law enforcement has dove in a creek located

```
 1                USA V. J. ERMIN & S. BARNES
 2   across from Pharaoh's several times.  It's a very
 3   difficult area to do a full search of.  To date we've
 4   found nothing.  But those dates came out of Mr. Gerace's
 5   mouth regarding who got rid of the body and that will be
 6   part of his trial.  So, no, I can't tell you that that
 7   is Mr. Ermin, but what I am proffering is that Ermin is
 8   the boss.  It's like the CEO of McDonald's didn't flip
 9   the burgers, but he knows the burgers are being flipped.
10              THE COURT:  The information of the overdose
11   at Pharaoh's that came out of Mr. Gerace's mouth, in
12   what context?
13              MR. TRIPI:  I'm going to be careful, but it
14   was sort of an admission to a witness who we anticipate
15   will testify.
16              THE COURT:  Okay.  And then tell me how --
17   let me ask it this way.  Tell me why I should assess as
18   reliable your report or your proffer that dancers from
19   Pharaoh's were sent to the Outlaws as punishment?  I
20   mean, in other words, is there more than one witness who
21   has provided that information?  Is there other
22   corroborating proof to support it?
23              MR. TRIPI:  There is a witness who reports
24   that.  Separately there is a witness that reports Mr.
25   Ermin smashing a dancer's head off of a bar.  Separately
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   there are other dancers who have been there dancing.
 3             THE COURT:  What do you mean by that?
 4             MR. TRIPI:  Who have been there dancing,
 5   excuse me, I didn't finish my thought, and know that
 6   others have used drugs there.  There are jail calls that
 7   we've recovered from other people who are in jail
 8   indicating extreme fear of actually telling the
 9   government what was transpiring in that clubhouse.
10             THE COURT:  With respect to women?
11             MR. TRIPI:  Yes.  Yes.  It was a woman, a
12   woman on the phone expressing fear.  And we believe all
13   of that to be consistent with Crystal Quinn's fears that
14   she expressed in the beginning of her meetings with the
15   FBI and prosecutors.  Again, then you, you have that set
16   of facts, you have the posting on the post about how
17   they will treat women.  There are, you know, countless
18   photos -- I shouldn't say countless, but several.
19             THE COURT:  When you say postings on the
20   post?
21             MR. TRIPI:  So I showed it you, I think, at
22   the last appearance.
23             Ms. Champoux, if you know the exhibit I'm
24   talking about.
25             THE COURT:  This is, I'm not going to repeat
```

1                    USA V. J. ERMIN & S. BARNES

2    the word, this is what you read into the record.

3              MR. TRIPI:  Correct, yes.  Correct, it's

4    vulgar.  On the physical post in the clubhouse and other

5    like cleaner copies that were recovered, so I believe

6    you have it marked.

7              In their clubhouse, they basically had like

8    photo albums, countless naked women, various parts of

9    their bodies, things of that nature.  Historically, the

10   department, through other prosecutions, associates the

11   Outlaws with prostitution.  They also associate them as

12   having employment at places like motorcycle shops, which

13   wouldn't be shocking, strip clubs.  And then you look at

14   the Pharaoh's establishment and the managers, the cook

15   and the head manager are members of the Outlaws.  What

16   I'm proffering to you, consistent with the activities

17   that occurred at Pharaoh's while he is the manager and

18   Mr. Gerace, who is his close friend and confidant is the

19   owner, I mean, we're talking over, roughly over 100

20   witnesses that went into grand jury, and so it's hard

21   for me to single out in a proffer setting without having

22   it in front of me, over 100 witnesses went into grand

23   jury, double that have been interviewed.  There are over

24   200 on the government's witness list that is under seal.

25   And if you go back to the Kingsmen case, I proffered

USA V. J. ERMIN & S. BARNES

1

2    dozens of bikers in that situation, some of whom did

3    talk about the Outlaws, many other civilian witnesses,

4    so we're talking 300 to plus people over time who have

5    talked generally about how motorcycle clubs behave.  How

6    the Outlaws interact with other clubs.  How the Outlaws,

7    the position they hold as it relates to other clubs.

8    And then going from the general to the specific, Mr.

9    Ermin's position among these clubs, his level of

10   prominence in the Outlaws.  And so that is why, you

11   know, even in the Kingsmen trial, his name was mentioned

12   numerous times.  And that is going back now some time

13   2016, '17, '18.

14           So, and you see how he has been traveling

15   internationally for many, many years.  And he has risen

16   up through the ranks during that time.  And so now, I

17   wouldn't expect him to be the one.  Law enforcement

18   wouldn't expect him to be the one in that bar, but he

19   has Mr. Barnes there and he has Mr. Marcaccio and a

20   number of other Outlaws, and that could have gone a

21   different way had the Kingsman acted differently.  And

22   so this is how these two are tethered together for

23   purposes of dangerousness.

24           These are high-level members in an

25   organization that historically has been very violent,

```
1                  USA V. J. ERMIN & S. BARNES
2    has demonstrated on video that they have the propensity
3    to commit violence, and has federal witnesses expressing
4    fear of their life who then, you know, end up dead.  And
5    I'm going to go through that timeline, just in case I
6    messed it up before.
7                 On March 27, I proffered in Federal Court.
8    In my proffer made it clear, even though I didn't name
9    her, that Crystal Quinn was a federal witness.  On April
10   4th, Mr. Ermin --
11                THE COURT:  This is a question for you,
12   though, because I did go and look at the docket and her
13   Complaint was dismissed April 6th.
14                MR. TRIPI:  Yes.  So my proffer outed like,
15   basically, would have outed her as a witness.
16                THE COURT:  On March 27?
17                MR. TRIPI:  And before that proffer, her
18   Complaint had been adjourned.  So the 48(b) date was
19   coming up, I know Judge Schroeder doesn't typically set
20   those, but we were pursuing a pretrial diversion, so he
21   did.  And we adjourned that -- I'm going off memory, but
22   I believe this will be borne out by the docket.  It was
23   like a Friday where we adjourned her dismissal.
24                THE COURT:  Well, let me pull it up, okay?
25                MR. TRIPI:  Yes, your Honor.  You should see
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2   an adjournment of a dismissal prior to the dismissal.
 3              THE COURT:  Sandra, can you pull up Crystal
 4   Quinn and print off the docket?
 5              You indicated that the dismissal occurred
 6   before he met with Mr. Gerace.
 7              MR. TRIPI:  That would be a mistake.  The
 8   March 24th to March 27th were the very detailed proffers
 9   regarding, essentially, she had sent Facebook threats on
10   behalf of Mr. Gerace to a witness, and so that was --
11   and then she started proffering and had reached an
12   agreement to cooperate.  That culminated, I think she
13   went in grand jury like March 9th, that culminated,
14   ultimately, in an indictment of Gerace on new witness
15   tampering charges.  And so that was 23CR37 was the
16   witness tampering indictment, that technically we moved
17   for detention under.  So that is the docket where I'm
18   asking him now to be detained because he was released.
19   Later on, those two cases got joined on government
20   motion.  But at that moment in time, he is charged with
21   witness tampering, so my proffer about that information
22   was heavy in all areas, I would submit, but it
23   definitely talked about that scenario.  And clearly, Mr.
24   Gerace, would have known full well because the setting
25   was they were together when she sent the messages to the
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    witness.
 3                    THE COURT:  So there is a text order that
 4    was entered March 3, 2023 by Judge Schroeder indicating
 5    that the complaint would be dismissed without prejudice
 6    pursuant to Rule 48(b) effective April 9, 2023.
 7                    MR. TRIPI:  And I think before that, I think
 8    that was on the government motion, your Honor, because
 9    her Complaint was, I think, February 1st or thereabouts,
10    and he gives you 30 days.  He doesn't set a 48(b).  And
11    so I think I filed something under seal asking him to
12    give me some more time.
13                    THE COURT:  Okay.  And there was an order
14    setting conditions of release on March 28th.
15                    MR. TRIPI:  Yeah.
16                    THE COURT:  So your point is, Mr. Gerace
17    would have known by virtue of your proffer.
18                    MR. TRIPI:  March 27th.
19                    THE COURT:  On March 27th that Ms. Quinn was
20    cooperating against him.
21                    MR. TRIPI:  Yes.  And so then the visit is
22    April 4th, face to face, Ermin and Gerace, and then fast
23    forward a little bit, come June 30th, the trial was
24    supposed to go in June, and it gets adjourned.  June
25    30th we're in front of a new district court judge and we
```

1                USA V. J. ERMIN & S. BARNES

2    get a new trial date, June 30th.  That date was October

3    23rd, so it had been moved from August 14th to October

4    23rd, 2023.  Within a week of that, in other words, the

5    government getting a new trial date, July 6th is the

6    second face-to-face meeting with Mr. Ermin and Mr.

7    Gerace.  August 1st, Ms. Quinn is found dead under

8    circumstances that indicate that she was intentionally

9    overdosed and it was staged to look like an accident or

10   suicide.  So that is the timeline I wanted to clarify

11   when I went back and looked at it, that is the sequence

12   of events.

13               Since that time, there have been

14   communications and meetings between Outlaws and Rare

15   Breed, there have been communications between Ermin and

16   Roncone on a phone that we don't believe we seized, we

17   believe to be a burner phone.  We only make that

18   assessment based upon a number observed under "Tommy O"

19   in Mr. Roncone's phone because they are starting to look

20   into his phone, and it's not a number we have accounted

21   for.  And that brings us into October where they are

22   communicating.  And that is the same month that the FBI

23   are doing search warrants in Wellsville, et cetera.

