Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:
USA v. Hinkle, Jr. et al. v.

Docket No.: 23-mj-5219

Hon. John Sinatra
(District Court Judge)

Notice is hereby given that Howard Hinkle Jr. appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other [✓] Order of Detention Pending Trial (specify) entered in this action on 11/3/2023 (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✓]
Defendant found guilty by plea |  | trial |  | N/A [✓]
Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]
Date of sentence: _____ N/A [✓]
Bail/Jail Disposition: Committed [✓] Not committed |  | N/A [ ]

Appellant is represented by counsel? Yes [✓] | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Frank M. Bogulski, Esq. |
| Counsel's Address: | 135 Delaware Ave, Suite #2 |
| | Buffalo, New York 14202 |
| Counsel's Phone: | 716-649-0090 |
| Assistant U.S. Attorney: | Casey L. Chalbeck, Joseph M. Tripi |
| AUSA's Address: | U.S. Attorney's Office - Bflo |
| | 138 Delaware Ave, Buffalo NY 14202 |
| AUSA's Phone: | 716-843-5881, 716-551-5563 |

Signature