UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SIMON GOGOLACK,

                                    Defendant.

**SCHEDULING ORDER**

Case No. 1:23-cr-99-JLS-JJM

---

On September 14, 2023, defendant was arraigned pursuant to Fed. R. Crim P.

("Rule") 10 and entered a plea of not guilty pursuant to Rule 11(a)(1).  Thereupon, the following

schedule was set:

(1)     All voluntary discovery shall be completed by **October 16, 2023**.

(2)     All pretrial motions, both dispositive and non-dispositive, including all
supporting papers and memoranda of law in support thereof, shall be filed
by **November 22, 2023**.  Any motion to suppress statements or physical
evidence must initially be accompanied by an appropriate affidavit (or
declaration) from an individual with personal knowledge, failing which
the court will normally recommend that the motion be denied without an
evidentiary hearing.  *See* United States v. Marshall, 2012 WL 5511645, *2
(W.D.N.Y.), adopted 2012 WL 5948782 (W.D.N.Y. 2012); United States
v. Longo, 70 F.Supp.2d 225, 248 (W.D.N.Y. 1999). **ALL MOTIONS
SEEKING SEVERANCE ARE TO BE SEPARATELY FILED WITH
THE HONORABLE JOHN L. SINATRA, JR.**

(3)     All responses to pretrial motions, including all supporting papers and
memoranda of law in support thereof, filed in accordance with the
preceding paragraph shall be filed **December 6, 2023**.

(4)     **Oral argument on any pretrial motions shall be heard on December
14, 2023 at 2:00 p.m.**  If necessary, an evidentiary hearing will be
scheduled for a later date.

(5)     **IF NO MOTIONS ARE FILED BY ANY DEFENDANT BY
NOVEMBER 28, 2023, THE GOVERNMENT SHALL FILE A
MOTION FOR A TRIAL DATE FROM DISTRICT JUDGE
SINATRA.**

As of November 22, 2023, no time will have elapsed from the Speedy Trial Act Calendar.  For the reasons stated on the record, I find that the government and the public's interest in a speedy trial is outweighed by the defendant's interest in having effective assistance of counsel by allowing sufficient time to review discovery and frame appropriate motions. Therefore, the time period from today's date until November 22, 2023 is excluded under 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

If pretrial motions are filed on or before November 22, 2023, the period of time from the filing of said motions through December 14, 2023 will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar.  Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause".  *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: September 15, 2023

 /s/ Jeremiah J. McCarthy_____
JEREMIAH J. MCCARTHY
United States Magistrate Judge