UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          v.

SIMON GOGOLACK,

          Defendant.
_____

**23-CR-99-JLS-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated December 13, 2023 |
| **RELIEF REQUESTED:** | Thirty Day Adjournment of Pretrial Motion Deadline |
| **DATED:** | Buffalo, New York, December 13, 2023 |

                                              **/s/  Jeffrey T. Bagley**
                                              Jeffrey T. Bagley
                                              Assistant Federal Public Defender
                                              Federal Public Defender's Office
                                              300 Pearl Street, Suite 200
                                              Buffalo, New York 14202
                                              (716) 551-3341, (716) 551-3346 (Fax)
                                              jeffrey_bagley@fd.org
                                              *Counsel for Defendant*

**TO:**    Nicholas Cooper
           Assistant United States Attorney
           Western District of New York
           138 Delaware Avenue, Federal Centre
           Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-99-JLS-JJM |
| v. | |
| SIMON GOGOLACK, | **AFFIRMATION** |
| Defendant. | |

───────────────────────────────

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2. Pretrial Motions are due on December 15, 2023.

3. Additional time is needed review the discovery and prepare motions.

4. Accordingly, it is respectfully requested that the pretrial motion deadline be adjourned for 30 days.

5. Assistant U.S. Attorney Nicholas Cooper has indicated that the government has no objection to this request.

6. The defense agrees that, should this motion be granted, that the Speedy Trial Act time between the filing of this motion and the new pretrial motion deadline is excludable in the interests of justice.

**WHEREFORE**, it is respectfully requested that the pretrial motion deadline be adjourned for 30 days.

**DATED**:          Buffalo, New York, December 13, 2023

        Respectfully submitted,

        **/s/ Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant*

**TO:**   Nicholas Cooper
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202