IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    v.                                                                               23-CR-99

SIMON GOGOLACK, et. al.,

                   Defendant.

_____

## NOTICE OF APPEARANCE

TO:    Clerk of the United States District Court
          for the Western District of New York

You are hereby requested to enter my appearance as co-counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, January 26, 2024.

                                          TRINI E. ROSS
                                          United States Attorney

                        BY:    s/ LOUIS A. TESTANI
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716) 843-5894
                                Louis.Testani@usdoj.gov