UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

SIMON GOGOLACK,

        Defendant.
_____

23-CR-99-JLS-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 26, 2024 |
| **RELIEF REQUESTED:** | One-week Adjournment of Submission Deadline. |
| **DATED:** | Buffalo, New York, January 26, 2024 |

        **/s/  Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant*

**TO:** Nicholas Cooper
      Assistant United States Attorney
      Western District of New York
      138 Delaware Avenue, Federal Centre
      Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                           23-CR-99-JLS-JJM

       v.
                                                               **AFFIRMATION**

SIMON GOGOLACK,

              Defendant.
_____

        **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

        1.       I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

        2.       At Mr. Goglack's recent arraignment, I requested a renewed detention hearing.

        3.       This Court set a deadline of today for the filing of a written submission as to why such a hearing should be held. The government was to respond by January 30, 2024. A hearing, if any, was set for Wednesday, January 31, 2024.

        4.       I have recently become unwell and have not been able to complete that submission.

        5.       Although I expect I could complete the submission by early next week, that would not provide sufficient time for the government to respond in advance of the tentative hearing.

        6.       I further expect to make several discovery requests. I will be asking that those documents be provided in advance of the hearing.

        7.       Accordingly, I request a one-week adjournment of the submission deadline. I have no objection to the government's time to respond being extended similarly.

8.      Assistant U.S. Attorney Nicholas Cooper has indicated that the government has no objection to this request.

**WHEREFORE**, it is respectfully requested that the submission deadline be adjourned one week.

**DATED**:          Buffalo, New York, January 26, 2024

Respectfully submitted,

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant*

**TO:**  Nicholas Cooper
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202