IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                               23-CR-99-V

SIMON GOGOLACK et al,

            Defendants.

---

## NOTICE OF APPEARANCE

**TO:**   Clerk of the United States District Court
          for the Western District of New York

You are hereby requested to enter my appearance as Assistant United States Attorney for the Western District of New York for the United States on the above-entitled action.

DATED:   Buffalo, New York, January 26, 2024.

                                    TRINI E. ROSS
                                    United States Attorney

       BY:     s/MICHAEL J. ADLER
                  Assistant United States Attorney
                  United States Attorney's Office
                  Western District of New York
                  138 Delaware Avenue
                  Buffalo, New York   14202
                  716-843-5857
                  Michael.Adler@usdoj.gov