AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

United States of America

v.

MICHAEL RONCONE

_____
*Defendant*

Case No. 23-CR-99-JLS

*[FILED stamp: UNITED STATES DISTRICT COURT, FEB 15 2024, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MICHAEL RONCONE**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

In violation of Title 18, United States Code, Section 371, 922(g)(3), and 1001(a)(2).


Date: JAN 5 2024

City and State: Buffalo, New York

*Issuing officer's signature* — [signature: Mary C. Loewenguth]

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2024, and the person was arrested on *(date)* 1/9/2024 at *(city and state)* Buffalo, NY. |
| Date: 1/9/2024 |
| *Executing* ~~Arresting~~ officer's signature [signature] |
| David Starke, Inv. Analyst |
| *Printed name and title* |