AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**FRANK KNIGHT**

_Defendant_

Case No. 23-CR-99-JLS



## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **FRANK KNIGHT**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In violation of Title 18, United States Code, Section 371, and 1001(a)(2).

Date: __JAN 5 2024__

_____
*Issuing officer's signature*

City and State: __Buffalo, New York__

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

---

### Return

This warrant was received on *(date)* __1/8/2024__, and the person was arrested on *(date)* __1/9/2024__,
at *(city and state)* __Buffalo, NY__.

Date: __1/9/2024__

_Executing_ ~~Arresting~~ officer's signature
David Starke, Inv. Analyst
*Printed name and title*