AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

**CORTNIE BARBER**

Case No. 23-CR-99-JLS

*Defendant*

*[Stamp: UNITED STATES DISTRICT COURT FILED FEB 15 2024 MARY C. LOEWENGUTH, CLERK]*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CORTNIE BARBER**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2, and Title 21, United States Code, Section 846.

Date:  JAN 5  2024

Issuing officer's signature

City and State:  Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2024 , and the person was arrested on *(date)* 1/9/2024 , at *(city and state)* Buffalo, NY . |
| Date: 1/9/2024 |

Executing Arresting officer's signature

David Starke, Inv. Analyst
*Printed name and title*