AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

**BERNARD BYRD III**

UNITED STATES DISTRICT COURT
FILED
FEB 15 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Case No. 23-CR-99-JLS

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **BERNARD BYRD III**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

In violation of Title 21, United States Code, Section 846.

Date:  **JAN 5  2024**

_____
*Issuing officer's signature*

City and State:  Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2024 , and the person was arrested on *(date)* 1/10/2024 , at *(city and state)* Buffalo, NY . |
| Date: 1/10/2024                    _____ *Arresting officer's signature* |
| Executing  David Starke, Inv. Analyst  *Printed name and title* |