UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

SIMON GOGOLACK

        Defendant.
_____

23-CR-99-LJV-JJM

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as additional counsel of record in this case for Defendant, Simon Gogolack.

DATED:   Buffalo, New York, February 20, 2024.

Respectfully submitted,

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; FAX: 551-3346
John_morrissey@fd.org

TO:    Casey L. Chalbeck
           Joseph M. Tripi
           Michael J. Adler
           Nicholas Cooper
           Louis Testani
           Assistant United States Attorneys