IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.                                                             23-CR-99-LJV

SIMON GOGOLACK, et al.,

        Defendants.
_____

## NOTICE

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, Joseph M. Tripi, Nicholas T. Cooper, and Casey L. Chalbeck, Assistant United States Attorneys, of counsel, hereby notifies the Court and defendants Simon Gogolack; Peter Gerace, Jr.; John T. Ermin; and Howard Hinkle, Jr. that the government will not seek the death penalty in the instant case.

    DATED: Buffalo, New York, February 23, 2024.

                                                   TRINI E. ROSS
                                                   United States Attorney

                      BY:    s/ JOSEPH M. TRIPI
                                s/ NICHOLAS T. COOPER
                                s/ CASEY L. CHALBECK
                                Assistant United States Attorneys
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716) 843-5839
                                Joseph.Tripi@usdoj.gov