# EXHIBIT A

# FAX COVER SHEET

**TO**

NAME: Cotter & Cotter
COMPANY:

FAX PHONE: (716)-634-5362

**FROM**

NAME: Direct Number: 810-7999
COMPANY: UNIVERSITY ORTHO - MAPLEMERE
111 N. Maplemere Road, Suite 100
Williamsville, NY 14221-1200

VOICE PHONE: (716)-204-3200
FAX PHONE: (716)-204-4337

SENT ON: 02/22/24 1:21 pm
PAGES: 2
SUBJECT:
Document Distribution

**Confidentiality Note:**
The information being provided with this fax may contain protected health information as defined by Federal laws and regulations. This information is intended only for the use of the individual or entity named above. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties under Federal and State law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this fax in error, please notify the sender immediately to arrange for the return of these documents.

Please contact the sender, at the above contact information, to verify receipt or if you have any problems with the transmission of this fax.



**UB|MD ORTHOPAEDICS & SPORTS MEDICINE**

Joseph M. Kowalski, MD
Assistant Professor of Orthopaedic Surgery
State University of New York at Buffalo
Spine Surgery, Board Certified
T: 716.810.7999 | F: 716.204.3253

February 22, 2024

David B. Cotter
380 Cleveland Dr.
Buffalo, NY 14215

Re: Scott Barnes
Date of Birth 8/18/1968

To whom it may concern:

I performed major lumbar spine surgery on Scott Barnes on November 14, 2023, at the Erie County Medical Center in Buffalo New York. This was an extensive surgery with implantation of hardware. Typical and recommended postoperative follow-up should be performed by a spine surgeon within 6 to 12 weeks, and regular intervals thereafter. This would include physical examination of his surgical wound, neurologic exam and x-rays to evaluate healing. He will require pain medication for the same period of time. Physical therapy is required to ensure proper body mechanics to increase his strength, endurance and help with mobility. He should also have access to a firm mattress/bed. Failure to do so may compromise the healing process resulting in long-term pain and impair his recovery. A copy of this letter will be sent to Traci Nitzel, girlfriend to Scott Barnes. Authorization for release of health information/HIPAA is on file in our record along this to do so. Please contact me if you require further information.

Joseph M. Kowalski, MD
Orthopaedic Spine Surgeon
716-810-7999



Erie County Medical Center | UBMD Ortho #2 | 462 Grider Street | Buffalo, NY 14215 | 716.204.3200 | ubortho.com