# EXHIBIT B

GREGORY R. INGLUT, Business Mgr. / Financial Sec'y
MATTHEW J. HILMEY, President

# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

LOCAL NO. 41

S-3546 CALIFORNIA ROAD
ORCHARD PARK, N.Y. 14127
Phone: 716/662-6111
Fax: 716/662-9644

February 27, 2024

David B. Cotter
Cotter & Cotter PC
5109 Main St.
Williamsville, NY 14221

**RE:   Scott Barnes**

Dear Mr. Cotter:

As per your email request, attached please find a Work Hours Report detailing the employers as well as the hours worked by Scott J. Barnes since becoming a member of Local Union #41 on August 16, 2021.

When Brother Barnes is medically cleared to return to work, Brother Barnes would be referred to work for contractors signatory to Local Union #41's Collective Bargaining Agreements so long as Brother Barnes maintains his membership with Local Union #41 and there are open requests.

The current wage package for a Journeyman Wireman is outlined below:

| Year | Effective Date | Journeyman | Annuity | Health | Pension |
|---|---|---|---|---|---|
| 2023 | 05/29/23 | 39.99 | 6.25 | 14.30 | 10.30 |

If I can be of any further assistance, please feel free to contact me at the Local Union Office.

Sincerely,

*Gregory R. Inglut*

Gregory R. Inglut
Business Manager
Financial Secretary

Enclosure
GRI/ls
opeiu #153

## Work Hours Report for:
Barnes, Scott J (XXX-XX-5734)
Local Union: 0041

| Date Entered | Month Worked | Employer | Classification | Gross | Hours |
|---|---|---|---|---|---|
| 12/20/2023 9:24:10 AM | 11/30/2023 | FERGUSON ELECTRIC INC. | JOURNEYMAN WIREMAN | $439.89 | 10.00 |
| 12/7/2023 9:23:54 AM | 10/31/2023 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $1279.68 | 32.00 |
| 11/15/2023 11:41:17 | 10/31/2023 | FERGUSON ELECTRIC INC. | JOURNEYMAN WIREMAN | $3039.24 | 71.00 |
| 5/3/2023 12:07:31 PM | 3/31/2023 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $2066.47 | 50.00 |
| 3/15/2023 2:21:46 PM | 2/28/2023 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $5624.33 | 138.50 |
| 2/28/2023 3:22:47 PM | 1/31/2023 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $6511.38 | 160.00 |
| 1/30/2023 10:47:38 AM | 12/31/2022 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $2261.44 | 56.00 |
| 11/28/2022 11:34:06 | 10/31/2022 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $1715.56 | 44.00 |
| 10/25/2022 10:18:45 | 9/30/2022 | E-J ELECTRIC, LLC | JOURNEYMAN WIREMAN | $4990.72 | 128.00 |
| 9/19/2022 9:28:49 AM | 8/31/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $2651.32 | 68.00 |
| 8/18/2022 9:44:56 AM | 7/31/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $5029.72 | 129.00 |
| 7/20/2022 4:06:35 PM | 6/30/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $4444.86 | 114.00 |
| 6/24/2022 4:22:38 PM | 5/31/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $4723.74 | 126.00 |
| 5/26/2022 4:28:17 PM | 4/30/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $5154.88 | 137.50 |
| 4/21/2022 12:11:16 PM | 3/31/2022 | INDUSTRIAL POWER & LIGHTING CORP | JOURNEYMAN WIREMAN | $5136.13 | 137.00 |
| 1/12/2022 11:39:36 AM | 12/31/2021 | RAND & JONES ENTERPRISES | JOURNEYMAN WIREMAN | $4754.34 | 103.00 |

**Work Hours Report for:**
Barnes, Scott J (XXX-XX-5734)
Local Union: 0041

| Date Entered | Month Worked | Employer | Classification | Gross | Hours |
|---|---|---|---|---|---|
| 12/14/2021 10:56:04 | 11/30/2021 | RAND & JONES ENTERPRISES | JOURNEYMAN WIREMAN | $2399.36 | 64.00 |
| 11/17/2021 2:31:58 PM | 10/31/2021 | THE STATE GROUP INDUSTRIAL USA LTD. | JOURNEYMAN WIREMAN | $2867.99 | 74.50 |
| 11/16/2021 10:47:28 | 10/31/2021 | RAND & JONES ENTERPRISES | JOURNEYMAN WIREMAN | $2249.40 | 60.00 |
| 10/20/2021 2:07:12 PM | 9/30/2021 | THE STATE GROUP INDUSTRIAL USA LTD. | JOURNEYMAN WIREMAN | $3486.57 | 93.00 |

Total Hours: 1795.50      Total Gross: $70827.02