**MANDATE**

W.D.N.Y.
1:23-mj-05219 (MJR)
Roemer, J.

#### United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-four.

Present:
    Robert D. Sack,
    Reena Raggi,
    Joseph F. Bianco,
        *Circuit Judges*.

United States of America,

        *Appellee*,

v.

**ORDER**

Docket Nos. 23-7823(L), 23-8036(Con)

Howard Hinkle, Jr.,

        *Defendant-Appellant*,

Dillon Anderson,

        *Defendant*.

Defendant-Appellant Howard Hinkle, Jr., appeals from the order of the district court entered November 3, 2023 revoking the district court's release order and ordering Hinkle detained pursuant to 18 U.S.C. § 3142(e). He also moves for release pending trial. The government opposes release. Upon due consideration, it is hereby ORDERED that Hinkle's motion under docket number 23-7823 for release pending trial is DENIED and the district court's order entered November 3, 2023 is AFFIRMED.[1]

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[1] At oral argument, Hinkle's counsel agreed to withdraw the untimely appeal under docket number 23-8036. It is hereby ORDERED that the appeal under docket number 23-8036 is deemed WITHDRAWN and the motion for bail associated with that docket number is DENIED as moot.

**MANDATE ISSUED ON 03/26/2024**