UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-99-LJV-JJM |
| v. | |
| | **AFFIRMATION** |
| SIMON GOGOLACK, | |
| Defendant. | |

_____

**JOHN J. MORRISSEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2. On April 1, 2024, the Court issued an order denying Mr. Gogolack's motion to compel discovery related to his reopened detention hearing. That same order required Mr. Gogolack to advise the Court and parties by April 5, 2024, if he intended to respond to the government's proffer orally or in writing. ECF No. 105.

3. Mr. Gogolack intends to respond orally and requests that the Court schedule a detention hearing for counsel for Mr. Gogolack to do so.

**WHEREFORE**, Mr. Gogolack respectfully requests that the Court schedule a detention hearing where counsel can respond to the government's proffer.

**DATED**:              Buffalo, New York, April 4, 2024

                                    Respectfully submitted,

                                    **/s/  John J. Morrissey**
                                    John J. Morrissey
                                    Assistant Federal Public Defender

                                        Federal Public Defender's Office
                                        300 Pearl Street, Suite 200
                                        Buffalo, New York 14202
                                        (716) 551-3341, (716) 551-3346 (Fax)
                                        John_Morrissey@fd.org
                                        *Counsel for Defendant Simon Gogolack*

**TO:** Casey L. Chalbeck, *et al.*
      Assistant United States Attorneys

Case 1:23-cr-00099-LJV-JJM   Document 106   Filed 04/04/24   Page 3 of 3