IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                  23-CR-99-LJV-JJM

PETER GERACE JR.,
JOHN THOMAS ERMIN a/k/a Tommy O,
MICHAEL RONCONE a/k/a Cone,
FRANK KNIGHT,
HOWARD HINKLE JR. a/k/a Hard How,
SIMON GOGOLACK a/k/a Greek,
CORTNIE BARBER,
BERNARD BYRD III a/k/a Deal,
SCOTT BARNES a/k/a Big Scott 1%er,
                    Defendants.

## NOTICE OF MOTION AND MOTION TO
## EXCLUDE TIME FROM THE SPEEDY TRIAL ACT

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Nicholas T. Cooper, Assistant United States Attorney, the United States of America, hereby moves this Court to exclude time from the Speedy Trial Act from and including June 5, 2024, through and including June 27, 2024, pursuant to Tile 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv), such motion to be heard by the United States District Court for the Western District of New York, United States Courthouse 2 Niagara Square, Buffalo, New York, at a date and time to be determined by the Court.

DATED:  Buffalo, New York, June 5, 2024.

                                              TRINI E. ROSS
                                              United States Attorney

                    BY:    s/ NICHOLAS T. COOPER
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                716/843-5830
                                Nicholas.Cooper@usdoj.gov