IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                                        23-CR-99-LJV-JJM

SIMON GOGOLACK, et al.,

            Defendants.

## NOTICE OF MOTION FOR A PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that, upon an affidavit filed *ex parte* and under seal, the undersigned moves the Court for a Protective Order (attached hereto as **Exhibit A**) with respect to the disclosure of material provided as part of voluntary discovery pursuant to Rule 12 and Rule 16 of the Federal Rules of Criminal Procedure (hereinafter "**the disclosed material**") which has been provided to counsel for the defendants, and for return of **the disclosed material** at the conclusion of the trial. The affidavit in support of this Protective Order is submitted *ex parte* because this case involves witness tampering, witness retaliation, the murder of a federal witness, and related offenses committed by individuals allegedly engaged in organized and concerted criminal activity. Pursuant to Rule 16(d)(1), "the court may permit a party to show good cause [for a protective order] by a written statement that the Court will inspect *ex parte*." *See United States v. Amodeo,* 44 F.3d 141, 147 (2d Cir. 1995) (recognizing as interests warranting closure and sealing government's need to protect integrity of ongoing investigations, including witness safety, and to prevent interference and

obstruction).  Additional information regarding the bases for the Protective Order is set forth in the *ex parte* affidavit submitted herewith under seal.

DATED:  Buffalo, New York, June 10, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

BY:    s/NICHOLAS T. COOPER
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5830
        Nicholas.Cooper@usdoj.gov