

Mark Foti <mark@fotilaw.com>

## US v. Gogolack et al., Discovery Production Letter

**Cooper, Nicholas (USANYW)** <Nicholas.Cooper@usdoj.gov>                                               Wed, May 29, 2024 at 3:18 PM
To: Mark Foti <mark@fotilaw.com>, Eric Soehnlein <eric@soehnleinlaw.com>, Jeffrey Bagley <Jeffrey_Bagley@fd.org>, George Muscato <georgemuscato@yahoo.com>, Paul Dell <pgdell.law@gmail.com>, "montroylaw@verizon.net" <montroylaw@verizon.net>, Dan Henry <DHenry@villariniandhenry.com>, Frank Bogulski <fbogulski@yahoo.com>, "Brian J. Hutchison" <bjhesq@gmail.com>, "stachlaw@aol.com" <stachlaw@aol.com>, David Cotter <dbacotter@aol.com>
Cc: "Tripi, Joseph (USANYW)" <Joseph.Tripi@usdoj.gov>, "CHALBECK, CASEY (USANYW)" <CASEY.CHALBECK@usdoj.gov>

Good afternoon Counselors,

The government has drafted the attached protective order regarding the discovery that will be provided in this case. This order would not prevent you from reviewing discovery with your clients, or with paralegals/investigators involved in the case. The discovery includes cell phone extractions and other information that we believe should be protected and should not be distributed unnecessarily to third parties.

I am hoping that this protective order can be instituted on consent without the need for litigation. Does everyone agree with the terms of this proposed protective order? If so, I will submit it to Judge McCarthy on consent. Once the protective order is authorized by the Court, we will release the discoverable material.

If we can not reach an agreement on this protective order, the government will file a motion with Judge McCarthy as soon as practicable to keep this process moving forward. In order to keep this case moving forward expeditiously, kindly reply to this email as quickly as possible. If you take issue with a particular provision of the proposed protective order, please reply-all to this email and perhaps we can work through any concerns short of additional time-consuming litigation.

Also, as of today we have already received hard drives from the following attorneys/defendants.

Paul Dell / Roncone

Brian Hutchinson / Barber

George Muscato / Ermin

Jeff Bagley / Gogolack

Dan Henry / Hinkle

Mark Foti / Gerace

**We are still awaiting hard drives from the following attorneys/defendants.**

Mike Stachowski / Byrd

David Cotter / Barnes

Claire Montroy / Knight

Best regards,

Nick

[Quoted text hidden]

 **2024-0528 Draft Proposed Protective Order_v2.pdf**
72K