

Mark Foti <mark@fotilaw.com>

## US v. Gogolack et al., Discovery Production Letter

**Mark Foti** <mark@fotilaw.com>  Tue, Jun 4, 2024 at 9:43 PM
To: "Cooper, Nicholas (USANYW)" <Nicholas.Cooper@usdoj.gov>
Cc: Eric Soehnlein <eric@soehnleinlaw.com>, Jeffrey Bagley <Jeffrey_Bagley@fd.org>, George Muscato <georgemuscato@yahoo.com>, Paul Dell <pgdell.law@gmail.com>, "montroylaw@verizon.net" <montroylaw@verizon.net>, Dan Henry <DHenry@villariniandhenry.com>, Frank Bogulski <fbogulski@yahoo.com>, "Brian J. Hutchison" <bjhesq@gmail.com>, "stachlaw@aol.com" <stachlaw@aol.com>, David Cotter <dbacotter@aol.com>, "Tripi, Joseph (USANYW)" <Joseph.Tripi@usdoj.gov>, "CHALBECK, CASEY (USANYW)" <CASEY.CHALBECK@usdoj.gov>, John Morrissey <John_Morrissey@fd.org>

Hi Nick (and Joe and Casey),

I've attached a proposed protective order that was drafted with input and/or edits from the majority of attorneys. I believe that counsel for at least six of the defendants have weighed in that they would be agreeable to this protective order if it's acceptable to the Government.

It would require an Addendum identifying which items are included under the protective order. I do not speak for everyone, but I don't believe that we would have an objection to cell phone extractions being governed by the provisions of the protective order. (I also see the index references search warrants. If that includes search warrant applications, then I would expect that those would be covered as well.)

Mark A. Foti
The Foti Law Firm, P.C.
16 W Main Street, Suite 100
Rochester, NY 14614
Office: (585) 461-1999
Fax: (585) 491-6512

Disclaimer: The information in this e-mail and any attachment is confidential. If you receive this e-mail in error, any distribution/copying/use of this communication or the information it contains is prohibited. Please notify me immediately by e-mail and delete the message from your computer.

On Wed, May 29, 2024 at 3:18 PM Cooper, Nicholas (USANYW) <Nicholas.Cooper@usdoj.gov> wrote:
[Quoted text hidden]



**Proposed Protective Order.pdf**
62K