UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

**BENARD BYRD**

Defendant

RESPONSE AND JOINDER

23-CR-99

---

PLEASE TAKE NOTICE that Benard Byrd through his attorney, Michael J. Stachowski Esq., hereby joins in the motion of his co-defendants motion for relief to the extent that they apply to him, along with other and further relief as the Court deems.

Dated: June 14, 2024

                                        Respectfully submitted,

                                        s/ *Michael J. Stachowski*
                                        Michael J. Stachowski, Esq.,
                                        Attorney for Benard Byrd
                                        *Office and PO Address*
                                        2025 Clinton Street
                                        Buffalo, NY  14206

TO:    Hon. Jeremiah J. McCarty
           United States District

           Nicholas Cooper, Esq.
           United States Attorney's Office  Western District of New York

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                Plaintiff

vs.                                    AFFIRMATION
                                         23-CR-99

BENARD BYRD

                Defendant

MICHAEL J. STACHOWSKI., ESQ., affirms the following to be true under penalty of perjury:

1.    I am an attorney at law and represent the Defendant, Benard Byrd, in the above-captioned matter.

2.    I hereby move this court to join in the motions of co-defendants in this case to the extent they apply to my client, Benard Byrd.

3.    I was made aware of the issues that the other defense attorneys had with this proposed order and share in their concerns and hereby join in their motions.

Dated: June 14, 2024

                                                                   *s/ Michael J. Stachowski*
                                                                   Michael J. Stachowski, Esq.
                                                                   Attorney for Benard Byrd
                                                                   *Office and PO Address*
                                                                   2025 Clinton Street
                                                                   Buffalo, NY  14206
                                                                   stachlaw@aol.com
                                                                   t.lasker@aol.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BENARD BYRD

23-CR-99

Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing with thw Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

Michael J. Stachowski, Esq.
MICHAEL J. STACHOWSKI, P.C.
Attorney for Defendant
2025 Clinton Street
Buffalo, New York  14206
(716) 824-5353
stachlaw@aol.com