UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                            Plaintiff

         vs.

JOHN THOMAS ERMIN
a/k/a "Tommy O"

                          Defendant

**RESPONSE AND JOINDER**

**Hon. Magistrate Judge
Jeremiah J. McCarthy**

**CASE NO. 1:23-CR-99**

        PLEASE TAKE NOTICE that John Thomas Ermin through his attorney, George V.C. Muscato, Esq., hereby joins in the motion of his co-defendants motion for relief to the extent that they apply to him, along with other and further relief as the Court deems.

Dated: June 17, 2024

                           Respectfully submitted:

                           GEORGE V. C. MUSCATO, ESQ.
                           Attorney for John Thomas Ermin
                           107 East Avenue
                           Lockport NY 14094
                           (716) 434-9177
                           gmuscato@mdvfirm.com

TO:    Hon. Jeremiah J. McCarthy
        United States District Court

        Nicholas Cooper, AUSA
        United States Attorney's Office WDNY

UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                    **AFFIRMATION**

                                Plaintiff

          vs.

JOHN THOMAS ERMIN                           **CASE NO. 1:23-CR-99**
   a/k/a "Tommy O"

                                Defendant

          GEORGE V.C. MUSCATO, ESQ., affirms the following to be true under penalty of

perjury:

          1.        I am an attorney at law and represent Defendant, John Thomas Ermin, in the above-

captioned matter.

          2.        I previously filed an Affidavit in Opposition on June 10, 2024, to exclude time from

speedy trial act.

          3.        I hereby move this court to join in the motions of co-defendants in this case to the

extent they apply to my client, John Thomas Ermin.

          4.        I was made aware of the issues that the other defense attorney had with this

proposed order and share in their concerns and hereby join in their motions.

Dated: June 17, 2024

                              GEORGE V. C. MUSCATO, ESQ.
                              Attorney for John Thomas Ermin
                              107 East Avenue
                              Lockport NY 14094
                              (716) 434-9177
                              gmuscato@mdvfirm.com

2

UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

Plaintiff

vs.

JOHN THOMAS ERMIN                                **CASE NO. 1:23-CR-99**
a/k/a "Tommy O"

Defendant

I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of

the District Court using its CM/ECF system, which would then electronically notify the

appropriate CM/CMF participants on this case.

Dated: June 17, 2024

GEORGE V. C. MUSCATO, ESQ.
Attorney for John Thomas Ermin
107 East Avenue
Lockport NY 14094
(716) 434-9177
gmuscato@mdvfirm.com

3