UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-v-

PETER GERACE, JR.,

                Defendant.
_____

**NOTICE OF MOTION**

Docket No. 23-CR-99

      **PLEASE TAKE NOTICE**, that upon the attached declaration of Mark A. Foti, that the defendant, Peter Gerace, Jr., will move this Court, before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, in the Hon. Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, on submission, for an order granting him permission to file his Response to the Government's Motion for a Protective Order [Dkt. # 129] with the Court, via an *ex parte* submission; and any other sanction or relief deemed appropriate by this Court.

Dated:  June 20, 2024

                                                    Mark A. Foti, Esq.
                                                    The Foti Law Firm, P.C.
                                                    *Attorneys for Peter Gerace, Jr.*
                                                    16 W Main Street, Suite 100
                                                    Rochester, NY 14614
                                                    Phone: (585) 461-1999
                                                    Email: mark@fotilaw.com