# UNITED STATES DISTRICT COURT
for the

### WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

-vs-

Case No. 1:23-CR-99

CORTNIE BARBER

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Brian J. Hutchison, Esq., attorney for Defendant CORTNIE BARBER, the Defendant will move this Court before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge in the Western District of New York, for an order granting joinder in the co-defendants' motions for relief relating to the provision of discovery, along with other and further relief as the Court deems proper.

Respectfully submitted,

Dated:   July 12, 2024              /s/ Brian Hutchison, Esq.
         Lockport, New York       Brian J. Hutchison, Esq.
*Attorney for Defendant*
14 W. Main Street
Lockport, NY 14094
BJHesq@gmail.com
(716) 302-8090

UNITED STATES DISTRICT COURT
for the

WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

   -vs-

                                    Case No. 1:23-CR-99

CORTNIE BARBER

---

**AFFIDAVIT**

STATE OF NEW YORK)
COUNTY OF NIAGARA ) ss:

   BRIAN J. HUTCHISON, Esq., declares the following under penalty of perjury:

1. I am an attorney licensed to practice law in the State of New York with a principal office located at 14 W. Main Street, Lockport, NY 14094.

2. I am assigned to represent Cortnie Barber in the above-captioned action.

3. Co-Defendants in this matter have motioned the Court for various relief related to the provision of discovery to defense counsel pursuant to an order of this Court dated February 23, 2024.

4. Ms. Barber is similarly situated to the Co-Defendants relative to how the delayed access to discovery has impacted the provision of her legal defense.

5. Therefore, your deponent requests permission to join the Co-Defendants' motions in this case relative to these issues such that Ms. Barber may receive the benefit of any relief granted by this Court.

WHEREFORE, it is respectfully requested that the Court grant the relief prayed for herein, together with any and other further relief that the Court may deem just and proper.

Respectfully submitted,

Dated:  July 12, 2024                          /s/ Brian Hutchison, Esq.
        Lockport, New York          Brian J. Hutchison, Esq.
                                       *Attorney for Defendant*
                                       14 W. Main Street
                                       Lockport, NY 14094
                                       BJHesq@gmail.com
                                       (716) 302-8090

UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

   -vs-

                                                Case No. 1:23-CR-99

CORTNIE BARBER

_____

### CERTIFICATE OF SERVICE

      The undersigned, an attorney duly admitted to practice in the United States District Court for the Western District of New York, hereby certifies that on July 12, 2024, he served a Notice of Motion to join the motions of co-defendants along with a supporting Affirmation, both dated July 12, 2024, by filing same electronically with the Clerk of the United States District Court for the Western District of New York, using the court's CM/ECF system which then electronically notified all CM/ECF participants.

                                                    Respectfully submitted,

Dated:       July 12, 2024                        /s/ Brian Hutchison, Esq.
               Lockport, New York        Brian J. Hutchison, Esq.
                                           *Attorney for Defendant*
                                           14 W. Main Street
                                           Lockport, NY 14094
                                           BJHesq@gmail.com
                                           (716) 302-8090