UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff

v.                                                          FILE NO.: 23-CR-99-LJV-JJM

HOWARD HINKLE,

                                  Defendant
_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically filed the foregoing Amended Response to Government's Motion for Protective Order with the Clerk of the District Court using the CM/ECF system.

                                                       *s/ Christie M. Henry*
                                                       Christie M. Henry