UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

                       Plaintiff,                NOTICE OF MOTION

-vs-

                                                      23-CR-99

HOWARD HINKLE, JR.,

                       Defendant.

| | |
|---|---|
| MOTION BY: | Frank M. Bogulski and Daniel Hanry as attorneys for Howard Hinkle Jr. |
| DATE, TIME & PLACE: | United States Court of Appeals for the Second Circuit, 40 Foley Square, New York, NY on a date scheduled by the court. |
| SUPPORTING PAPERS: | Affirmation of Frank M. Bogulski, Esq. Dated July 26, 2024 |
| RELIEF REQUESTED: | Release of the defendant on reasonable conditions. |
| DATED: | July 26, 2024, Buffalo, New York |

                                                                           Frank M. Bogulski, Esq.
                                                                           Attorney for Defendant
                                                                         135 Delaware Ave, Suite #2
                                                                           Buffalo, New York 14202
                                                                                  716-649-0090

TO:    Joseph Tripi, Assistant United States Attorney
           Nicholas Cooper, Assistant United States Attorney
           Casey Chalbeck, Assistant United States Attorney

1