IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                        23-CR-99-LJV-JJM

SIMON GOGOLACK, et al.,

                Defendants.

---

## NOTICE OF APPEARANCE

**TO**:    Clerk of the United States District Court
           for the Western District of New York

You are hereby requested to enter my appearance as counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, July 29, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

                BY:    *s/ Caitlin M. Higgins*
                                      CAITLIN M. HIGGINS
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York 14202
                                      (716) 843-5818
                                      Caitlin.Higgins@usdoj.gov