UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                                              Plaintiff,<br>-vs-<br><br>HOWARD HINKLE, JR.,<br>                                              Defendant. | NOTICE OF MOTION<br><br>23-CR-99 |

| | |
|---|---|
| MOTION BY: | Frank M. Bogulski and Daniel Hanry as attorneys for Howard Hinkle Jr. |
| DATE, TIME & PLACE: | Before Judge Jeremiah J. McCarthy, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202, at a date and time to be decided by the Court. |
| SUPPORTING PAPERS: | Affirmation of Frank M. Bogulski, Esq. Dated August 1, 2024 |
| RELIEF REQUESTED: | Release of the defendant on reasonable conditions/Withdrawal of motion Docket No. 170. |
| DATED: | August 1, 2024,<br>Buffalo, New York |

                                                                    _____
                                                                    Frank M. Bogulski, Esq.
                                                                    Attorney for Defendant
                                                                    135 Delaware Ave, Suite #2
                                                                    Buffalo, New York 14202
                                                                    716-649-0090

TO:     Joseph Tripi, Assistant United States Attorney
        Nicholas Cooper, Assistant United States Attorney
        Casey Chalbeck, Assistant United States Attorney

1