UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------

UNITED STATES OF AMERICA,

                        Plaintiff,

-vs-                                            **23-CR-99**

HOWARD HINKLE, JR.,

                        Defendant.
-------------------------------------------------

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that he is a person of such age and discretion as to be competent and serve papers.

       That on August 1, 2024 he certifies that he electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system and that he served of copy of the attached disclosure by electronic service via CM/ECF to the following:

    AUSA Casey L. Chalbeck
    AUSA Joseph M. Tripi
    AUSA Nicholas Cooper

                                                                                        Frank M. Bogulski, Esq.
                                                                                       Attorney for Defendant
                                                                                   135 Delaware Ave, Suite 2
                                                                                      Buffalo, New York 14202
                                                                                              716-649-0090