UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff

v.                                                    FILE NO.: 23-CR-99-LJV-JJM

HOWARD HINKLE,

                              Defendant
_____

CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2024, I electronically filed the foregoing Proposed Appropriate Sanctions for Government's Violation of Court's Voluntary Discovery Order with the Clerk of the District Court using the CM/ECF system.


                                                            *s/ Christie M. Henry*
                                                            Christie M. Henry