UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

-v-

PETER GERACE, JR.,
                Defendant.
_____

NOTICE OF FILING

Docket No. 23-CR-99

      PLEASE TAKE NOTICE, that the defendant, Peter Gerace, Jr., through counsel, filed the defendant's Memorandum Regarding Sanctions or Motion to Dismiss on August 7, 2024, via electronic delivery to chambers with a copy to the respective parties.

      The memorandum was submitted under seal, because a portion of the submission quotes from discovery that is currently subject to a temporary protective order, limiting its review to "Attorneys' Eyes Only." The memorandum has been docketed under seal at Document Item 188.

      Attached is a Redacted Version of the memorandum. The defense reserves its right to request the unredacted, original copy of the memorandum be unsealed at a later date.

Dated: August 9, 2024

                                              Mark A. Foti, Esq.
                                              The Foti Law Firm, P.C.
                                              *Attorneys for Peter Gerace, Jr.*
                                              16 W Main Street, Suite 100
                                              Rochester, NY 14614
                                              Phone: (585) 461-1999
                                              Email: mark@fotilaw.com