IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                    23-CR-99-LJV-JJM

SIMON GOGOLACK, et al.,

                Defendant.

_____

## NOTICE OF APPEARANCE

TO:    Clerk of the United States District Court
          for the Western District of New York

You are hereby requested to enter my appearance as co-counsel for the United States on the above-entitled action.

DATED: Rochester, New York, August 12, 2024.

                                                TRINI E. ROSS
                                                United States Attorney

BY:    *s/Tiffany H. Lee*
          TIFFANY H. LEE
          Assistant U.S. Attorney
          United States Attorney's Office
          Western District of New York
          100 State Street, Suite 500
          Rochester, New York 14614
          (585) 399-3951
          Tiffany.Lee@usdoj.gov