UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            Plaintiff

v.                                                 FILE NO.: 23-CR-99-LJV-JJM

HOWARD HINKLE,

                            Defendant
_____

CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2024, I electronically filed the foregoing Response to Government's Motion to Reconsider Court's D & O with the Clerk of the District Court using the CM/ECF system.

                                                *s/ Christie M. Henry*
                                                Christie M. Henry