UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff

v.                                                   FILE NO.: 23-CR-99-LJV-JJM

HOWARD HINKLE,

                              Defendant
_____

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I electronically filed the foregoing Reply to Government's Response to Defendant's Bail Motion with the Clerk of the District Court using the CM/ECF system.

                                                       *s/ Christie M. Henry*
                                                       Christie M. Henry