UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

SIMON GOGOLACK,

             Defendant.
_____

**23-CR-99-LJV-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | John J. Morrissey, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **the submitted papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender John J. Morrissey, dated September 6, 2024 |
| **RELIEF REQUESTED:** | A two-week extension to file objections to the Decision and Order (Dkt. 200) |
| **DATED:** | Buffalo, New York, September 6, 2024 |

**/s/  John J. Morrissey**
John J. Morrissey

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant* Simon Gogolack

**TO:** **Caitlin M. Higgins**
     **Tiffany H. Lee**
     **Joseph M. Tripi**

**Nicholas Cooper**
**Casey L. Chalbeck**
Assistant United States Attorneys
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                    **23-CR-99-LJV-JJM**

            v.

                                                    **AFFIRMATION**

SIMON GOGOLACK,

                    Defendant.

_____

      **JOHN J. MORRISSEY,** affirms under penalty of perjury that:


1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2.      On August 23, 2024, Judge McCarthy issued a Decision and Order imposing sanctions on the government for its bad faith decision to ignore the discovery deadline in the case. *See* Dkt. 200. As Judge McCarthy acknowledged, the sanctions were less severe than defendants had requested. *Id*. at 5.

3.      The deadline to object to that decision would be September 6, 2024.

4.      The government moved to extent their deadline to appeal, and the Court granted that request. Dkts. 201 at  7; 202. The Court's order only extended the government's deadline and did not mention defendants' deadline. Dkt. 202 ("The government's appeal of Judge McCarthy's Decision and Order 200 is due by 9/20/2024.") (hyperlink removed).

5.      Mr. Gogolack respectfully requests that the Court extend his deadline to object Judge McCarthy's Decision and Order (Dkt. 200). Given that Decision and Order's importance, counsel wishes to provide the Court with thorough briefing on the matter. But due to counsels'

case load and other commitments, counsel has not been able to fully research and draft objections. An additional two weeks should be sufficient.

6.     Further, the Court has previously granted the government's extension request. The government's objection and the defense's objection will share a common factual basis and likely address similar issues. Judicial economy favors having those objections on the same briefing schedule.

7.     The government, through Assistant United States Attorney Caitlin M. Higgins, does not object to this request.

**WHEREFORE**, Mr. Gogolack respectfully requests that the Court extend his deadline to file objections/an appeal to Judge McCarthy's Decision and Order (Dkt. 200) by two weeks.

**DATED**:                    Buffalo, New York, September 6, 2024

Respectfully submitted,

**/s/  John J. Morrissey**
John J. Morrissey

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant* Simon Gogolack

TO:    **Caitlin M. Higgins**
       **Tiffany H. Lee**
       **Joseph M. Tripi**
       **Nicholas Cooper**
       **Casey L. Chalbeck**
       Assistant United States Attorneys
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202