UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

SIMON GOGOLACK,

         Defendant.
_____

23-CR-99-JLS-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated September 27, 2024 |
| **RELIEF REQUESTED:** | Adjournment of Deadline to File Defendant Proposed Protected Order |
| **DATED:** | Buffalo, New York, September 27, 2024 |

        **/s/  Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant*

**TO:**   Caitlin M. Higgins, *et al.*
       Assistant United States Attorneys
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,                                    23-CR-99-JLS-JJM

      v.

                                      **AFFIRMATION**

SIMON GOGOLACK,

               Defendant.

———————————————————————

      **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

      1.    I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

      2.    The court set a new deadline of September 27, 2024, to submit a proposed protective order.

      3.    Additional time is needed for counsel to consult with the other defense counsel. A proposed order is nearly finalized but additional time is needed to ensure that all defense counsel agree.

      4.    Accordingly, this motion respectfully requests an adjournment of the proposed protected order deadline until Monday, September 30, 2024.

      **DATED**:         Buffalo, New York, September 27, 2024

                                  Respectfully submitted,

                                  **/s/ Jeffrey T. Bagley**
                                  Jeffrey T. Bagley
                                  Assistant Federal Public Defender
                                  Federal Public Defender's Office
                                  300 Pearl Street, Suite 200

                Buffalo, New York 14202
                (716) 551-3341, (716) 551-3346 (Fax)
                jeffrey_bagley@fd.org
                *Counsel for Defendant*

**TO:** Caitlin M. Higgins, *et al.*
    Assistant United States Attorneys
    Western District of New York
    138 Delaware Avenue, Federal Centre
    Buffalo, New York 14202