UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

Knight, Frank,

                Defendant.

ORDER

0209 1:23CR00099-005

---

It is hereby ordered that the following condition of release be modified relative to the above-named defendant:

*Refrain from possessing a firearm, destructive device or other dangerous weapon.*

**SO ORDERED.**

 

_____
Jeremiah J. McCarthy
U.S. Magistrate Judge

DATED:    October  17, 2024
                  Buffalo, New York