UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-99-LJV-JJM |
| v. | **AFFIRMATION** |
| SIMON GOGOLACK, ET AL., | |
| Defendant. | |

_____

**Jeffrey T. Bagley,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2. After today's argument the parties met and discussed a resolution to the issue of Mr. Gogolack's detention location. The parties have reached a potential resolution, and we have agreed that it is not necessary for the government to submit the USMS declaration that was ordered today. That declaration can be held in abeyance for one week while the parties work on a resolution. The status conference for April 3, 2025, can remain.

**DATED**: Buffalo, New York, March 25, 2025

 Respectfully submitted,

 **/s/  Jeffrey T. Bagley**
 Jeffrey T. Bagley
 Assistant Federal Public Defender
 Federal Public Defender's Office
 300 Pearl Street, Suite 200
 Buffalo, New York 14202
 (716) 551-3341, (716) 551-3346 (Fax)
 *Counsel for Defendant Simon Gogolack*

**TO:** Casey L. Chalbeck, *et al.*
Assistant United States Attorneys