IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                     23-CR-99

CORTNIE BARBER,

                     Defendant.

---

## SUPERSEDING INFORMATION
(Title 18, United States Code, Section 1512(b)(1))
(Attempted Witness Tampering)

### COUNT 1

**The United States Attorney Charges That:**

Between on or about October 2, 2023, and on or about October 4, 2023, in the Western District of New York, the defendant, CORTNIE BARBER, did knowingly attempt to use intimidation, threaten, and corruptly persuade Victim 1, a person known to the government, by providing information to law enforcement that Victim 1 was involved in drug dealing and was responsible for an overdose death, which information the defendant did not know to be true, with the intent to influence, delay, and prevent the testimony of Victim 1 in an official proceeding, that is, a federal grand jury investigation and subsequent federal court proceedings.

**All in violation of Title 18, United States Code, Section 1512(b)(1).**

DATED: Buffalo, New York, April 4, 2025.

                                                   MICHAEL DIGIACOMO
                                                   United States Attorney

BY:                       *(signature)*

                                                   NICHOLAS T. COOPER
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   Western District of New York
                                                   138 Delaware Avenue
                                                   Buffalo, New York 14202
                                                   716/843-5830
                                                   Nicholas.Cooper@usdoj.gov

*[FILED APR 4 2025, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*