UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            v.

SIMON GOGOLACK,

            Defendant.
_____

**23-CR-99-LJV-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | John J. Morrissey, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the submitted papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender John J. Morrissey, dated April 16, 2025. |
| **RELIEF REQUESTED:** | Adjournment of the scheduling order in Dkt. 387 |
| **DATED:** | Buffalo, New York, April 16, 2025. |

Respectfully submitted,

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant*

**TO:** Casey Chalbeck
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23-CR-99-LJV-JJM |
| v. | |
| SIMON GOGOLACK, | **AFFIRMATION** |
| Defendant. | |

_____

**JOHN J. MORRISSEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

2. Mr. Gogolack had previously filed a motion requesting that he be housed within the Western District of New York. *See* Dkt. 373. Following oral argument, the Court had ordered the United States Marshalls Service to submit a declaration and scheduled further argument. Dkt. 379. The Court also encouraged the parties to attempt to resolve the issue. *Id*.

3. The deadline for the USMS to submit a declaration is April 16, 2025, and oral argument is currently scheduled for April 17, 2025, at 10:00 AM. Dkt. 387.

4. The parties are still working on resolving the issue raised in Dkt. 373. Rather than spend time and energy litigating an issue that may be resolved without need for further intervention of the Court, the parties request that the Court adjourn the deadlines and oral argument in Dkt. 387. The parties will then be in a better position to say whether the issue is resolved or if further argument would be appropriate.

5. The government, through Assistant United States Attorney Casey Chalbeck, does not oppose this request.

**WHEREFORE**, counsel requests that the Court adjourn the deadlines and oral argument described in Dkt. 387.

**DATED**: Buffalo, New York, April 16, 2025.

Respectfully submitted,

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant*

**TO:** Casey Chalbeck
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202