UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

SIMON GOGOLACK,

        Defendant.

_____

23-CR-99-LJV-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | John J. Morrissey, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the submitted papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender John J. Morrissey, dated June 25, 2025 |
| **RELIEF REQUESTED:** | Hold in abeyance the reply deadline on Mr. Gogolack's appeal of Judge McCarthy's order regarding search warrant discovery pending resolution of Mr. Gogolack's motion to withdraw |
| **DATED:** | Buffalo, New York, June 25, 2025 |

        **/s/  John J. Morrissey**
        John J. Morrissey
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        John_Morrissey@fd.org
        *Counsel for Defendant*

**TO:**    Casey Chalbeck, Nicholas Cooper, and Joseph Tripi
           Assistant United States Attorneys

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                               23-CR-99-LJV-JJM

        v.

                                                **AFFIRMATION**

SIMON GOGOLACK,

        Defendant.

_____

      **JOHN J. MORRISSEY,** affirms under penalty of perjury that:

      1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Simon Gogolack.

      2.      Mr. Gogolack appealed Judge McCarthy's decision denying Mr. Gogolack's motion for disclosure of certain search warrant application material absent an affidavit of standing. Dkt. 442. The Court set June 25, 2025, as the deadline to reply. Dkt. 449.

      3.      Defense counsel recently filed a motion to withdraw because they believe that they have a conflict of interest that requires withdrawing from the case. Dkt.462

      4.      Mr. Gogolack requests that the Court hold the June 25, 2025, deadline in abeyance until a date in which conflict-free counsel can submit the reply.

      5.      Defense counsel reached out to the government before filing this motion for their position but did not receive a response. Defense counsel acknowledges that he only reached out several hours before filing this motion, but given the deadline, defense counsel still wished to file this request.

**WHEREFORE**, Mr. Gogolack requests that the Court hold in abeyance the reply deadline on Mr. Gogolack's appeal of Judge McCarthy's order regarding search warrant discovery pending resolution of Mr. Gogolack's motion to withdraw

**DATED**:          Buffalo, New York, June 25, 2025

                                        Respectfully submitted,

                                        **/s/ John J. Morrissey**
                                        John J. Morrissey
                                        Assistant Federal Public Defender
                                        Federal Public Defender's Office
                                        300 Pearl Street, Suite 200
                                        Buffalo, New York 14202
                                        (716) 551-3341, (716) 551-3346 (Fax)
                                        John_Morrissey@fd.org
                                        *Counsel for Defendant*

**TO:**   Casey Chalbeck, Nicholas Cooper, and Joseph Tripi
          Assistant United States Attorneys
          Western District of New York
          138 Delaware Avenue, Federal Centre
          Buffalo, New York 14202