UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

vs.

SCOTT J. BARNES,                                        Docket No. 1:23-CR-00099-LJV-JJM

                              Defendant.

_____

## STATEMENT OF DEFENDANT WITH RESPECT
## TO SENTENCING FACTORS

David B. Cotter affirms under penalty of perjury that:

I am an attorney at law duly licensed to practice before the Courts of the United

States District Court for the Western District of New York and I represent the Defendant,

Scott J. Barnes, in the above-entitled matter.  I make this affirmation in accordance with

the requirements of §6A1.2 of the Sentencing Guidelines, "Statement of Defendant With

Respect to Sentencing Factors," as promulgated by the United States Sentencing

Commission.

In accordance with those rules, it hereby stated on behalf of Mr. Barnes, that I

have reviewed the Pre-Sentence Investigation Report and have discussed the same with

him.  There are no statements, conclusions, or other information contained in that report

which the Defendant disputes materially.  As such, he accepts the Pre-Sentence Report in

its full-prepared form, and has no objection thereto.

Dated: July 22, 2025                              Respectfully Submitted,

                                                  _____
                                                  David B. Cotter, Esq.
                                                  Attorney for Scott J. Barnes,
                                                  Defendant

TO:    Stacey Jacovetti, Esq., AUSA
       U.S. Probation Department

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

vs.                                                        **CERTIFICATE OF SERVICE**

SCOTT J. BARNES,                                Docket No. 1:23-CR-00099-LJV-JJM

                         Defendant.

_____

     David B. Cotter, states that on July 22, 2025 a Statement of Defendant with Respect to Sentencing Factors was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Assistant United States Attorney Stacey Jacovetti
U.S. Probation Department

_____
David B. Cotter