UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES,

        Plaintiff,

v.

FRANK KNIGHT,

        Defendant.

NOTICE OF MOTION FOR PROBATION MATERIALS

Case no.: 23-cr-099

---

| | |
|---|---|
| \MOTION BY: | Barry J. Donohue, Esq., attorney for defendant FRANK KNIGHT. |
| DATE, TIME & PLACE: | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York at a date, time and place to be set by the Court. |
| SUPPORTING PAPERS: | NOTICE OF MOTION AND SUPPORTING PAPERS OF PETER GERACE JULY 24, 2025 [507]. |
| RELIEF REQUESTED AND GROUNDS FOR RELIEF: | To join the motion of Peter Gerace [507] for an Order compelling the United States Probation Office to produce: (1) its file for Crystal Quinn for *in camera* review for exculpatory or impeachment material; and (2) the pretrial services and presentence reports for _____ and _____ . |
| NATURE OF ACTION: | 18 U.S.C. §371 (conspiracy to obstruct justice); 18 U.S.C. §1001(a)(2) ((2) false statements to FBI). |

Dated: July 28, 2025
Erie County, New York

                                      BARRY J. DONOHUE, ESQ.
                                      Attorney for plaintiff

By: /s/ Barry J. Donohue
    Barry J. Donohue, Esq.
    77 Broad Street
    Tonawanda, New York 14150
    (716) 693-0359
    e-mail: barry@donohuelaw.com

To: Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov