# LETTER IN SUPPORT

## Care Coordination goal progress

From: Debbie Schutt (dschutt@horizon-health.org)
To: dbacotter@aol.com; ████████@gmail.com
Date: Tuesday, August 5, 2025 at 03:19 PM EDT

To Whom It May Concern,

Mr. Scott Barnes has been linked with Horizon Health Services for Care Coordination on April 10, 2025.
In the 4 months that Mr. Barnes has been receiving Care Coordination Services he has kept all his scheduled appointments.

Mr. Barnes' has made progress toward and/or achieved the following Care Coordination goals:

- Improving his general health and wellness – Status: consistent progress
- Following through on treatments recommendations for post-surgical care – Status: consistent progress
- Losing weight – Status: some progress
- Connecting with a sleep medicine doctor – Status: consistent progress
- Obtaining a new primary physician – Status: achieved
- Obtain credentials to be a Certified Peer Recovery Advocate – Status: some progress

If you would like any additional information, please contact me via email at dschutt@horizon-health.org or via phone at 716-954-5046.

*Debbie Schutt, MS, Advanced Practice Care Coordinator*



**Debbie Schutt** | Advanced Practice Care Coordinator
Horizon Health Services | 1000 Young St. Ste 500 Tonawanda, NY 14150 | O: 716-508-7700 | F: 716-508-7701
Together for Recovery. Changing Lives. Saving Lives. | horizon-health.org | Join Our Team!





**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this information is STRICTLY PROHIBITED. If you have received this information in error, please notify The Horizon

Corporations immediately and permanently delete this e-mail.