IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NOTICE OF MOTION FOR DISPOSITIVE PRETRIAL RELIEF |
| -vs- | |
| GOGOLACK ET AL., | 23-CR-00099 |
| Defendants. | |

---

| | |
|---|---|
| MOTION MADE BY: | Cheryl Meyers Buth and Mark Foti, attorneys for Peter Gerace, Jr. |
| DATE, TIME, AND PLACE | At a date and time determined by the Court at a Status Conference on August 20, 2025 at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS | Memorandum in Support |
| RELIEF REQUESTED: | A. Motion To Dismiss Counts 1-3 Pursuant to Fed. R. Crim. P. 12(B)(3)(B) |
| | B. Motion to Dismiss Based on Defective Grand Jury Proceedings |
| | C. Motion to Dismiss Based on Prosecutorial Steering |
| | D. Motion to Dismiss or Suppress Due to the Subpoena Compelling Production From the Defendant's Investigator |
| | E. Motion for Leave to Join in Co-Defendant's Motions |
| | F. Motion for Leave to Make Other Pretrial Motions |

1

Please Note: Oral Argument and Reply Briefing Requested.

                                      Respectfully submitted,

DATED:     Orchard Park, New York
                 August 8, 2025

                                      <u>s/ Cheryl Meyers Buth</u>
                                      Cheryl Meyers Buth, Esq.
                                      MEYERS BUTH LAW GROUP, PLLC
                                      *Attorneys for Defendant Peter Gerace, Jr.*
                                      21 Princeton Place, Suite 105
                                      Orchard Park, New York 14127
                                      (716) 508-8598
                                      cmbuth@mblg.us

DATED:     Rochester, New York
                 August 8, 2025

                                        <u>s/ Mark A. Foti</u>
                                        Mark A. Foti, Esq.
                                        THE FOTI LAW FIRM, P.C.
                                        *Attorneys for Defendant Peter Gerace, Jr.*
                                      16 W. Main Street – Suite 100
                                      Rochester, New York 14614
                                      (585) 461-1999
                                      mark@fotilaw.com