UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

                Plaintiff,                          ORDER

                                                        1:23-CR-99 (4)

            vs

MICHAEL RONCONE

                Defendant.

_____

      The sum of $100,000.00 was deposited in the Registry of this Court on December 21, 2023 by John D. Roncone, the Surety herein, on behalf of the Defendant, Michael Roncone, to secure his appearance before this Court to answer to charges pending against him.

      On July 24, 2025, the defendant's counsel, Paul G. Dell, Esq., filed a motion with the court under case number 1:23-MR-566, docket entry 6, requesting a partial release of the posted cash bail to be used for attorney fees.

      Pursuant to the Text Order of Hon. Elizabeth A. Wolford entered August 11, 2025, the request to release a portion of bail was granted. Therefore, it is hereby

      O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check made payable to Paul G. Dell, Esq. in the amount of $10,000.00 representing payment of attorney fees.

                                                         _____
                                                         HON. ELIZABETH A. WOLFORD
                                                         UNITED STATES DISTRICT JUDGE

Dated: August 19, 2025