IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                        23-CR-99-JJM-EAW

SIMON GOGOLACK, et al.,

            Defendants.
_____

## MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves to (1) file *ex parte* and under seal its unredacted letter identifying Grand Jury materials responsive to the Magistrate Court's *in camera* inspection concerning Count 5 of the Second Superseding Indictment and (2) for leave to file a redacted copy of the letter on the public docket.

On August 20, 2025, counsel for defendant Frank Knight consented to the government filing under seal and *ex parte* a letter identifying materials responsive to the Court's *in camera* review. Government counsel hand-delivered to the Magistrate Court said letter on August 22, 2025.

The local and administrative rules require sealing motions whenever a party wishes to file material under seal. *See* LOC. R. CRIM. P. 55; D. ADMIN. P. GUIDE 2(R)(i). The government seeks to file its unredacted letter *ex parte* and under seal because certain portions of the letter refer to Grand Jury material that the Court has not ordered disclosed. *See* FED. R. CRIM. P. 6(e)(6) ("Records, orders and subpoenas relating to grand jury proceedings must be kept under

seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury."); *United States v. Rechnitz*, 75 F. 4th 131, 146 (2d Cir. 2023) (recognizing that grand jury matters may be communicated in a sealed and *ex parte* manner). Moreover, the Court's own disclosure order contemplates the government submitting the grand jury materials in an *ex parte* manner for the Court to conduct its *in camera* inspection. *See* Dec. & Order, at 2–3, ECF No. 566, (dated Aug. 21, 2025). In this vein, the unredacted portions of the letter offer the Court guidance on where to look for certain material. Accordingly, the government respectfully requests that the Court grant the instant sealing motion.

Additionally, the government seeks leave to file a redacted version of its *ex parte* letter on the public docket. The redactions omit only those portions of the letter identifying and discussing pertinent portions of the Grand Jury record.

DATED: Buffalo, New York, August 22, 2025.

                                               MICHAEL DIGIACOMO
                                               United States Attorney

              BY:     s/ CASEY L. CHALBECK
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          (716) 843-5881
                          Casey.Chalbeck@usdoj.gov