IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.                                                                                         23-CR-99-EAW

SIMON GOGOLACK, et al.,

       Defendants.
_____

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE ITS COMBINED RESPONSE TO DEFENDANTS' DISPOSITIVE MOTIONS

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Assistant United States Attorney, of counsel, hereby files this motion to requesting permission from the Court to file its combined response to the defendants' dispositive motions on Monday, September 8, 2025, for the reasons discussed below.

On August 8, 2025 defendants Gerace, Ermin, Roncone, and Hinkle filed various dispositive motions. *See generally*, Doc. Nos. 536, 540, 545, and 548. The government's response to those motions is due on September 5, 2025. *See* Doc. No. 528.

The government has drafted its combined response to the defendants' dispositive motions and was prepared to file it this evening. During the final proof-reading and editing process, the government attorneys became aware of a potential issue based upon the government's reference to protected "6e" material in its response to one of defendant Gerace's

dispositive motions. The government is requesting to extend the deadline to file its response until Monday, September 8, 2025, to determine the appropriate way to handle this issue.

The government communicated with Mr. Foti (counsel for defendant Gerace), Mr. Henry (counsel for defendant Hinkle), and Mr. Dell (counsel for defendant Roncone), each of whom graciously consented to the government's request for an extension until Monday, September 8, 2025. The government attempted to communicate with Mr. Muscato (counsel for defendant Ermin) but, given the late hour, was unable to reach him immediately.

Accordingly, the government respectfully requests that this Court extend the government's deadline to file its combined response to the defendants' dispositive motions from September 5, 2025 until September 8, 2025.

DATED: Rochester, New York, September 5, 2025.

        MICHAEL DIGIACOMO  
        United States Attorney

BY:   s/ NICHOLAS T. COOPER  
       Assistant United States Attorneys  
       United States Attorney's Office  
       Western District of New York  
       100 State Street  
       Rochester, New York 14614  
       (585) 935-7512  
       Nicholas.Cooper@usdoj.gov