IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                          23-CR-99-JJM-EAW

SIMON GOGOLACK, et al.,

           Defendants.

**MOTION FOR PERMISSION TO FILE AN UNREDACTED VERSION OF THE GOVERNMENT'S OMNIBUS RESPONSE IN OPPOSITION TO THE DEFENDANT'S DISPOSITIVE MOTIONS WITH THE COURT AND A REDACTED VERSION WITH THE PARTIES PENDING THE COURT'S RESOLUTION OF THE GOVERNMENT'S MOTION FOR PERMISSION TO DISCLOSE CERTAIN 6(E) MATERIAL TO THE DEFENDANTS**

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves this Court for permission to file an unredacted version of the government's omnibus response in opposition to the defendants' dispositive motions and a redacted version with the parties pending the Court's resolution of the government's motion for permission to disclose certain 6(e) material to the defendants.[1]

On September 8, 2025, the government filed a motion seeking permission to disclose certain Rule 6(e) material to the defendants. *See* Mot. Disclosure, ECF No. 589, (dated Sept. 8, 2025). Because that motion is still pending, and because the government's deadline to file its response is September 8, 2025, the government respectfully seeks permission to file an

---

[1] The government conferred with counsel for Peter Gerace, who does not oppose this motion.

unredacted version of its response with the Court and a redacted version with the parties. The government's 6(e) redactions only pertain to Mr. Gerace's dispositive motions, and consist of representations and arguments with which Mr. Gerace is well familiar by virtue of similar litigation in 19-CR-227 and 23-CR-37. Moreover, the government will provide a highlighted version of its response brief corresponding with the redacted response submitted to defense counsel that indicates which material it believes falls within the ambit of Rule 6(e). This highlighted version will further assist the Court in its evaluation of the government's pending motion for disclosure.

DATED: Buffalo, New York, September 8, 2025.

          MICHAEL DIGIACOMO
          United States Attorney

BY:   s/ CASEY L. CHALBECK
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       (716) 843-5881
       Casey.Chalbeck@usdoj.gov