IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                                23-CR-99

SIMON GOGOLACK, et. al.,

                Defendants.

### NOTICE OF REMOVAL OF APPEARANCE

**TO**:    Clerk of the United States District Court
for the Western District of New York

You are hereby requested to **remove** my appearance as co-counsel for the United States on the above-entitled action.

DATED:     Buffalo, New York, September 18, 2025.

                                            MICHAEL DIGIACOMO
                                            United States Attorney

                                BY:   s/CAITLIN M. HIGGINS
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Western District of New York
                                            138 Delaware Avenue
                                            Buffalo, New York 14202
                                            (716) 843-5818
                                            Caitlin.Higgins@usdoj.gov