UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,            **MOTION TO JOIN**

vs.

JOHN THOMAS ERMIN, et al.,            Docket No 1:23-CR-099

                              Defendants.
_____

      GEORGE V.C. MUSCATO, ESQ., and DONALD M. THOMPSON, ESQ., being duly sworn, depose and say:

      1. We are attorneys for JOHN THOMAS ERMIN, under Indictment 23-CR-099 and as such, are fully familiar with all the facts and circumstances contained herein.

      2. That MARK FOTI, attorney for PETER GERACE under Indictment 99-CR-227, has filed a motion requesting an order permitting disclosure of trial testimony, discovery, and witness affidavits in that case to co-counsel CHERYL MYERS-BOOTH.

      3. We move for an order permitting the defendant to join in said motion for disclosure.

      WHEREFORE, we ask the Court to permit us to join in this motion, together with such other and further relief the Court deems just and proper.

Dated: September 18, 2025

                                                   /s/ George V.C. Muscato
                                                   GEORGE V.C. MUSCATO, ESQ.
                                                     Attorney for Defendant JOHN ERMIN

                                                   /s/ Donald M. Thompson
                                                   DONALD M. THOMPSON, ESQ.
                                                   Attorney for Defendant JOHN ERMIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| JOHN THOMAS ERMIN, et al., | Docket No 1:23-CR-099 |
| Defendants. | |

_____

I hereby certify that on September 18, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/ECF participants on this case.

Dated: September 18, 2025

/s/ Donald M. Thompson
DONALD M. THOMPSON, ESQ.
Attorney for Defendant JOHN ERMIN
16 W. Main Street, Suite 243
Rochester, New York 14614
(585) 423-8290
dmthompson@etksdefense.com