UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JOHN THOMAS ERMIN                                CASE NO. 1:23-CR-99
  a/k/a "Tommy O"

                    Defendant

### MOTION TO FILE DEFENDANT ERMIN'S UNREDACTED REPLY TO THE GOVERNMENT RESPONSE IN OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTIONS WITH THE COURT AND A REDACTED VERSION WITH THE PARTIES

1.  I, Geroge V.C. Muscato, Esq., represents Defendant, John Thomas Ermin in the above-captioned matter.

2.  On September 19, 2025, the proposed documents to be filed under seal will be delivered to chambers of the Hon. Elizabeth A. Wolford, Chief United States District Judge, pertaining to John Thomas Ermin's case.

3.  The Defendant, John Thomas Ermin, seeks permission file on the public docket redacted version with a copy to all parties and the unredacted version with the Court

Dated: September 19, 2025           Respectfully submitted,

                                    /s/ George V. C. Muscato
                                    George V.C. Muscato, Esq.
                                    Attorney for John Thomas Ermin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

                                                                 **CERTIFICATE OF SERVICE**

vs.

JOHN THOMAS ERMIN, et al.                     **CASE NO. 1:23-CR-99-LJV-JMM**

                 Defendants

_____

I hereby certify that on September 19, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/ECF participants on this case.

Dated: September 19, 2025

                                                             */s/ GEORGE V. C. MUSCATO*
                                                             GEORGE V. C. MUSCATO, ESQ.
                                                             Attorney for John Thomas Ermin
                                                             107 East Avenue
                                                             Lockport NY 14094
                                                             (716) 434-9177
                                                            gmuscato@mdvfirm.com