UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff, | NOTICE OF MOTION FOR JOINDER IN GERACE MOTION FOR RELIEF FROM PROTECTIVE ORDER IN 99-CR-227 |
| v. | |
| FRANK KNIGHT, | Case nos.:   23-cr-099 |
| Defendant. | 19-cr-227 |

| | |
|---|---|
| \MOTION BY: | Barry J. Donohue, Esq., attorney for defendant FRANK KNIGHT. |
| DATE, TIME & PLACE: | Before the Honorable Lawrence J. Vilardo, United States Magistrate Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York at a date, time and place to be set by the Court. |
| SUPPORTING PAPERS: | Affirmation of Barry J. Donohue, Esq. dated September 20, 2025. |
| RELIEF REQUESTED AND GROUNDS FOR RELIEF: | Joinder in the motion of PETER GERACE [1619] of 19-cr-227 for relief from the protective order in case number 19-cr-227. |
| NATURE OF ACTION: | 18 U.S.C. §371 (conspiracy to obstruct justice); 18 U.S.C. §1001(a)(2) ((2) false statements to FBI). |

Dated: September 20, 2025
Erie County, New York

BARRY J. DONOHUE, ESQ.
Attorney for plaintiff

By: /s/ Barry J. Donohue
　　　Barry J. Donohue, Esq.

1

77 Broad Street  
Tonawanda, New York 14150  
(716) 693-0359  
e-mail: barry@donohuelaw.com

To: Joseph Tripi, AUSA  
138 Delaware Avenue  
Buffalo, New York 14202  
(716) 843-5839  
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA  
138 Delaware Avenue  
Buffalo, New York 14202  
(716) 843-5712  
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA  
138 Delaware Avenue  
Buffalo, New York 14202  
(716) 843-5881  
e-mail: casey.chalbeck@usdoj.gov

UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,         SUPPORTING AFFIRMATION

v.

FRANK KNIGHT,                    Case no.:   23-cr-099
                                                            19-cr-227
                Defendant.

STATE OF NEW YORK : 
COUNTY OF ERIE     : ss:

      BARRY J. DONOHUE, an attorney authorized to practice before this Court and licensed to practice law in the Courts of this State, affirms under penalty of perjury as follows:

      1. I am attorney for defendant FRANK KNIGHT in 23-cr-99 and make this affirmation in support of a motion for joinder in the motion in 19-cr-227 [1619] of GERACE for relief from the protective order.

      2. There is material in case 19-cr-227 subject to a protective order that would be necessary to the proper preparation and presentation of a defense in 23-cr-99. For example, in 23-cr-99 [611] pp. 45, 46, 72, the government references affidavits disclosed in 19-cr-227 that would constitute exculpatory material in 23-cr-99. These affidavits, which constitute *Brady* material, do not appear to have been turned over in discovery in 23-cr-99 (only unsigned drafts have been located in 23-cr-99 discovery). If indeed, these affidavits have not been turned over, the ostensible reason would be the ongoing protective order in 19-cr-227.

      3. Any material released from the protective order in 19-cr-227 would still be subject to a

3

protective order in 23-cr-99. [254, 454].

4. KNIGHT moves for an order permitting joinder in the motion of GERACE for relief from the protective order in 19-cr-227.

WHEREFORE, it is respectfully requested that the Court permit KNIGHT to join in the motion of GERACE for relief from the protective order in 19-cr-227.

Dated:  September 20, 2025                    /s/ Barry J. Donohue
                                              Barry J. Donohue

UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES,

                Plaintiff,                SERVICE AFFIRMATION

v.

FRANK KNIGHT,                Case nos.:   23-cr-099
                                                                         19-cr-227

                Defendant.

---

       The undersigned certifies that I am attorney for Defendant FRANK KNIGHT in the above matter and am of such age to serve papers.

       On September 20, 2025  I served a copy of the following by electronic service via CM/ECF:

       Notice of Motion dated September 20, 2025 , the supporting affirmation of Barry J. Donohue dated September 20, 2025 ,

       ADDRESSEE:

Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov

On September 20, 2025 I served a copy of the attached by: ( ) First Class United States Mail; ( ) hand delivery; ( ) electronic mail; or, ( ) facsimile:

ADDRESSEE: none.

Dated:  September 20, 2025                    /s/Barry J. Donohue
                                              Barry J. Donohue
                                              Attorney for plaintiff
                                              77 Broad Street
                                              Tonawanda, New York 14150
                                              (716) 693-0359
                                              Barry@donohuelaw.com