# EXHIBIT

07/13/2023    <u>153</u>    PLEA AGREEMENT as to ██████████ (CMD) (Entered: 07/13/2023)

07/11/2023    152    Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference on Violation of Supervised Release as to ████████ held on 7/11/2023. Attorney Auricchio advised he received a plea agreement from government today, which he needs to review with his client, and requested a plea date be set in near future. AUSA Violanti agrees. If proceeding to plea, the final approved plea documents should be submitted to Court as soon as possible. Plea on Violation of Supervised Release set for 7/13/2023 at 11:00 AM in U.S. District Court, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. Defendant remanded. Appearances. For government: AUSA Joshua A. Violanti. For defendant: James Q. Auricchio. Defendant present in USMS Custody. USPO Andrew Kerrissey. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 07/11/2023)

05/31/2023    151    Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference on VOSR as to ████████ held on 5/31/2023. Attorney Auricchio reported he had conversations with the government regarding plea agreement, and requests an additional 30 days. AUSA Cooper does not oppose. Status Conference on VOSR scheduled for 7/11/2023 at 11:00 AM in U.S. District Court, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. If proceeding to a plea, parties to submit final approved plea documents to the Court at least one week prior to scheduled court appearance. Defendant remanded. Appearances. For government: AUSA Nicholas Cooper for AUSA Joshua A. Violanti. For defendant: James Q. Auricchio. Defendant present in USMS Custody. USPO Andrew Kerrissey. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 05/31/2023)

05/18/2023    150    Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Attorney Appointment Hearing as to ████████ held on 5/18/2023. Based on conflict with AFPD Kubiak's office, the Court grants her <u>149</u> motion to withdraw as counsel, and appoints CJA Panel Attorney James Auricchio as counsel for defendant. AFPD Fonda Kubiak is discharged with gratitude of the Court. Attorney Auricchio requests two weeks to meet with client to review proposed plea agreement. Court scheduled Plea on Violation of Supervised Release for 5/31/2023 at 10:30 AM in U.S. District Court, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. Court directed parties to notify chambers at least one week prior to plea date if plea is going forward. Defendant remanded. Appearances. For government: AUSA Joshua A. Violanti. For defendant: AFPD Fonda D. Kubiak. Defendant present in USMS Custody. USPO Andrew Kerrissey and CJA Panel Attorney James Q. Auricchio. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 05/18/2023)

| 05/16/2023 | 149 | MOTION to Withdraw as Attorney by Fonda Kubiak. by ▮▮▮▮ (Kubiak, Fonda) (Entered: 05/16/2023) |
|---|---|---|
| 05/04/2023 | 148 | TEXT ORDER as to ▮▮▮▮ GRANTING 147 MOTION to Adjourn Plea on Violation of Supervised Release Date filed by ▮▮▮▮ Plea on Violation of Supervised Release rescheduled for 5/18/2023 at 9:30 AM in U.S. District Court, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 5/4/2023.(CMD) (Entered: 05/04/2023) |
| 05/02/2023 | 147 | MOTION to Adjourn Plea on Violation of Supervised Release Date by ▮▮▮▮ (Kubiak, Fonda) (Entered: 05/02/2023) |
| 04/24/2023 | 146 | TEXT ORDER as to ▮▮▮▮ GRANTING 145 MOTION to Adjourn Plea on Violation of Supervised Release filed by ▮ Plea on Violation of Supervised Release RESCHEDULED for 5/4/2023 at 9:30 AM in U.S. Courthouse, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350. Final approved plea documents should be sent to chambers at least one week prior to the plea date. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 4/24/2023.(CMD) (Entered: 04/24/2023) |
| 04/18/2023 | 145 | MOTION to Adjourn Plea on Violation of Supervised Release by ▮▮▮▮ (Kubiak, Fonda) (Entered: 04/18/2023) |
| 03/20/2023 | 144 | Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference on VOSR as to ▮▮▮▮ held on 3/20/2023. AFPD Kubiak received proposed plea agreement, but needs to speak to AUSA Violanti, and requests plea date be set in 30 days. Plea on Violation of Supervised Release set for 4/20/2023 at 2:00 PM in U.S. Courthouse, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. Final approved plea documents should be sent to chambers at least one week prior to the plea date. Court received several letters from defendant. Defendant directed not to send any more letters to Court because he is represented by counsel. Court will provide letters to USPO Kerrissey, but not to the government. Defendant acknowledged he understood. Defendant remanded. Appearances. For government: AUSA Jeremiah E. Lenihan for AUSA Joshua Violanti. For defendant: AFPD Fonda Kubiak. Defendant present in USMS Custody. USPO Andrew Kerrissey. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 03/20/2023) |
| 03/16/2023 | 143 | Sealed Document - Letters from ▮▮▮▮ to Judge Vilardo, emailed to AFPD Fonda Kubiak on 3/16/2023. (Attachments: # 1 Letter)(CMD) (Entered: 03/16/2023) |
| 03/02/2023 | 142 | Sealed Document - Letter from ▮▮▮▮ to Judge Vilardo, emailed to AFPD Fonda Kubiak. (CMD) (Entered: 03/02/2023) |

02/17/2023    141    ARREST Warrant Returned Executed on 1/27/2023 in case as to ███████████ ██████ (JLV) (Entered: 02/17/2023)

02/03/2023    140    Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference on VOSR as to ████████████ held on 2/3/2023. AFPD Bagley reported parties are working toward plea resolution, and requested a 45-day continuance. AUSA Coulson agrees. Further Status Conference on VOSR set for 3/20/2023 at 10:00 AM in U.S. Courthouse, 2 Niagara Square, Niagara Courtroom, 8th Floor West, Buffalo, NY 14202-3350 before Hon. Lawrence J. Vilardo. If plea reached, final approved plea documents to be submitted at least one week prior to plea date. Defendant remanded. Appearances. For government: AUSA Misha Coulson for AUSA Joshua Violanti. For defendant: AFPD Jeffrey Bagley for AFPD Carla Benz. Defendant present in USMS Custody. USPO Andrew Kerrissey and USPO Kevin Zhang. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 02/03/2023)

01/27/2023    139    Minute Entry for proceedings held before Hon. Michael J. Roemer. Appearances: AUSA Joshua A. Violanti on behalf of government; AFPD Carla J. Benz w/defendant ████████████ Special Offender Specialist Andrew J. Kerrissey.
Initial Appearance re Violation Under Supervision as to ████████████ held on 1/27/2023. Government advised defendant of violations contained in the Petition. Court advised defendant of his rights including the right to counsel. Defendant requested assigned counsel and was found eligible. AFPD Carla J. Benz accepted assignment on behalf of the Federal Public Defender's Office.
Government moved for detention. Parties proceeded by proffer. Probation Office recommended detention. The Court found defense failed to show by clear and convincing evidence that defendant does not pose a danger and that he is not a flight risk. Defendant shall be remanded to the custody of the U.S. Marshal Service pending Status Conference/Violation Hearing set for 2/3/2023 10:00 AM in Niagara Courtroom, 8th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Lawrence J. Vilardo. Defendant waived a preliminary hearing. (Court Reporter FTR Gold.)(RAZ) (Entered: 01/30/2023)