

16 W Main St, Suite 100
Rochester, NY 14614
Phone: 585-461-1999
Fax: 585-491-6512
Email: mark@fotilaw.com

September 23, 2025

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

  RE: U.S. v. Gogolack et al (Case No. 23-cr-99)

Dear Judge Wolford:

  This Thursday, September 25, 2025, we have a status conference in which all parties are scheduled to appear. Then, on Monday, September 29, 2025, most of the parties are scheduled to appear for oral argument on dispositive motions. I am requesting that the status conference scheduled for September 25th be adjourned and consolidated with the appearance scheduled for September 29th.

  At the time that we scheduled the September 25th status conference, I advised the Court that I would be unavailable, but my co-counsel would appear for both of us. Unfortunately, she has tested positive for COVID and will be unavailable for the remainder of the week. As a result, Mr. Gerace would not have counsel on September 25th.

  I have contacted the other defense teams, and I understand that they would not object to the adjournment. This includes the defense teams for Mr. Knight and Mr. Gogolack who are currently scheduled to appear on September 25th but were not previously scheduled to appear on September 29th.[1]

---

[1] In regard to Mr. Gogolack, I understand that Mr. Kooshoian is unavailable on September 29th, but Mr. Texido is available to appear on their behalf.



I have also communicated to counsel for the government and indicated they would not object and would defer to the Court.

Thus, I am respectfully requesting that this Court adjourn the status conference scheduled for Thursday, September 25, 2025, to Monday, September 29, 2025, and consolidate the conference with the appearance scheduled for oral argument of dispositive motions.

Thank you for your attention and consideration, and please advise if any further information is needed.

                                              Sincerely,

                                              s/Mark A. Foti
                                              Mark A. Foti, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2025, the foregoing letter-motion is served on all counsel of record by electronically filing the submission with the Clerk of the United States District Court for the Western District of New York using the Court's Case Management/Electronic Case Filing system.

DATED:       September 23, 2025
                  Rochester, New York

                                              s/Mark A. Foti
                                              Mark A. Foti, Esq.