IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

             v.                                 23-CR-99-EAW

MICHAEL RONCONE,

               Defendant.
_____

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

**THE UNITED STATES OF AMERICA,** by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Joseph M. Tripi, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel a list of the witnesses the government anticipates calling in its case-in-chief, together with a brief summary of each witness' anticipated testimony.

    1.      **Brian Burns, FBI Special Agent, Buffalo, New York**

Brian Burns is a Special Agent with the FBI in Buffalo, New York. SA Burns will testify about his involvement in the search warrant conducted at Michael Roncone's residence on December 7, 2023. SA Burns will testify about meeting Mr. Roncone, and about the timing, circumstances, and details of their conversation. SA Burns will testify about his own actions, the actions of others that he observed, and the actions, demeanor, and statements of Mr. Roncone.

2.     **Geraldo Rondon, FBI Task Force Officer, Buffalo, New York**

Geraldo Rondon is an Investigator with the New York State Police and a Task Force Officer (TFO) of the FBI in Buffalo, New York.   TFO Rondon will testify about his involvement at the scene of a search warrant conducted at Michael Roncone's residence on December 7, 2023.   TFO Rondon will testify about meeting Mr. Roncone, and about the timing, circumstances, and details of their conversation.   TFO Rondon will testify about his own actions, the actions of others that he observed, and the actions, demeanor, and statements of Mr. Roncone.

DATED:   Buffalo, New York, September 24, 2025.

MICHAEL DIGIACOMO
United States Attorney

BY:        s/NICHOLAS T. COOPER
           s/CASEY L. CHALBECK
           s/JOSEPH M. TRIPI
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, NY   14202
           716.843.5881
           Joseph.Tripi@usdoj.gov