IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                                  23-CR-99-W

MICHAEL RONCONE,

            Defendant.

---

## GOVERNMENT'S SUPPRESSION HEARING EXHIBIT LIST

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Joseph M. Tripi, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel its Exhibit List.

DATED: Buffalo, New York, September 24, 2025.

                              MICHAEL DIGIACOMO
                              United States Attorney

BY:      s/NICHOLAS T. COOPER      s/JOSEPH M. TRIPI
          Assistant United States Attorney      Assistant United States Attorney
          United States Attorney's Office       United States Attorney's Office
          Western District of New York          Western District of New York
          100 State Street                           138 Delaware Avenue
          Rochester, New York 14614          Buffalo, New York 14202
          (585) 935-7512                            (716) 843-5839
          Nicholas.Cooper@usdoj.gov          Joseph.Tripi@usdoj.gov

          s/CASEY L. CHALBECK
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          (716) 843-5881
          Casey.Chalbeck@usdoj.gov

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __New York__

| UNITED STATES OF AMERICA v.<br>MICHAEL RONCONE | **GOVERNMENT EXHIBIT LIST**<br>Case Number:  23-CR-99-W |
|---|---|

| **PRESIDING JUDGE**<br>Hon. Elizabeth A. Wolford | **GOVERNMENT'S ATTORNEY**<br>Nicholas T. Cooper<br>Casey L. Chalbeck<br>Joseph M. Tripi | **DEFENDANT'S ATTORNEY**<br>Paul G. Dell |
|---|---|---|
| **SUPPRESSION HEARING DATE**<br>10/1/2025 | **COURT REPORTER**<br>Karen J. Clark | **COURTROOM DEPUTY**<br>Sandra Wilson |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1A | | | | | FBI 302 Roncone Statements: GOV-00011411 through GOV-00011413 |
| 1B | | | | | FBI Notes Roncone Statements: GOV-00011414 through GOV-00011420 |
| 1C | | | | | Photo of Baggie and Ammo: GOV-00011421 |
| 1D | | | | | Photo of residue on tray from safe: GOV- 00011422 |
| 2A | | | | | FBI 302 SA Burns Photos: GOV-00011498 |
| 2B | | | | | Photos Attached to SA Burns Photo 302: GOV-00011421, GOV-00011422, GOV-00011499 through GOV00011511 |
| 3A | | | | | Roncone_Person_SW: GOV- 00011430 through GOV-00011437 |
| 3B | | | | | Roncone_Residence_SW: GOV-00011489 through GOV-00011497 |
| 4 | | | | | SW Sign in Log: GOV-00011487 |
| 5A | | | | | Google Maps Photo: 4998 William St.  Street View of House and Fire Hall |
| 5B | | | | | Google Maps Photo: 4998 William St. View of Fire Hall |
| 6A | | | | | **Digital Exhibit** Body Worn Camera: F3100413_2023-12-07T10.52.13.683Z_1800 |
| 6B | | | | | **Digital Exhibit** Body Worn Camera: F3100413_2023-12-07T11.22.14.965Z_1424 |
| 6C | | | | | **Digital Exhibit** Body Worn Camera: F3100414_2023-12-07T10.52.12.464Z_1800 |
| 6D | | | | | **Digital Exhibit** Body Worn Camera: F3100414_2023-12-07T11.22.13.056Z_1421 |
| 6E | | | | | **Digital Exhibit** Body Worn Camera: F3100417_2023-12-07T10.52.12.953Z_1800 |

| PRESIDING JUDGE<br>Hon. Elizabeth A. Wolford | | | | | GOVERNMENT'S ATTORNEY<br>Nicholas T. Cooper<br>Casey L. Chalbeck<br>Joseph M. Tripi | DEFENDANT'S ATTORNEY<br>Paul G. Dell |
|---|---|---|---|---|---|---|
| SUPPRESSION HEARING DATE<br>10/1/2025 | | | | | COURT REPORTER<br>Karen J. Clark | COURTROOM DEPUTY<br>Sandra Wilson |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | |
| 6F | | | | | **Digital Exhibit** Body Worn Camera: F3100417_2023-12-07T11.22.13.524Z_1415 | |
| 6G | | | | | **Digital Exhibit** Body Worn Camera: F3100418_2023-12-07T10.52.34.576Z_1800 | |
| 6H | | | | | **Digital Exhibit** Body Worn Camera:F3100418_2023-12-07T11.22.35.137Z_1391 | |
| 6I | | | | | **Digital Exhibit** Body Worn Camera: F3100419_2023-12-07T10.52.21.729Z_1800 | |
| 6J | | | | | **Digital Exhibit** Body Worn Camera: F3100419_2023-12-07T11.22.22.298Z_1409 | |
| 6K | | | | | **Digital Exhibit** Body Worn Camera: F3100420_2023-12-07T10.52.17.281Z_1800 | |
| 6L | | | | | **Digital Exhibit** Body Worn Camera: F3100420_2023-12-07T11.22.18.903Z_1440 | |
| 6M | | | | | **Digital Exhibit** Body Worn Camera: F3100425_2023-12-07T10.52.25.790Z_1800 | |
| 6N | | | | | **Digital Exhibit** Body Worn Camera: F3100425_2023-12-07T11.22.26.382Z_1401 | |
| 6O | | | | | **Digital Exhibit** Body Worn Camera: F3100426_2023-12-07T10.52.14.647Z_1800 | |
| 6P | | | | | **Digital Exhibit** Body Worn Camera: F3100426_2023-12-07T11.22.15.209Z_1409 | |
| 6Q | | | | | **Digital Exhibit** Body Worn Camera: F3100428_2023-12-07T10.52.12.346Z_1800 | |
| 6R | | | | | **Digital Exhibit** Body Worn Camera: F3100428_2023-12-07T11.22.12.943Z_1420 | |
| 6S | | | | | **Digital Exhibit** Body Worn Camera: F3100431_2023-12-07T10.52.20.829Z_1800 | |
| 6T | | | | | **Digital Exhibit** Body Worn Camera: F3100431_2023-12-07T11.22.21.443Z_1413 | |
| 6U | | | | | **Digital Exhibit** Body Worn Camera: F3100432_2023-12-07T10.52.10.727Z_1800 | |
| 6V | | | | | **Digital Exhibit** Body Worn Camera: F3100432_2023-12-07T11.22.11.289Z_1433 | |
| 7 | | | | | FBI 302 Roncone SW Execution: GOV-00011426 through GOV-00011429 | |
| 8 | | | | | FBI SW Execution Log: GOV-00011486 | |
| 9 | | | | | SW Photo Front of House: GOV-00011537 | |