IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                                               23-CR-99-W

MICHAEL RONCONE,

            Defendant.

---

**GOVERNMENT'S SUPPRESSION HEARING 3500 EXHIBIT LIST**

        THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Joseph M. Tripi, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel its 3500 Exhibit List.

        DATED: Buffalo, New York, September 24, 2025.

                                            MICHAEL DIGIACOMO
                                            United States Attorney

BY:        s/NICHOLAS T. COOPER        s/JOSEPH M. TRIPI
             Assistant United States Attorney     Assistant United States Attorney
             United States Attorney's Office      United States Attorney's Office
             Western District of New York       Western District of New York
             100 State Street                       138 Delaware Avenue
             Rochester, New York 14614         Buffalo, New York 14202
             (585) 935-7512                         (716) 843-5839
             Nicholas.Cooper@usdoj.gov        Joseph.Tripi@usdoj.gov

             s/CASEY L. CHALBECK
             Assistant United States Attorney
             United States Attorney's Office
             Western District of New York
             138 Delaware Avenue
             Buffalo, New York 14202
             (716) 843-5881
             Casey.Chalbeck@usdoj.gov

# UNITED STATES DISTRICT COURT

_____ Western _____ DISTRICT OF _____ New York _____

| UNITED STATES OF AMERICA v.<br>MICHAEL RONCONE | GOVERNMENT 3500 EXHIBIT LIST<br>Case Number: 23-CR-99-W |
|---|---|

| PRESIDING JUDGE<br>Hon. Elizabeth A. Wolford | GOVERNMENT'S ATTORNEY<br>Nicholas T. Cooper<br>Casey L. Chalbeck<br>Joseph M. Tripi | DEFENDANT'S ATTORNEY<br>Paul G. Dell |
|---|---|---|
| TRIAL DATE [S]<br>10/1/2025 | COURT REPORTER<br>Karen J. Clark | COURTROOM DEPUTY<br>Sandra Wilson |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | **3500**<br>**Burns, Brian** |
| 3500A | | | | | E-Mail; Subject: Firearm with possible altered serial number from Michael Roncone residence-12/13/2023 |
| 3500B | | | | | E-Mail: Subject: Picture observed by Roncone with photo attachment-12/12/2023 |
| 3500C | | | | | E-Mail: Subject : Pictures displayed to Roncone with photo attachment-12/12/2023 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1