UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.
                                        **23-CR-99**

MICHAEL RONCONE,

        Defendant.
_____

## DEFENSE LIST OF POTENTIAL WITNESSES AND EXHIBITS

    Defendant Michael Roncone, through his attorney, Paul G. Dell, Esq., hereby serves on the Court and the Government a list of witnesses and exhibits the Defense may call at the hearing with regard to the Defense' Motion to Suppress Statements.

1. The Defense may call the defendant, Michael Roncone.

2. The Defense may introduce any of the exhibits described in the Government's Suppression Hearing 3500 Exhibit List (Document 633) and the Government's Suppression Hearing Exhibit List filed earlier today (Document 632).

Dated: September 24, 2025

By:    Paul G. Dell, Esq.

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

Plaintiff,

      vs.                                              23-CR-99

MICHAEL RONCONE,

Defendant.
_____

      I hereby certify that on September 24, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

                                                                            *s / Paul G. Dell, Esq.*
                                                                            PAUL G. DELL
                                                                            Attorney for Defendant
                                                                            Michael Roncone
                                                                            70 Niagara Street
                                                                            Buffalo, New York 14202
                                                                            (716) 362-1156
                                                                            pgdell@aol.com