# DANIEL J. HENRY, JR., ESQ., PLLC
Attorney at Law

16 MAIN STREET
HAMBURG, NEW YORK 14075
PHONE: (716) 648-0510
FAX: (716) 648-1806
www.danhenrylaw.com
E-mail: dhenry@villariniandhenry.com

September 30, 2025

Hon. Elizabeth A. Wolford
United States District Court
Western District of New York
U.S. Courthouse
100 State Street
Rochester, New York 14614

    Re:    U.S.A. v. Howard Hinkle
           File No.: 23-CR-00099-(EAW)

Dear Judge Wolford:

    This letter will serve as notice that Mr. Hinkle is withdrawing his suppression motion and hearing request concerning the alleged statement to law enforcement. The original motion was filed under seal on August 8, 2025, and the redacted version is filed under Dkt. #548.

    Should you have any questions, please contact me.

    Thank you.

Respectfully yours,

Daniel J. Henry, Jr.

DJH/cmh