UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,                  NOTICE OF MOTION FOR SEALING
                                                ADMIN. PROC. GUIDE §2(R)(i)(2)

v.

FRANK KNIGHT,                             Case no.: 23-cr-099

        Defendant.

---

PLEASE TAKE NOTICE, that upon the affirmation of Barry J. Donohue, Esq., filed separately under seal, defendant FRANK KNIGHT moves this Court to seal NOTICE OF MOTION FOR SEVERANCE ETC. pursuant to the Administrative Procedures Guide for Electronic Filing §2(R)(i)(2).

Dated: Tonawanda, New York
       October 24, 2025

                                                         /s/Barry J. Donohue
                                                         Barry J. Donohue
                                                         Attorney for defendant WILLIAMS
                                                         77 Broad Street
                                                         Tonawanda, New York 14150
                                                         (716) 693-0359
                                                         barry@donohuelaw.com

                                                         Matthew R. Lembke
                                                         CERULLI MASSARE & LEMBKE
                                                         45 Exchange Blvd., Suite 925
                                                         Rochester NY 14614
                                                         Phone: 585-454-3323
                                                         e-mail: www.mattlembke.com

To: Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov

Joshua Violanti, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5864
e-mail: joshua.violanti@usdoj.gov