IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                              23-CR-99-EAW

SIMON GOGOLACK, et al.,

      Defendants.
_____

## QUINN USPO PROTECTIVE ORDER

Pursuant to a Decision and Order entered October 28, 2025, the undersigned agreed to produce to attorneys of record for the parties certain material pertaining to the alleged victim in the above-captioned proceeding, Crystal Quinn, contained in the file maintained by the United States Probation and Pretrial Services Office for the Western District of New York. (Dkt. 656). The information ordered to be produced shall hereinafter be referred to as "Probation Information". Now, upon the agreement of the parties, and with respect to the Probation Information, it is hereby:

**ORDERED**, that the Probation Information may only be reviewed and disclosed to attorneys of record in the above-captioned matter, and the Probation Information and its content shall not be shared with or disclosed to any other persons, including the defendants, private investigators, other non-attorney members of the prosecution or defense teams, or third parties, without further order of this Court, and it is further

**ORDERED**, that notwithstanding the above paragraph, in order to have an orderly production of the material, litigation support personnel employed by the United States Attorney's Office must process the Probation Information for production, and nothing

contained herein shall prevent said personnel's access to the same for purposes of said production, and it is further

**ORDERED**, that at the conclusion of the litigation of this action, including any direct appeal, counsel shall certify to the Court that the Probation Information has been destroyed or returned to the Court, and it is further

**ORDERED**, that a violation of this Protective Order may constitute a contempt of court and/or result in impositions of sanctions, and it is further

**ORDERED**, that nothing in this Order shall preclude or prejudice a party's right to apply for modification of the Order by motion to the Court.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: October 31, 2025
       Rochester, New York