IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  23-CR-99-EAW

SIMON GOGOLACK, et al.,

Defendants

## ADVISORY

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Casey L. Chalbeck, Assistant United States Attorney, hereby files this advisory concerning the Court's proposal to disclose redacted copies of Magistrate Judge Jeremiah J. McCarthy's Order to Show Cause dated September 15, 2025 (ECF No. 605); Decision and Order dated October 16, 2025 (ECF No. 643); and Decision and Order dated October 22, 2025 (ECF No. 647). The government defers to the Court as to its proposed redactions and method of disclosure.

DATED: Buffalo, New York, November 6, 2025.

MICHAEL DIGIACOMO
United States Attorney

BY: s/CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716.843.5881
Casey.chalbeck@usdoj.gov