IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                              23-CR-99-EAW

FRANK KNIGHT,

                  Defendant.

_____

## MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT KNIGHT'S DISPOSITIVE MOTIONS

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Joshua A. Violanti, Assistant United States Attorney, the undersigned hereby moves this Court for an extension of time until December 1, 2025, to file a response to defendant Knight's dispositive motions, *see* Dkt. 652, 655.

DATED: Buffalo, New York, November 19, 2025

                                        MICHAEL DIGIACOMO
                                        United States Attorney

                    BY:    s/JOSHUA A. VIOLANTI
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            716-843-5864
                            Joshua.Violanti@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                  23-CR-99-EAW

FRANK KNIGHT,

                      Defendant.

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO    )

**JOSHUA A. VIOLANTI,** being duly sworn, deposes and states:

1.      I am an Assistant United States Attorney for the Western District of New York and I am assigned to my office's file regarding this action. This affidavit is submitted in support of the government's motion for an extension of time to file its response to defendant-Knight's dispositive motions, *see* Dkt. 652, 655.

2.      As this Court is aware, a jury trial for this matter is scheduled for June 8, 2026, *see* Dkt. 575.

3.      On August 20, 2025, the Court set a scheduling order requiring the defendant to file dispositive motions by October 24, 2025. Dkt. 567. The government's response is due

by November 21, 2025, with the defendant's reply due on December 5, 2025. An oral argument is set for December 10, 2025. *See id.*

4. During the relevant time, the undersigned's current caseload has caused delays in drafting the government's response. The defendant's dispositive motion raises substantive issues involving a motion to suppress and severance. The undersigned seeks more time to thoroughly address these issues. The government respectfully requests an extension of time until December 1, 2025, to respond to the defendant's dispositive motions.

5. The government has conferred with defense counsel for Knight, Barry Donohue, Esq., who does not oppose the government's extension request.

6. Based upon the foregoing, the government respectfully requests an extension of time from November 21, 2025, until December 1, 2025, to respond to the defendant-Knight's dispositive motions.

s/JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5864
Joshua.Violanti@usdoj.gov

Subscribed and sworn to before me
this 19th day of November, 2025.

s/ELIZABETH HARF
Commissioner of Deeds
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2026

2