IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.                                                  23-CR-99-EAW

SIMON GOGOLACK, et al.,

               Defendants.
_____

## MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves to (1) file under seal its unredacted objections to the Magistrate Court's orders disclosing grand jury material (Dkts. 643, 647) and (2) file redacted versions of its (i) objections, (ii) response to the Magistrate Court's Order to Show Cause (dated Sept. 29, 2025), and (iii) motion to stay the Magistrate Court's disclosure orders (dated Oct. 16, 2025) on the public docket.

    **A.**     **The government's objections to the Magistrate Court's disclosure orders**

On November 26, 2025, the government electronically filed with the court its objections to the Magistrate Court's disclosure orders. The government's unredacted filing contains grand jury information that has not been authorized for public disclosure. Because Rule 6(e) of the Federal Rules of Criminal Procedure dictates that such materials remain secret unless ordered by the court under one of the Rule's enumerated exceptions, the government's unredacted objections should be accepted under seal. *See generally* Fed. R. Crim. P. 6(e); Text Order, Dkt.

645, (dated Oct. 20, 2025) ("Because this matter concerns secret grand jury material, the Court grants the government's request to file its motion to stay under seal.").

Additionally, the Court should permit the government to file a redacted version of its objections on the public docket. The government's proposed redactions, which were also electronically conveyed to the Court on November 26th, are consistent with the Court's redactions to the Magistrate Court's Order to Show Cause (Dkt. 605) and Orders directing the disclosure of grand jury material (Dkts. 643, 647). For that reason, the government respectfully requests that the Court permit it to file its proposed redacted version of its objections on the public docket.

**B.     The government's response to the Magistrate Court's Order to Show Cause**

On November 26, 2025, the government electronically conveyed for public filing a proposed redacted version of its response to the Magistrate Court's Order to Show Cause (Dkt. 605), which it had previously filed under seal on September 29, 2025. *See* Not. *Ex Parte* Filing, Dkt. 637, (dated Sept. 30, 2025) (regarding the government's response to the Magistrate Court's order to show cause). The proposed redactions relate to sealed material under Rule 6(e) that has not been authorized for public dissemination and are in keeping with the Court's redactions of the above-referenced orders issued by the Magistrate Court.[1] Accordingly, the government respectfully requests that the Court permit it to file its proposed redacted version of its response to the Order to Show Cause on the public docket.

---

[1] The government also conveyed a separate redacted version of its response to the Order to Show Cause to defense counsel that redacted grand jury material not relied on by the Magistrate Court in its orders directing the disclosure of grand jury material.

### C.    The government's October 16th motion for a stay

The government also electronically conveyed a proposed redacted version of its motion for a stay of the Magistrate Court's disclosure orders (Dkts. 643, 647), which it had previously filed under seal on October 16, 2025.[2]  *See* Not. *Ex Parte* Filing, Dkt. 644, (dated Oct. 17, 2025) (regarding the government's motion for a stay of the Magistrate Court's disclosure orders); Text Order, Dkt. 645, (dated Oct. 20, 2025) (granting the government's motion for a stay under seal because it contains secret grand jury material).  The government's proposed redactions parallel those implemented by this Court as to the above-referenced orders issued by the Magistrate Court.  Accordingly, the government respectfully requests that the Court permit it to file the proposed redacted version of its motion for a stay on the public docket.

DATED:  Buffalo, New York, November 26, 2025.

                MICHAEL DIGIACOMO
                United States Attorney

        BY: s/ CASEY L. CHALBECK
            Assistant United States Attorney
            United States Attorney's Office
            Western District of New York
            138 Delaware Avenue
            Buffalo, New York 14202
            (716) 843-5881
            Casey.Chalbeck@usdoj.gov

---

[2]    The government provided an unredacted copy of its motion for a stay to defense counsel on November 26, 2025.