# AFFIRMATION

I, SIMON GOGOLACK, state under penalty of perjury that on August 2, 2023 I was stopped by police taken into custody and interrogated by law enforcement without having been advised of my rights and/or given Miranada warnings. I was then taken to the Depew Police Department where I remained in custody and continued to be interrogated. While at the Depew Police Department law enforcement continued to question me after I invoked my right to counsel.

SIMON GOGOLACK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SIMON GOGOLACK, et al.,**

**Defendant.**

---

**CERTIFICATE OF SERVICE**

**Indictment No.: 1:23-CR-0099**

Peter M. Kooshoian, Esq., an employee with the office of Rosenthal, Kooshoian & Lennon, LLP located at 80 West Huron Street, Buffalo, New York 14202-3093 affirm to be true and state under penalty of perjury that on January 16, 2026 an **Affirmation** was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Hon. Elizabeth A. Wolford
   United States District Court Judge

2. Casey L. Chalbeck, Esq.
   Assistant United States Attorney

3. Nicholas Cooper, Esq.
   Assistant United States Attorney

4. Joseph Tripi, Esq.
   Assistant United States Attorney

Peter M. Kooshoian

Sworn before me this 16th
day of January, 2026.

Garnet L. Kelly
Notary Public

GARNET L. KELLY
Notary Public-State of New York
No. 01KE6296174
Qualified in Erie County
Commission Expires January 27, 2026