IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

UNITED STATES OF AMERICA,

      v.                                                23-CR-99-EAW

SIMON GOGOLACK, et al.,

      Defendants.

───────────────────────────────────────────────

## MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Casey L. Chalbeck, Assistant United States Attorney, of counsel, hereby moves to file under seal Exhibits A and B of its Supplemental Memorandum in Opposition to Mr. Gogolack's Constitutional Speedy Trial Motion to Dismiss (Dkt. 737).  The Second Amended Protective Order provides that the discovery in this case "shall not be provided or disclosed to third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action."  Sec. Am. Protective Order, Dkt. 454, (dated June 13, 2025) (hereinafter the "Protective Order").[1]  Here, Exhibits A and B of the government's supplemental memorandum consists of discovery subject to the Protective Order's third-party disclosure limitations.  Accordingly, the government asks that the Court accept Exhibits A and B under seal.

---

[1] Though the Protective Order also provides that the discovery may be disclosed in pretrial filings, *see* Dkt. 454 at 2–3, the government does not read this provision as *requiring* the public disclosure of the discovery.  Otherwise, the parties could circumvent the Protective Order's limitations concerning disclosures to third parties by appending the discovery to public court filings.

DATED: Buffalo, New York, January 22, 2026.

                                    MICHAEL DIGIACOMO  
                                    United States Attorney

BY:   s/ CASEY L. CHALBECK  
        Assistant United States Attorney  
        United States Attorney's Office  
        Western District of New York  
        138 Delaware Avenue  
        Buffalo, New York 14202  
        (716) 843-5881  
        Casey.Chalbeck@usdoj.gov