

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*Federal Center*  716.843.5700
*138 Delaware Avenue*  *Fax:* 716.551.3052
*Buffalo, New York  14202*  *Writer's Telephone:* 716.843.5881
 *Writer's fax:* 716.551.3052
 Casey.Chalbeck@usdoj.gov

February 18, 2026

**VIA ELECTRONIC MAIL**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

> Re:  *United States of America v. Gogolack*, et al.,
>  Case Number: 23-CR-99-EAW

Dear Chief Judge Wolford:

This letter is being submitted in response to Your Honor's Text Order (Dkt. 759), dated February 17, 2026.  Please be advised that the government does <u>not</u> intend to offer, on its case-in-chief, statements made by defendant Roncone to law enforcement on December 7, 2023 (as captured in Exhibit 6C) before his interview with SA Brian Burns.  The government reserves its right to utilize such statements, on cross-examination of the defendant (should he testify), for the purposes of impeachment.

Please do not hesitate to contact me with any questions, comments, or concerns.

 Respectfully,

 *Nicholas T. Cooper*

 Nicholas T. Cooper
 Assistant United States Attorney

Encl.
CC (via electronic mail):
Counsel of record.