UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                        **NOTICE OF MOTION**
                                   **FOR JOINDER**

                                    **INDICTMENT # 23-CR-99**

MICHAEL RONCONE,

       Defendant,
_____

    PLEASE TAKE NOTICE, that upon the annexed Affirmation of Paul G. Dell, Esq., dated the 19th day of February, 2026, the undersigned hereby moves this Court (United States District Judge Elizabeth A. Wolford) for the relief set forth in the attorney affirmation annexed hereto and made a part hereof (together with such other and further relief as to this Court seems just and proper.

DATED:     Buffalo, NY
                February 19, 2026

                                               */s/ Paul G. Dell, Esq.*
                                               PAUL G. DELL, ESQ.
                                               Attorney for Defendant
                                               Michael Roncone
                                               70 Niagara Street
                                               Buffalo, New York 14202
                                               (716) 362-1156
                                               pgdell@aol.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       Plaintiff,                    **23-CR-99**

       v.                           **AFFIRMATION**

MICHAEL RONCONE,

       Defendant
_____

STATE OF NEW YORK }
COUNTY OF ERIE } ss.:
CITY OF BUFFALO }

PAUL G. DELL, ESQ., under penalty of perjury, says that:

1. I am an attorney duly admitted to practice law in the Western District of New York. I represent the above defendant, Michael Roncone.

2. Several co-defendants moved for severance pursuant to Rule 8 and Rule 14. Mr. Roncone hereby joins in those motions.

3. At a status conference held on January 21, 2026, the Court sought supplemental filings with regard to Rule 8(b) severance.

4. For purposes of Rule 8(b) severance, Mr. Roncone is similarly situated to co-defendant, Frank Knight, in that they are charged under Count 1, but not under Counts 2 or 3.

5.  For the reasons set forth in Defendant Frank Knight's Memorandum in Support of Severance/Separate Trials under Rule 8(b) (Dkt 761), it is Mr. Roncone's position that Count 1, Count 5, Count 23, and Count 26 (if this count survives pre-trial litigation), be tried before a single jury and the balance of the counts of the indictment be severed for separate trials under Rule 8(b).

WHEREFORE, it is respectfully requested that the Court grant the requested relief.

s / *Paul G. Dell, Esq.*
PAUL G. DELL
February 19, 2026
Attorney for Defendant
Michael Roncone
70 Niagara Street
Buffalo, New York 14202
(716) 362-1156
pgdell@aol.com

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

Plaintiff,

      vs.                                    23-CR-99

MICHAEL RONCONE,

Defendant.
_____

    I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

                                                          *s / Paul G. Dell, Esq.*
                                                          PAUL G. DELL
                                                          February 19, 2026
                                                          Attorney for Defendant
                                                          70 Niagara Street
                                                          Buffalo, New York 14202
                                                          (716) 362-1156
                                                          pgdell@aol.com