

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*            716.843.5700
*138 Delaware Avenue*      *Fax:*   716.551.3052
*Buffalo, New York   14202*    *Writer's Telephone:*   716.843.5881
                            *Writer's fax:*   716.551.3052
                            Casey.Chalbeck@usdoj.gov

March 3, 2026

**VIA PACER**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

       Re:    ***United States of America v. Gogolack*, et al.,**
               **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

      On March 3, 2026, the Court invited the government to respond to defendant Michael Roncone's request for the appointment of second counsel. *See* Text Order, Dkt. 782, (dated Mar. 3, 2026). The government defers to the Court, provided that the appointment of second counsel does not result in an adjournment of the trial scheduled to begin on June 8, 2026.

                                      Respectfully,

                                      Casey L. Chalbeck
                                      Assistant United States Attorney

CC (via PACER):
Counsel of record.