**PAUL G. DELL**
Attorney at Law
70 Niagara Street
Buffalo, New York 14202

Telephone: (716) 362-1156  Cell / Voice mail: (716) 984-8095
Fax: (716) 362-1150  E-mail: PGDELL@aol.com

March 6, 2026

HON. ELIZABETH A. WOLFORD
United States District Judge
Western District of New York

Re:   USA v. Michael Roncone
      23-CR-99
      Request for Second CJA Counsel

Dear Judge Wolford:

Your Honor recently granted my motion to be appointed CJA counsel for Michael Roncone effective March 11, 2026, after having served as his retained counsel since December of 2023 (Dkt #782).

Regarding my request for a second CJA counsel, the Court sought input from the Government and asked that I specify a proposal for the second counsel. The Government subsequently indicated that it would defer to the Court provided that such an appointment did not result in an adjournment of the trial (Dkt #783).

I propose that Jenna Wojdan-Price be appointed second counsel for Mr. Roncone. I have communicated with AUSA Nicholas Cooper and he confirms

1

that the Government does not believe that there is a conflict of interest. Ms. Wojdan-Price confirms that she is available for the scheduled trial. I am not seeking a delay in the trial or litigation.

    Thank you.

Very truly yours,

Paul G. Dell