UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES,

        Plaintiff,

v.

FRANK KNIGHT,                        Case no.: 23-cr-099

        Defendant.

---

DEFENDANT KNIGHT'S RESPONSE IN OPPOSITION TO
GOVERNMENT'S PROPOSED PROTECTIVE ORDER [779-1]

     Defendant FRANK KNIGHT objects to so much of the government's motion as prohibits him from having copies of 3500 materials, impeachment information, the government's pretrial memoranda, witness list, 3500 list, exhibit list, or "other materials provided voluntarily by the Government pursuant to (the) protective order for trial preparation."

     The government's primary basis for the motion for a protective order seems to be "witness tampering and intimidation." [779] 3.  The government recognizes that early disclosure of 3500 material is intended to promote efficient resolution of the case. [779] 3.  Impeachment material is governed *Brady/Giglio* and is not subject to the timelines in 18 U.S.C. § 3500. *United States v. Bagley*, 473 U.S. 667 (1985); *United States v. Coppa*, 267 F.3d 132 (2001).

     "The government endangers the effective assistance of counsel mandated by the Constitution 'when it interferes in certain ways with the ability of counsel to make independent decisions about how to conduct the defense.' *Strickland v. Washington*, 466 U.S. 668, 685-86, 80

1

L. Ed. 2d 674, 104 S. Ct. 2052 (1984) (collecting cases). Unlike the fundamental-assistance cases, where courts denied defendants access to some procedure or consultation with counsel, defendant was given ample opportunity to review the Jencks Act material and to consult his lawyer regarding that material. Cf. *Geders v. United States*, 425 U.S. 80, 91, 47 L. Ed. 2d 592, 96 S. Ct. 1330 (1976) (finding violation of Sixth Amendment right to assistance where court ordered testifying defendant-witness not to consult his attorney for seventeen-hour period between court sessions even absent claim of prejudice)." *United States v. Rivera*, 153 Fed. Appx. 758, 760 (2nd Cir. 2005).

On the issue of "witness tampering and intimidation" the government acknowledges an obligation to demonstrate good cause for the protective order and that disclosure "will result in a clearly defined, specific and serious injury." [779] 8.  That standard was not satisfied in the government's moving papers.  Even if the Court were moved by the guilt-by-association allegations in the government's papers, there is an absence of clearly defined, specific and serious injury.  The government's claims with respect to FRANK KNIGHT do not involve witness tampering or intimidation.

There is no mention of FRANK KNIGHT in the motion papers except to say that he did not respond to a proposed protective order.   However, long before the government's deadline to respond to their proposed order it became apparent that the government would need to make the instant motion.  The proposed order is onerous and unnecessarily hampers defendant's ability to assist in his own defense.

FRANK KNIGHT lives a 4-hour round trip drive from my law office.  His review and input on the material to be disclosed will be essential to effective representation.  And requiring

him to come to my office to review the material is impractical. Even if he were willing to make the round trip trek he works during the times that my office is open and supervision of his review is unworkable.

Dated: March 6, 2026
Erie County, New York

Attorneys for KNIGHT

BARRY J. DONOHUE, ESQ.
By: /s/ Barry J. Donohue
Barry J. Donohue, Esq.
77 Broad Street
Tonawanda, New York 14150
(716) 693-0359
e-mail: barry@donohuelaw.com

Matthew R. Lembke
CERULLI MASSARE & LEMBKE
45 Exchange Blvd., Suite 925
Rochester NY 14614
Phone: 585-454-3323
e-mail: www.mattlembke.com

To: Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov