UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

            v.

SIMON GOGOLACK, a/k/a Greek,

            Defendant.
_____

**ORDER**

1:23-CR-00099 EAW

On February 24, 2026, this matter was scheduled for oral argument on various pending motions, including a motion to suppress statements by defendant Simon Gogolack ("Gogolack") (Dkt. 694). The United States Marshals Service informed the Court, however, that Gogolack, who is in federal custody at the Northeast Ohio Correctional Center in Youngstown, Ohio, refused transport to court for this appearance. This is not the first time that Gogolack has refused transport in connection with this matter. (*See* Dkt. 73; Dkt. 510; Dkt. 567; Dkt. 636; Dkt. 657).

At the February 24, 2026 appearance, the undersigned scheduled a suppression hearing on Gogolack's pending motion (Dkt. 694), to take place on Friday, March 27, 2026, at 11:00 a.m., and Monday, March 30, 2026, at 11:00 a.m., at the United States District Courthouse in Buffalo, New York. Gogolack's appearance is required for the hearing. Accordingly, it is hereby ORDERED that the prison officials at the Northeast Ohio Correctional Facility and/or the United States Marshals Service use whatever degree of reasonable force is necessary to secure Gogolack's appearance before the Court on March 27, 2026, and March 30, 2026.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:  March 10, 2026
        Rochester, New York