IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                                       23-CR-99-EAW

SIMON GOGOLACK, et al.,

              Defendants

---

## ADVISORY

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Casey L. Chalbeck, and Nicholas T. Cooper Assistant United States Attorneys, hereby advises the Court that it anticipates the government will require at least eight weeks to complete its case-in-chief in this matter. However, the government is unable to accurately estimate the length of defense cross examinations and does not know to what extent, if any, one or more defendants intend to present a case. Indeed, the government has not received any reciprocal discovery from the defendants, and the defendants have made no representations regarding their intent to present a case.

    DATED: Buffalo, New York, March 11, 2026.

                                                      MICHAEL DIGIACOMO
                                                      United States Attorney

                        BY:     s/CASEY L. CHALBECK
                                 s/NICHOLAS T. COOPER
                                 Assistant United States Attorneys
                                 United States Attorney's Office
                                 Western District of New York
                                 138 Delaware Avenue
                                 Buffalo, New York 14202