IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

-vs-

                                                                                                                                  23-CR-00099

PETER GERACE, JR.

                    Defendant.

## DEFENDANTS' JOINT MOTION TO ADJOURN DEADLINE
## TO RESPOND TO GOVERNMENT'S
## "PRETRIAL MEMORANDUM OF LAW REGARDING
## GERACE ATTORNEY CLIENT PRIVILEGE ISSUES
## AND FORFEITURE BY WRONGDOING"

      At the status conference on January 21, 2026, the Court asked prosecutors 1) how they intended to get Crystal Quinn's statements into evidence and 2) whether they would maintain that "Attorney 1" was an unindicted co-conspirator. The government did not give a substantive response; rather, it asked for time to brief the two issues. These issues were first raised by the defense in our non-dispositive motions filed nearly a year ago, on April 16, 2025 (dkt 410), and argued before the Magistrate Judge on May 21, 2025 (dkt 434).

      The Court granted the government's request and gave them 7 weeks, until March 11, 2026, to file a "memorandum on accelerated trial issues" and allowed the defense until April 1, 2026 to respond. [dkt see minute entry 740]

      On March 9, 2026, the Court issued a text order at docket 791: "[T]o the extent the government wishes to limit the dissemination of its pretrial filings, including its pre-trial memorandum, witness lists, exhibit list, and 3500 list, at the time of the filing of these materials, the government must submit a properly-supported motion to seal, supported by specific reasons and explaining why any proposed

1

restrictions are necessary. Upon the filing of any motion to seal, the Court will set a scheduling order giving the defense the opportunity to respond".

At 11:58 p.m. on Wednesday, March 11, 2026, the government sent an email to all counsel and the Court indicating that "The government is requesting that the Court accept all of these documents under seal until the government has an opportunity to file a formal motion to seal with a proposed redacted version for the public docket". It simultaneously uploaded to USAfx a 129-page memorandum of law and 51 exhibits and two Appendices. The exhibits and appendices number 1, 1791 pages and the entire submission totals 1,922 pages. The government did not file a motion to seal in advance of the deadline or propose redactions so the memorandum has not yet been filed on the docket.

At a joint defense meeting on Thursday, counsel discussed that when deadlines were set for the response to this submission at the January status conference, their expectation was that the government's memorandum would be relatively short since it was limited to two evidentiary issues.

Over the next month, the defense has the following:

| | |
|---|---|
| **March 16th** | government provides bulk of *Jencks* material to defense [dkt 791, govt email 3/9/26] |
| **March 27th & 30th** | Gogolack suppression hearing [dkt 774] |
| **April 1st** | deadline to submit joint supplemental juror questionnaire [dkt 773, 776] |
| **April 1st** | deadline for defendants' response to government memorandum regarding accelerated trial issues [dkt 745, 765] |
| **April 1st** | joint status update on outstanding disputes due [dkt 791] |
| **April 6th** | status conference and further oral argument [court will discuss *inter alia*: review of *Jencks* material by in-custody defendants; and whether government will voluntarily relax protective order restriction for 1) law enforcement witnesses and 2) witnesses who have already testified in Gerace's first trial] [dkt 773, 745] |
| **April 14th** | deadline for filing any renewed R. 14 severance motions [dkt 773, 775] |
| **April 17th** | deadline for defendants' pretrial submissions [pretrial order, dkt 749] |

| | |
|---|---|
| **April 24th** | deadline to respond to motions *in limine* [dkt 749] |
| **April 29th** | defense response to government's proposed stipulations [dkt 749] |
| **May 1st** | pretrial conference [dkt 749] |

The government's 129-page memorandum regarding "Attorney 1" and the admissibility of Crystal Quinn's statements and the accompanying 51 exhibits, which it had seven weeks to compile, itemizes a number of distinct evidentiary issues. These are substantively significant issues that go to the heart of the case. In order to give these issues sufficient thought and draft a cohesive and coordinated response(s), Defense counsel is respectfully requesting that its deadline, currently set for 2-1/2 weeks from now, be extended to April 17th. That is the date pretrial submissions are also currently due. Doing so would keep briefing for all evidentiary issues on the same track.

The defense expects to receive most of the *Jencks* material by next Monday, March 16, 2026; however, at this time counsel have no estimate of the volume of those materials. The Advisory filed by the government on March 11, 2026, indicates that its direct case is expected to last 8 weeks. Extrapolating from the fact there were 40,000+ discovery documents plus electronic discovery and considering the government's suggestion about the length of the trial, the defense anticipates the volume of the *Jencks* disclosure will be substantial.

Over the next 30 days, the defense will be reviewing a large tranche of *Jencks* material, preparing its response to the government's 1,922-page submission emailed Wednesday, as well as drafting and finalizing a joint juror questionnaire, and updated severance motions. Pretrial submissions, which are partially dependent on issues identified in the *Jencks* material, cannot be fully drafted until the *Jencks* review is completed.

## CONCLUSION

Based on the above, all of the defense teams are respectfully requesting an extension of the April 1, 2026 deadline to respond to the government's "Pretrial Memorandum of Law Regarding Gerace Attorney Client Privilege Issues and Forfeiture by Wrongdoing" until April 17, 2026.

Dated: March 13, 2026
       Orchard Park, New York

Respectfully submitted,

/s/ Cheryl Meyers-Buth
Cheryl Meyers Buth, Esq.
MEYERS BUTH LAW GROUP, PLLC
*Attorney for Defendant Peter Gerace, Jr.*
21 Princeton Place, Suite 105
Orchard Park, New York 14127
(716) 508-8598
cmbuth@mblg.us

s/ Mark A. Foti
Mark A. Foti, Esq.
The Foti Law Firm, P.C.
*Attorneys for Defendant Peter Gerace, Jr.*
16 W. Main Street – Suite 100
Rochester, NY 14614
(585) 461-1999
mark@fotilaw.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

-vs-

PETER GERACE, JR.

23-CR-00099

                      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the foregoing Motion for Extension of Deadline to File Response with the Clerk of the United States District Court for the Western District of New York via the Court's CM/ECF system, thereby serving copies on the United States Attorney's Office for the Western District of New York and all parties on the service list, in accordance with the Local Rules and Federal Rule of Criminal Procedure 49(b).

                                                  *s/Cheryl Meyers Buth*
                                                  Cheryl Meyers Buth