UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

—*vs*—

                                            23-CR-99-EAW

FRANK KNIGHT,

          *Defendant.*

FRANK KNIGHT'S RESPONSE TO GOVERNMENT'S
MOTION TO SEAL PRE-TRIAL MEMORANDUM

Defendant, Frank Knight opposes the government's motion for sealing of its Pre-Trial Memorandum of Law Regarding Gerace Attorney-Client Privilege Issues and Forfeiture by Wrongdoing (dated Mar. 11, 2026) ("pre-trial memorandum") (ECF Doc. No. 797).

The pre-trial memorandum addresses two distinct issues and in two distinct and separately numbered sections of the memorandum.

Section "I" pertains to Gerace's attorney-client privilege issues. This section encompasses the first 91 pages and 26 exhibits of the pre-trial memorandum. Knight takes no position on the sealing of this part of the pre-trial memorandum because the privilege is not his to assert and accordingly, as we see it, he has no basis to take a position it.

Section "II" pertains to whether nineteen categories of statements allegedly made by Crystal Quinn to various people at various times should be admissible at trial. This section encompasses pages 92 through 129 and exhibits 27 through 51 of

the pre-trial memorandum.  Knight objects to this part of the pre-trial memorandum being sealed or filed in redacted form.  It is our position that the entirety of section II of the memorandum and related exhibits and appendices should be filed on the public docket.

Knight understands that some or all of his co-defendants intend to address certain aspects of the pre-trial memorandum and exhibits, and requests that he be permitted to either oppose, join, or take no position on specific objections to the memorandum or its sealing after his co-defendants have filed their responses.

DATED: March 20, 2026

*s/Matthew R. Lembke*

_____

Matthew R. Lembke
CERULLI, MASSARE & LEMBKE
*Attorney for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
matt.lembke@cmllawfirm.com