IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.

SIMON GOGOLACK,

     Defendant.

                        23-CR-99-EAW

---

### GOVERNMENT'S LIST OF POTENTIAL WITNESSES

**THE UNITED STATES OF AMERICA,** by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel a list of the witnesses the government anticipates calling in its case-in-chief.

1.     **Aleksander Wojciechowicz, Depew Police Department, Depew, New York**

Aleksander Wojciechowicz is a Lieutenant with the Depew Police Department. Lt. Wojciechowicz is expected to testify about his actions and observations during the August 2, 2023 arrest of Simon Gogolack in Depew New York.

2.     **Adam Penna, FBI Special Agent, Buffalo, New York**

Adam Penna is a Special Agent with the Federal Bureau of Investigation (FBI). SA Penna is expected to testify about his actions and observations during the August 2, 2023 arrest of Simon Gogolack in the vicinity of Donna Court in Depew New York. SA Penna is expected to testify about his interactions with Simon Gogolack in the booking area of the Depew Police Department on August 2, 2023.

3.      **Jason Kammeraad, FBI Special Agent, Buffalo, New York**

Jason Kammeraad is a Special Agent with the Federal Bureau of Investigation (FBI). SA Kammeraad is expected to testify about his actions and observations during the August 2, 2023 arrest of Simon Gogolack in the vicinity of Donna Court in Depew New York.  SA Kammeraad is expected to testify about his interaction with Simon Gogolack at the scene of the arrest, about his interaction with Simon Gogolack in the booking area of the Depew Police Department, and to offer limited testimony[1] regarding his video-recorded interview of Simon Gogolack in the interview room of the Depew Police Department on August 2, 2023.

DATED:   Rochester, New York, March 20, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:          s/NICHOLAS T. COOPER
             s/CASEY L. CHALBECK
             s/KATERINA F. POWERS
             Assistant United States Attorney
             United States Attorney's Office
             Western District of New York
             100 State Street
             Rochester, NY   14614
             716.843.5881
             Nicholas.Cooper@usdoj.gov

---

[1] It is the government's understanding that the Court and parties have previously agreed to a particular scope of the instant hearing and the government intends (subject to rulings by the Court) to limit SA Kammeraad's testimony regarding the video-recorded interview of Simon Gogolack to what is necessary for the purposes of this hearing.