IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                      23-CR-99-EAW

SIMON GOGOLACK,

Defendant.

### GOVERNMENT'S SUPPRESSION HEARING EXHIBIT LIST

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel its Exhibit List.

DATED: Rochester, New York, March 20, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:      s/NICHOLAS T. COOPER                    s/KATERINA F. POWERS
         Assistant United States Attorney        Assistant United States Attorney
         United States Attorney's Office         United States Attorney's Office
         Western District of New York            Western District of New York
         100 State Street                        138 Delaware Avenue
         Rochester, New York 14614               Buffalo, New York 14202
         (585) 935-7512                          (716) 843-5702
         Nicholas.Cooper@usdoj.gov               Katerina.Powers@usdoj.gov

         s/CASEY L. CHALBECK
         Assistant United States Attorney
         United States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         (716) 843-5881
         Casey.Chalbeck@usdoj.gov

AO 187 [Rev. 7/87] Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Western_____ DISTRICT OF _____New York_____

| UNITED STATES OF AMERICA v. | GOVERNMENT EXHIBIT LIST |
|---|---|
| SIMON GOGOLACK | Case Number:  23-CR-99-EAW |

| PRESIDING JUDGE<br>Hon. Elizabeth A. Wolford | | GOVERNMENT'S ATTORNEY<br>Nicholas T. Cooper<br>Casey L. Chalbeck<br>Katerina F. Powers | DEFENDANT'S ATTORNEY<br>Nicholas Texido, Esq.<br>Peter Kooshoian, Esq. |
|---|---|---|---|
| SUPPRESSION HEARING DATE<br>3/27/26 & 3/30/26 | | COURT REPORTER<br>Karen J. Clark | COURTROOM DEPUTY<br>Sandra Wilson |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | **Digital Exhibit** Depew Body Camera Video |
| 1A | | | | | **Digital Exhibit**  VDPD-BC152_25_080223235229_3 |
| 1B | | | | | **Digital Exhibit**  VDPD-BC152_25_080223235231_4 |
| 2 | | | | | **Digital Exhibit** Depew Full Station Video |
| 2A | | | | | Screenshot from Camera: Hallway Interview Room #1; 21:35:41- Full View |
| 2B | | | | | Screenshot from Camera: Hallway Interview Room #1; 21:35:41- Zoomed in View |
| 3 | | | | | Depew_Pd_Arrest_Report_GOV-0002915 |
| 4 | | | | | FBI 302: Interview of Simon Gogolack on 8/2/2023 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1