IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                                          23-CR-99-EAW

MICHAEL RONCONE,

            Defendant.

---

### GOVERNMENT'S SUPPRESSION HEARING 3500 EXHIBIT LIST

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel its 3500 Exhibit List.

DATED: Rochester, New York, March 20, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:      s/NICHOLAS T. COOPER      s/KATERINA F. POWERS
           Assistant United States Attorney    Assistant United States Attorney
           United States Attorney's Office     United States Attorney's Office
           Western District of New York       Western District of New York
           100 State Street                 138 Delaware Avenue
           Rochester, New York 14614       Buffalo, New York 14202
           (585) 935-7512                  (716) 843-5702
           Nicholas.Cooper@usdoj.gov     Katerina.Powers@usdoj.gov

           s/CASEY L. CHALBECK
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           (716) 843-5881
           Casey.Chalbeck@usdoj.gov

AO 187 [Rev. 7/87] Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western _____ DISTRICT OF _____ New York

| UNITED STATES OF AMERICA v. | GOVERNMENT 3500 EXHIBIT LIST |
|---|---|
| MICHAEL RONCONE | Case Number:  23-CR-99-EAW |

| PRESIDING JUDGE Hon. Elizabeth A. Wolford | GOVERNMENT'S ATTORNEY Nicholas T. Cooper Casey L. Chalbeck Katerina F. Powers | DEFENDANT'S ATTORNEY Nicholas Texido, Esq. Peter Kooshoian, Esq. |
|---|---|---|
| SUPPRESSION HEARING DATE (s) 3/27/26 & 3/30/26 | COURT REPORTER Karen J. Clark | COURTROOM DEPUTY Sandra Wilson |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | **3500**<br>**Kammeraad, Jason** |
| 3500A | | | | | GOGOLACK_Cellphone_SW_packet_for_JJM (002) |
| 3500B | | | | | Signed Affidavit from FBI Special Agent Jason Kammeraad on 2/18/26 |
| | | | | | **3501**<br>**Penna, Adam** |
| 3501A | | | | | 2023-0805 296 Scott Avenue Application Package |
| 3501B | | | | | FBI 302:  Interview of Sharon Quinn on 8/2/23 |
| 3501B-1 | | | | | Handwritten notes for  FBI 302:  Interview of Sharon Quinn on 8/2/23 |
| 3501B-2 | | | | | 597 Sharon laptop; FBI Receipt for Property, with Consent to Search |
| 3501C | | | | | Signed Affidavit from FBI Special Agent Adam Penna on 2/18/26 |
| 3501D | | | | | E-Mail;  Re: Crystal Quinn death |
| 3501E | | | | | FBI 302:  Interaction with Paul Gogolack and Cortnie Barber on 8--2-23 |
| | | | | | |
| | | | | | |

1