# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.

JOHN T. ERMIN,

                  Defendant.          23-cr-99

_____

**MOTION TO JOIN IN CODEFENDANT FRANK KNIGHT'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION TO SEAL ITS PRETRIAL MEMORANDUM**

PLEASE TAKE NOTICE, that defendant JOHN T. ERMIN moves to join in the codefendant's response (dkt. 801) in opposition to the government's motion to seal its pretrial memorandum regarding privilege and forfeiture by wrongdoing (dkt. 797), for the reasons set forth below.

Dated: March 20, 2026

                                 Yours,

                                 s/Donald M. Thompson
                                 **EASTON THOMPSON KASPEREK SHIFFRIN LLP**
                                 16 West Main Street, Suite 243
                                 Rochester, New York 14614
                                 (585) 423-8290

1

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

                                         **ATTORNEY'S**

       -vs-                             **AFFIRMATION**

JOHN T. ERMIN,

                    Defendant.        23-cr-99

DONALD M. THOMPSON, ESQ., affirms that:

1. I am an attorney licensed to practice in the State of New York and the United States District Court for the Western District of New York, I have been appointed to represent the defendant in the above-captioned matter, and I make the allegations herein in support of the relief sought in the annexed Notice of Motion.

2. Pursuant to the Court's text order of March 16, 2026 (dkt. 798), defendants' responses to the government's motion to seal its pretrial memorandum regarding privilege and forfeiture by wrongdoing (dkt. 797) are due by March 20, 2025.

3. After meeting with counsel for the codefendants and with cocounsel, on behalf of defendant Ermin, we respectfully request that he be permitted to join in the motion by codefendant Knight (dkt. 801). As discussed by counsel, if defendant Ermin were to file a separate motion, he would rely on the same arguments and authorities and request the same relief as that requested by codefendant Knight.

WHEREFORE, we respectfully request that the Court grant the requested relief and such further relief as the Court deems just and proper.

Dated: March 20, 2026

*/s/ Donald M. Thompson*
Donald M. Thompson, Esq.
**EASTON THOMPSON**
**KASPEREK SHIFFRIN LLP**
*Attorney for Defendant John Ermin*
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
(585) 423-8290
www.etksdefense.com
dmthompson@etksdefense.com

George V. C. Muscato, Esq.
MUSCATO, DIMILLO & VONA, LLP
*Attorney for Defendant John Ermin*
107 East Avenue
Lockport, New York 14094
(716) 434-9177
georgemuscato@gmail.com