UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

              v.                                    23-CR-99-EAW

MICHAEL RONCONE,

           Defendant.

_____

### MICHAEL RONCONE'S RESPONSE TO THE GOVERNMENT'S MOTION TO SEAL PRE-TRIAL MEMORANDUM

Defendant MICHAEL RONCONE, by and through his attorneys Paul Dell and Jenna Wojdan-Price, hereby files this response to the Government's Motion to Seal its Pre-Trial Memorandum of Law Regarding Gerace Attorney-Client Privilege Issues and Forfeiture by Wrongdoing, dated March 11, 2026 (the "pre-trial memorandum"). (Dkt.797).

Section "I" of the pre-trial memorandum discusses attorney-client privilege related to Defendant Gerace. This portion of the pre-trial memorandum includes pages 1 through 91, and exhibits 1 through 26. Defendant Roncone takes no position on the sealing of those materials.

Section "II" of the pre-trial memorandum discusses statements allegedly made by Crystal Quinn to various individuals. This section includes pages 92 through 129, and exhibits 27 through 51.  Roncone's position is that all statements and related assertions and arguments that have not yet been litigated should not be published on the public docket. And, if the Court does not seal the pre-trial

memorandum and accompanying exhibits, that redaction is necessary. Specifically, Defendant Roncone takes the position that the portions of the pre-trial memorandum that must be redacted include, but are not limited to, Section II, ¶15, pages 112 through 129, and exhibits 42, 43, and 44.

In these portions of the pre-trial memorandum, the Government makes assertions and arguments for the first time in three years of litigation. These issues have not yet been litigated, and Defendant Roncone intends to do so in his response to the pre-trial memorandum, due to this Court on April 10, 2026. As an initial matter, the assertions and statements contained in the above-referenced portions of the pre-trial memorandum bare significant issues of reliability, credibility, and relevance, which will be briefed in detail in Roncone's response. Publishing these un-litigated and unsubstantiated statements and assertions to the public docket at the present time would be unduly prejudicial and would prevent Defendant Roncone from receiving a fair trial. Conversely, sealing or redacting these portions for the time being would give Roncone a fair opportunity to be heard, preserving his constitutional right to a trial in front of a fair and impartial jury.

For those reasons, Defendant Roncone respectfully requests that Section II at ¶15, pages 112 through 129, and exhibits 42, 43, and 44 of the pre-trial memorandum be redacted, should the Court decide it is not appropriate to seal the pre-trial memorandum and accompanying exhibits in its entirety.

Defendant Roncone understands that some or all of his co-defendants intend to address certain aspects of the pre-trial memorandum and exhibits, and requests that he be permitted to either oppose, join, or take no position on specific objections to the memorandum or its sealing after his co-defendants have all filed their responses.

DATED: March 20, 2026

s/ Jenna M. Wojdan-Price

Jenna M. Wojdan-Price
Wojdan-Price Law
*Attorney for Defendant Michael Roncone*
135 Delaware Ave. Suite 406
Buffalo, New York 14202
(716) 218-0895
jenna@wojdanpricelaw.com

s/ Paul G. Dell

Paul G. Dell
Law Offices of Paul G. Dell
*Attorney for Defendant Michael Roncone*
70 Niaga Street
Buffalo, New York 14202
(716) 362-1156
pgdell@aol.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA


                    v.                                          23-CR-99-EAW

MICHAEL RONCONE,

          Defendant.

_____

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the forgoing with the

Clerk of the District Court using its CM/ECF system, which would then

electronically notify all counsel of record.

DATED: March 20, 2026


                                                    *s/ Jenna M. Wojdan-Price*
                                                    _____
                                                    Jenna M. Wojdan-Price
                                                    Wojdan-Price Law
                                                    *Attorney for Defendant*
                                                    *Michael Roncone*
                                                    135 Delaware Ave. Suite 406
                                                    Buffalo, New York 14202
                                                    (716) 218-0895
                                                    jenna@wojdanpricelaw.com