

# WOJDAN-PRICE
—— Law ——

March 27, 2026

**VIA U.S. MAIL CM/ECF**

Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Dear Judge Wolford:

      Re:    United States v. Michael Roncone
                23-CR-99-EAW

On March 13, 2026, the government filed a motion to seal (Dkt. 797), to which Mr. Roncone, through his attorneys, responded to on March 20, 2026(Dkt. 807). In response to your Honor's text order, dated March 23, 2026 (Dkt. 809), the government filed its Amended Motion to Seal on March 26, 2026. (Dkt. 813).

We understand and are sensitive to the expedited nature of this instant mater, and wish to inform the court that Mr. Roncone will be filing a Response to the Amended Motion to Seal by the end of today, March 27, 2026. Thus, the undersigned is respectfully requesting that your Honor consider the forthcoming filing prior to issuing a decision on this matter.

We appreciate the Court's time and attention to this matter.

Respectfully Submitted,

Jenna M. Wojdan-Price

135 Delaware Ave., Suite 406
Buffalo, New York 14202
jenna@wojdanpricelaw.com
(716) 218-0895