

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | *716.843.5700* |
| *138 Delaware Avenue* | *Fax:  716.551.3052* |
| *Buffalo, New York   14202* | *Writer's Telephone:  716.843.5881* |
| | *Writer's fax:  716.551.3052* |
| | *Casey.Chalbeck@usdoj.gov* |

March 30, 2026

**VIA PACER**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:    ***United States of America v. Gogolack*, et al.,**
       **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

On December 24, 2025, the government filed its response to defendant Simon Gogolack's dispositive motions. *See* Dkt. 723.   On page 6 of the government's response, the government represented that, "[o]n November 22, 2023, the Magistrate Court "extended Mr. Gogolack's time to file motions, at his behest, to December 15, 2023." *Id.* at 6.[1]   This is inaccurate.

On September 13, 2023, the grand jury returned the first indictment against Mr. Gogolack.   Indict., Dkt. 12, (dated Sept. 13, 2023).   Mr. Gogolack was arraigned on that indictment on September 14, 2023.   *See* Minute Entry, Dkt. 15, (dated Sept. 14, 2023). Following the arraignment, the Magistrate Court issued a scheduling order requiring Mr. Gogolack to file non-dispositive and dispositive motions by November 22, 2023. *See* Sched. Order, Dkt. 17, (dated Sept. 15, 2023).

On September 20, 2023, the grand jury returned a Superseding Indictment against Mr. Gogolack.   Super. Indict., Dkt. 18, (dated Sept. 20, 2023).   Mr. Gogolack was arraigned on September 25, 2023.   *See* Minute Entry, Dkt. 20, (dated Sept. 25, 2023).   During the arraignment, counsel for Mr. Gogolack requested an extension of his deadline to file motions, citing his need for "more time to review some of th[e] discovery."   Arraign. Tran., at 8, (dated Sept. 25, 2023).   The Magistrate Court then issued an amended Scheduling Order that required Mr. Gogolack to file his motions by December 15, 2023.   *See* Dkt. 25, (dated Sept. 25, 2023).   In other words, the Magistrate Court extended Mr. Gogolack's motions' deadline to December 15, 2023, on September 25, 2023, not November 22, 2023.

---

[1]    Page numbers refer to the CM/ECF page numbers on the docketed filing.

Two days before the deadline, on December 13, 2023, Mr. Gogolack moved to adjourn his motions' deadline, citing his need for more time to review discovery.   Mot. Adjourn at 2 ¶ 3, Dkt. 22, (dated Dec. 13, 2023).   The Magistrate Court granted that motion, and extended the deadline to January 16, 2024.   *See* Am. Schedul. Order, Dkt. 23, (dated Dec. 13, 2023).

Respectfully,

Casey L. Chalbeck
Assistant United States Attorney

CC (via PACER):
Counsel of record.