UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                     **NOTICE OF MOTION**

      v.                                         Indictment # 23-CR-99

MICHAEL RONCONE,

---

Please take notice that upon the attached affirmation of PAUL G. DELL, ESQ., the defendant will move this Court (Hon. Elizabeth A. Wolford) to sever his trial from those of his co-defendants pursuant to Fed. R. Crim. P. 14(a), together with any further relief this Court deems just and proper.

DATED:       April 6, 2026
               Buffalo, New York

                                                    BY:

                                                      *s / Paul G. Dell*

                                                     _____
                                                      PAUL G. DELL, ESQ.
                                                      70 Niagara Street, Suite 108
                                                      Buffalo, New York 14202
                                                      (716) 984-8095
                                                      pgdell@aol.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                                                        **ATTORNEY AFFIRMATION**

    v.                                                Indictment # 23-CR-99

MICHAEL RONCONE

---

STATE OF NEW YORK    )
COUNTY OF ERIE       )    ss.
CITY OF BUFFALO     )

    PAUL G. DELL, ESQ., under penalty of perjury, says that:

1.  I am an attorney for the above-named defendant, Michael Roncone, and as such I am fully familiar with the facts hereinafter set forth from a review of my file, a review of prior proceedings, and my own investigation.

2.  This affirmation is submitted in support of Mr. Roncone's motion for severance from certain co-defendants pursuant to Rule 14 of the Federal Rules of Criminal Procedure.

3.  The above-captioned, second superseding indictment charges a variety of crimes against numerous defendants.  Most of the counts relate to alleged efforts to prevent a witness from testifying against co-defendant, Peter Gerace, at his trial under a separate indictment, and steps allegedly taken to obstruct the Government's investigation of those efforts.

4.  "If the joinder of offenses or defendants in an indictment ... appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trials, or provide any other relief that justice requires" (Fed. R. Crim. P. 14[a]).

1

5.  A jury trial is scheduled to begin on June 8, 2026, for Mr. Roncone and 5 co-defendants. The Court previously severed numerous pending counts from this trial.  This trial pertains to 3 conspiracy counts against multiple defendants along with 3 counts against individual defendants.  Mr. Roncone faces one count of Obstruction of Justice Conspiracy  (Count 1) and one count of Making False Statements (Count 26) at this trial.

6.  Prejudice exists when "there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment about guilt or innocence" (*Zafiro v. United States*, 506 US 534, 539 [1993]).

Peter Gerace

7.  Co-defendant, Peter Gerace, is scheduled to be sentenced for the above-mentioned trial under separate indictment on Apri 24, 2026, just 6 weeks prior to the start of Mr. Roncone's trial.  A jury convicted him of bribery, sex trafficking conspiracy, maintaining a drug involved premises, narcotics conspiracy, witness tampering, and distribution of cocaine. He faces Life and is expected to be sentenced to a very lengthy period of time.  Significant media coverage is expected on the sentencing.  The case has been followed closely and prominently by news media for years.

8.  A review of the voluminous discovery has not revealed any alleged personal relationship between Mr. Gerace and Mr. Roncone, yet they are charged together, along with others, in the Count 1 conspiracy.  Being tried together with such a toxic co-defendant who clearly had a motive to commit the crime will most certainly subject Mr. Roncone to unfair, spillover prejudice which cannot be overcome by a limiting instruction.

2

9.  Severance under Rule 14 should be granted.

### John Ermin

10. Just within the past few days, the Defense was provided with information concerning a witness the Government intends to call from the ATF who purports to be an expert on "Outlaw Motorcycle Gangs or motorcycle clubs on a global perspective."

11. John Ermin is alleged to be a leader of the Outlaw Motorcycle Club. Depending on the nature of the testimony, this type of evidence would be inflammatory and prejudicial – especially if the witness is not knowledgeable about the Rare Breed Motorcycle Club – of which Mr. Roncone is a member. Mr. Roncone is not a member of the Outlaw Motorcycle Club. The testimony would be prejudicial against anyone not a member of the Outlaw Motorcycle Club. It would be especially prejudicial against Mr. Roncone – who is a member of a different motorcycle club.

12. Severance under Rule 14 should be granted.

### Undecided Evidentiary Issues

13. The Court and the parties are sorting out many evidentiary issues.

14. As these issues are sorted out, evidence that may be ruled admissible against co-defendants may be highly prejudicial and with little to no probative value as applied to Mr. Roncone. Mr. Roncone intends to supplement this motion if and when this happens.

3

15. Similarly, there may come a point in time when the Government attempts to introduce statements made out of Court by co-defendants which unfairly prejudice Mr. Roncone under *Bruton*. Mr. Roncone intends to supplement this motion if and when this happens.

WHEREFORE, Mr. Roncone respectfully requests that the Court issue an order severing co-defendants Gerace and Ermin from his trial and permitting him to supplement this application upon the discovery of additional information that may support severance and as evidentiary issues are resolved.

DATED:        April 6, 2026
              Buffalo, New York

                                        *s / Paul G. Dell*

                                        _____
                                        PAUL G. DELL, ESQ.
                                        70 Niagara Street, Suite 108
                                        Attorney for Defendant
                                        MICHAEL RONCONE
                                        Buffalo, New York 14202
                                        (716) 984-8095
                                        pgdell@aol.com

4

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,


    v.                                                 23-CR-99

MICHAEL RONCONE,

_____

      I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

*s / Paul G. Dell*

_____

PAUL G. DELL, ESQ.
Attorney for Defendant
MICHAEL RONCONE
70 Niagara Street, Suite 108
Buffalo, New York 14202
(716) 984-8095
pgdell@aol.com
