**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SIMON GOGOLACK, et al.,

      Defendant.

**Indictment No.: 1:23-CR-0099**

## DEFENDANT'S PRETRIAL SUBMISSION

**A.**    <u>**Parties and Counsel**</u>:

Simon Gogolack
296 Scott Avenue
Wellsville, New York 14895

<u>**Attorneys:**</u>

Peter M. Kooshoian, Esq.
Rosenthal, Kooshoian & Lennon, LLP
80 West Huron Street
Buffalo, New York 14202

Nicholas Texido, Esq.
69 Delaware Avenue
Buffalo, New York 14202

**B.**    <u>**Defense Witnesses**</u>:

The defense anticipates that one or more of the following witnesses in its case in chief:

1.    Christopher D. Rosenbaum, M.D.
46 May Street
Needham, Massachusetts 02492

Dr. Rosenbaum is an American Board-Certified Doctor of Emergency Medicine and Medical Toxicology. It is anticipated he will offer evidence pertaining to relevant toxicology results, reports

---

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

and/or records and the affect of toxins on the human body. The defense will be supplementing this submission with an expert disclosure consistent with the Court's Scheduling Order.

      2.    The defense respectfully requests the right to supplement its witness list upon continuing its review of 3500 material, receipt of additional 3500 material and review of the government's trial memorandum as witnesses called by the government may negate the need for the defense to call them in their case in chief.

**C.**    <u>**Exhibit List**</u>**:**

The Defendant reserves the right supplement this disclosure until receipt and review of the government's exhibit list so as to avoid duplicate submissions.

**D.**    <u>**Stipulations**</u>**:**

The defense has not yet received the government's proposed stipulations.

**E.**    <u>**Impeachment of Witnesses Under Federal Rule of Evidence 608 and 609**</u>**:**

The defense reserves the right to supplement this response upon receipt of all 3500 material and/or the government's trial memorandum.

DATED:    Buffalo, New York
           April 17, 2026

                        Respectfully submitted,

                        Peter M. Kooshoian, Esq.
                        Nicholas Texido, Esq.
                        Rosenthal, Kooshoian & Lennon, LLP
                        80 West Huron Street
                        Buffalo, New York 14202
                        (716) 854-1300

TO:      Hon. Elizabeth A. Wolford
        United States District Court Judge
        U.S. Courthouse
        2 Niagara Square
        Buffalo, New York 14202

Casey L. Chalbeck, Esq. and Nicholas Cooper, Esq.
Assistant United States Attorneys
United States Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**v.**

**SIMON GOGOLACK, et al.,**

          **Defendant.**

---

**CERTIFICATE OF SERVICE**

**Indictment No.: 1:23-CR-0099**

Peter M. Kooshoian, Esq., an employee with the office of Rosenthal, Kooshoian & Lennon, LLP located at 80 West Huron Street, Buffalo, New York 14202-3093 affirm to be true and state under penalty of perjury that on April 17, 2026 **Defendant's Pretrial Submission** was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.     Hon. Elizabeth A. Wolford
       United States District Court Judge

2.     Casey L. Chalbeck, Esq.
       Assistant United States Attorney

3.     Nicholas Cooper, Esq.
       Assistant United States Attorney

_____
Peter M. Kooshoian

Sworn before me this 17th
day of April, 2026.

_____
Notary Public
GARNET L. KELLY
Notary Public-State of New York
No. 01KE6296174
Qualified in Erie County
Commission Expires January 27, 20 30

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300