IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                    23-CR-99-EAW

SIMON GOGOLACK, a/k/a Greek,
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How

            Defendants.

---

## JOINT STATEMENT OF THE CASE

The parties in this case are the United States of America and defendants Simon Gogolack, Peter Gerace, Jr., John Thomas Ermin, Michael Roncone, Frank Knight, and Howard Hinkle, Jr.

The defendants are charged in a 7-count indictment. All defendants are charged with with conspiring to obstruct justice and to defraud the United States. Defendants Gogolack, Gerace, Ermin, and Hinkle are charged with conspiring to tamper with Crystal Quinn, a witness in two cases in which Mr. Gerace was charged, in order to prevent her from testifying. Defendants Gogolack, Gerace, Ermin, and Hinkle are charged with conspiring to retaliate against Crystal Quinn for cooperating with law enforcement.

Mr. Gogolack is also charged with knowingly and intentionally distributing fentanyl to Crystal Quinn which caused her death. Mr. Knight and Mr. Roncone are also charged with making materially false statements to agents of the Federal Bureau of Investigation during the investigation into Crystal Quinn's death.

The defendants are each presumed innocent.  They deny all of the allegations in the Indictment and they have each pleaded "not guilty" to all charges.

DATED: Buffalo, New York, May ___, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:     _____
        s/ NICHOLAS T. COOPER
        s/ CASEY L. CHALBECK
        s/ KATERINA F. POWERS
        Assistant United States Attorneys

DEFENDANT SIMON GOGOLACK

BY:     _____
        s/ PETER KOOSHOIAN, ESQ.
        s/ NICHOLAS TEXIDO, ESQ.

DEFENDANT PETER GERACE, JR.

BY:     _____
        s/ MARK FOTI, ESQ.
        s/ CHERYL MEYERS-BUTH, ESQ.

DEFENDANT JOHN ERMIN

BY:     _____
        s/ GEORGE MUSCATO, ESQ.
        s/ DONALD THOMPSON, ESQ.

DEFENDANT MICHAEL RONCONE

BY:     _____
        s/ PAUL DELL, ESQ.
        s/ JENNA WOJDAN-PRICE, ESQ.

DEFENDANT FRANK KNIGHT

BY:     _____
        s/ MATT LEMBKE, ESQ.
        s/ BARRY DONOHUE, ESQ.

DEFENDANT HOWARD HINKLE, JR.

BY:     _____
        s/ DANIEL HENRY, ESQ.
        s/ FRANK BOGULSKI, ESQ.