IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SIMON GOGOLACK, et al.,

Defendants.

23-CR-99-EAW

---

## GOVERNMENT'S NOTICE OF GOVERNMENT ATTORNEYS, PARALEGALS, AND CASE AGENTS

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of counsel, hereby submits its list of attorneys trying the case and assistants who will be seated at counsel's table.

## NAMES OF GOVERNMENT ATTORNEYS, PARALEGALS, AND CASE AGENTS

The Government identifies the following individuals who may be sitting at counsel table during trial:

Nicholas T. Cooper, Assistant United States Attorney
United States Attorney's Office for the Western District of New York
100 State Street
Rochester, NY 14614

Casey L. Chalbeck, Assistant United States Attorney
United States Attorney's Office for the Western District of New York
138 Delaware Avenue
Buffalo, NY 14202

Katerina F. Powers, Assistant United States Attorney
United States Attorney's Office for the Western District of New York
138 Delaware Avenue
Buffalo, NY 14202

Karen A. Champoux, Paralegal
United States Attorney's Office for the Western District of New York
138 Delaware Avenue
Buffalo, NY 14202

Adam J. Penna, Special Agent
Federal Bureau of Investigation
1 FBI Plaza
Buffalo, New York 14202

DATED:  Buffalo, New York, April 17, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:        s/NICHOLAS T. COOPER        s/KATERINA F. POWERS
Assistant United States Attorney    Assistant United States Attorney
United States Attorney's Office      United States Attorney's Office
Western District of New York       Western District of New York
100 State Street              138 Delaware Avenue
Rochester, New York 14614       Buffalo, New York 14202
(585) 935-7512              (716) 843-5702
Nicholas.Cooper@usdoj.gov     Katerina.Powers@usdoj.gov

s/CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
Casey.Chalbeck@usdoj.gov

2
