UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

23-CR-99-EAW

—*vs*—

FRANK KNIGHT,

*Defendant.*

FRANK KNIGHT'S MEMORANDUM IN RESPONSE TO MOTION FOR ADJOURNMENT OF TRIAL

Defendant Gerace has requested that the June 8, 2026 trial date be adjourned for at least two-months (ECF Doc. Nos. 873, p. 8, ¶¶ 30-34) and defendant Ermin has joined in this motion (ECF Doc. No. 876, p. 2).

In response to this request, Mr. Knight reiterates his previous and unequivocal requests that (1) his case be severed from his co-defendants; (2) that he be tried alone; and (3) that his trial begin on June 8, 2026.

 If the Court does not grant Knight's specific requests, then he does not object to the adjournment of the trial date as requested by Gerace and Ermin.

In terms of counsel's availability, if the trial is adjourned to sometime in August 2026, Mr. Donohue does not have any scheduling conflicts.

I have a conflict because I am scheduled to commence a jury trial in the United States District Court in Rochester before District Judge Geraci on October 5, 2026.  We expect this trial to last about one month (*United States v Chen et al,* 24-cr-6166).  I may need this Court's assistance in rescheduling the trial before Judge

Geraci. None of the defendants in *Chen* are detained and it is a 2024 indictment, as opposed to our case, in which most of the defendants are detained and were indicted in 2023.  I am also scheduled for a jury trial in District Court in Rochester before District Judge Vacca on January 11, 2027.  We expect this trial to take several weeks (*United States v Michael Joyce et ano* 25-cr-6109).  Neither of the defendants in *Joyce* are detained.

DATED: April 26, 2026

*s/Matthew R. Lembke*

_____

Matthew R. Lembke
CERULLI, MASSARE & LEMBKE
*Attorney for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
matt.lembke@cmllawfirm.com
