# *Cerulli Massare & Lembke*

*Attorneys*
45 Exchange Blvd., Suite 925
Rochester NY 14614

Dorando J. Cerulli (1912-2000)                                                      Voice: (585) 454-3323

Edward J. Massare (1941-2022)                                                        Fax: (585) 873-1106

Matthew R. Lembke                                                      matt.lembke@cmllawfirm.com

April 28, 2026

BY ECF FILING ONLY

Hon. Elizabeth A. Wolford
Chief United States District Judge
100 State Street
Rochester NY 14614

> Re:  *United States of America v. Simon Goglack et al*
>       *Case No.: 23-cr-99*

Dear Chief Judge Wolford:

I am writing to request that I be permitted to appear at the April 29, 2026, conference by phone.  The reason for this request is that I have a long-standing appearance in Yates County Supreme Court in a criminal case before Hon. Jason L. Cook at 1:30 P.M. tomorrow in a multi-defendant case.  It is on for argument of motions or disposition, and I believe that the parties will be resolving the case tomorrow.  I will not be able to make it to Buffalo in time for an in-person appearance.  If this is acceptable to the Your Honor, I will provide the Court with my cell phone number by email.

As always, I appreciate the Court's consideration of this request, and your courtesy and attention to this case.

Respectfully yours,

*s/Matt Lembke*

Matthew R. Lembke

MRL/ajb
pc:       All Counsel of Record (*by ECF filing*)