UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                             Plaintiff

v.                                            FILE NO.: 23-CR-99-EAW

HOWARD HINKLE,

                             Defendant

_____

**REPLY TO GOVERNMENT'S RESPONSE REGARDING HOWARD HINKLE'S MOTION TO PRECLUDE REFERENCES TO HIS ALLEGED MEMBERSHIP OR ASSOCIATION WITH THE RARE BREED MOTORCYCLE CLUB OR ANY OTHER MOTORCYCLE CLUB**

Dated:  May 1, 2026
        Buffalo, New York

                                   Respectfully submitted,

                                   *s/ Frank Bogulski*
                                   Frank Bogulski, Esq.
                                   Daniel J. Henry, Jr., Esq.
                                   Attorneys for *Howard Hinkle*
                                   135 Delaware Avenue, Suite 2
                                   Buffalo, New York 14202
                                   (716) 649-0090
                                   fbogulski@yahoo.com

To:     Hon. Elizabeth A. Wolford
        United States District Court
        U.S. Courthouse
        100 State Street
        Rochester, New York 14614

        Casey L. Chalbeck, Esq.
        Nicholas T. Cooper, Esq.
        United States Attorney's Office
        Federal Centre
        138 Delaware Avenue
        Buffalo, New York 14202

The Defendant, Howard Hinkle, by and through his attorneys, Frank Bogulski, Esq., and Daniel J. Henry, Jr., Esq., hereby submit this Reply to the Government's Response to the Defendant's Sealed Pre-Trial Statement of Facts and Motion in Limine.

## ARGUMENT

On April 28, 2026, the government submitted an omnibus response to the defendants' trial briefs and motions in limine. This shall serve as Mr. Hinkle's reply to the government's response regarding their intention to seek to introduce allegations that Howard Hinkle was a member or associate of the Rare Breed Motorcycle Club, as well as the government's efforts to introduce evidence from severed counts of the indictment alleging that Howard Hinkle was involved with marijuana and guns.

## ALLEGED MEMBERSHIP IN THE RARE BREED
## MOTORCYCLE CLUB

The government has an *opinion* that Howard Hinkle was affiliated with the Rare Breed Motorcycle Club, but does not have any specific evidence tying Mr. Hinkle as a member or associate of the club, and therefore, this *opinion* evidence must be precluded

A review of the discovery provided by the government clearly demonstrates that Howard Hinkle was not a member of the Rare Breed Motorcycle Club. Specifically, on August 2, 2023, the FBI interviewed Simon Gogolack, and in his interview, Mr. Gogolack states that he *"has known HOWIE "forever" and HOWIE is "totally not into that lifestyle"* (Exhibit A: GX 3567C). Additionally, Gogolack states that he does not think that Howie messes with any type of opiates and, most importantly, states to the FBI that Howie is not a biker and would not know the

3

same people as Quinn. The fact that Simon Gogolack, who claims to have known Howard Hinkle for a long period of time, states that Hinkle is not a biker is very important because the only thing that the government has tying Mr. Hinkle to the club is its subjective opinion. No evidence supports the government's opinion. Therefore, any references to Howard being a member of the motorcycle club must be precluded. Attached is Government Exhibit 3567C, which is an FBI 302 report outlining Simon Gogolack's statements to the FBI that Howard Hinkle is not a biker.

As previously discussed in an earlier filing, when Howard Hinkle met with the DOJ Attorneys and the FBI, he also adamantly denied being a part of the Rare Breed Motorcycle Club, stating unequivocally that he only answers to God and his wife.

In conclusion, with respect to the government's efforts to falsely portray Howard Hinkle as a member or an associate of the Rare Breed Motorcycle Club are simply not supported by any solid facts and would simply be an effort by the government to smear Hinkle. Consequently, such references to being a member or associate of the club must be precluded.

s/ <u>Frank Bogulski</u>
Frank Bogulski, Esq.
Frank M. Bogulski, Esq.
Attorney for Howard Hinkle Jr.
135 Delaware Avenue, Suite 2
Buffalo, New York 14202
(716) 649-0090

s/ <u>Daniel J. Henry, Jr.</u>
Daniel J; Henry, Jr., Esq.
Daniel Henry, Esq.
Attorney for Howard Hinkle Jr.
16 Main Street
Hamburg, NY 14075
(716) 350-1118
