

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | 716.843.5700 |
| *138 Delaware Avenue* | *Fax:* 716.551.3052 |
| *Buffalo, New York   14202* | *Writer's Telephone:* 716.843.5881 |
| | *Writer's fax:* 716.551.3052 |
| | *Casey.Chalbeck@usdoj.gov* |

April 24, 2026

**VIA USAFX**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:     *United States of America v. Gogolack*, **et al.,**
        **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

Government counsel recently became aware of an FBI-302 documenting a December 10, 2025, interview of individual ███. *See* Exhibit A.  In the interview, ███████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████████████, ████████ ██████████████████████████.  Consequently, at this time, the government no longer seeks to introduce Ms. Quinn's statements against Mr. Roncone pursuant to Federal Rule of Evidence 804(b)(6).

Respectfully,

Casey L. Chalbeck
Nicholas T. Cooper
Assistant United States Attorneys

Encl.

CC (via USAFX):
Counsel of record.