UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       v.

SIMON GOGOLACK, a/k/a Greek,
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How,

          Defendant.

**PROTECTIVE ORDER**

1:23-CR-00099 EAW

---

In connection with the upcoming trial in this matter, the Court is requesting prospective jurors to complete questionnaires that will be distributed to counsel and the parties to assist with the jury selection in this matter. In addition, counsel and the parties will be provided with lists of the prospective jurors summoned for the trial. This information may only be used in connection with jury selection in this case. All electronic and paper copies of the jury list and completed questionnaires must either be returned to the Court after the jury has been impaneled or counsel must certify that all such copies have been destroyed and that no jury lists or completed questionnaires have been retained in any duplicative form. The Court will maintain a record copy of all questionnaires.

- 1 -

If any party becomes aware of information suggesting that a prospective juror is disqualified from jury service pursuant to 28 U.S.C. § 1865(b)(1)-(5), that party must immediately bring that information to the attention of the Court.

The jury list and completed questionnaires may only be disclosed to individuals who have a need to view the information for purposes of jury selection.  The documents may not be disclosed, shown, or distributed in any manner to third parties.  All parties are reminded that the District's Jury Plan specifically prohibits the disclosure of the names and personal information of prospective and sitting petit jurors.

The defendants are permitted to review the jury information referenced herein, including the completed questionnaires, in the presence of his counsel in order to assist with jury selection, but at no time shall a defendant possess the information outside the presence of his counsel.  The questionnaire responses may not be carried into or reviewed in any jail facility.  Defense counsel are only permitted to review the information with a client who is in custody at the United States Courthouse, either in the courtroom or in the United States Marshals space at the courthouse.

Any attorney who obtains access to the jury list and completed questionnaires consistent with the terms of this Protective Order is personally responsible for not only his or her compliance with this Protective Order, but also the compliance of any other individual who is shown the information consistent with the terms of this Protective Order, including in the case of defense counsel their client.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:    May 4, 2026
          Rochester, New York