UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SIMON GOGOLACK, a/k/a Greek,
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How,

        Defendants.

**ORDER**

1:23-CR-00099 EAW

---

Counsel for defendant Peter Gerace, Jr. ("Gerace"), provided to the undersigned *ex parte* for *in camera* review, an audio recording apparently created by Steven M. Cohen, Esq., during a meeting with Crystal Quinn's mother and her friend in August 2023, pertaining to the preparation of affidavits that are the subject of the pending charges in this case. (*See* Dkt. 24 at ¶ 79). The audio appears to contain statements of witnesses who the government anticipates calling to testify at trial.

Due to the length and scope of the trial (estimated to last 10-12 weeks), the government has agreed to produce material pursuant to 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2 in advance of trial, to ensure an efficient process for trial and avoid needless interruptions. Likely in view of the government's early production, Gerace's counsel has not objected to the timing of the production of the audio in advance of trial, but has expressed the view that the audio constitutes the fact work product of Mr. Cohen. To the extent the audio constitutes fact work product, it would be subject to a qualified privilege

- 1 -

where its disclosure would be appropriate if a party can show it has a substantial need for the materials. *See In re Grand Jury Proc.*, 219 F.3d 175, 190 (2d Cir. 2000) ("A party seeking discovery of attorney work-product must show 'substantial need,' for fact work-product.").

As discussed on the record at the appearance on May 1, 2026, the Court finds that there is a substantial need for this fact work product, and therefore directs Gerace's counsel to produce the audio to the government and counsel for the co-defendants.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated:        May 4, 2026
              Rochester, New York

- 2 -