IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                   23-CR-99-EAW

SIMON GOGOLACK, et al.,

     Defendants

---

## ADVISORY

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Casey L. Chalbeck, Assistant United States Attorney, hereby advises the Court and the parties that on Tuesday, May 5, 2026, the government learned that witness D.W. (Witness 70 on the government's Witness List) is deceased.

     DATED:  Buffalo, New York, May 8, 2026.

                                     MICHAEL DIGIACOMO
                                     United States Attorney

                    BY:    s/CASEY L. CHALBECK
                               Assistant United States Attorney
                               United States Attorney's Office
                               Western District of New York
                               138 Delaware Avenue
                               Buffalo, New York 14202
                               716.843.5881
                               Casey.Chalbeck@usdoj.gov