**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**SIMON GOGOLACK et al.,**

        **Defendant.**

**DEFENDANT'S SUPPLEMENTAL
PRE-TRIAL SUBMISSION**

**Indictment No.: 1:23-CR-0099**

---

## EXHIBIT LIST

Defendant, SIMON GOGOLACK, by and through his attorneys, Peter M. Kooshoian, Esq. and Nicholas Texido, Esq., hereby serves on the Court and counsel his Exhibit List:

1. Search warrant application for cellular phone (716) 380-3061, August 2, 2023, government 3591AB.

2. Recorded interview of Bernard Byrd, January 9, 2024, digital exhibit.

3. Transcript and recording of 8/14/23 meeting between ███████████ and ███████.

Other exhibits that may be relied on by the defense appear in the government's Exhibit List.

## PROPOSED STIPULATIONS

The parties stipulate and agree that the following documents and/or recordings are authentic, true and accurate versions of what they purport to be and that proper foundation to admit such records and/or recordings into evidence has been met, however, the government reserves the right to object to the admission of records and/or recordings into evidence on other grounds:

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

1.      Crystal Quinn's probation file and mental health records;

2.      The contents of Crystal Quinn's cellular phone, government exhibit 436 and

3.      The recorded interview of Bernard Byrd 1/9/2024, digital exhibit.

## IMPEACHMENT OF WITNESSES UNDER FEDERAL RULES OF EVIDENCE 608 AND 609

The defense intends to impeach the following witnesses under Federal Rules of Evidence 608 and 609, with the convictions and facts and/or bad acts underlying the convictions set forth in the criminal histories provided by the government:



1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.

In addition to impeaching them with respect to the convictions and underlying facts set forth in the criminal histories provided by the government, the defense also intends to impeach the aforementioned witnesses based on their involvement, if any, in the instant offense.

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300

The defense reserves the right to supplement this disclosure as additional information becomes available.

DATED:    Buffalo, New York
            May 15, 2026

                                     Respectfully submitted,

                                     Peter M. Kooshoian, Esq.
                                     **Attorneys for Defendant**
                                     **SIMON GOGOLACK**
                                     Rosenthal, Kooshoian & Lennon, LLP
                                     80 West Huron Street
                                     Buffalo, New York 14202
                                     (716) 854-1300

TO:    Hon. Elizabeth A. Wolford
       United States District Court Judge
       U.S. Courthouse
       2 Niagara Square
       Buffalo, New York 14202

       Casey L. Chalbeck, Esq., Nicholas Cooper, Esq. and
       Katrina Powers, Esq.
       Assistant United States Attorneys
       United States Attorney's Office
       Federal Centre
       138 Delaware Avenue
       Buffalo, New York 14202

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

              **Plaintiff,**              **CERTIFICATE OF SERVICE**

**v.**                                **Indictment No.: 1:23-CR-0099**

**SIMON GOGOLACK, et al.,**

              **Defendant.**

---

Peter M. Kooshoian, Esq., an employee with the office of Rosenthal, Kooshoian & Lennon, LLP located at 80 West Huron Street, Buffalo, New York 14202-3093 affirm to be true and state under penalty of perjury that on May 15, 2026 **Defendant's Supplemental Pre-Trial Submission** was electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.     Hon. Elizabeth A. Wolford
       United States District Court Judge

2.     Casey L. Chalbeck, Esq.
       Assistant United States Attorney

3.     Nicholas Cooper, Esq.
       Assistant United States Attorney

4.     Katrina Powers, Esq.
       Assistant United States Attorney

                                    _____
                                     Peter M. Kooshoian

Sworn before me this 15th
day of May, 2026.

_____
   Notary Public

GARNET L. KELLY
Notary Public-State of New York
No. 01KE6296174
Qualified in Erie County
Commission Expires January 27, 20__30

---

*Rosenthal, Kooshoian & Lennon, LLP*
ATTORNEYS AND COUNSELORS AT LAW / 80 WEST HURON STREET / BUFFALO, NEW YORK 14202 / (716) 854-1300