IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                23-CR-99-EAW

SIMON GOGOLACK, et al.

             Defendants.

---

**NOTICE OF REMOVAL OF APPEARANCE**

**TO**:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to remove my appearance as co-counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, May 28, 2026

                              MICHAEL DIGIACOMO
                              United States Attorney

          BY:    s/JOSEPH M. TRIPI
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202
                    (716) 843-5839
                    Joseph.Tripi@usdoj.gov