

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*                              716.843.5700
*138 Delaware Avenue*              *Fax:*   716.551.3052
*Buffalo, New York   14202*   *Writer's Telephone:*   716.843.5881
                                      *Writer's fax:*   716.551.3052
                                      *Casey.Chalbeck@usdoj.gov*

June 1, 2026

**<u>VIA PACER</u>**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

> Re:   ***United States of America v. Gogolack*, et al.,**
>           **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

On June 1, 2026, defendant Frank Knight filed a motion seeking to preclude any law enforcement witness from offering opinions as to the significance of telephonic communication patterns or the meaning of text messages in this case. *See* Dkt. 984 at 1. The government does not intend to solicit any such opinion testimony. Accordingly, the motion should be denied as moot.

Respectfully,

Casey L. Chalbeck
Assistant United States Attorney

CC (via PACER):
Counsel of record.