IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                              23-CR-99

SIMON GOGOLACK, et. al.,

Defendant.

---

## NOTICE OF REMOVAL OF APPEARANCE

TO:    **Clerk of the United States District Court**
       **for the Western District of New York**

You are hereby requested to remove **AUSA STACEY JACOVETTI's** appearance as

co-counsel for the United States in the above-entitled action.

DATED:    Buffalo, New York, June 4, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:    s/JOSHUA A. VIOLANTI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5864
       Joshua.Violanti@usdoj.gov