IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-                         Case No.: 23-CR-99

PETER GERACE, JR.
               Defendant.

### RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS CERTAIN COUNTS, FOR SEVERANCE OF DEFENDANTS, AND FOR REJOINDER OF COUNTS AS TO DEFENDANT GOGOLACK

The defense has reviewed and given due consideration to the government's motion to dismiss certain counts, for severance of defendants, and for rejoinder of counts as to defendant Gogolack (Dkt. 1000) and Mr. Gogolack's response (Dkt. 1002).

As directed by this Court's Text Order (Dkt. 1001), the defense provides the following response:

Mr. Gerace does not object to the government's motion to dismiss counts two and three with prejudice.

Likewise, Mr. Gerace does not object to the motion for severance of defendants.

If the defendants are severed, Mr. Gerace takes no position regarding rejoinder of counts for Mr. Gogolack unless it would result in scheduling decisions that are detrimental to Mr. Gerace.

1

Regarding the posture of the case following determination of the government's motion, the defense seeks to be heard on issues pertaining to the viability of the remaining count against Mr. Gerace, the scope of that count, and other legal issues pertaining to that count in light of the dismissal of counts 2 and 3.

Furthermore, the defense seeks to be heard regarding the length, scheduling and location of trial. [1]

DATED:    Orchard Park, New York
          June 8, 2026

                                        s/ Cheryl Meyers Buth
                                        Cheryl Meyers Buth, Esq.
                                        MEYERS BUTH LAW GROUP, PLLC
                                        *Attorneys for Defendant Peter Gerace, Jr.*
                                        21 Princeton Place, Suite 105
                                        Orchard Park, New York 14127
                                        (716) 508-8598
                                        cmbuth@mblg.us


DATED:    Rochester, New York
          June 8, 2026

                                        s/ Mark A. Foti
                                        Mark A. Foti, Esq.
                                        THE FOTI LAW FIRM, P.C.
                                        *Attorneys for Defendant Peter Gerace, Jr.*
                                        16 W. Main Street – Suite 100
                                        Rochester, New York 14614
                                        (585) 461-1999
                                        mark@fotilaw.com

---

[1] Mr. Gerace was sentenced in case no. 19-cr-227 *less than one month ago*, and the government put out multiple press releases, including one from the Department of Justice which included the quote "The conduct Peter Gerace engaged in had a horrendous impact on the victims and negatively impacted the community." (https://www.justice.gov/usao-wdny/pr/pharaohs-owner-going-prison-25-years-bribery-sex-trafficking-conspiracy-and-witness). When this matter was expected to be a three-month trial involving six defendants, there was reason to maintain the current trial schedule. Now, the analysis shifts significantly.

3