IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                          23-CR-99-EAW

FRANK KNIGHT,

                    Defendant.

---

## SUPERSEDING INFORMATION
(Title 21, United States Code, Section 844(a))

## COUNT 1
**(Unlawful Possession of Marijuana)**

**The United States Attorney Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant, **FRANK KNIGHT**, did knowingly and intentionally possess marihuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 844(a).**

DATED:  Buffalo, New York, June 5, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:  _____
NICHOLAS T. COOPER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
Nicholas.Cooper@usdoj.gov