IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                                    23-CR-99-EAW

JOHN THOMAS ERMIN a/k/a Tommy o,
                    Defendant.

_____

## SUPERSEDING INFORMATION
(Title 18, United States Code, Section 4)

## COUNT 1
### (Misprision of Felony)

**The United States Attorney Charges That:**

Beginning in or about 2016, and continuing until on or about December 12, 2019, in the

Western District of New York, the defendant, **JOHN THOMAS ERMIN a/k/a Tommy O**, having

knowledge of the actual commission of a felony cognizable by a court of the United States, that is,

the maintaining of Pharaohs Gentleman's Club ("PGC") as a drug-involved premises, in violation

of Title 21, United States Code, Sections 856(a)(1), did conceal the same and did not as soon as

possible make known the same to some judge or other person in civil or military authority under

the United States.

**All in violation of Title 18, United States Code, Section 4.**

DATED:  Buffalo, New York, June 5, 2026.

MICHAEL DIGIACOMO,
United States Attorney

BY: _____
NICHOLAS T. COOPER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
Nicholas.Cooper@usdoj.gov