**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**                                              **ORDER**

**Roncone, Michael**                                **0209 1:23CR00099-04**

                **Defendant.**

---

It is hereby ordered that the above-named defendant's location monitoring condition be removed.

        **SO ORDERED.**

**Honorable Elizabeth A. Wolford**
**Chief U.S. District Judge**

**DATED:**      **June 5, 2026**
               **Rochester, New York**