**DISTRICT COURT OF THE UNITED STATES**
**WESTERN DISTRICT OF NEW YORK**

---

THE UNITED STATES OF AMERICA,

                                         23-CR-99-EAW

vs.

HOWARD HINKLE JR.,
                         Defendant.

---

## ORDER APPOINTING MEDICAL EXAMINER

This matter having come before the Court upon the motion of Defendant HOWARD HINKLE JR., who is presently in custody, for the appointment of a medical professional to examine a wound on his left leg, the Court having considered the motion and any opposition thereto, and good cause appearing therefor,

The Court finds as follows:

1. Mr. Hinkle is currently in the custody of the United States Marshal Service or the Niagara County Jail, located at 5526 Niagara Street Ext, Lockport, NY 14094.

2. Mr. Hinkle has a wound on the left leg that is approximately ten (10) weeks old. Mr. Hinkle represents that he has received five (5) rounds of antibiotic treatment in connection with said wound and has been hospitalized as a result of the wound during that period. The nature and current extent of the wound require professional medical evaluation.

3. The appointment of a qualified medical professional to examine said wound is necessary and appropriate in the interests of justice, the health and welfare of Mr. Hinkle, and the proper administration of these proceedings.

The Court orders as follows:

4. Sheila Krieger, a qualified medical professional ("the Appointed Examiner"), is hereby appointed by the Court to conduct a medical examination of the wound on the left leg of Mr Hinkle. Ms. Krieger is a physical therapist and board-certified wound-care specialist with thirty years of experience. She can be contacted at sheilae16@gmail.com and +1 (716) 913-7583 and her place of business is Mcauley Seton Homecare Catholic Health, 144 Genesee Street, Buffalo, NY 14203.

5. The United States Marshals Service and/or the Niagara County Jail holding Mr. Hinkle shall provide the Appointed Examiner with reasonable access to Mr. Hinkle at a mutually convenient time and location, not to exceed two (2) days from the date of this Order.

6. The examination shall be limited in scope to the wound on the Defendant's left leg, including the nature, extent, origin, and current condition of said wound. The Appointed Examiner is further requested to assess the adequacy of treatment received to date in light of Mr. Hinkle's reported medical history, including the represented five rounds of antibiotic treatment and prior hospitalization.

7. The Appointed Examiner shall prepare and submit a written report of findings to the Court and to counsel for all parties within three (3) days of the examination.

8. The reasonable fees and expenses of the Appointed Examiner shall be paid by the United States.

9. Counsel for all parties shall cooperate with and facilitate the Appointed Examiner's access and shall not interfere with or obstruct the examination or the preparation of the Examiner's report.

IT IS SO ORDERED.

June 8, 2026