IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

———————————————

UNITED STATES OF AMERICA,

      v.                                       23-CR-99-EAW

SIMON GOGOLACK,

          Defendants.

———————————————

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

**THE UNITED STATES OF AMERICA,** by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper,  Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel a list of the witnesses the government anticipates calling in its case-in-chief, together with a brief summary of each witness' anticipated testimony.[1]

---

[1] The Government does not anticipate calling or examining every witness named in this list. However, the government respectfully reserves its right to supplement this list by adding additional witnesses and information.  Additionally, the summaries provided herein constitute attorney work-product and should not be construed as a complete statement of the potential testimony, and should not be construed as the statement of any of the potential witnesses.  As investigation and trial preparations will continue until commencement of trial, the government reserves its right to supplement this list with additional witnesses.

**1. Stephanie Bifano – FBI – Buffalo, New York**

Stephanie Bifano is a Forensic Accountant with the Federal Bureau of Investigation who is expected to testify about her review of Simon Gogolack's CashApp records.

**Anticipated length of testimony: 1 hour.**

**2. Jason "Jay" Breen – FBI – Buffalo, New York**

Jay Breen is a Special Agent with the Federal Bureau of Investigation who is expected to testify about his participation in the execution of a search warrant on August 8, 2023, at 296 Scott Avenue in Wellsville New York.

**Anticipated length of testimony: 1 hour.**

**3. Laurie Holmes – FBI – Buffalo, New York**

Laurie Holmes is a Special Agent with the Federal Bureau of Investigation who is expected to testify about her participation in the execution of a search warrant on September 15, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 1 hour.**

**4. Laurie Johnson – FBI – Buffalo, New York**

Laurie Johnson is a Special Agent with the Federal Bureau of Investigation who is expected to testify about her participation in the execution of search warrants on August 8, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 1 hour.**

### 5. Jason Kammeraad – FBI – Buffalo, New York

Jason Kammeraad is a Special Agent with the Federal Bureau of Investigation who is expected to testify about the arrest of Crystal Quinn and interviews that occurred with Crystal Quinn.  SA Kammeraad is also expected to testify about incidents of witness tampering that were directed at Ms. Quinn after she began cooperating with law enforcement, and about law enforcement's responses to those incidents.  SA Kammeraad is also expected to testify about his participation in the interview of Simon Gogolack on August 2, 2023.  SA Kammeraad will also testify about the execution of a search warrant on Simon Gogolack's phone, and his subsequent review of the contents of Simon Gogolack's phone.  SA Kammeraad will also testify about the execution of a search warrant on August 8, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 4 hours.**

### 6. John Orlando – FBI – Pittsburgh, Pennsylvania

John Orlando is a Special Agent assigned to the Cellular Analysis Survey Team (CAST) with the Federal Bureau of Investigation who is expected to testify about his review, analysis, and mapping (in a formal report) of the geolocation of phone records and Google records related to the investigation.  SA Orlando is expected to testify as an expert witness consistent with his formal written report and the expert disclosure provided by the government.

**Anticipated length of testimony: 4 hours.**

**7.  Adam Penna – FBI – Buffalo, New York**

Adam Penna is a Special Agent with the Federal Bureau of Investigation who is expected to testify about the incidents of witness tampering that were directed at Ms. Quinn after she began cooperating with law enforcement, and about law enforcement's responses to those incidents.  SA Penna is also expected to testify about his participation in the interview of Simon Gogolack on August 2, 2023.  SA Penna will also testify about the execution of search warrants on August 8, 2023, and on September 15, 2023, at 296 Scott Avenue, Wellsville New York.  SA Penna will testify about his review of video footage from the Wellsville Village Fire Department from July 27, 2023.  SA Penna is also expected to testify about his review of the contents of Crystal Quinn's cellphone.  SA Penna may provide summary testimony regarding the investigation into the death of Crystal Quinn.

