IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

—————————————————————

UNITED STATES OF AMERICA,

      v.
                                    23-CR-99-EAW

PETER GERACE JR.,

          Defendants.

—————————————————————

## GOVERNMENT'S LIST OF POTENTIAL WITNESSES

**THE UNITED STATES OF AMERICA,** by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Nicholas T. Cooper, Casey L. Chalbeck and Katerina F. Powers, Assistant United States Attorneys, of Counsel, hereby serves on the Court and counsel a list of the witnesses the government anticipates calling in its case-in-chief, together with a brief summary of each witness' anticipated testimony.[1]

---

[1] The Government does not anticipate calling or examining every witness named in this list. However, the government respectfully reserves its right to supplement this list by adding additional witnesses and information. Additionally, the summaries provided herein constitute attorney work-product and should not be construed as a complete statement of the potential testimony, and should not be construed as the statement of any of the potential witnesses. As investigation and trial preparations will continue until commencement of trial, the government reserves its right to supplement this list with additional witnesses.

**1.    Brian Burns – FBI – Buffalo, New York**

Brian Burns is a Special Agent with the Federal Bureau of Investigation who is expected to testify about his participation in the investigation and prosecution of Case No. 19-CR-227 and Case No. 23-CR-37.  SA Burns is expected to testify about proffer interviews with Crystal Quinn, and Ms. Quinn's provision of text messages she received from attorney Bly.

**Anticipated length of testimony: 4 hours.**

**2.    Jason Kammeraad – FBI – Buffalo, New York**

Jason Kammeraad is a Special Agent with the Federal Bureau of Investigation who is expected to testify about the arrest of Crystal Quinn and interviews that occurred with Crystal Quinn.  SA Kammeraad is also expected to testify about incidents of witness tampering that were directed at Ms. Quinn after she began cooperating with law enforcement, and about law enforcement's responses to those incidents.

**Anticipated length of testimony: 4 hours.**

**3.    Paul Lawrence – Private Investigator – Buffalo, New York** *(Represented by Thomas Eoannou, Esq.)*

Paul Lawrence is a self-employed Private Investigator operating in the Western District of New York.  Mr. Lawrence is expected to testify about his introduction to Peter Gerace through another inmate, Roderick Arrington, and about statements Peter Gerace made during that initial interaction.  Mr. Lawrence is also expected to testify about his involvement in researching the relatives of United States District Judge John L. Sinatra Jr., and discussions he had with others, including Mr. Gerace, regarding fraudulently inducing Judge Sinatra to

recuse himself from Case No. 19-CR-227 by including his relatives on the Defense Witness List for an improper purpose, as part of a plan to have the case transferred to a Judge that he and others considered "more workable".

**Anticipated length of testimony: 2 hours.**

**4.      John Grieco – Civilian – Buffalo, New York**

John Grieco was the live-in roommate of Sharon Quinn and Crystal Quinn in 2023 and is a close friend of the Quinn family.  Mr. Grieco is expected to testify about his interactions with Private Investigator Paul Lawrence on August 9, 2023 and August 11, 2023, and about statements that Mr. Lawrence made to him during those interactions and about statements that Mr. Grieco made to Mr. Lawrence during those interactions.  Mr. Grieco is also expected to testify about meeting with attorney Steve Cohen in August 2023, and about statements that Mr. Cohen made to him during their interaction.

**Anticipated length of testimony: 2 hours.**

**5.      Kevin Daniel Hughes – Civilian – New York** *(Represented by Brian Parker, Esq.)*

Kevin Daniel Hughes was formerly incarcerated with Peter Gerace, Jr.  Mr. Hughes is expected to testify about statements that Mr. Gerace made to him during their period of incarceration together, including but not limited to statements about Mr. Gerace's plans to abscond to a foreign country if released from custody.  Mr. Hughes is also expected to testify about Mr. Gerace's comments about District Judge Sinatra and his relatives, and his intentions behind the decision to list Judge Sinatra's relatives on his witness list.

**Anticipated length of testimony: 2 hours.**

**6.       Michael Mordino – Civilian (Retired Buffalo PD)– Virginia**

Michael Mordino is a retired Detective from the Buffalo Police Department.  Mr. Mordino is expected to testify that he is the uncle of United States District Judge John L. Sinatra, Jr.  Mr. Mordino is expected to testify about his status as a witness in the case of *United States v. Roderick Arrington* (Case No. 15-CR-00033) due to his work as a homicide detective.  Mr. Mordino is expected to testify about his lack of any relationship with Peter Gerace, that he knows nothing about Mr. Gerace, and that he may have met Mr. Gerace one time twenty or thirty years ago.  Mr. Mordino is expected to testify that he was never contacted by attorney Steve Cohen, attorney Eric Soehnlein, private investigator Paul Lawrence, or anyone else from Mr. Gerace's defense team in Case No. 19-CR-227.  Mr. Mordino is expected to testify that the claim that he has a particularly close relationship with Mr. Gerace is "bullshit", that he has never received payment of money from Mr. Gerace for anything, and that there have never been monetary transactions between the two of them.

