**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**                                                    **ORDER**

**Knight, Frank,**                                        **0209 1:23CR00099-005**

                  **Defendant.**

---

It is hereby ordered that the following condition of release be removed relative to the above-named defendant:

*The defendant shall participate in the computer/internet monitoring program administered by the U.S. Probation Office.  The defendant must provide the U.S. Probation Office advanced notification of any computer(s), automated service(s), or connected device(s).  The U.S. Probation Office is authorized to install any application as necessary on computer(s) or connected device(s) owned or operated.  The defendant may be required to pay the cost of monitoring services at a monthly rate provided by the U.S. Probation Office.  The U.S. Probation Office shall randomly monitor the defendant's computer(s), connected device(s), and/or storage media.  The defendant shall consent to and cooperate with unannounced examinations of any computer equipment owned or used by the defendant, including but not limited to retrieval and copying of all data from the computer(s), connected device(s), storage media, and any internal or external peripherals, and may involve removal of such equipment for the purpose of conducting a more thorough inspection.*

        **SO ORDERED.**

                                    **Elizabeth A. Wolford**
                                    **Chief U.S. District Judge**

**DATED:**      **June 5, 2026**
                **Rochester, New York**