

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*                                    *716.843.5700*
*138 Delaware Avenue*                          *Fax: 716.551.3052*
*Buffalo, New York 14202*      *Writer's Telephone: 716.843.5881*
                                              *Writer's fax: 716.551.3052*
                                              *Casey.Chalbeck@usdoj.gov*

June 16, 2026

**VIA PACER**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

> Re:    ***United States of America v. Gogolack*, et al.,**
>         **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

On June 5, 2026, the government moved to dismiss Counts 1 through 3 with prejudice as to defendant Simon Gogolack and Counts 2 through 3 as to defendant Peter Gerace pursuant to Federal Rule of Criminal Procedure 48(a). *See* Dkt. 1000. On June 8, 2026, the Court ordered the government to supplement its motion with the factual bases supporting dismissal and explain why it declined to seek the dismissal of Count 1 as to Mr. Gerace. *See* Dkt. 1012. On June 11, 2026, the Court granted the government's motion to dismiss Counts 1 through 3 with prejudice as to defendant Simon Gogolack and to dismiss Counts 2 and 3 with prejudice as to defendant Peter Gerace, Jr. *See* Dkts. 1037, 1039. On June 12, 2026, the Court emailed the parties and instructed the government to file a letter on the docket clarifying for the record the portions of Count 1 it seeks to prove at trial against Mr. Gerace.

Count 1 alleges two conspiratorial objects:

> (1) "to defraud the United States of …its right to have its business and . . . affairs, . . . particularly the transaction of the official business of the United States District Court of the Western District of New York[] and the Grand Jury of the United States District Court . . . conducted honestly and impartially, free from corruption, fraud, improper and undue influence, dishonesty, unlawful impairment, and obstruction"; and

> (2) "to violate Title 18, United States Code, Section 1503 (Obstruction of Justice) by corruptly endeavoring to influence, obstruct, and impede the due administration of justice, that is, the proceedings of the federal grand jury

and the trials of the United States District Court for the Western District of New York."

Dkt. 24 at 8–9 ¶ 2(a)–(b).

Count 1 alleged that Mr. Gerace and other co-conspirators carried out this conspiracy in several ways. One way was to prevent Ms. Quinn from testifying – first by installing an attorney they believed would represent Mr. Gerace's interests, second by scaring Ms. Quinn with dead rats at her residence, and ultimately, by killing Ms. Quinn. *See id.* at 14 ¶17, 15 ¶ 18, and 20 ¶ 47. Another way that Mr. Gerace and other co-conspirators carried out this conspiracy was to fraudulently induce Judge Sinatra into recusing from the prosecution of 19-CR-227 and 23-CR-37 in hopes of securing a different judge whom they believed would likely adjourn the trial and release Mr. Gerace from custody. *See id.* at 16 ¶¶ 24, 26. And in yet another way, Mr. Gerace and his co-conspirators executed the obstruction and fraud conspiracies by causing the filing of falsified affidavits in his ultimately failed bid to obtain release from pre-trial detention. *See id.* at 26–27 ¶¶ 80–81.

However, at trial against Mr. Gerace, the government intends to offer a narrower spectrum of evidence than that required to prove every overt act alleged in Count 1. Specifically, the government intends to focus on Mr. Gerace and his co-conspirators' efforts to prevent Ms. Quinn from testifying, and to fraudulently induce Judge Sinatra's recusal, as alleged in the following paragraphs:

Introduction: ¶¶ 1, 4, 5, 7, 8, 9, 10, 11, 15, 16, 22, 23, and 24.

Count 1: ¶¶ 1, 2, 2(a), 2(b).

Count 1 Manner and Means: ¶¶ 3, 4, 5, 5(a)(i), 6

Count 1 Overt Acts: ¶¶ 17, 20, 21, 23, 24, 26.

Respectfully,

Casey L. Chalbeck
Nicholas T. Cooper
Assistant United States Attorneys

CC (via PACER):
Counsel of record.

2