

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*  
*138 Delaware Avenue*  
*Buffalo, New York  14202*  

*716.843.5700*  
*Fax: 716.551.3052*  
*Writer's Telephone: 716.843.5881*  
*Writer's fax: 716.551.3052*  
*Casey.Chalbeck@usdoj.gov*

June 17, 2026

**VIA PACER**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

> Re:  ***United States of America v. Gerace,***
> **Case Number: 23-CR-99-EAW**

Dear Chief Judge Wolford:

On June 16, 2026, the government filed a letter indicating its intent to pursue the following allegations in Count 1 of the Second Superseding Indictment as to defendant Peter Gerace:

Introduction: ¶¶ 1, 4, 5, 7, 8, 9, 10, 11, 15, 16, 22, 23, and 24.

Count 1: ¶¶ 1, 2, 2(a), 2(b).

Count 1 Manner and Means: ¶¶ 3, 4, 5, 5(a)(i), 6

Count 1 Overt Acts: ¶¶ 17, 20, 21, 23, 24, 26.

Dkt. 1046 at 2.

On June 17, 2026, the Court ordered the government to clarify which provisions of the aforementioned paragraphs it intended to offer proof for, citing discrepancies between the government's letter and the highlighted version of Count 1 that the government distributed in Court on June 11, 2026.  Dkt. 1047.

The government intends to offer proof only as to the sentences and clauses that are highlighted in Exhibit A of this letter, except insofar as the highlighted version contains references to multiple defendants.[1,2]

Thus, the government intends to prove the entirety of Introduction ¶¶ 1, 4, 5, 7, 8, 10, 11, 15, 16, and 22–24.  Regarding Introduction ¶ 9, the government intends to prove only that "Crystal Quinn was a former PGC employee, a longtime friend, associate, and cleaning lady for Gerace".  Ex. A at 3 ¶ 9.

Furthermore, the government believes that the entirety of Count 1's general allegations should be alleged, except for ¶ 2's reference to other defendants.  Turning to the Manner and Means section, the government believes that ¶¶ 3–5 should be alleged in their entirety, except insofar as they reference multiple defendants.  The government intends to prove the entirety of ¶ 5(a) except insofar as it alleges that Mr. Gerace obstructed "the July 2023 Federal Grand Jury in the Western District of New York."  Ex. A at 10 ¶ 5(a).  The government also intends to prove the entirety of ¶¶ 5(a)(i) and 6.

Turning to Count 1's Overt Acts section, the government intends to prove the entirety of ¶¶ 17, 20, 23, 24, and 26.  The government intends only to offer proof as to the first sentence of ¶ 21.  *See* Ex. A at 15 ¶ 21 ("On or about May 21, 2023, Gerace's motion to reopen his detention hearing in Case Nos 19-CR-227 and 23-CR-37 was denied.").

Respectfully,

Casey L. Chalbeck
Assistant United States Attorney

Encl. (Exhibit A).

CC (via PACER):
Counsel of record.

---

[1]    Adobe's highlighter function does not consistently enable counsel to omit the "s" in "defendants".

[2]    Exhibit A includes a highlight for the clause "in that the defendant[] would" in Manner and Means ¶ 5.  Ex. A at 10 ¶ 5.  The document provided to the Court and to Counsel on June 11, 2026, did not include this highlight.