UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN THOMAS ERMIN
*also known as*
Tommy O,

Defendant.

**SENTENCING GUIDELINE ORDER**

Case No. 1:23-cr-00099

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Nicholas Cooper / Casey L. Chalbeck |
| DEFENSE ATTORNEY | Donald M. Thompson / George V. C. Muscato |
| INTERPRETER (YES OR NO) | No |
| DATE OF PLEA | June 5, 2026 |
| SENTENCING DATE | October 6, 2026 @ 9:30 AM *in Buffalo* |
| INITIAL PSR DUE | September 1, 2026 (35 DAYS PRIOR TO SENTENCING) |

OBJECTIONS (IF ANY), AND
MOTIONS (IF ANY) DUE
**(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)**

September 15, 2026
(14 DAYS AFTER RECEIPT OF THE PSR)

RESPONSES TO ANY OBJECTIONS
OR MOTIONS DUE

September 22, 2026
(14 DAYS PRIOR TO SENTENCING)

- 1 -

LETTERS AND SENTENCING
STATEMENTS DUE                          September 28, 2026
                                        (10 DAYS PRIOR TO SENTENCING)


FINAL PSR DUE                           September 29, 2026
                                        (7 DAYS PRIOR TO SENTENCING)


*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*


### *SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.*


NOTE:  MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE, **EXCEPT ANY REQUEST TO ADJOURN THE SENTENCING DATE MUST BE MADE ONE WEEK IN ADVANCE OF THE SENTENCING DATE.**


SO ORDERED.

Dated:  June 25, 2026
        Rochester, New York

Elizabeth A. Wolford
Chief Judge
United States District Court

- 2 -