UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                           23-CR-99-LJV

SCOTT BARNES,

        Defendant.
_____

## FINAL ORDER OF FORFEITURE

**WHEREAS,** on June 10, 2025, the Court entered a Preliminary Order of Forfeiture ("Preliminary Order") (Dkt. No. 452), pursuant to the defendant's guilty plea to Count 27 of the Second Superseding Indictment (Dkt. No. 24) on December 27, 2024 (Dkt. No. 332), Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), condemning and forfeiting the defendant's right, title and interest in the following assets (the "Seized Firearm and Ammunition"):

a.     One (1) Glock 22 handgun, .40 caliber, bearing serial number GPU157; and

b.     Approximately eleven (11) unfired .40 caliber ammunition with magazine;

**WHEREAS,** for the 30 day period between July 1, 2025 and July 30, 2025, the government published notice of the forfeiture and the government's intent to dispose of the Seized Firearm and Ammunition, on an official government website (www.forfeiture.gov), in accordance with the law and as specified in the Preliminary Order (Declaration of Publication, Dkt. No. 524);

**WHEREAS,** on January 28, 2026, the government sent notice to all those persons known to the government, who might have an interest in the Seized Firearm and Ammunition (Certificate of Service re Direct Notice of Forfeiture, Dkt. No. 750); and

**WHEREAS,** no third-parties filed a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the Seized Firearm and Ammunition and the time to do so under Title 21, United States Code, Section 853(n)(2) has expired,

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** pursuant to the Preliminary Order, Federal Rule of Criminal Procedure 32.2(c)(2), Title 18, United States Code, Sections 924(d) and 3665, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), that all right, title, and interest in the Seized Firearm and Ammunition is hereby condemned, forfeited, and vested in the United States; it is further

**ORDERED, ADJUDGED, AND DECREED,** that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Firearm and Ammunition in accordance with all applicable law and regulations; it is further

**ORDERED, ADJUDGED, AND DECREED,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

ORDERED, ADJUDGED, AND DECREED, that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

SO ORDERED.

Dated:    July 27        , 2026
          Buffalo, New York


_____
HON. LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

3