UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

Vs. Docket No 1:23-cr-99

JOHN THOMAS ERMIN, et al.

Defendant.

---

**MOTION TO TRAVEL**

GEORGE V.C. MUSCATO and DONALD M. THOMPSON, Attorneys for Defendant, JOHN THOMAS ERMIN, move this court to allow the Defendant to travel.

1. Defendant Ermin is currently released pending sentencing pursuant to the Order Setting Conditions of Release (Docket 1017).

2. Defendant Ermin is requesting permission to travel to see his mother, Connie S. Park, who resides at 406 Pennsylvania Avenue, Altoona PA 16602, from August 27 to 31, 2026.

3. I have advised US Probation Office Andre McCrea and AUSA Nicholas Cooper of this potential travel and they indicated that they have no objection.

WHEREFORE, we request an Order to allow Defendant Ermin to travel to his mother's house at 406 Pennsylvania Avenue, Altoona PA 16602, from August 27 to 31, 206, together with such other and further relief as the Court may deem just and proper.

Dated: August 17., 2026

*<u>/s/ George V.C. Muscato</u>*
GEORGE V.C. MUSCATO, ESQ.

*<u>/s/ Donald M. Thompson</u>*
DONALD M. THOMPSON, ESQ.
Attorneys for Defendant JOHN ERMIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JOHN THOMAS ERMIN, et al.

Defendants

CERTIFICATE OF SERVICE

CASE NO. 1:23-cr-99

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/ECF participants on this case.

Dated: August 17, 2026

*/s/ GEORGE V. C. MUSCATO*

GEORGE V. C. MUSCATO, ESQ.
Attorney for John Ermin
107 East Avenue
Lockport NY 14094
(716) 434-9177
gmuscato@mdvfirm.com