UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SIMON GOGOLACK
*also known as*
Greek,

Defendant.

**SENTENCING GUIDELINE ORDER**

Case No. 1:23-cr-00099

ASSISTANT U.S. ATTORNEY(S) Nicholas Cooper / Casey L. Chalbeck / Katerina Powers

DEFENSE ATTORNEY Peter M. Kooshoian / Nicholas T. Texido

INTERPRETER (YES OR NO) No

DATE OF VERDICT September 11, 2026

SENTENCING DATE February 9, 2027 @ 11:00 AM in Buffalo

INITIAL PSR DUE January 5, 2027
(35 DAYS PRIOR TO SENTENCING)

OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** January 19, 2027
(14 DAYS AFTER RECEIPT OF THE PSR)

RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE January 26, 2027
(14 DAYS PRIOR TO SENTENCING)

LETTERS AND SENTENCING STATEMENTS DUE — February 1, 2027
(10 DAYS PRIOR TO SENTENCING)

FINAL PSR DUE — February 2, 2027
(7 DAYS PRIOR TO SENTENCING)

***The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.***

***SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.***

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE, **EXCEPT ANY REQUEST TO ADJOURN THE SENTENCING DATE MUST BE MADE ONE WEEK IN ADVANCE OF THE SENTENCING DATE.**

SO ORDERED.

Dated: September 30, 2026
Rochester, New York

Elizabeth A. Wolford
Chief Judge
United States District Court