**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**

**ORDER**

**Roncone, Michael**

**0209 1:23CR00099-004**

**Defendant.**

---

It is hereby ordered that the defendant's release conditions are modified as follows:

*The defendant's computer monitoring is removed;*

*The defendant shall refrain from excessive use of alcohol but the requirement of no alcohol use is removed, and;*

*The restriction on association and membership with any motorcycle club, including but not limited to the Rare Breed motorcycle club and Outlaw motorcycle club, is removed.*

**SO ORDERED.**

**Elizabeth A. Wolford**
**Chief U.S. District Judge**

**DATED:** **October 7, 2026**
**Buffalo, New York**