WOJDAN-PRICE
Law

November 18, 2026

**VIA CM/ECF**

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *United States v. Gogolack, et al.*
23-cr-00099-EAW

Dear Judge Wolford:

As you know, I, along with Paul Dell, represent Michael Roncone in the above matter. We are currently scheduled to appear for a status conference in front of Your Honor on this matter on November 20, 2026, at 11:15 a.m. Additionally, Mr. Ermin is scheduled to appear for a status conference at 11:00 a.m. that same day.

After speaking with counsel for Mr. Ermin, we hereby jointly file this request for a brief adjournment of the scheduled status conferences. I have conferred with Assistant United States Attorney Nicholas Cooper, and the Government does not oppose this request.

In short, this joint request for an adjournment is being made because counsel for both Mr. Roncone and Mr. Ermin do not wish to waste the Court's time and resources, and feel that an adjournment of approximately 2 weeks would be more efficient. Both parties believe that at that time additional progress will be made and a status conference would be more effective. To assure the Court, counsel for both parties have been working diligently on this matter.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Jenna M. Wojdan-Price*

135 Delaware Ave., Suite 406
Buffalo, New York 14202
jenna@wojdanpricelaw.com
(716) 218-0895