24               THE COURT:  You made a representation at our

25   last appearance that you indicated there have been

```
 1                    USA V. J. ERMIN & S. BARNES
 2   reports, I reviewed one source report of an individual
 3   who is in an outlying clubhouse who watched Mr. Ermin
 4   beat someone up.  Do you have any other information
 5   about that?
 6                    MR. TRIPI:  It was in the Buffalo Outlaws'
 7   clubhouse.  It was an individual who, I'm being careful
 8   because this individual became an FBI source, and so
 9   that individual was in the clubhouse, this was some
10   years ago, and observed Mr. Ermin go out back, beat
11   someone and come back in and sort of act like nothing
12   had happened.
13                    THE COURT:  And time frame, can you give me?
14   I had asked you the time, do you have a time frame?  You
15   said I can follow up with the time frame.  If you didn't
16   do it, that's fine.
17                    MR. TRIPI:  I didn't do it.  I can tell you
18   that when I first learned of that source back in the
19   2015, 2016 time frame, we were in -- your Kingsmen case
20   was already charged and we were not at trial yet,
21   though, we were in sort of discovery phase.  So I
22   understand I'm ball parking it right now, because I
23   didn't go back an check.
24                    THE COURT:  Okay.
25                    MR. TRIPI:  Sorry, I forgot to do that,
```

1                    USA V. J. ERMIN & S. BARNES

2    Judge.

3                    THE COURT:  You'd also, at the last

4    appearance, proffered information about a text exchange

5    with somebody who may be cooperating in Milwaukee.

6                    MR. TRIPI:  Yes, your Honor.  What that was

7    was a screen shot that was in Mr. Ermin's phone and it

8    was somebody had texted an individual that so and so was

9    cooperating, you should look into that.  And whoever

10   received that text, screen shotted it and that screen

11   shot was in Mr. Ermin's phone that was extracted in

12   December of 2019.

13                   THE COURT:  December of 2019.

14                   MR. TRIPI:  He was present at the search of

15   Pharaoh's, that is when he was briefly interviewed by

16   Special Agent Burns, and he consented to the search of

17   his phone.  They did an extraction and returned his

18   phone to him.  And so that phone contains a lot of text

19   messages between he and Mr. Gerace, a lot of various

20   details and information, but among the things that I

21   proffered was that screen shot.  And that was in the

22   context of, that was from someone who was supposedly

23   cooperating in Milwaukee.  So my point was that that is

24   an indicator like someone in Milwaukee is making sure he

25   knows that someone is a cooperator.

```
 1                    USA V. J. ERMIN & S. BARNES
 2              THE COURT:  But I had asked you at the time
 3    if you had a time frame and you said you could get it.
 4              MR. TRIPI:  I can get it on a 10-minute
 5    break, I'm sorry.
 6              THE COURT:  Refresh or at least help me
 7    understand with respect to the Mr. Barnes, the
 8    residences that were referenced.  There is the 19
 9    Gratton.  And that was a residence that was identified
10    by Mr. Cotter as a residence that Mr. Barnes had resided
11    at.  That is also the residence where the search was
12    conducted back in March of 2021 of this --
13              MR. TRIPI:  PJ Raslawski.
14              THE COURT:  Who is the cook at Pharaoh's?
15              MR. TRIPI:  Correct.
16              THE COURT:  And but there is no suggestion
17    by the government, I don't think, based on your proffer
18    today, that Mr. Barnes was residing there in March of
19    2021.  But then you reported that somebody had observed
20    him mowing the lawn there or something like that.
21              MR. TRIPI:  Yes.  One of the officers who is
22    present in court had observed him mowing the lane at
23    that location.  I can try and get a time frame.
24              THE COURT:  And Mr. Cotter, as Mr. Tripi is
25    doing this, this came up at Mr. Ermin's hearing about
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2    him mowing the lawn.  And what I said to Mr. Tripi is,
 3    let's not get into Mr. Barnes when he is not here.  So
 4    we didn't follow up on it at all.
 5                   Now I want to ask the question because Mr.
 6    Barnes is here.
 7                   MR. COTTER:  I appreciate you letting me
 8    know that, Judge.
 9                   MR. TRIPI:  So the mowing of the lawn
10    observation, I'm told, took place in spring or summer of
11    this year, 2023.
12                   THE COURT:  And then the residence that was
13    being proposed for Mr. Barnes to go reside at is what, I
14    think the government contends, is owned by Mr.
15    Elsaesser.
16                   MR. TRIPI:  Yes.
17                   THE COURT:  Not 19 Gratton.
18                   MR. TRIPI:  No.  Mr. Elsaesser who is in the
19    video at the bar you watched.  I'm not sure you
20    recognized him.
21                   THE COURT:  I did.  No, he sat through four
22    months of trial, I recognize him.
23                   Do you have any other information because it
24    came up during Mr. Roncone's hearing by Mr. Cooper that
25    between -- so you have the early morning hours July 28th
```

1                    USA V. J. ERMIN & S. BARNES

2    of Ms. Quinn texting these messages where she seems to

3    be both fearful of the so-called bikers and also then

4    thinks Mr. Gogolack is turning on her.  And then you

5    have the last human activity occurring on her phone July

6    31 at 6:30 in the evening.

7                    MR. TRIPI:  That's correct.

8                    THE COURT:  And she is found dead or her

9    body is reported by Mr. Gogolack on August 1st.  Do you

10   have any information about Ms. Quinn's activity between

11   I guess 6:30 in the morning on July 28th and 6:30 in the

12   afternoon on July 31st.  Because what Mr. Cooper

13   indicated during Mr. Roncone's hearing, and I guess I

14   didn't fully appreciate this when you were proffering it

15   during Mr. Ermin's hearing, was that after these

16   fearful, let's call them text exchanges, she then had

17   more normal conversations with other individuals,

18   potentially even her mother.

19                    MR. TRIPI:  Yes, Judge.  There is a spike in

20   the fearfulness around those early morning hours of the

21   28th, and then it drops back down.  And during that time

22   frame, we know she is with Mr. Gogolack.  She is, by

23   that point, her mother, at some point, was able to talk

24   to her, I believe, in that window of time.  And there

25   are text messages, I'm not sure if Mr. Cooper went into

```
 1                    USA V. J. ERMIN & S. BARNES
 2    them, but where sort of at the tail end of the July 28th
 3    incident where Mr. Gogolack is then starting to text her
 4    and I'm paraphrasing, but sort of reassuring her.
 5              THE COURT:  He didn't go into that.
 6              MR. TRIPI:  Reassure her that, essentially,
 7    in sum and substance, he is on her side and so things
 8    calm down, and there is less sort of panicked activity,
 9    more normal is a better way to put it.  But then at some
10    point in that window of time, after the reassuring had
11    occurred, we suggest, believe, the evidence shows and
12    will show at a later court proceeding that he then fed
13    her the Fentanyl that killed her.
14              THE COURT:  You indicated at the last, in
15    Mr. Ermin's appearance, that the scene was cleaned.
16              MR. TRIPI:  It was manipulated, yes.
17              THE COURT:  This is Mr. Gogolack's residence
18    of where he was living?
19              MR. TRIPI:  Correct.  And Mr. Gogolack
20    started to report a narrative to local law enforcement,
21    a narrative that she was suicidal, essentially, which is
22    a narrative that he had reported to her mother, not too
23    long before calling the police.  So in other words --
24              THE COURT:  Before he reported that she was
25    dead?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              MR. TRIPI:  Yes.  So basically before he
 3     calls 911 and reports her dead, her mother is trying to
 4     get ahold of her again, right?
 5              THE COURT:  Is trying to what?
 6              MR. TRIPI:  Is trying to get ahold of Ms.
 7     Quinn and is getting no responses.  And so then the
 8     mother pivots and sends a text message to Mr. Gogolack
 9     that states, in sum and substance, if somebody doesn't
10     get back to me, I'm going to send the Whales State
11     Police, she makes reference to getting the State Police
12     and get the car back.  In the reality if you look at the
13     texts to her daughter, she makes messages that she is
14     concerned about her daughter.  But to Mr. Gogolack, it's
15     about the vehicle.  And Mr. Gogolack calls her back and
16     says, why didn't you tell me she was suicidal, in sum
17     and substance.  And that narrative continues with the
18     local authorities that she was suicidal, which there had
19     not been a scintilla of evidence that she was suicidal.
20     Sure, scared, not suicidal.  And that narrative
21     continued all the way back out to Federal Court where
22     Mr. Gerace's attorney stood here two days later and said
23     she killed herself.  So, that is the case.
24              THE COURT:  Okay.
25              MR. TRIPI:  Her official cause of death
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   wasn't available until into September and that is when
 3   we learned that she had 1200 nanograms per milliliter of
 4   Fentanyl in her system.  The highest that the medical
 5   examiner ever seen in his career was 80.  And lethal
 6   doses have been reported as low as three.  So that is
 7   how we come up with she had potentially enough Fentanyl
 8   in her system to kill 400 people.
 9            THE COURT:  So when you were showing -- when
10   you started showing the video from Halligan's bar.
11            MR. TRIPI:  Yes.
12            THE COURT:  Last time, you identified an
13   individual that I don't think you identified today,
14   maybe you did and I missed it.  You said his name is
15   Matthew Joseph A/K/A Lucky.  You said he works at
16   Pharaoh's or frequents.  Maybe you did identify him,
17   that he frequents Pharaoh's a lot.
18            MR. TRIPI:  I think that I could have
19   misspoke last time.
20            THE COURT:  Well, then you said, maybe I'm
21   getting confused, you said the guy with the goatee, bald
22   head.
23            MR. TRIPI:  Spider.
24            THE COURT:  That is Spider.  But you also
25   said where Mr. Ermin is the manager, Mr. Gerace is the
```

                    USA V. J. ERMIN & S. BARNES

1

2   owner, Mr. Raslawski is the cook who deals drugs, and

3   then you said where Matthew Joseph A/K/A Lucky, so you

4   have four Outlaws that are heavily invested.