**Anticipated length of testimony: 3 hours.**

**8.  Andrea Sciolino – FBI – Buffalo, New York**

Andrea Sciolino is a Special Agent with the Federal Bureau of Investigation who is expected to testify about her participation in the execution of a search warrant on September 15, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 1 hour.**

### 9.  Adam Sparks – FBI – Buffalo, New York

Adam Sparks is a former Photographer with the Federal Bureau of Investigation who is expected to testify about his participation in the execution of search warrants on August 8, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 1 hour.**

### 10. Katey Tonzelli – FBI – Buffalo, New York

Katey Tonzelli is a Special Agent with the Federal Bureau of Investigation who is expected to testify about her participation in the execution of a search warrant on August 8, 2023, at 296 Scott Avenue, Wellsville New York.

**Anticipated length of testimony: 1 hour.**

### 11. Paul Curcione – NCSO – Lockport, New York

Paul Curcione is a Field Intelligence Officer with the Niagara County Sheriff's Office who is expected to testify about the collection of recorded jail calls associated with this investigation which he ultimately provided to federal agents.

**Anticipated length of testimony: 1 hour.**

### 12. Dr. Laura Labay – NMS Labs – Horsham, Pennsylvania

Dr. Labay is the Principal Toxicologist at NMS Labs, where she provides certified and licensed clinical and forensic toxicological analysis of bodily fluids and tissues for drugs and intoxicants.  Dr. Labay will testify about her toxicological analysis of a sample of Crystal Quinn's cardiac blood, and about the results that she observed.  Dr. Labay is

expected to testify as an expert witness consistent with her formal written report and the expert disclosure provided by the government.

**Anticipated length of testimony: 2 hours.**

### 13. Dr. Richard Scott – Olean General Hospital – Olean, New York

Dr. Richard Scott is employed by Olean General Hospital as the Medical Director of Laboratory and the Chief of Pathology, and is also employed as a Coroner's Physician for Cattaraugus County and Allegany County. Dr. Scott will testify about the autopsy he performed on Crystal Quinn's body after she was deceased, about drawing her cardiac blood and providing it to NMS Labs, and about the observations he made of Crystal Quinn during autopsy. Dr. Scott is expected to testify as an expert witness consistent with his formal autopsy report and the expert disclosure provided by the government.

**Anticipated length of testimony: 2 hours.**

### 14. Tom Fanton – WVPD – Wellsville, New York

Tom Fanton is a Sergeant with the Wellsville Village Police Department who is expected to testify about his involvement in responding to the Crystal Quinn's death at 296 Scott Avenue, Wellsville New York on August 1, 2023. Sergeant Fanton is expected to testify about his observations while at the scene, to include statements that Simon Gogolack made in his presence. Sergeant Fanton is also expected to testify about the recovery of evidence from the scene of Crystal Quinn's death.

**Anticipated length of testimony: 2 hours.**

### 15. Lewis Pettit – WVPD – Wellsville, New York

Lewis Pettit is a Police Officer with the Wellsville Village Police Department who is expected to testify about his involvement in responding to the Crystal Quinn's death at 296 Scott Avenue, Wellsville New York on August 1, 2023.  Officer Pettit is expected to testify about his observations while at the scene, to include statements that Simon Gogolack made in his presence.

**Anticipated length of testimony: 2 hours.**

### 16. John Valentine – WVPD – Wellsville, New York

John Valentine is a Police Officer with the Wellsville Village Police Department who is expected to testify about his involvement in responding to the Crystal Quinn's death at 296 Scott Avenue, Wellsville New York on August 1, 2023.  Officer Valentine is expected to testify about his observations while at the scene, to include statements that Simon Gogolack made in his presence.

**Anticipated length of testimony: 2 hours.**

### 17. Lillian Cullen – US Probation (Ret.) – Buffalo, New York

Lillian Cullen is a retired United States Probation Officer formerly employed in the Western District of New York.  Officer Cullen is expected to testify regarding her supervision of Crystal Quinn as part of Ms. Quinn's pre-trial diversion agreement.