**Anticipated length of testimony: 1 hour.**

**7.       Sharon Quinn – Civilian – Buffalo, New York** *(Represented by Casey Spencer, Esq.)*

Sharon Quinn is the mother of Crystal Quinn.  Sharon Quinn is expected to testify about her interactions with Private Investigator Paul Lawrence on August 11, 2023, and about statements that Mr. Lawrence made to her during those interactions and about statements that Sharon Quinn made to Mr. Lawrence during those interactions.  Sharon Quinn is also

expected to testify about meeting with attorney Steve Cohen in August 2023, and about statements that Mr. Cohen made to her during their interaction.

**Anticipated length of testimony: 4 hours.**

8.    **Benjamin Rivera – Civilian – New York** *(Represented by Jamie Auricchio, Esq.)*

Benjamin Rivera was formerly incarcerated with Peter Gerace, Jr.  Mr. Rivera is expected to testify that he observed Mr. Gerace to develop a close relationship with another inmate named Roderick "Ra Ra" Arrington, and that "Ra Ra" offered to help Mr. Gerace "beat the feds".

**Anticipated length of testimony: 2 hours.**

9.    **Nick Sinatra – Civilian – New York** *(Represented by Herb Greenman, Esq.)*

Nick Sinatra is a businessman in the Buffalo New York area.  Mr. Sinatra is expected to testify that he is the brother of United States District Judge John L. Sinatra, Jr.  Mr. Sinatra is expected to testify about his lack of any personal relationship with Peter Gerace, that he has never been to Mr. Gerace's house or had dinner with him, that they are not friends, and that they do not have a social relationship.  Mr. Sinatra is expected to testify that he would "absolutely not" be able to testify as a character witness for Mr. Gerace because of their lack of any substantive relationship, and that any claim otherwise would be ridiculous.  Mr. Sinatra is expected to testify that he was never contacted by attorney Steve Cohen, attorney Eric Soehnlein, private investigator Paul Lawrence, or anyone else from Mr. Gerace's defense team in Case No. 19-CR-227.

**Anticipated length of testimony: 1 hour.**

**10.    Kirstie Henry – Courtroom Deputy, Hon. John L. Sinatra – New York**

Ms. Henry is the Courtroom Deputy for United States District Judge John L. Sinatra, who is expected to testify (if not agreed to by stipulation) to relevant dates of court appearances in Case No. 19-CR-227 and 23-CR-37, and to the authenticity of filings from those cases.

**Anticipated length of testimony: 0.5 hours.**

**11.    Bonnie Weber – Court Reporter, Hon. John L. Sinatra – New York**

Ms. Weber is the Court Reporter for United States District Judge John L. Sinatra, who is expected to testify (if not agreed to by stipulation) to the authenticity of certain transcripts from Case No. 19-CR-227 and 23-CR-37.

**Anticipated length of testimony: 0.5 hours.**

**12.    Michael Bly a/k/a Michael Santa Maria – Attorney – Buffalo, New York**

Attorney Bly is expected to testify about being contacted by attorney Steve Cohen in or around February 2023 and about the nature of that communication.  Attorney Bly is expected to testify about the text messages he sent to Crystal Quinn as a result of his communication with attorney Cohen.

**Anticipated length of testimony: 0.5 hours.**

**13.    Michael D'Amico – Attorney – Buffalo, New York** *(Represented by Jim Harrington, Esq.)*

Attorney D'Amico is expected to testify about his representation of Crystal Quinn regarding her February 2023 arrest on a criminal complaint in federal court.  Attorney D'Amico is

expected to testify about his presence at proffer interviews between Ms. Quinn and the government, and about the ultimate resolution of Ms. Quinn's case with pretrial diversion and a cooperation agreement.   Attorney D'Amico is expected to testify about his prior representation of Ms. Quinn in 2022, in negotiating (and ultimately canceling) a meeting between Ms. Quinn and Mr. Gerace's defense attorney, Mr. Cohen.

**Anticipated length of testimony: 2 hours.**

**14.      Records Custodian – Clerk of United States District Court – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of certified Court documents.

**Anticipated length of testimony: 1 hour.**

**15.      Records Custodian – Niagara County Correctional Facility – TBD**

In the absence of a stipulation between the parties, this witness is expected to testify to the authenticity of recorded jail records.

**Anticipated length of testimony: 1 hour.**

DATED:  Buffalo, New York, June 9, 2026.


MICHAEL DIGIACOMO
United States Attorney


BY:   s/NICHOLAS T. COOPER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
(585) 935-7512
Nicholas.Cooper@usdoj.gov

s/KATERINA F. POWERS
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5702
Katerina.Powers@usdoj.gov

s/CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
Casey.Chalbeck@usdoj.gov