5               MR. TRIPI:  That is a pivot away from

6   Halligan's and back at Pharaoh's.  Lucky is another

7   manager at Pharaoh's.

8               THE COURT:  He is?

9               MR. TRIPI:  Yes.

10              THE COURT:  Because he was in the incident

11  with Mr. Decay in Ohio?

12              MR. TRIPI:  Yes, that's correct.

13              THE COURT:  But he wasn't in the bar at

14  Halligan's.

15              MR. TRIPI:  That's correct.

16              THE COURT:  But he is a manager at

17  Pharaoh's?

18              MR. TRIPI:  Correct, and a full-patched

19  Outlaw.  Just to further it, there is a report not too

20  long ago, essentially, him beating the shit out of a

21  woman at Pharaoh's and that case went nowhere and we're

22  looking into that.

23              THE COURT:  That is this Lucky?

24              MR. TRIPI:  Yes.

25              THE COURT:  Okay.  The potential penalties

                    USA V. J. ERMIN & S. BARNES

1   for the crime that Mr. Ermin is charged with is up to 15

2   years.

3           MR. TRIPI:  That's correct.

4           THE COURT:  Okay.

5           MR. TRIPI:  That law was recently changed.

6           THE COURT:  Okay.

7           MR. TRIPI:  I believe we calculated his

8   Guidelines based upon the number of firearms.  It is in

9   the range of 33 to 41, thereabouts, so I estimate the

10  Guidelines are ballpark of three years.

11          THE COURT:  Well, I think there has been a

12  proffer of 41 to 51 months.

13          MR. TRIPI:  That was the proffer at the

14  initial detention hearing, 41 to 51.

15          THE COURT:  Do you know if any of the

16  weapons found at the clubhouse -- let me put it this

17  way.  Any of the items that the government has

18  identified as weapons that were found in the clubhouse

19  were found in the, what I would characterize as the

20  living area.

21          MR. TRIPI:  Those other sort of blunt

22  instruments and stuff like that?

23          THE COURT:  Right, the padlock.

24          MR. TRIPI:  Those were down in the lower

                    USA V. J. ERMIN & S. BARNES

1   for the crime that Mr. Ermin is charged with is up to 15

2   years.

3           MR. TRIPI:  That's correct.

4           THE COURT:  Okay.

5           MR. TRIPI:  That law was recently changed.

6           THE COURT:  Okay.

7           MR. TRIPI:  I believe we calculated his

8   Guidelines based upon the number of firearms.  It is in

9   the range of 33 to 41, thereabouts, so I estimate the

10  Guidelines are ballpark of three years.

11          THE COURT:  Well, I think there has been a

12  proffer of 41 to 51 months.

13          MR. TRIPI:  That was the proffer at the

14  initial detention hearing, 41 to 51.

15          THE COURT:  Do you know if any of the

16  weapons found at the clubhouse -- let me put it this

17  way.  Any of the items that the government has

18  identified as weapons that were found in the clubhouse

19  were found in the, what I would characterize as the

20  living area.

21          MR. TRIPI:  Those other sort of blunt

22  instruments and stuff like that?

23          THE COURT:  Right, the padlock.

24          MR. TRIPI:  Those were down in the lower

```
 1                 USA V. J. ERMIN & S. BARNES
 2   part of the bar.  I would add, if you walk in, you're
 3   going to pass through the bar area before, so the area
 4   that Mr. Barnes walked out of, you're going to go --
 5   that is an upstairs.  There is no door, so no separate
 6   door separating it.  So his area, you would walk
 7   downstairs and you're going to be in, pass through the
 8   bar area to go out the door that he exited.  So --
 9               THE COURT:  When the search warrant was
10   executed?
11               MR. TRIPI:  That's correct.  And in that
12   trail of items is where his phone is.  And, you know,
13   you could draw a line, basically, the path that he would
14   have walked.
15               THE COURT:  The only other point I wanted to
16   make is, Mr. Cooper had sent an e-mail to Mr. Cotter and
17   me after the appearance about these urinals that he said
18   he would clarify on the record.
19               MR. TRIPI:  Yeah.  I think he had proffered
20   that they were marked "clean urine."  And a closer
21   inspection of the photos did not confirm that
22   information that they were marked "clean urine."  So he
23   wanted to clarify, I believe, that that was erroneous
24   information.
25               THE COURT:  All right.  I don't think I have
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   anything else at this point.
 3             MR. TRIPI:  I'll be done at this point, your
 4   Honor.  I would just submit that the weight of the
 5   evidence, history and characteristics of each offender,
 6   nature and circumstances of the offense, and risk of
 7   obstruction, all of those things, we think, weigh in
 8   favor of detention.  Thank you.
 9             THE COURT:  Thank you, Mr. Tripi.
10             I guess the first question I had, Mr. Cotter
11   and Mr. Muscato, either of you need a break before you
12   proceed?
13             MR. COTTER:  Speaking for myself, Judge, I
14   don't intend to be very long.
15             MR. MUSCATO:  I'm okay, your Honor.  Thank
16   you for asking.
17             THE COURT:  Karen, are you okay?
18             Who wants to go first?
19             MR. COTTER:  That we haven't discussed.
20             THE COURT:  Do you want to talk?
21             MR. COTTER:  Apparently, I will, Judge, if
22   that is okay.
23             As I begin, Judge, I do want to remind the
24   Court that the house at 37 Peoria was proposed as a
25   residence for Mr. Barnes has been inspected or
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   investigated by Pretrial and has apparently passed.
 3              THE COURT:  Is that correct, Officer McCray?
 4              PROBATION:  Yes, Judge, that is correct.
 5              THE COURT:  Even though it's owned by Mr.
 6   Elsaesser?  I'm probably mispronouncing his name.  I
 7   guess my question is, does probation make any assessment
 8   of that when it decides whether or not a house is
 9   suitable?
10              PROBATION:  To be honest with you, I don't
11   know that the officer that went out was aware of that,
12   neither was I until today in court.
13              THE COURT:  All right.  The one thing I
14   wanted to remind you of, as well, Mr. Cotter, you also
15   filed this motion that I didn't want to neglect to
16   address.
17              MR. COTTER:  Curiously, Judge, within four
18   hours, deputies at the Orleans County Holding Center
19   brought Gabapentin to Mr. Barnes and he has been given
20   Gabapentin regularly since then -- and he has been given
21   Gabapentin regularly since then.
22              THE COURT:  Okay.
23              MR. COTTER:  All right.  I do want to remind
24   the Court that Mr. Barnes had some pretty major back
25   surgery six weeks ago and does have scheduled follow up
```

1                   USA V. J. ERMIN & S. BARNES

2    post-surgical appointments scheduled with his surgeon.

3    And I believe the next one is January 4th of 2024.

4              THE COURT:  But in terms of your pending

5    motion that was filed at docket four in the MJ case, is

6    there any relief that you're seeking from the Court at

7    this point?

8              MR. COTTER:  Well, today is December 27th, I

9    believe it was the 14th that I filed it.

10             THE COURT:  Yes, it was.

11             MR. COTTER:  So he has -- I believe my

12   request for relief was tri part.  And some of it had to

13   do with his personal possessions and belongings so the

14   bills could be made.  And some had to do with a CPAP

15   machine.  And some had had to do with the medication.

16   And the medication has been addressed without Court

17   intervention.  And the CPAP machine has been delivered

18   to the Orleans County Jail and is in use by Mr. Barnes

19   regularly.

20             THE DEFENDANT:  Yes.

21             MR. COTTER:  That's correct.  And so the

22   only thing that would remain out of the requests for

23   relief is the return of his wallet and bank card so

24   bills could be made.  I'll happily withdraw that motion

25   should the Court uphold Judge Schroeder, Magistrate

```
 1                    USA V. J. ERMIN & S. BARNES
 2   Schroeder's release order.
 3                    THE COURT:  Okay.  But if I don't uphold the
 4   release order, then you're asking that the government
 5   return these items?
 6                    MR. COTTER:  Correct.
 7                    THE COURT:  I guess like a Rule 41 motion.
 8   Has there been any discussions with the government about
 9   this?
10                    MR. COTTER:  None at all.
11                    THE COURT:  Why don't you pursue those
12   discussions with the government, regardless of how I
13   rule on this.  And if you are looking for some relief, I
14   think it's, in terms of the return of personal property,
15   I think that is more appropriately addressed to either
16   the assigned magistrate judge or if there is ultimately
17   an indictment, whoever the district judge is.  And I
18   don't know if that will be me or somebody else at this
19   point.
20                    MR. COTTER:  Okay.  I'll talk to Mr. Tripi
21   after court.
22                    THE COURT:  Okay.
23                    So just so it's clear, I'm denying without
24   prejudice the motion filed by the defendant at docket
25   four in case No. 23MJ166.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              MR. COTTER:  Okay.  Thank you, Judge.
 3              With respect to and offhand, I don't recall
 4    if the street is Gratton or Grotten, I know somebody
 5    spelled it.
 6              THE COURT:  Do you know, Mr. Tripi?
 7              MR. TRIPI:  G-r-a-t-t-o-n, 19 Gratton.
 8              MR. COTTER:  It's my understanding that
 9    there is no lawn there.
10              THE COURT:  There is no lawn?
11              MR. COTTER:  There is no lawn.  It's just
12    gravel.  An agent reported that they saw Mr. Barnes
13    mowing the lawn.
14              THE COURT:  Well, I don't think there is a
15    dispute that at some point in time he lived there,
16    right?
17              MR. COTTER:  That's correct.  And I was -- I
18    proffered that to the Court.  However, I also want to
19    remind the Court that it was March 2023 that he broke
20    his back.  The first surgery was March 23, 2023, and his
21    mobility has been compromised since then, now nine
22    months ago, so I don't think he was cutting the lawn at
23    any rate.
24              THE COURT:  Well, I mean, that is one of the
25    questions that I had.  Because you're representation to
```

USA V. J. ERMIN & S. BARNES

1   
2  me was that he had, at least the impression I got, was

3  that he had just recently moved into the clubhouse

4  because he wasn't employed because of the back surgeries

5  that he had undergone.  But in the Pretrial Services

6  Report, it's indicates the defendant reported he has

7  resided at the above reported address, which is the

8  Outlaws' clubhouse, for the past year and a half, which

9  is obviously prior to any injury to his back.