**Anticipated length of testimony: 2 hours.**

18. C████ B██████ – Civilian – Wellsville, New York *(Represented by M. Kirk Okay, Esq.)*

Mr. B██████ is expected to testify about his experience as a drug-user in Wellsville, New York. Mr. B██████ is expected to testify about his awareness that Simon Gogolack was a drug trafficker and a drug user in the Wellsville area and elsewhere in the Western District of New York in 2023. Mr. B██████ is expected to testify that he purchased user amounts of fentanyl from Mr. Gogolack about 30 or 40 times between Spring 2023 and Fall 2023. Mr. B██████ is expected to testify about an incident in the Spring of 2023 where Mr. Gogolack lured him to his [Gogolack's] residence under the guise of providing him with a sample of drugs. Mr. B██████ is expected to testify that Mr. Gogolack similarly lured J████ C██████ (another drug user from Wellsville) to his residence under the same false pretenses. Mr. B██████ is expected to testify that Mr. Gogolack, armed with a tactical shotgun, held he and Mr. C██████ at gunpoint in the basement of his home for an extended period of time. Mr. B██████ is also expected to testify that he observed Mr. Gogolack with Ms. Quinn on July 30, 2023 when he [Mr. B██████] went to pick up his step-son from Mr. Gogolack's residence. Mr. B██████ is expected to testify that he observed Ms. Quinn to be "high-strung" and that she did not appear to be high on opiates. Mr. B██████ is also expected to testify that he received a threatening message from Mr. Gogolack on CashApp shortly after Ms. Quinn's death. Mr. B██████ is also expected to testify that he has observed Simon Gogolack hold himself out under the name "Scott Drummond" and pretend to be that person. Mr. B██████ is expected to testify that on or about July 30, 2023, he dropped off one half of one gram of crack cocaine for Cortnie

Barber (at Mr. Gogolack's direction) and dropped off another one half of one gram of crack cocaine to Mr. Gogolack in his mailbox.

**Anticipated length of testimony: 2 hours.**

**19. E███ B██████ – Civilian – Wellsville, New York**

Ms. B██████ is expected to testify about her interactions with Simon Gogolack, C███ B██████, and her minor son during the weekend before Ms. Quinn's death.

**Anticipated length of testimony: 0.5 hours.**

**20. J█████ C██████ – Civilian – Wellsville, New York**

Mr. C██████ is expected to testify about his experience as a drug-user in Wellsville, New York. Mr. C██████ is expected to testify about his awareness that Simon Gogolack was a drug trafficker and a drug user in the Wellsville area and elsewhere in the Western District of New York in 2023. Mr. C██████ is expected to testify about threats he received from Mr. Gogolack on the first occasion that they ever met. Mr. C██████ is expected to testify that he purchased user amounts of fentanyl from Mr. Gogolack during 2023. Mr. C██████ is expected to testify about an incident in the Spring of 2023 where Mr. Gogolack lured him to his [Gogolack's] residence under the guise of providing him with a sample of drugs. Mr. C██████ is expected to testify that Mr. Gogolack armed with a tactical shotgun, held he and Mr. B██████ at gunpoint in the basement of his home for an extended period of time, and that Mr. Gogolack beat Mr. C██████ with a shotgun, and intimidated him by racking the pump-action of the shotgun. Mr. C██████ is expected to testify that Mr. Gogolack threatened him during that incident by stating, in sum and

substance, that Mr. Gogolack would "overdose" Mr. C███████ and that the police would find him [Mr. C███████] overdosed and burned up in his vehicle on some back road. Mr. C███████ is also expected to testify that he received a threatening message from Mr. Gogolack on CashApp shortly after Ms. Quinn's death.

**Anticipated length of testimony: 2 hours.**

### 21. D████ C███████ – Civilian – Wellsville, New York

D████ C███████ is expected to testify that he is the father of J████ C███████. Mr. C███████ is expected to testify about his involvement picking up his son, J████, after he escaped from Simon Gogolack's residence in the Spring 2023 kidnapping incident.