10           MR. COTTER:  Yeah.  I don't know the answer

11  to that, Judge, I could find out.

12           THE COURT:  Okay.  Officer McCray, is that

13  in fact what Mr. Barnes reported to you?

14           PROBATION:  That is what he reported to me.

15           THE COURT:  Okay.  I'm just bringing it to

16  your attention that there is an apparent inconsistency

17  in that regard.

18           MR. COTTER:  Okay.  I do, I want to clarify.

19           THE COURT:  Let me, before you, as long as I

20  have Officer McCray, it also says right after that, he

21  being meaning Mr. Barnes, denied any firearms or animals

22  within the residence.  Is that what was told to you?

23           PROBATION:  Yes.

24           THE COURT:  Go ahead, Mr. Cotter.

25           MR. COTTER:  Just one second, Judge.

```
 1              USA V. J. ERMIN & S. BARNES
 2         I'm sorry, Judge.  I thought I had notes.
 3    To the best of Mr. Barnes' recollection, he moved to
 4    Western New York on September 6, of 2021.  And if I
 5    stated a different date at a different prior appearance,
 6    I apologize, I had no intention of misleading the Court.
 7         THE COURT:  I didn't think you did.  But I
 8    think you've indicated 2022 is when he moved here at our
 9    last appearance.  But thank you for clarifying that.
10    And one of the questions I had, Mr. Cotter, is about
11    your client's employment.  Because I know you have
12    indicated that he is a member of --
13         MR. COTTER:  The IBEW.
14         THE COURT:  Right.  And that the reason he
15    wouldn't have recently been employed is because of his
16    back injury.  But I noticed in the arrest record that
17    the government has produced from this 2018 arrest, at
18    least it says in there that the defendant was
19    unemployed, so I don't know if you have anything you
20    want to offer to support that, in fact, he has
21    maintained any kind of employment.
22         MR. COTTER:  My understanding, Judge, is
23    that Mr. Barnes is a journeyman electrician and works
24    out of union halls.  What was going on in 2018 or 2019
25    and in New Hampshire, whether or not he simply decided
```

```
                      USA V. J. ERMIN & S. BARNES
```

1                       USA V. J. ERMIN & S. BARNES
2  to answer a police officer's pedigree question in that
3  fashion, I have no idea.  All right?  I do understand
4  that inquiries have been made of the union hall in
5  Buffalo, and he has been assured that work is available
6  to him if he is released and once he is physically
7  cleared to return to work medically.
8            And, Judge, I'm not 100 percent positive,
9  but from what I understand, that the day this Crystal
10 Quinn overdosed or died on, there was another individual
11 who died at the same place or near the same place, but I
12 don't believe that the government is making an
13 allegation that there is some sort of causal link
14 between anybody in this courtroom today or any other
15 related cases to that second death that took place
16 temporally close to when Ms. Quinn died and from, I
17 believe, the same source of heroin.  Right?  It's just
18 something to point out to the Court that there may not
19 necessarily be this connection that the government is
20 searching for.  And they certainly make no allegations
21 to the second death being connected to anything.
22           THE COURT:  I think what you may be
23 referring to, I think there was some media reports about
24 another overdose that occurred later that day.  I'm not
25 sure there was another death.

```
 1                USA V. J. ERMIN & S. BARNES
 2          MR. TRIPI:  I'm not aware of any other
 3   deaths in that time in the Wellsville area that are
 4   Fentanyl related.  What seemed, what it did happen after
 5   -- Mr. Cotter, if you forgive me, I don't mean to
 6   interrupt you -- after Mr. Gogolack called in Ms.
 7   Quinn's death, several hours later, and I'm not going to
 8   have the time down, he also went to the hospital.
 9          THE COURT:  Mr. Gogolack?
10          MR. TRIPI:  Yeah, there is an individual, a
11   neighbor across the street, called, and Mr. Gogolack
12   went to the hospital.  And through additional
13   investigation, we've determined that Mr. Gogolack faked
14   his own overdose later in the day, but he had no
15   Fentanyl in his system.
16          THE COURT:  Wouldn't -- and I apologize, Mr.
17   Cotter, wouldn't 400 times the level of Fentanyl that
18   would normally cause an overdose or a death, I mean,
19   wouldn't that contaminate anybody that was even near it?
20          MR. TRIPI:  Not if it's ingested.  It's in
21   her body.  In other words, her body would protect
22   somebody else from --
23          THE COURT:  But it has to get into her body.
24          MR. TRIPI:  Yeah.  She is ingesting the
25   drugs.  I mean, near her body there is a shotgun shell,
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   next to her body, not too far away.  There is other --
 3   I'm never go to have to prove to a jury exactly how she
 4   was forced to take that much Fentanyl.
 5               THE COURT:  All right.  Go ahead, Mr.
 6   Cotter.
 7               MR. COTTER:  I will apologize to the Court.
 8   My notes say that another person overdosed on the same
 9   day.  I didn't mean to say death.  All right.
10               THE COURT:  Okay.
11               MR. COTTER:  Going back to the urine, Judge,
12   I was --
13               THE COURT:  I'm not particularly persuaded
14   by the urine, to be honest with you.  By the
15   government's proffer about the urine, I think your
16   explanation that there was medicine that he is taking
17   and he recently had back surgery.
18               MR. COTTER:  It makes sense, doesn't it.
19               THE COURT:  It does make sense to me.  I
20   wouldn't spend a lot of time on that.
21               MR. COTTER:  Then I'm done, but all of the
22   Government's proffer so far as it relates to Mr. Barnes
23   has been based on speculation and supposition.
24               THE COURT:  Not the video evidence.
25               MR. COTTER:  Right.  But, okay, Judge, so
```

USA V. J. ERMIN & S. BARNES

the video from New Hampshire is from five years ago.

THE COURT:  But it is reflective of somebody engaging in violent acts as a member of the Outlaw Motorcycle Club based on the government's proffer.

MR. COTTER:  Based on the government's proffer, Judge.  Based on the government's proffer, we also don't know what we're missing.  Okay?  We all watched the same video.  The video is of a bank of screens.  Somebody has decided or whomever was moving the cursor, decided which ones to show and what ones not to show.  We don't know what the instigation was that led Mr. Barnes to exit the club and seemingly punch somebody in the face.  Okay.  Whether or not words were exchanged, whether there was retaliation, doesn't make sense that somebody exited that club.  Have you ever -- I'm assuming that when the Court was in grade school, the phrase of "meet me at the flag pole at 3 o'clock" may have some resonance.

THE COURT:  No, but that's okay.

MR. COTTER:  Sometimes people fight.  We don't know what instigated that.  It certainly doesn't appear sane for Mr. Barnes to walk out of an establishment, walk up to the first person he sees and punch him in the face without some sort of underlying

USA V. J. ERMIN & S. BARNES

altercation or instigation taking place.  What we do
know is that, out of all of the cameras that were
available on that computer screen, we had a very select
-- choices were made as to what would be distributed or
displayed to this Court.  So I'm not quite sure what
weight we can give that aside from the fact that it
occurred several years ago and in another state.  And if
Mr. Barnes, Judge, was a person prone to such fits of
wanton violence, I would submit to the Court that
somewhere between 1991 or I believe was his first arrest
and where we stand today almost in 2024, there would be
other arrests.  But we have his one from the military
when he was a very young man.  We have this incident in
New Hampshire, and then we have where we are today.  I
submit that is not a very lengthy criminal record.

            All right.  And if he were such a violent
individual, there would be other arrests in other
locations, all right?  But I do want to, I guess, point
out again that Mr. Barnes has post-surgical medical
appointments coming up.  He moves laborious.  If you
noticed when he stands or leaves the table, it's
difficult for him to get into the chair and to get out
of the chair.  He needs physical therapy.  The
conditions that judge or Magistrate Judge Schroeder

1                    USA V. J. ERMIN & S. BARNES

2    imposed are more than acceptable to Mr. Barnes and me.

3    He has a house that has been approved by pretrial

4    services.  And he would like to be able to go home and

5    have some sort of semblance.  He could get physical

6    therapy, he can go back to work.  I have nothing more.

7                    THE COURT:  All right.  Thank you, Mr.

8    Cotter.

9                    Officer McCray, does probation have any

10   different opinion than what is reflected in the Pretrial

11   Services Report?

12                   PROBATION:  No, Judge, not at this time.

13                   THE COURT:  Okay.  Go ahead, whenever you're

14   ready.

15                   MR. MUSCATO:  I'm ready, thank you.

16                   So, your Honor, my client, obviously, by way

17   of a Criminal Complaint, is charged with 922(g)(3).  And

18   in that complaint they basically say he possessed

19   firearms with recreational amount of marijuana.