**Anticipated length of testimony: 0.5 hours.**

### 22. Scot Drummond – Civilian – New York

Mr. Drummond is expected to testify about his whereabouts between July 27, 2023 and August 1, 2023, and that he was not in Wellsville during that timeframe. Mr. Drummond is expected to testify that he knows Simon Gogolack and that he has acquired drugs from Mr. Gogolack in the past. Mr. Drummond is expected to testify about text messages he exchanged with Mr. Gogolack in July 2023 regarding "hulks" that he acquired in a drug transaction which Mr. Gogolack middled. Mr. Drummond is expected to testify that the "hulks" were green bars which appeared to be Xanax but which contained some form of fentanyl. Mr. Drummond is expected to testify that he has never lived at 296 Scott Avenue in Wellsville and that he was unaware that Mr. Gogolack had stolen his identity.

**Anticipated length of testimony: 2 hours.**

**23. Chad Geer – Civilian – Wellsville, New York**

Chad Geer is expected to testify about his presence during a July 27, 2023 poker game at the Wellsville firehall.  Mr. Geer is expected to testify about what he recalls from that game including who was present, when they arrived, and what he observed.

**Anticipated length of testimony: 1 hour.**

**24. John Grieco – Civilian – Buffalo, New York**

John Grieco was the live-in roommate of Sharon Quinn and Crystal Quinn in 2023 and is a close friend of the Quinn family.  Mr. Grieco is expected to testify about his interactions with Crystal Quinn and Simon Gogolack in July and August of 2023.  Mr. Grieco is expected to testify about communications that he had with Ms. Quinn while she was in Wellsville, New York, and about her stated intention to return home on either August 1 or August 2, 2023.  Mr. Grieco is expected to testify about conversations that he had with Simon Gogolack regarding Ms. Quinn's death, and about statements that Mr. Gogolack made to him about providing Ms. Quinn with a "Xanax" in response to a question about how she died.

**Anticipated length of testimony: 2 hours.**

**25. H███ K████████ – Civilian – Wellsville, New York**



H███ K████████ is expected to testify that he is the step-father of J████ C███████.  Mr. K████████ is expected to testify about his involvement with his step-son, J████, after J████ escaped from Simon Gogolack's residence in the Spring 2023 kidnapping incident.

**Anticipated length of testimony: 0.5 hours.**

**26. K████ K████ – Civilian – Wellsville, New York**

K████ K████ is expected to testify that she is the mother of J███ C███. Mrs. K████ is expected to testify about her involvement with her son, J███, after J███ escaped from Simon Gogolack's residence in the Spring 2023 kidnapping incident.

**Anticipated length of testimony: 0.5 hours.**

**27. Brian Lackenmier – Civilian – Buffalo, New York**

Brian Lackenmier is expected to testify that he is a resident of the Buffalo, NY area that was with Simon Gogolack in late-July 2023. Mr. Lackenmier is expected to testify that Mr. Gogolack was staying at Mr. Lackenmier's apartment and was using heroin, fentanyl, and crack cocaine during that timeframe.

**Anticipated length of testimony: 0.5 hours.**

**28. Sharon Quinn – Civilian – Buffalo, New York** *(Represented by Casey Spencer, Esq.)*

Sharon Quinn is the mother of Crystal Quinn. Sharon Quinn is expected to testify about the appearance of dead rats at her home shortly after her daughter Crystal Quinn began cooperating with federal law enforcement. Sharon Quinn is expected to testify about her knowledge of the medication that Crystal Quinn took, and about her familiarity with the appearance of the pills that Crystal Quinn was prescribed. Sharon Quinn is expected to testify about her interactions with Crystal Quinn and Simon Gogolack in July and August of 2023. Sharon Quinn is expected to testify about communications that he had with Crystal Quinn while she was in Wellsville, New York, and about her stated intention to

return home on either August 1 or August 2, 2023.  Sharon Quinn is expected to testify that Crystal Quinn did not appear suicidal to her at all that weekend.  Sharon Quinn is expected to testify about conversations that she had with Simon Gogolack regarding Ms. Quinn's death, and about statements that Mr. Gogolack made to her.