20   Actually, your Honor, if the matter was to even go to

21   trial and that was the proof what they put in that

22   information, I'm not quite sure it would even get to the

23   jury because they just simply say they found

24   recreational amounts of marijuana in the house and not

25   what his use might have been or anything of that nature.

                    USA V. J. ERMIN & S. BARNES

 1
 2   And, quite frankly, all of the guns that you were shown
 3   were, mostly shotguns, and I think some long rifles,
 4   thirty odd thirties but all used for hunting.  And the
 5   Court will recall from having read the Pretrial Services
 6   Report that most of my client's family was from
 7   Pennsylvania.  Pennsylvania are hunters, and that is
 8   where he got these firearms from.  There were a number
 9   of different knives, things of that nature.  All of
10   them, quite frankly, legally possessed.  Nothing illegal
11   about any of the firearms he had.  And additionally, not
12   any place in all of these hours that we've been here has
13   there been any indication that these guns, these knives
14   that were found in my client's house, the crossbow, any
15   of that was used in any kind of illegal activity.  Not
16   in any of these so-called fights that they represent my
17   client was in, nothing, none of these guns were used
18   illegally.
19           And you know what is actually interesting,
20   and I found this out after I was in front of Judge
21   Schroeder when I was looking around, there is actually a
22   Fifth Circuit decision that was rendered in August of
23   this year, I downloaded it off PACER, government *U.S. v.*
24   *Daniels*, fact pattern where a defendant was found with a
25   firearm in his car and a small amount of marijuana.  He

USA V. J. ERMIN & S. BARNES

1

2 was convicted after trial, but the Fifth Circuit said

3 applying *Brewin*, and with all due respect, I appreciate

4 *Brewin* is probably overextended a little bit, but in any

5 respects, they did the two-step process, and they said

6 we're going to declare this section 922(g)(3)

7 unconstitutional in light of that. But they also said,

8 your Honor, we're going to limit it to the fact patterns

9 of our case. And that is okay with us because the fact

10 pattern in that case was a car that was going down the

11 road, pulled over, searched by the officers, found a

12 pistol, I believe, and recreational marijuana.

13 So here you have, even, a very weak felony

14 Complaint, and the Fifth Circuit in New Orleans, I

15 believe that is where the Fifth Circuit is located,

16 saying under the *Brewin* decision, that kind of scenario

17 is illegal. Now my client, I had some marijuana in the

18 house. There was no meth, no cocaine, no anything else,

19 no hard drugs, no ecstasy, nothing. And all they found

20 were a bunch of legally possessed firearm the and cash.

21 And by the way, I don't know what he told probation, or

22 excuse me, pretrial services, he says he doesn't

23 remember discussing a bank account. But that cash, that

24 is what he has saved over all of these years. That was

25 his savings. And I believe that the pictures do not

```
 1                   USA V. J. ERMIN & S. BARNES
 2   show the wrappers that were on these -- this cash.  But
 3   that is what he had in his house.
 4             THE COURT:  So he doesn't operate -- you're
 5   representing that he just is a cash individual, so to
 6   speak, he doesn't use a bank account?
 7             MR. MUSCATO:  I'm not going to say to you.
 8   There is some indication that he had an Alden Bank
 9   Account.  But, yes, I'm going to indicate to the Court
10   that he saves his cash and that was their life savings.
11   And in any respect, my client has lived a pretty good
12   life considering everything that he has had to go
13   through.
14             When he was a younger man, he was married
15   before, your Honor, and he was involved in a motorcycle
16   accident through no fault of his own.  He had his first
17   wife on the back.  And she was killed, and, of course,
18   as you've observed, he lost his leg in that accident.
19   And he has been forced to wear a prosthetic device ever
20   since.  He went through whatever kind of treatment he
21   had to go through.  And I read into the record last
22   Tuesday in Rochester that he was scheduled for further
23   surgery for his prostate on, I believe, the 21st or
24   something of that nature, and, unfortunately, was not
25   able to have it.  But he lives in a great deal of
```

1                USA V. J. ERMIN & S. BARNES

2    discomfort and would very much like to be able to get

3    this surgery done.

4                But here is a man who, as a result of this

5    accident, loss of his legs, goes and ends up on Social

6    Security Disability, and which would be appropriate for

7    somebody who is disabled, however degree.  But he went

8    and got a job, your Honor, and he started at Pharaoh's

9    many years before he became the manager, cleaning the

10   toilets and every low menial job in there and worked

11   himself up to becoming a manager.  And I believe he was

12   a manager for approximately 10 years.  And he ultimately

13   was making enough money to get off SSD, Social Security

14   Disability.  Now is that the mind of a criminal of an

15   outlaw gang or something of that nature?  No.  It's a

16   man of a person who wants to better himself, who is law

17   abiding and who felt that working was far more critical

18   in his structured life than receiving SSD, which there

19   is nothing wrong with it, but he wanted to be employed

20   and wanted to be active.  And he has done a good job.

21               And then you have the fact that he doesn't

22   have any criminal record, none whatsoever.  He is 54

23   years old.  I appreciate there has been some

24   discrepancies in the Pretrial Services Report, but they

25   have talked to his wife, and no domestic issues.  If

USA V. J. ERMIN & S. BARNES

there was police reports, they would have found it and
certainly the government would have had it.  Nothing.
No criminal record, your Honor.  No domestic violence.
His wife would say he is a good husband.  And they
raised these incidences, this one about 2010.  I
represented him in that.  And so I think I can say to
the Court, I'll tell you what actually happened.  He
didn't do anything.  He did not punch anybody.  He was
there and saw what happened.  And the girl that claims
she was struck, he picked up out of out of the flowers
and put her back up on the feet.  And there were other
people involved there that he knew, I'm not about to say
what happened to those people, but my client's charges
resulted in a non-criminal disposition.  And he did
nothing in the way of punching this guy or participate
in this.  And this other thing, behind the -- I don't
know what this other thing is behind the Outlaws
clubhouse.  If he is out back, I got a sneaking
suspicion that there is no credible evidence that he
attacked anybody else, and there is no credible evidence
any place, anywhere, after all of these hours that he
was engaged in any other activity that dealt with him
attacking anybody.  In fact, the record and his wife
support the fact that he is anything but that.  So I've

1                   USA V. J. ERMIN & S. BARNES

2     already discussed, you know, pretty much the criteria

3     the Court might look at under 3441, but the government

4     wants you to detain him because he is dangerous and he

5     might obstruct the prosecution here and things of that

6     nature.  So let me just spend a few minutes on that, if

7     I might, your Honor.  Because, frankly, all of the cases

8     that you're aware of dealt with RICO charges, and so

9     they spent a great deal of time trying to label him as

10    the leader of whatever.  One minute he is international,

11    and the next minute he is national.  And, quite frankly,

12    it's kind of irrelevant.  I'm not going to say to the

13    Court that my client doesn't have some sort of

14    leadership position there.

15              But it's quite interesting here, your Honor.

16    First of all, the very beginning of five hours ago, Mr.

17    Tripi showed you exhibit 1-J of which he wanted you to

18    believe that all of the brothers were giving him a bunch

19    of money because he is the big shot in the Outlaws.  But

20    the truth of the matter, and I believe it was exhibit

21    1-J, which the Court has, "I hope all is well with you

22    and you are recovering well."

23              And then, this is from Australia.  The

24    individual goes on to talk about, I'll send you some

25    patches and things of that nature.  "Thank you for what

```
 1                USA V. J. ERMIN & S. BARNES
 2    you do, Brother."  There was not a date on this, but
 3    there was some other exhibits in there, your Honor, and
 4    when you look at them, you'll see they are all dated
 5    April 20th, 2020.  April 20th, 2020.  That is important
 6    because my client was in Kalida Health Fillmore Suburban
 7    with Covid from March 27, 2020 through April 22, 2020.
 8    He had a bill for $241,399 because he spent two weeks on
 9    a ventilator.  Now recall, your Honor, if you ended up
10    on a ventilator what usually happened to you?  So back
11    in the first month of Covid, if you were on a
12    ventilator, they were always talking about probably not
13    going to make it.  And he survived.  And his club, the
14    Outlaws, these people that they want you to believe is
15    some sort of a criminal enterprise, sent him money, sent
16    his family money, $1,000 there, $500 there, so Stacey
17    could pay the bills while her husband is laying on a
18    ventilator in a hospital.  Everyone is thinking he is
19    going to die.  That is what they want you to believe
20    otherwise.
21             Now, the truth of the matter is they show
22    you this, they show you this exhibit here, 23, that they
23    bring in here today.  And on the very first page of it
24    it says, October 15th, 2021, special agents from
25    Homeland Security have begun this investigation of the
```

```
 1                USA V. J. ERMIN & S. BARNES
 2    Outlaws for laundering money, narcotics, and I saw
 3    someplace in here prostitution.  Now, your Honor, I
 4    appreciate that Mr. Tripi is only attaching those
 5    e-mails that he felt would show that my client is the
 6    leader of the Outlaws.  And I'm not necessarily going to
 7    dispute that John Ermin is not in some sort of
 8    leadership role.  But the very first one which he wants
 9    you to think is something nefarious, I guess, is January
10    1, 2021.  January 1, 2021, in which he is wishing
11    everybody a good new year.  And he said, "My year was
12    pretty bad last year."  That was the year he was in
13    Kalida Millard Fillmore with Covid.  I would think that
14    that is exactly how he would address everybody.  And he
15    goes on to tell them, "Have a nice new year.  We're
16    making progress here.  We've got a good organization,
17    let's see it grow."  The next one, "Happy Easter," that
18    is what he is telling them there.  The next one there is
19    a funeral to attend.  If that is what gets you in
20    trouble to a federal courtroom because you're wishing
21    somebody a happy new year, happy Easter, going to a
22    funeral, and the one he didn't read to you, which is the
23    one, the next page, your Honor, which is do not ban
24    anyone from use, LHI.  Love, honor, respect.  Love,
25    honor and respect.  That is what that means.  So Tommy O
```