**Anticipated length of testimony: 2 hours.**

### 29. Diane Steadman – Civilian – Whitesville, New York

Diane Stedman was a patient at the Wellsville Hospital who interacted with a young man [J█████ C██████] and permitted him to use her cellphone to make a call on or about March 14, 2023 or March 15, 2023.  Mrs. Stedman is expected to testify about her interaction with that young man, including her observations of him and the things that he said to her.

**Anticipated length of testimony: 0.5 hours.**

### 30. B██████ B████████ – Civilian (Minor)– New York

B█████ B████████ is expected to testify that he is the son of E████ B████████ and the step-son of C█████ B████████.  B██████ is expected to testify that he has a close friendship with Simon Gogolack.  B██████ is expected to testify about his observations of Simon Gogolack and the female that Simon was with [Ms. Quinn] during the weekend of July 28, 2023 through July 30, 2023.  B██████ is expected to testify about statements that Simon Gogolack made to him while Mr. Gogolack was incarcerated, including statements indicating in sum and substance, that B██████ should stay away from C█████ B████████

because Mr. B███████ was a snitch and Simon didn't want to see anything happen to B████.

**Anticipated length of testimony: 2 hours.**

**31. Dylan Foust – Allegany County Coroner's Office – Wellsville, New York**

Dylan Foust, who is employed by the Allegany County Coroner's Office, is expected to testify about his involvement in responding to the Crystal Quinn's death at 296 Scott Avenue, Wellsville New York on August 1, 2023. Mr. Foust is expected to testify about his observations while at the scene, to include statements that Simon Gogolack made in his presence. Mr. Foust is expected to testify about the physical state of Ms. Quinn's body.

**Anticipated length of testimony: 2 hours.**

**32. Michael D'Amico – Attorney – Buffalo, New York** *(Represented by Jim Harrington, Esq.)*

Attorney D'Amico is expected to testify about his representation of Crystal Quinn regarding her February 2023 arrest on a criminal complaint in federal court. Attorney D'Amico is expected to testify about his presence at proffer interviews between Ms. Quinn and the government, and about the ultimate resolution of Ms. Quinn's case with pretrial diversion and a cooperation agreement. Attorney D'Amico is expected to testify about his communications with Crystal Quinn on the weekend of July 27, 2023 through July 30, 2023, and his understanding that Crystal Quinn planned to return to Depew, New York to attend a meeting with the government on August 1, 2023. Attorney D'Amico is expected to testify that Crystal Quinn did not indicate to him that she was suicidal during

those discussions.  Attorney D'Amico is expected to testify that he learned of Crystal Quinn's death, and about what he did when he learned of her death.

**Anticipated length of testimony: 2 hours.**

**33. Aleksander Wojciechowicz – Depew Police Dept. – Buffalo, New York**

Aleksander Wojciechowicz is a Lieutenant with the Village of Depew Police Department who is expected to testify about his August 2, 2023, traffic stop of Simon Gogolack, about statements that Mr. Gogolack made in his presence, and about his recovery of Simon Gogolack's cellphone.

**Anticipated length of testimony: 1 hour.**

**34. Casey Sotland – Erie County CPS Forensic Laboratory – Buffalo, New York**

Casey Sotland is a forensic chemist who is expected to testify about her examination and analysis of numerous substances to determine their chemical identity, as reflected in reports from Lab Number 23-02781, and about her ultimate conclusions and findings with respect to the chemical identity of those substances.  Ms. Sotland is expected to testify as an expert witness consistent with her formal written report and the expert disclosure provided by the government.

**Anticipated length of testimony: 2 hours.**

35. **Kate Mendolera – Erie County Crime Analysis Center – Buffalo, New York**

Kate Mendolera is the Lead Crime Analyst from the Erie County Crime Analysis Center (ECAC) who is expected to testify about her creation of two video compilations from raw video files produced to her by the FBI.

**Anticipated length of testimony: 1 hour.**

36. **Dr. Stacey Hail – Emergency Medicine Physician and Medical Toxicologist – Texas**

Dr. Stacey Hail is expected to testify about her review and analysis of materials and evidence related to Crystal Quinn's death, and about her conclusions and opinions, including, but not limited to, her conclusion and opinion regarding Crystal Quinn's cause of death.  Dr. Hail is expected to testify as an expert witness consistent with her formal written report and the expert disclosure provided by the government.