USA V. J. ERMIN & S. BARNES

1    USA V. J. ERMIN & S. BARNES
2    or John Ermin is a new kind of leader, quite frankly.
3    They talked about Taco Bowman and this Rosga and all
4    these other guys were in trouble, had these records, had
5    prison time, engaged in murders, all that other stuff.
6    Maybe they are aging out, quite frankly.  But my client,
7    quite frankly, is the president or they want you to
8    believe is the president, or somebody in the leadership
9    position, who has no record and wants to see the club do
10   well.
11           And, Judge, I find it disingenuous and,
12   quite frankly, that would say that, well, and you ask
13   the question of Mr. Tripi, what do they have that he has
14   done at Pharaoh's that would be, my words not yours, of
15   a nefarious condition.
16           Mr. Tripi is extremely capable.  We've
17   listened to him for five hours.  It is very clear, maybe
18   longer, it's very clear that he does not want my client
19   out of jail.  Don't you think -- I'm not buying this
20   idea that they are shorthanded in the U.S. Attorney's
21   Office or any of that kind of stuff.  If they had
22   anything solid with respect to John Ermin, they would
23   have indicted him, no question about it.  Now he has to
24   deal with strippers and people that are in the bar that
25   are drunk and all these kinds of things that goes on in

                    USA V. J. ERMIN & S. BARNES

1

2    these clubs.  They have hundreds of witnesses that he

3    has told you about.  And what does Mr. Tripi say, Judge?

4    We had one witness over here that says maybe he brought

5    in a Lortab.  And we have another witness over here who

6    says maybe he pushed somebody's head on the bar.  That's

7    it.  That is it, because that is it.  And the one thing

8    that I found interesting was when Agent Burns was in

9    there, and he just told you that a little while ago, and

10   took his phone from 2019 and is scrolling through it,

11   that is all they found was some message that he took a

12   screen shot of, someone out of Milwaukee, nothing

13   between Mr. Gerace and my client we got to launder money

14   and push these drugs and get these women over there,

15   there is nothing there because there is nothing there.

16   And after all this time, that is all we heard.  The only

17   real haggard words we heard was this is circumstantial,

18   that's it.  And that doesn't even amount to being

19   circumstantial.

20            Now they want you to believe that somehow

21   the Outlaws are connected to the death of this young

22   lady in Wellsville, Quinn.  And here is the best part

23   about it.  Ms. Quinn was a drug addict.  She was

24   addicted to it.  That's sad.  And then Mr. Tripi says to

25   you, in response to the question, well, she got back

```
 1                   USA V. J. ERMIN & S. BARNES
 2   into it a little bit.  A little bit of marijuana and a
 3   little bit of cocaine.  People that are addicted to
 4   drugs don't get into it a little bit, they are back in.
 5   And where is she hanging out down in Wellsville, going
 6   to poker games with a bunch of people.  If it's true
 7   that she is worried about bikers, why is she down there
 8   and not up here when her mother calls her, according to
 9   what I understand this, and I'm listening to this, I'm a
10   father not a mother, if my daughter calls and says, "I'm
11   worried about the bikers," I'm going to say, "you get
12   back here right now or I'm coming back to get you."
13   I'll only say to you, I sincerely believe that none of
14   this really had anything to do at all, except for the
15   fact that she got mixed up in drugs with her friend from
16   high school, Mr. Gogolack.  And the circumstances under
17   which she died, how tragic, your Honor, but Mr.
18   Gogolack, if he is going to give her drugs to kill her,
19   why would he stay in bed with her all night long?  Why
20   would he do it in his home with her there?  And then the
21   next morning he decides he is going to cover her up and
22   move stuff around and things of that nature?  It makes
23   absolutely no sense.  And there is absolutely nothing at
24   all, except my client visiting Mr. Gerace in the jail,
25   but that would be consistent with the fact that he has
```

```
 1                USA V. J. ERMIN & S. BARNES
 2  been the manager and Mr. Gerace is still his boss, even
 3  though he is in jail.
 4            Now, I would just indicate to you that he
 5  has told me that if you should release him and allow him
 6  to continue working, which Judge Schroeder had
 7  permitted, that he doesn't need to deal with Mr. Gerace,
 8  he can deal with, I believe the young woman's name is
 9  Noel.  So he doesn't have to have any contact with Mr.
10  Gerace.
11            Your Honor, they have had my client's phone
12  now and computer for the better part of a few weeks,
13  maybe two, two and a half weeks.  And we have listened
14  to Mr. Tripi, very, very capably present a proffer to
15  you for over five hours.  It would have been -- if
16  something was relevant to these proceedings, it would
17  have popped up in this Court.  There is nothing in any
18  of, in anything here, that connects the Outlaws or my
19  client in any way shape or form to the death of this
20  young lady.  And, you know, even though this isn't a
21  RICO case, you know, that even if you're in a position
22  of leadership, leadership alone is not necessarily
23  enough if you're not an active participant, even though
24  cases that do review it, talk in terms of some really
25  bad stuff.  Not that the death of a young lady isn't
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   significant, I am not trying to downplay that, but there
 3   is nothing in this to connect it other than might be,
 4   could be, should be or something of that nature.  There
 5   is nothing solid here to connect my client.
 6                I don't know what the purpose of the
 7   Hillside is to show, there is no crime there.  I
 8   appreciate that maybe they went in there and intimidated
 9   somebody.  The best person was the young lady behind the
10   bar who is telling them "Get out of here, I want you to
11   out of here."  Obviously she wasn't afraid of them.  But
12   in any respect, your Honor, there is nothing that I saw
13   that indicated any significance there, although they do
14   want you to believe that somehow John Ermin knew about
15   it.  And there is absolutely nothing in the record that
16   John Ermin knew about anything.  The only thing that is
17   in the record is that John Ermin is, quite frankly,
18   involved in making sure that things are done properly,
19   that he lives a good life, pays his bills, and,
20   unfortunately, finds himself charged with a crime where,
21   as you well know in state courts, possession of
22   marijuana is legal.  Doesn't justify or diminish the
23   charge that he has against him, but, on the other hand,
24   I think that is why the Fifth Circuit ruled it's
25   unconstitutional.  Thank you.
```

1                    USA V. J. ERMIN & S. BARNES

2              Do you have any questions that I can answer

3    for you, your Honor?

4              THE COURT:  Do you want to comment at all,

5    you don't have to, on the amount of legal paperwork

6    found at your client's residence, including, like, for

7    instance, Mr. Decay's paperwork?

8              MR. MUSCATO:  Yes, I do.  And thank you, I

9    forgot to bring that up.  Look, they are clearly -- Mr.

10   Ermin has been a member of the Outlaws and he has a

11   brotherhood going on here.  And, quite frankly, the good

12   result was when he was in the hospital and they sent him

13   money.  So I'm just going to say to you, there is

14   nothing wrong with following cases of people that are

15   Outlaws.  And I know my 16 years of parochial education,

16   I'm going to be in trouble here.  I'm willing to bet

17   that the Pope, either in his home or the Vatican, has

18   files of all of the people that are priests that have

19   gotten themselves in trouble.

20             THE COURT:  You really want to make that

21   analogy?

22             MR. MUSCATO:  No, I don't.  But, really, I

23   would say it's something equivalent to that.  But you

24   know, there are a few people here that got themselves in

25   trouble.  I don't know how many people are in the

USA V. J. ERMIN & S. BARNES

Outlaws, a few thousand, perhaps. I have no idea. They have chapters all over the place, every state in the country, all of -- in the United States, all of these within the world, all of these different countries, they have thousands of Outlaws. And we're talking a few people that have gotten themselves in trouble at least during the time that they claim John Ermin has been the president. So they kind of represent one percent of the one percent. Now let's just hypothetically take a twist on this, and let's say, I want to do a good job here, I'm 54 years old, I don't want to have any problems with law enforcement. We do some good things. We have fundraisers. We are bikers, we enjoy doing that. So why not follow the people that are getting in trouble and making sure that we know who these trouble makers are. So that is exactly how I look at that. He had these documents that he followed for whatever reason. Well, they want you to believe they are racists that they are Aryan, but then yet in the same paragraph, Mr. Tripi says to you, well, he went to Brazil, which I didn't see that in any of the flights he went to, and he went to Mexico. I don't know any white supremacist that really would be favorable to people in Mexico and people in Brazil. And then I was looking at the video of that