**Anticipated length of testimony: 4 hours.**

37. **Will Forsyth – FBI – Buffalo, New York**

Will Forsyth is a Special Agent with the Federal Bureau of Investigation in Buffalo NY. SA Forsyth is expected to testify about his involvement receiving evidence from the Wellsville Police Department and submitting it into FBI evidence.

**Anticipated length of testimony: 0.5 hours.**

### 38. Garrett Chamberlain – Allegany County 911 Dispatcher – New York

Garrett Chamberlain is expected to testify that in August 2023 he was employed as a 911 call dispatcher for Allegany County. Mr. Chamberlain is expected to testify about a 911 call he handled on August 1, 2023 at approximately 2:53pm from phone number 716-380-3061.

**Anticipated length of testimony: 0.5 hours.**

### 41. Ashley Sweet – Allegany County 911 Dispatcher – New York

Ashley Sweet is expected to testify that in August 2023 she was employed as a 911 call dispatcher for Allegany County. Ms. Sweet is expected to testify about a 911 call she handled on August 1, 2023 at approximately 6:23pm from phone number 716-380-3061.

**Anticipated length of testimony: 0.5 hours.**

### 42. Justin Zajicek – (Former) WVPD / Lewiston PD – Lewiston, New York

Justin Zajicek is a Police Officer formerly with the Wellsville Village Police Department who is expected to testify about retrieving video from the Wellsville Village Firehall and providing it to the FBI.

**Anticipated length of testimony: 2 hours.**

### 43. Moriah Paone – Olean General Hospital – Olean, New York

Moriah Paone is employed by Olean General Hospital as a Lab Assistant who works with Dr. Richard Scott. Ms. Paone will testify about her role in the autopsy of Crystal Quinn and providing a Cardiac Blood sample to NMS Labs.

**Anticipated length of testimony: 1 hour.**

### 44. William Farnham – ATF – Buffalo, New York

William Farnham is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives with special education and training in determining whether firearms and ammunition traveled in or affected interstate or foreign commerce.  SA Farnham will testify consistent with his report (see GOV-00009516) about his examination of a Keltec Shotgun bearing serial number XXFD48 as well as various rounds of ammunition, and his determination that that those items traveled in or affected interstate or foreign commerce.

**Anticipated length of testimony: 1 hour.**

### 45. G. Drmacich – ECDA – Buffalo, New York

G. Drmacich is an Assistant District Attorney with the Erie County District Attorney's Office who was present for Simon Gogoloack's prior felony conviction in Erie County (Case No. 00306-2007).

**Anticipated length of testimony: 1 hour.**

### 46. Records Custodian – Verizon – TBD

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of business records.

**Anticipated length of testimony: 1 hour.**

**47. Records Custodian – AT&T – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of business records.

**Anticipated length of testimony: 1 hour.**

**48. Records Custodian – T-Mobile – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of business records.

**Anticipated length of testimony: 1 hour.**

**49. Records Custodian – Google – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of business records.

**Anticipated length of testimony: 1 hour.**

**50. Records Custodian – Block Inc. – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of business records.

**Anticipated length of testimony: 1 hour.**

**51. Records Custodian – Jones Memorial Hospital – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of medical records from Jones Memorial Hospital.

**Anticipated length of testimony: 1 hour.**


DATED:  Buffalo, New York, June 9, 2026.


MICHAEL DIGIACOMO
United States Attorney


BY:     s/NICHOLAS T. COOPER          s/CASEY L. CHALBECK
Assistant United States Attorney     Assistant United States Attorney
United States Attorney's Office      United States Attorney's Office
Western District of New York         Western District of New York
100 State Street                     138 Delaware Avenue
Rochester, New York 14614            Buffalo, New York 14202
(585) 935-7512                       (716) 843-5881
Nicholas.Cooper@usdoj.gov            Casey.Chalbeck@usdoj.gov

s/KATERINA F. POWERS
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5702
Katerina.Powers@usdoj.gov