                    USA V. J. ERMIN & S. BARNES

 1
 2     bar fight in wherever it was.  And I think the guy that
 3     was with Mr. Barnes either was Black or some other Latin
 4     nationality.  So, Judge, there is no exclusion of
 5     anybody that wants to be a member of the Outlaws.  They
 6     are not racist -- and even though --
 7                    THE COURT:  I mean, why would you have this
 8     kind of symbolism in your clubhouse if you're not
 9     racist.  And people don't get locked up because they are
10     racist.  Obviously people don't get detained pending
11     trial because they are racist.  But you're making an
12     argument to me that this isn't an organization with, I
13     think you could characterize, its philosophies that are
14     troubling based on the symbolism.
15                    MR. MUSCATO:  Absolutely, absolutely.  They
16     are absolutely troubling.  And I'm not trying to condone
17     that kind of thing.  You know, last night I was watching
18     the news and I saw the protestors in, I believe, New
19     York City, they were marching around calling the people
20     from Israel Nazis.  And they were holding up these
21     symbolism.  You know, your Honor, it is a First
22     Amendment right.  It is silly in my mind.  I certainly
23     would agree with you.  And, obviously, I don't believe
24     that that is the kind of thing that I would want to have
25     in my home, but it still is a First Amendment right

```
 1                USA V. J. ERMIN & S. BARNES
 2    if --
 3               THE COURT:  I don't disagree with you about
 4    that, but to suggest that isn't reflective of racism,
 5    I'm having a hard time.
 6               MR. MUSCATO:  I didn't mean that.  I didn't
 7    mean it wasn't reflective of racism.  I meant that the
 8    actions of the Outlaws speak louder than that because
 9    they've opened up charters in Mexico, there was some
10    evidence in Brazil, they have one in Japan, they have
11    them in almost every country, so they accept, within the
12    Outlaws, people from every walks of life.  I did not
13    mean, and I apologize to imply that it wasn't racist,
14    that the Nazi symbol is absolutely abhorrent, quite
15    frankly.
16               THE COURT:  All right.  Anything else?
17               MR. MUSCATO:  No, thank you.
18               THE COURT:  All right.  Thank you very much.
19               Officer McCray, is Probation's opinion any
20    different than what is reflected in the Pretrial
21    Services Report?
22               PROBATION:  No, Judge.
23               THE COURT:  Even though there is
24    inconsistencies between what has been proffered here in
25    terms of the evidence and what Mr. Ermin reportedly told
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   you?
 3              PROBATION:  That's correct.
 4              THE COURT:  Doesn't change Probation's
 5   opinion?
 6              PROBATION:  No, Judge.
 7              THE COURT:  So, in other words, somebody is
 8   interviewed by you by probation and denies any
 9   international travel at all and then there is proof
10   that, in fact, that individual has traveled somewhat
11   extensively internationally, that doesn't alter
12   Probation's opinion?
13              PROBATION:  It is concerning, but ultimately
14   does not change our recommendation.
15              THE COURT:  Okay.  Mr. Tripi?
16              MR. TRIPI:  Can I briefly respond to a few
17   points that were just raised?
18              THE COURT:  Okay.
19              MR. TRIPI:  I'll keep it short.  I know
20   you've heard that before.
21              MR. COTTER:  Could we be the timers, though?
22              MR. TRIPI:  Sure.  Judge, you asked me about
23   that screen shot that I referenced earlier in terms of
24   whether it was in terms of a rat in Wisconsin.
25              THE COURT:  Milwaukee.  Well Milwaukee is in
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   Wisconsin.
 3             MR. TRIPI:  It's from his phone and blurry,
 4   and it's from a female.  The date of the screen shot, in
 5   other words, the caption in the either e-mail or text
 6   message is August 23, 2017, at 2:10 p.m.  The create
 7   date in the phone is August 31, 2017, so I believe that
 8   is when he would have screen shotted it to capture the
 9   image.
10             THE COURT:  Okay.
11             MR. TRIPI:  It says "Outlaws Rat," then it
12   has the name of an individual and then it says "this guy
13   is an informant for Wisconsin FBI and DEA and has been
14   for eleven years, dry snitch.  Sits at meetings then
15   meets with his handlers.  You should check it out."  So
16   that was something that got forwarded to Mr. Ermin that
17   he screen shotted.
18             As to the reference that he is a hunter, FBI
19   Special Agent Brian Burns checked with DEC investigators
20   and they indicated, they explained to him, in Mr.
21   Ermin's career, so he does have a hunting license, he
22   has not reported killing any deer, bear or turkeys.
23   You're required to report those things and there was
24   none.
25             THE COURT:  Turkeys.
```

USA V. J. ERMIN & S. BARNES

1

2          MR. TRIPI:  Yes, bear, deer or turkeys.  And

3  he has not ever reported killing a deer, bear or turkey

4  in New York.  So we submit that the cadre of weapons is

5  really for the preparedness of for use in the Outlaws

6  Motorcycle Club.  He is charged with 922(g)(3).  Now, he

7  admitted recreational use of marijuana.  The statute

8  says "unlawful use of controlled substance."  Therefore

9  he admitted an element we would need to prove.  It is

10  unlawful to possess firearms and be an unlawful user of

11  a Schedule I controlled substance, period, end of story.

12  So there can be no argument that he was in lawful

13  possession of these firearms when he has that admitted

14  status.

15          Now, Ms. Champoux did correct me because a

16  moment ago I told the Court --

17          THE COURT:  One of elements you have to

18  prove is that the defendant knew he was an unlawful user

19  of controlled substance at the time he possessed the

20  firearms.  I think there is an argument, given the

21  absolute chaotic nature of state law versus federal law,

22  you know, I mean, I don't think that is a slam dunk with

23  any kind of attempt by the government to prove that

24  charge.

25          MR. TRIPI:  Well, I would submit that --

```
 1                 USA V. J. ERMIN & S. BARNES
 2            THE COURT:  With marijuana.
 3            MR. TRIPI:  I would submit there is also the
 4    THC gummies, Judge.  Your Honor or some other Judge will
 5    be instructing on federal law, there will be an
 6    instruction that a jury would need to follow federal
 7    law.  Jurors are assumed to follow the law unless a jury
 8    were to nullify and disregard the legal instructions
 9    that were provided, that we're dealing with federal law,
10    jury nullification would be --
11            THE COURT:  Look it, I don't want to get in
12    a dispute with you about this.  But one of the elements
13    is that he is an unlawful user of the drug.  So that
14    that is of a matter of federal law.  But the other
15    element is that he knew he was an unlawful user.  I
16    think that intent element aspect is a much more
17    difficult burden for the government to establish given
18    the state of the law with respect to the possession of
19    marijuana and state law versus federal law.  And, I
20    mean, the president, didn't he just pardon everybody
21    that possesses marijuana?
22            MR. TRIPI:  It may be an issue for trial.  I
23    ultimately think we would convict him and I think the
24    charges would be sustained.  Obviously, we wouldn't
25    charge him otherwise.  But I see your Honor's point in
```

```
1                    USA V. J. ERMIN & S. BARNES
2    making that observation, but I do think that when you
3    look at things like he has never reported killing an
4    animal and he claims to be a hunter --
5                THE COURT:  What do you mean never reported?
6                MR. TRIPI:  Never reported killing any
7    animal.
8                THE COURT:  Deer, bear or turkeys.
9                MR. TRIPI:  And look it, I don't think --
10               THE COURT:  The government is not moving to
11   detain Mr. Ermin because of the 922(g) charge.
12               MR. TRIPI:  You beat me to it.  This is a 19
13   year old kid who is not an Outlaw Motorcycle Club
14   national president, we're probably not moving for
15   detention.  That is why the Court needs to make an
16   individual assessment.  But he is not that 19-year-old
17   who hunts with his dad and smokes some weed.  He is
18   something much, much different than that.  And I
19   submitted it to you last time and I submit it this time,
20   he is, by position, one of the most dangerous criminals
21   that this Court has ever come across.
22               THE COURT:  And tell me why conditions
23   couldn't be put in place to protect against those risks?
24               MR. TRIPI:  Can I do that at the end?  I
25   will certainly hit that.
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2            THE COURT:  Yes.
 3            MR. TRIPI:  Ms. Champoux pointed out item
 4   No. 7 is not a long gun, I'll mark this on the fly.
 5   We'll pull it up on the screen.  It's not a hard copy,
 6   we'll mark it as exhibit 25.  We'll get copies to
 7   everybody.  This is a firearm, item No. 7, that was
 8   recovered inside the residence.  I need to do more
 9   looking into that particular firearm, it clearly isn't a
10   long gun and wasn't in the photo I showed you earlier.
11   This is item 7 in Mr. Ermin's residence.  It's a
12   handgun.  Whether or not it's an antique or something,
13   obviously, it is a handgun.  As to it being his life
14   savings, et cetera, et cetera, Judge, I proffered it
15   last time, I showed you the photos, Outlaws from all
16   over the country are sending him money.  A lot of people
17   got Covid, not a lot of them got envelopes full of cash.
18   I'll leave it at that.
19            He admits he is the manager of Pharaoh's for
20   ten years.  That puts him right in the heart of the time
21   frame that is alleged in the Gerace indictment as it
22   relates to sex trafficking and the drug-involved
23   premises.  Yeah, subordinates PJ Raslawski sold cocaine
24   and drugs right from the kitchen area.  There was
25   distribution happening throughout that premises.  He
```

```
 1                USA V. J. ERMIN & S. BARNES
 2    gets off SSD and that was posited to you as some
 3    magnanimous move on his part.  No, we did a search
 4    warrant in December of 2019, and then he got off because
 5    we recovered 140 boxes, I think.  Of records.
 6              THE COURT:  So where was the search warrant?
 7              MR. TRIPI:  At Pharaoh's.  And we recovered
 8    dozens and dozens of boxes of information.
 9              THE COURT:  So, in other words, your
10    understanding is that he stopped receiving Social
11    Security Disability payments after December of 2019?
12              MR. TRIPI:  Yes, that is my understanding
13    and belief.  So there is a seizure and then there, I
14    think, in civil law --
15              THE COURT:  I guess I had been led to
16    believe, and I'm not saying Mr. Muscato said this, I was
17    under the impression that I got off Social Security
18    Disability and then started working at Pharaoh's
19    cleaning toilets and gradually worked his way up.
20              MR. TRIPI:  I believe that the timing,
21    unless Mr. Muscato can proffer something different and
22    produce records, there was a search warrant at Pharaoh's
23    and I believe he gets off after that.  But unlike the
24    government's -- unlike the government, the defense
25    proffer, either proffer, has not been supported by a
```

```
 1                    USA V. J. ERMIN & S. BARNES

 2    single --

 3              THE COURT:  They don't have any burden of

 4    proof.

 5              MR. TRIPI:  I understand that.  But their

 6    proffering as well is my point.  And I think the

 7    government has come with some receipts for its proffer.

 8              THE COURT:  Do you have any information on

 9    the kind of salary he makes at Pharaoh's?

10              MR. TRIPI:  It's a very cash business, your

11    Honor.  I don't know his salary.  We have not gotten the

12    tax disclosure orders and things of that nature to see

13    what he would be reporting.  So I couldn't proffer that

14    as I stand here.  But I do know that our information is

15    that Mr. Ermin and Mr. Gerace filled the ATM machine, so

16    if you think about how easy it would be to launder money

17    by filling your own ATM machine.

18              THE COURT:  In other words, there is an ATM

19    machine at Pharaoh's?

20              MR. TRIPI:  Yes.  They fill it with cash and

21    individuals take cash out to buy drinks and dances at

22    Pharaoh's and the money is clean.

23              THE COURT:  Is the ATM machine hooked to

24    some bank?

25              MR. TRIPI:  I know that they have an ATM
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   machine and they fill it with their own cash and that is
 3   something he even acknowledged to the FBI.
 4                    THE COURT:  I've never heard of that before
 5   where you have an ATM machine that isn't hooked to some
 6   bank somewhere, but that is your understanding.
 7                    MR. TRIPI:  My understanding, and my
 8   information is that they use their own money.
 9                    THE COURT:  How is an somebody putting in an
10   ATM card and withdrawing money from their bank account
11   that it's got to be registered with their bank, right?
12                    MR. TRIPI:  I don't think that that means
13   the bank has to come fill.
14                    THE COURT:  No, I guess maybe not.
15                    MR. TRIPI:  Right.
16                    THE COURT:  But there has to be some
17   electronic transaction.
18                    MR. TRIPI:  For the person putting in their
19   card, not necessarily from the cash that is coming out
20   of the machine.
21                    Going back to the non-criminal disposition
22   of the assault, I would posit that from Mr. Muscato's
23   proffer, it sounds like other Outlaws maybe took
24   different charges.  I would just ask the Court to
25   compare what happened in Ohio when Mr. Decay took,
```

1                    USA V. J. ERMIN & S. BARNES

2      essentially, responsibility for the unlawful items

3      seized in that vehicle and contrast that with the

4      disposition of the assault.  It further proves the point

5      of his status as it relates to these other Outlaws.

6                    There was a point made that there is no RICO

7      charges here, but, as I proffered to the Court before,

8      there was a search warrant where, among the statutes

9      that a magistrate said there is probable cause to search

10     for, involved Ms. Quinn's death, and RICO statutes.  So

11     this Complaint, I don't think it's a stretch to say is

12     only the document that brings us into court.  The Court

13     has to look at the whole picture.  And a different judge

14     in this building has said probable cause exists that

15     you're going to find evidence of racketeering activity,

16     Crystal Quinn's death, drug activity and other statutes.

17     We certainly found firearms and certainly found

18     enterprise evidence.  We certainly found a lot of

19     devices that are being analyzed and are going to take

20     some time.

21                    Distinction that was attempted to be drawn

22     between Mr. Ermin and Mr. Bowman, you've seen it

23     already, I'm not going to pull the photos up again, he

24     is wearing a "Free Taco" shirt in one of the images, a

25     much younger version of Mr. Ermin.  And then he has,

1                    USA V. J. ERMIN & S. BARNES

2     essentially, in 2023, a shine to Taco Bowman, who is

3     convicted of multiple RICO murders.  So that is their

4     God, that is who they emulate that is that should tell

5     the Court a lot.  And there were many texts, between Mr.

6     Ermin and Gerace in the phone, some of those, again,

7     refer to Taco Bowman in a loving way and his funeral.  I

8     don't know where the information about Ms. Quinn being a

9     drug addict comes from necessarily.  I don't think we

10    proffered her being a heroin or Fentanyl addict

11    whatsoever.  In fact, she was not that type of drug

12    user.  So I don't know where that basis of knowledge is.

13    I don't know where the basis of knowledge is that why

14    Gogolack would sit in bed with her.  I didn't hear a

15    government attorney proffer that.  So I don't know what

16    that basis of knowledge would be or why that would be

17    proffered to the Court.

18               The incident in the Hillside bar, that

19    certainly was threatening behavior, and under 18 U.S.

20    Code, 1959 threats in aid of racketeering are punishable

21    and so what you have is a group of Outlaws defending

22    their patch, threatening, clearly, a Kingsmen, and that

23    could be chargeable as a threat in aid of racketeering

24    under 18 U.S.C. 1959.  And there is video evidence of

25    it.  Paperwork found again, the letters are from former

                    USA V. J. ERMIN & S. BARNES

1

2    national presidents like Rosga saying "can't wait to see

3    Ermin and Barnes," and I never proffered he traveled to

4    Brazil.  And on the note of why they expand to Mexico

5    and Brazil and according to the Department of Justice,

6    the Outlaws partner with transnational criminal

7    investigation organizations.  Now if an organization is

8    involved in drug trafficking and firearm trafficking and

9    other unlawful activities, it might be helpful to have a

10   footprint in Mexico and South America, which are source

11   areas for drugs flowing into this country.

12              So as to the notion of why any conditions

13   are not going to be satisfactory as to Mr. Barnes or Mr.

14   Ermin, I think nothing speaks more clearly than of them

15   sitting in Mr. Gerace's backyard when he was on

16   conditions, more extraneous conditions than Probation is

17   recommending.  This is labor day 2022.

18              Ms. Champoux, can we pull that up?

19              It's basically Mr. Ermin at a table full of

20   people who are all Outlaws, including Mr. Barnes,

21   several of whom, including Mr. Benson again, who were at

22   that Hilltop incident.  So Mr. Ermin, Mr. Barnes.

23              Do we have another image of it?  I zoomed

24   in.  In the background, I believe you'll see a little

25   bit of Corey Benson there, potentially.  He is

```
 1                    USA V. J. ERMIN & S. BARNES
 2    definitely there.  These are screen shots from video,
 3    your Honor, just so the Court is aware.  And so Mr.
 4    Barnes, a felon, is in Mr. Gerace's backyard.  I'm not
 5    denigrating probation, but he has members of a national
 6    and international organized crime syndicate in his
 7    backyard while he is on probation.  All of the
 8    face-to-face communicating that needs to happen in that
 9    type of scenario, can happen.  Probation can't prevent
10    any of that.  Not a lick of it.  They are not geared for
11    it, it is not their job.
12                    THE COURT:  Was Mr. Gerace on any kind of
13    electronic monitoring?
14                    MR. TRIPI:  Yes, at various times.  He has
15    been on curfew.
16                    THE COURT:  During that outing?
17                    MR. TRIPI:  Yes, yes.  And what happens,
18    when the government asks for it, probation, they don't
19    turn over, the GPS.  We have to get sources and get
20    people placed in backyard ares of people who are on
21    probation and that takes time and people are terrified
22    and they don't want to do things like that.  And
23    witnesses, why there isn't this charge or that charge or
24    this case already, because a lot of people sit in front
25    of us and they are like Crystal Quinn, they are
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2    terrified of them for a good reason.  So that is why
 3    there are no conditions.  And you know where it's a lot
 4    harder for them?  They can still do it from jail and I'm
 5    sure they will try if you detain them, but the place
 6    where their phone calls are monitored is jail.  The
 7    place where their visits are monitored is jail.  That is
 8    how we know Mr. Ermin visited Gerace.  Only after he was
 9    detained.  Those face-to-face meetings.  That is how
10    Bowman, Bowman operated the organization from Federal
11    prison for a period of time in face-to-face meetings.
12    And I'm not trying to be disrespectful, and I'm not
13    trying to be disrespectful, and they are professionals
14    in circumventing the law.  That is what they do.  They
15    will figure around any condition that this Court sets.
16    They will figure out ways to operate their organization
17    from jail, but it will be this much harder for them, and
18    so we think they should be detained.  They are dangerous
19    to the community.  They can go anywhere in the world.
20    They are a flight risk and we think they should be
21    detained.
22                 Thank you, Judge.
23                 THE COURT:  Thank you, Mr. Tripi.
24                 Anything else Mr. Muscato or Mr. Cotter?
25                 MR. COTTER:  No.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2              MR. MUSCATO:  I don't want to leave the
 3     Court with the wrong impression with respect to my
 4     client's Social Security Disability.
 5              THE COURT:  Right.
 6              MR. MUSCATO:  When he initially started at
 7     Pharaoh's, he was working menial job there and I believe
 8     he made about $10 an hour, which would not have knocked
 9     him off of SSD.  When he became a manager, and there is
10     some income reference in his pretrial service report, I
11     don't know when he started making whatever would put him
12     over the limit, but that is when he applied and got off
13     of it.  So there was a period of time working at
14     Pharaoh's that he did also collect that Social Security
15     Disability.
16              THE COURT:  Okay, thank you.  All right.  I
17     know everybody would like me to issue a decision right
18     now.  I've got a lot I need to think about.  We've just
19     spent, as Mr. Muscato kept pointing out, hearing from
20     the government for several hours.  So I'm not going to
21     make a decision from the bench.  I'm going to issue
22     written decisions.  I will do that as promptly as
23     possible.  And on the other hand, I'm going to reserve
24     decision.  Thank you very much, everyone.
25              MR. TRIPI:  Thank you, your Honor.
```

1

2                              *      *       *

3                        CERTIFICATE OF REPORTER

4

5      I certify that the foregoing is a correct transcript

6  of the record of proceedings in the above-entitled

7  matter.

8

9  S/ Karen J. Clark,  RPR

10
   Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25